**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Benahdam Hurt
                      Plaintiff,

v.                                     Case No.: 1:17−cv−07909
                                            Honorable Rebecca R. Pallmeyer

James P Corcoran, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 22, 2019:

      MINUTE entry before the Honorable Sheila M. Finnegan: Telephone conference held on 4/22/2019 for discussion of settlement issues. Only defense counsel dialed in for the pre−scheduled call. Since the parties require more discovery before attempting to negotiate a settlement, the Court will hold another telephone conference on 5/24/2019 at 4 p.m. (defense counsel) and 4:15 (plaintiff's counsel) to explore settlement issues. Counsel are to initiate a call to chambers (312−435−5657) at the designated time.Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.