IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BENAHDAM HURT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cv-07909 |
| | ) | Hon. Rebecca R. Pallmeyer |
| JAMES P. CORCORAN, in his official | ) | |
| Capacity as Director of Elgin Mental | ) | |
| Health Center, ELGIN MENTAL HEALTH | ) | |
| CENTER, body public, ILLINOIS | ) | |
| DEPARTMENT OF HUMAN SERVICES, | ) | |
| A Department of the State of Illinois, | ) | |
| HASSINA JAVED, individually, FAIZAL | ) | |
| KAREEMI, individually, CHRISTY | ) | |
| LENHARDT, individually, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION
## TO WITHDRAW AS ATTORNEY OF RECORD

NOW COMES the law firm of CUNNINGHAM, MEYER & VEDRINE, P.C. and attorneys David Burtker and Michael Compton, individually, and hereby move to withdraw as counsel for the Defendant, Christy Lenhardt, and as grounds therefore state as follows:

1. Pursuant to 83.17, Cunningham, Meyer & Vedrine and its attorneys; David Burtker and Michael Compton hereby move for withdrawal as attorneys of record for Ms. Lenhardt. The appropriate party notification form was completed and attached pursuant to Local Rule 83.17.

2. The attorneys were originally retained through an insurance policy which Ms. Lenhardt maintained. Based on conversations with Ms. Lenhardt and her insurance carrier, that coverage is no longer applicable.

3. Ms. Lenhardt's insurance carrier has indicated that they will no longer be paying for her attorney's services.

4. Attorneys from Cunningham, Meyer & Vedrine including Mr. Burtker have spoken to Ms. Lenhardt and explained the circumstances for her representation. No agreement was reached regarding Ms. Lenhardt retaining Cunningham, Meyer & Vedrine or its attorneys David Burtker and Michael Compton further beyond her insurance carrier's withdrawal of coverage. Mr. Burtker directly informed Ms. Lenhardt that in light of no agreement being reached, the firm and attorneys would be withdrawing their representation of her. Ms. Lenhardt expressed her understanding and agreement.

5. In light of the above circumstances the aforementioned firm and attorneys request leave to withdraw as counsel for Ms. Lenhardt.

WHEREFORE, CUNNINGHAM, MEYER & VEDRINE, P.C., Dave Burtker and Michael Compton respectfully pray that they be granted leave to withdraw as attorney for Defendant, Christy Lenhardt in this matter and given leave to Ms. Lenhardt 21 days to file a pro se appearance or appear with new counsel.

Respectfully submitted,

/s/ Dave Burtker
Dave Burtker
CUNNINGHAM, MEYER & VEDRINE, P.C.
1 East Wacker Drive, Suite 2200
Chicago, Illinois 60601
Tel: (312) 578-0049
E-Mail: dburtker@cmvlaw.com

Respectfully submitted,

/s/ Michael Compton
Michael Compton
CUNNINGHAM, MEYER & VEDRINE, P.C.
1 East Wacker Drive, Suite 2200
Chicago, Illinois 60601
Tel: (312) 578-0049
E-Mail: mcompton@cmvlaw.com