UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Benahdam Hurt
                        Plaintiff,

v.                                                         Case No.: 1:17–cv–07909
                                                          Honorable Rebecca R. Pallmeyer

Drew Beck, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 8, 2021:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Telephonic motion hearing held regarding Plaintiff's motion(s) to compel [158, 160, 166]. As discussed on the record, the motions are granted as follows: the court directs Defendants to produce redacted materials relating to any allegations of sexual abuse or sexual harassment of patients at EMHC by Ms. Christine Lehnhardt, redacted to eliminate any reference to the identity of persons who were confined at EMHC, and labeled for review by "Attorneys' Eyes Only." The court sustains Defendants' objection to production of all "morning meeting minutes," but will direct Plaintiff to make a targeted additional request for such minutes for particular time frames, specifically, a week prior to or following any of the alleged incidents relating to Plaintiff. Should no such records exist, Defendants are directed to produce a sworn statement to that effect. The court directs the production of documents regarding OIG reports and complaints of sexual harassment or sexual abuse, whether substantiated or unsubstantiated, involving any of the named Defendants, as well as the raw number of such complaints, whether substantiated or unsubstantiated, during the relevant time frame. With regards to the investigative records regarding the 2006 escape of Angelo Rotunno, the court has been informed that document production has already been made and review is underway. All additional document production shall be made within 21 days of the October 8, 2021 hearing. Proposed narrowed windows for the production of morning meeting minutes should be made within 7 days. By 11/19/2021, counsel shall jointly submit a proposed scheduling order for all depositions in both this case and in case 18cv334. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.