THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BENAHDAM HURT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17 cv 7909 |
| | ) | |
| JAMES CORCORAN, et al. | ) | Hon. Rebecca R. Pallmeyer |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

**ORDER**

This cause coming forth for a case management conference, Plaintiff informing the Court that non-party subpoena respondent Illinois State Police ("ISP") does not object to Plaintiff's request for a pair of black Lenovo ThinkCentre M Series Desktop Computers in the ISP's evidence locker be turned over to 4Discovery, LLC at Plaintiff's expense for the purpose of recovering the data from the computers, and Court having been fully advised in the premises, IT IS HEREBY ORDERED:

1. No later than one week after the date of this order, non-party subpoena respondent ISP shall turn over the computers in its evidence locker serial numbers 159OBSS00N00MJ018C6V (CMS Inventory # L86452) and 1S1OBSS00N00MJ018C72 (CMS Inventory # L86454) to the company 4Discovery LLC under an account number with 4Discovery LLC to be set up by Plaintiff.

2. Counsel for Plaintiff shall be responsible for making the logistical arrangements to pick up and return the two computers referenced in this order at dates and times that are mutually agreeable with representatives of the ISP.

3. 4Discovery LLC shall not make any changes or modifications to the computers or hard drives. 4Discovery LLC and counsel for Plaintiff shall maintain the chain of custody of the computers and return them directly to ISP once 4Discovery LLC completes its recovery of the data on the computers.

4. Under no circumstances shall the return of the computers occur after 30 days from the date they are delivered to 4Discovery LLC.

Dated: 10/18/2021

                                                Entered:

_____
JUDGE M. REBECCA R. PALLMEYER
United States District Court Judge

Prepared By:

Hal B. Dworkin
Assistant Attorney General
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-5159
Hal.Dworkin@ilag.gov
Attorney for ISP

S. Randolph Kretchmar
Kretchmar & Cecala, P.C.
1170 Michigan Avenue
Wilmette, IL 60091
847-370-5410
srandolphk@gmail.com
Attorney for the Plaintiff