# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Benahdam Hurt

                                    Plaintiff,

v.                                                    Case No.: 1:17–cv–07909
                                                         Honorable Rebecca R. Pallmeyer

Illinois Department of Human Services, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 2, 2022:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Telephone motion hearing held. For the reasons stated on the record, Plaintiff's motion to compel is granted in part and denied in part. Dr. Langley will provide written answers to the questions posed on page 10 of her response is granted; Dr. Langley is directed to answer those questions within 14 days, that is, by 8/16/2022. The court suspects this motion would not have been necessary had either side accepted the court's direct invitation to make a phone call during the deposition. Plaintiff's request for sanctions is denied. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.