**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Benahdam Hurt, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 17-cv-7909 |
| | ) | |
| v. | ) | Hon. Rebecca Pallmeyer, |
| | ) | Presiding Judge |
| | ) | |
| James Corcoran, *et al.*, | ) | Hon. Sheila Finnegan, |
| | ) | Magistrate Judge |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants Dr. Hasina Javed, Dr. Faisa Kareemi, Colleen Delaney, Diana Hogan, and Drew Beck, by their attorney, Kwame Raoul, Attorney General of Illinois, respectfully request that this Honorable Court grant their motion for summary judgment. The grounds for this motion are set forth in Defendants' Memorandum of Law in Support of their Motion for Summary Judgment, which they incorporate by reference.

Respectfully Submitted,

*s/* Mary A. Johnston
Mary A. Johnston
Illinois Attorney General's Office
100 W. Randolph St., 13th Floor
Chicago, IL 60601
(312) 814-4417
Mary.johnston@ilag.gov
*Attorney for Defendants Javed, Kareemi, Delaney, and Hogan*

*/s/* Amanda L. Kozar
Amanda L. Kozar
Illinois Attorney General's Office
100 West Randolph St., 13th Floor
Chicago, IL 60601
(312) 814-6551
Amanda.kozar@ilag.gov
*Attorney for Defendant Beck*

1