# **<u>EXHIBIT G</u>**

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                     EASTERN DIVISION


BENAHDAM HURT,                          )
               Plaintiff,               )
                                        )
               -vs-                     )  No. 17-CV-7909
                                        )
HASINA JAVED, FAIZA KAREEMI,            )
COLLEEN DELANEY, DIANA HOGAN &          )
DREW BECK                               )
               Defendants.              )
_____)
                                        )
MARK OWENS,                             )
               Plaintiff,               )
          -vs-                          )  No. 18-CV-0334
                                        )
HASINA JAVED                            )
               Defendant.               )
```

        The deposition of HASINA JAVED, M.D.,

taken pursuant to the Federal Rules of Civil

Procedure of the United States District Courts

pertaining to the taking of depositions, taken

before LYN DOERING, Certified Shorthand Reporter

of the State of Illinois, taken remotely via Zoom

in Illinois, on Monday, July 25, 2022, at the

approximate hour of 10:05 o'clock a.m.


     LISA A. KOTRBA & ASSOCIATES, LTD.  (312) 855-1834

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 2

 1   APPEARANCES:

 2

 3           KRETCHMAR & CECALA, PC
             BY: MR. JOSEPH JOHN CECALA
 4           18 South Northwest Highway
             Suite 200
 5           Park Ridge, Illinois 60068
             (312) 235-6752
 6           joe@kretchmarcecalalaw.com

 7                on behalf of the Plaintiffs;

 8

 9           KRETCHMAR & CECALA, PC
             BY: MR. S. RANDOLPH KRETCHMAR
10           1170 Michigan Avenue
             Wilmette, Illinois 60091
11           (847) 370-5410
             srandolphk@gmail.com
12                on behalf of the Plaintiffs;

13

14           KWAME RAOUL, ATTORNEY GENERAL
             OF THE STATE OF ILLINOIS
15           BY:  MS. MARY JOHNSTON
             100 West Randolph Street
16           13th Floor
             Chicago, Illinois 60601
17           (312) 814-3739
             mary.johnston@ilag.gov
18
                  on behalf of the Defendants Hasina Javed,
19                Faiza Kareemi, Colleen Delaney and Diana
                  Hogan in Case No. 17-cv-7909, and
20                Defendant Dr. Hasina Javed in Case No.
                  18-cv-0334;

21

22

23

24

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.          July 25, 2022

                                                           Page 3

 1   APPEARANCES CONTINUED:

 2

 3            KWAME RAOUL, ATTORNEY GENERAL
              OF THE STATE OF ILLINOIS
 4            BY: MS. AMANDA L. KOZAR
              100 West Randolph Street
 5            13th Floor
              Chicago, Illinois 60601
 6            (312) 814-6534
              amanda.kozar@ilag.gov
 7
                   on behalf of Defendant Drew Beck in
 8                 Case No. 17-cv-7909;

 9

10

11   ALSO PRESENT:

12

13            MR. RORY CANNON, Illinois Department of
              Human Services

14            MR. SEAN GUNDERSON, Kretchmar & Cecala

15            MS. STEPHANIE SCHAEFER, Kretchmar & Cecala

16

17

18   REPORTED BY LYN DOERING, CSR.

19

20

21

22

23

24

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                      July 25, 2022

Page 4

1                          I N D E X

2   WITNESS                                              PAGE

3   HASINA JAVED, M.D.

4         Examination By Mr. Kretchmar .................9

5         Examination By Mr. Cecala ...................30

6         Examination By Mr. Kretchmar ...............32

7         Examination By Mr. Cecala ...................52

8         Examination By Mr. Kretchmar ..............289

9         Examination By Ms. Johnston ...............290

10        Further Examination By Mr. Kretchmar .......292

11

12

13

14

15

16

17

18

19

20

21

22

23

24

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                         July 25, 2022

Page 5

1                    E X H I B I T S

2    NUMBER                                              PAGE

3    Deposition Exhibit                      IDENTIFIED

4        No. 1    ....................................74

5        No. 2    ....................................71

6        No. 3    ....................................85

7        No. 4    ...................................223

8        No. 6    ...................................211

9        No. 7    ...................................225

10       No. 8    ...................................241

11       No. 9    ...................................271

12       No. 11   ....................................52

13       No. 12   ....................................95

14       No. 13   ...................................128

15       No. 14   ...................................163

16       No. 15   ...................................197

17       No. 16   ...................................203

18       No. 18   ....................................25

19

20

21

22

23

24

HURT and OWENS v. JAVED, et al.      No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.            July 25, 2022

                                                        Page 6

 1                (Whereupon said witness

 2                     was duly sworn).

 3                COURT REPORTER:  Will the attorneys

 4      please identify yourselves for the record and

 5      state your agreement to the taking of this

 6      deposition and the swearing in of the witness via

 7      Zoom?

 8                     MR. KRETCHMAR:  Randolph Kretchmar,

 9      for Plaintiffs Ben Hurt and Mark Owens.  I agree

10      to the taking of the deposition and the swearing

11      in of the witness by Zoom.

12                     MR. CECALA:  Joseph Cecala, also

13      for Plaintiffs Hurt and Owens, no objection.

14                     MS. JOHNSTON:  Mary Johnston, on

15      behalf of Defendant Javed in the Owens case and

16      Defendants Javed, Kareemi, Delaney and Hogan in

17      the Hurt case, no objection.

18                     MS. KOZAR:  Amanda Kozar, on behalf

19      of Defendant Beck in the Hurt case, no objection.

20                     MR. KRETCHMAR:  For the record,

21      Rory Cannon is observing.  He is Counsel for the

22      Department of Human Services.

23                     Sean Gunderson is observing.  He is a

24      Paralegal for our firm.

LISA A. KOTRBA & ASSOCIATES, LTD.
312-855-1834

HURT and OWENS v. JAVED, et al.    No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.         July 25, 2022

Page 7

1            And in the room behind me is Stephanie

2    Schaefer, who is a paralegal.

3            We also have an office manager who is

4    sitting on the other side of the wall.

5            That's four people who aren't really

6    participating but just for the record that's who

7    they are and why they are here.

8            To start off, Dr. Javed, good morning.

9                THE WITNESS:  Good morning.

10               MR. KRETCHMAR:  I haven't seen you

11   in a couple years.

12           Have you been in a deposition like this

13   before or is this new?

14               THE WITNESS:  Yes, I have been.

15               MR. KRETCHMAR:  Okay.  Good.  A

16   couple of rules just to go over which you probably

17   already know.

18           The court reporter has to take down a

19   transcript that will be word for word.  So be

20   careful not to talk over any of the attorneys or

21   if the court reporter asks a question to clarify

22   anything, we have to be one at a time, so she can

23   get everybody's exact words.

24           If I ask a question and I pause and I am

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                      July 25, 2022

Page 8

1   not quite done with the question and you start

2   talking it could make it a little more

3   complicated, so you have to be careful of that.

4              Also, she can't really take down a nod

5   of the head or a shake of the head no.  You have

6   to answer verbally.

7              If there is a question ever that you

8   don't fully understand and doesn't make sense to

9   you, please ask for clarification.  We will ask it

10  in a different way or clarify it.

11             And if you want a break at any time we

12  can take breaks, so just say so.  On the other

13  hand, during a break we would admonish you, don't

14  have conversation with other people about the

15  deposition or the case, and we should take a break

16  after a question is fully answered, as opposed to

17  in between the question and the answer.

18             I think that's all for basic rules.

19             Could you please state and spell your

20  name for the record?

21                  THE WITNESS:  Hasina Javed,

22  H-A-S-I-N-A, J-A-V-E-D.

23  ///

24  ///

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

                                                      Page 9

1                    HASINA JAVED, M.D.,

2    called as a witness herein, having been first duly

3    sworn, was examined and testified as follows:

4                       EXAMINATION

5    BY MR. KRETCHMAR:

6            Q    Thank you.

7            One just form question I ask everybody:

8            Are you taking any medications or any

9    psychiatric drugs that might make you confused or

10   make it more difficult for you to remember or

11   answer truthfully?

12           **A    No.**

13           Q    Thank you.

14           Are you aware of -- at least initially

15   or somewhat familiar -- with this lawsuit in which

16   you are a defendant?

17           **A    Yes.**

18           Q    Good.

19           Do you understand the allegations

20   against you and against the other defendants --

21           Actually, there are two lawsuits; right,

22   one by Ben Hurt and one by Mark Owens?

23           **A    Yes.**

24           Q    Good.

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                          July 25, 2022

                                                            Page 10

1              We are taking this deposition relevant

2       to both of those two cases.

3              Can you please give us a summary of your

4       education and your professional qualifications, as

5       a doctor in a state forensic psychiatric hospital?

6              A     I went to medical school at Khyber

7       Medical College, Peshawarin, Pakistan, graduated

8       in 1982.

9              I did my residency training at Loyola

10      University Medical Center from 1992 to 1996.

11             I was after my residency employed in

12      Genesis Clinical Services in Wheaton, Illinois, as

13      a psychiatrist and had privileges at Linden Oaks

14      and Central DuPage Hospital.

15             I also worked for the DuPage County

16      Health Department until 2007.

17             I was employed at Elgin Mental Health

18      Center at the community psychiatric services in

19      December of 1998.  I worked there for two years.

20             I transferred to the forensic treatment

21      program in February of 2001.  I was assigned to

22      the L Unit and had worked there consistently from

23      2001 to 2020.

24             In 2020, after the pandemic, I was

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 11

 1    assigned to the Pinel Unit, and I am currently

 2    working part-time carrying a patient load of 18.

 3            Q    So you have been a psychiatrist

 4    essentially the whole time you have worked at

 5    Elgin?

 6            A    Yes.

 7            Q    Can you tell me please your

 8    responsibilities; more or less list your

 9    responsibilities as a psychiatrist on a unit at

10    Elgin?

11            A    So as a psychiatrist my job is

12    to -- on L Unit it's primarily NGRI Unit, which

13    carries the patient load of 25 at any given time.

14            My responsibility is to do independent

15    psychiatric evaluation of the patient, review all

16    the records prior to their admission, come up with

17    a diagnosis, and then with the help of the rest of

18    the clinical team develop a treatment plan for

19    every individual patient that is admitted to the

20    unit.

21            Q    Thank you.

22            Who reports to you in your position?

23            A    The team, as a clinical team, all

24    the members of the team -- which includes the unit

HURT and OWENS v. JAVED, et al.      No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.         July 25, 2022

Page 12

1    **psychologist, the caseworker, the activity**

2    **therapist -- they are all part of the team.**

3    **So in the clinical treatment review of**

4    **the patient we all discuss the patient's case.**

5    Q   Do the members of the treatment

6    team actually report to you in some sense?

7    Are you -- Well, I will ask that

8    question.

9    **A   As far as the clinical progress of**

10    **the patients, yes.**

11    Q   Good.

12    To whom do you report?

13    **A   We report back to the court**

14    **services and back to wherever the patient -- the**

15    **county where the patient is admitted from, as far**

16    **as the progress of the patient, in the form of a**

17    **court report on a 90 day basis.**

18    Q   I am sorry, I didn't get that first

19    entity to whom you report.

20    I believe it was clinical services?

21    **A   The court services.**

22    Q   Okay.  At Elgin, in other words

23    that would be Vicky Ingram's department; correct?

24    **A   Yes.**

Page 13

1          Q    Do you have any administrative

2    duties on the unit, as distinct from evaluating

3    patients, reviewing records, diagnosing and

4    contributing to a treatment plan?

5          **A    No.**

6          Q    In any particular case of any

7    particular patient are you ultimately in charge of

8    the treatment plan?

9          **A    With the team, yes, with the entire**

10   **team, yes.**

11         Q    Well, is your opinion about the

12   treatment plan or your input more important than

13   the opinions of -- or inputs of other team

14   members, like a social worker or a psychologist or

15   the activity therapist?

16         I don't mean to make a compound question

17   there but I am just trying to understand -- Let me

18   ask it this way:

19         You are the only MD; right?

20         **A    Besides myself, there is a medical**

21   **doctor also who is in charge of the -- any medical**

22   **issues that might come up with the patient, so**

23   **myself and another MD.**

24         Q    Okay.  Is the other MD in charge of

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                July 25, 2022

Page 14

1    or responsible for mental health issues or only

2    nonmental health medical issues?

3            **A    We sometimes consult with each**

4    **other.  So if there is a medical issue that I see**

5    **I would consult with him because sometimes there**

6    **are interrelated things that might come up -- the**

7    **labs of a patient or certain other issues -- so we**

8    **do discuss between each other.**

9            **But he or she is primarily in charge of**

10   **the medical part and the physical illnesses that**

11   **the patient might be experiencing.**

12           **And I am in charge primarily of**

13   **medication management, as well as making sure that**

14   **the patient is appropriately progressing in their**

15   **treatment.**

16           Q    What about, for example, side

17   effects from psychotropic medication?

18           **A    Yes, I would be the one primarily**

19   **taking care of those.**

20           Q    Okay.  Not the other MD, in other

21   words?

22           **A    Unless they see something they**

23   **bring to my attention, you know like, Have you**

24   **noticed that this level is the out of range?**

Page 15

1          Or I might notice something that I would

2     want to discuss with him, like a blood level or

3     with certain labs that I might see that are up and

4     down.

5          Q    So it's fair to say, or is it not,

6     there is a little bit of give and take between you

7     and the other MD on the case?

8          A    Yes.

9          Q    But a social worker or a

10    psychologist or an activity therapist would not be

11    involved in those issues; would they?

12         A    Well, if any of the treatment team

13    members notice anything, like if the patient is

14    slightly more sedated or they notice something

15    that they might be a little confused or unsteady,

16    any staff member can bring that issue up to myself

17    or the medical doctor.

18         Q    Would a social worker be the one to

19    evaluate what the cause of something like that

20    would be?

21         A    No.

22         Q    Another way to ask this, I just

23    want to make sure I understand:

24              Are there ever issues with a patient

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                      July 25, 2022

Page 16

1    that are strictly medical?

2            A    Yes.

3            A patient might have a stroke, a patient

4    might develop high blood pressure, a patient might

5    develop diabetes, because the length of stay, as

6    you are familiar, on the NGRI units are long term.

7    So there are things that come up with patients or

8    they might get diagnosed with cancer during their

9    stay or they might have an injury during their

10   stay.

11           They could -- It could vary from they

12   might hurt their ankle, all the way up to, you

13   know, they might have a fight and get injured and

14   need stitches.  So it varies.

15           Q    Okay.  Now, you mentioned two

16   things, the second of which was diabetes.  I

17   didn't catch the first.

18           A    Hypertension.

19           Q    Okay.  High blood pressure?

20           A    Yes.

21           Q    Are there issues which are

22   primarily medical, as opposed to strictly medical?

23           Are there some -- In other words, not

24   quite so strictly medical but still primarily

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

                                                            Page 17

 1   medical?

 2           A     I don't understand.

 3           Can you please elaborate on this

 4   question?

 5           Q    Well, diabetes, for example, is a

 6   common result of some medications, I believe --

 7   correct me if I am wrong -- and I don't think

 8   that's true of hypertension so much.  Maybe it is.

 9           But there are a lot of symptoms that

10   would normally be, in somebody who was not a

11   psychiatric patient and somebody who was not

12   institutionalized, certain symptoms would be --

13   like thyroid problems, for example, would be

14   strictly medical.

15           Whereas, in someone who is being treated

16   with antipsychotics or certain classes of drugs,

17   those symptoms might be partially psychiatric;

18   right?

19           A     Well, as far as, you mentioned

20   thyroid problems.  Some medications can cause

21   thyroid issues, so they are interrelated.

22           But as far as diabetes, somebody might

23   have a family history of diabetes.  So despite the

24   fact they are on medication, some patients don't

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.               July 25, 2022

                                                        Page 18

 1    develop diabetes but others do because they have a

 2    family history or they are more predisposed

 3    because of their family history of certain

 4    illness.

 5              So it could be primarily because of that

 6    cause, not because of their -- you know, not

 7    related to their psychiatric medication or side

 8    effects from the psychiatric medication.

 9         Q    Okay.  But there is a mix; right?

10         A    Of course, there is a mix.  You

11    have to rule out everything medical first before

12    you say it's because of the psychiatric problem.

13    So we always make sure we rule out everything

14    medical first.

15         Q    Okay.  How about maybe on the other

16    end of the scale; if a patient becomes actively

17    psychotic is that primarily a medical issue?

18         A    There could be at some point --

19    Like I said, sometimes after a stroke or sometimes

20    if they have a brain tumor or if they have meds to

21    the brain or if they have other medical problem

22    that would cause them to become acutely psychotic.

23         Q    In your experience with patients at

24    Elgin Mental Health Center when a patient becomes

HURT and OWENS v. JAVED, et al.      No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                July 25, 2022

                                                        Page 19

 1   actively psychotic what do you do?

 2           A    We assess the patient's symptoms

 3   and decide based -- Every individual has a

 4   different way of exhibiting their psychotic

 5   symptoms.  So we evaluate them and based on what

 6   our evaluation is at the time -- You know, there

 7   is not one clinical picture of the acutely

 8   psychotic patient.  Every patient will present in

 9   different ways.

10           And then depending on how they are

11   exhibiting their psychosis the treatment is then

12   provided for that particular case at that

13   particular time.

14           Q    Okay.  Now, if you do such an

15   evaluation and you decide, Here is what we are

16   going to do about a patient having recently become

17   actively psychotic, who explains that to the

18   patient?

19           A    I would explain that to the patient

20   when I get a chance to talk with the patient.  But

21   if I am not there at the time the patient is

22   having some symptoms, any staff member, like the

23   nursing staff or security therapy aide or any

24   other staff member can say, You are having a hard

Page 20

1   time, how can we help you, or different ways of

2   explaining it to the patient.

3           But sometimes in a psychotic break

4   patients are not in any way to be reasoned with

5   and we need to be sure we can keep them safe.  In

6   order to keep them safe sometimes we have to do

7   interventions.  And then when they are more stable

8   they can understand what is going on, then we can

9   explain to them at that time what is going on with

10  them.

11          Q    Yeah.

12          At the point when they are, you know,

13  mentally available for an explanation --

14          A    Yes.

15          Q    -- when they are capable of

16  understanding it, who would explain the medical

17  issues to them?

18          A    Sometimes we do it as a team and

19  sometimes we do it individually.  It depends what

20  the situation is.  There is no clear cut one way

21  of letting them know.  It all depends on, you

22  know, the stage where they are at, how they are

23  responding.

24          Sometimes you don't want to challenge

Page 21

1   them too early.  So you let them get stabilized

2   and then you explain to them in a therapeutic

3   manner.

4            Q    When it comes to the issues that

5   are strictly or primarily medical, would that

6   explanation or the education about that to the

7   patient primarily come from an MD/Psychiatrist

8   such as yourself?

9            A    Myself or the MD who is treating

10  the medical problem.

11           Q    I am sorry, I missed that.

12           A    I said, myself or if it's a medical

13  problem -- See the medical doctors are assigned to

14  several units, so sometimes they may not be

15  readily available, but if I see a report ahead of

16  them then I would talk to the patient about it,

17  and the medical doctor, when they get a chance to

18  see the patient, they will come and explain it to

19  the patient.

20           Sometimes it's very crucial that the

21  medical doctor explains it to the patient, so they

22  make themselves available so they can explain it

23  to the patient right away.

24           Let's say they went to a clinic for an

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.               July 25, 2022

                                                            Page 22

 1    appointment and came back and the doctor has to

 2    write orders because the clinic is suggesting to

 3    start medication right away, so the doctor has to

 4    come do the clinical assessment, read whatever the

 5    consulting doctor has suggested and then talk to

 6    the patient about it.

 7          Because now, Since you went for your

 8    appointment, this is the treatment that the other

 9    discipline is recommending, and then they would

10    write the orders for the patient.  So they would

11    talk to the patient.

12          Q    The doctors would?

13          A    The doctors would.

14          And nursing staff, if the doctor is not

15    available.

16          Q    When it comes to explaining medical

17    issues, be they psychiatric or nonpsychiatric, but

18    medical, either primarily or strictly, to a

19    patient's family would you or the other MD be

20    involved in that?

21          A    It depends.

22          MS. JOHNSTON:  Objection,

23    relevance.

24          You can go ahead and answer, Dr. Javed.

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

```
                                                    Page 23
 1                  MR. KRETCHMAR:  I am sorry, Mary,
 2     did you object?
 3                  MS. JOHNSTON:  Yeah, just
 4     relevance.
 5               But go ahead and answer.
 6                  MR. KRETCHMAR:  Okay.
 7                  THE WITNESS:  If the family asks
 8     for the doctor to explain things we would;
 9     otherwise usually it's the social worker who keeps
10     in touch with the family and would explain to the
11     family whatever the recommendations were or
12     whatever the questions were.
13               And if that information is not enough
14     they might say, I would like to talk to the
15     doctor.  The nurse might then give them a call and
16     explain.
17               So it all depends on what the family is
18     asking for but not everything will be explained by
19     the MD to the family.  Usually the communication
20     goes through the social worker.
21     BY MR. KRETCHMAR:
22               Q     I understand.
23               If a social worker were to be explaining
24     medical issues to the family, where would he or
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                     July 25, 2022

Page 24

1   she get that information, not being trained as an

2   MD?

3          A     Usually the social worker would

4   then refer that question to the nursing staff and

5   would say, you know, if she doesn't or he doesn't

6   know -- depending on the complexity of the medical

7   problem.

8          I mean, if they just have a bruise, that

9   would be much simpler, but if they have something

10  much more complicated and the social worker

11  doesn't understand how to convey that, they would

12  ask the nurse:

13              Can you please call a family member

14              because they need this information.

15          And we also want to make sure there is a

16  release of information for that staff to talk to

17  the family prior to giving any information out.

18          Q    Okay.  Now, part of your work also

19  in any individual patient case is explaining the

20  patient's progress or lack of progress in

21  treatment to a court; is that correct?

22          A    Yes.

23          Q    Possibly to a prosecutor; is that

24  correct?

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                        July 25, 2022

Page 25

1      **A    It depends on when -- We send a**

2  **court report.  There is at times testimony**

3  **required but usually the explanation is in the**

4  **form of a court report which is sent to the**

5  **courts.**

6      Q    But as far as the medical expertise

7  or medical authority, that would be you; correct?

8      **A    Yes.**

9          MR. KRETCHMAR:  Okay.  I would like

10  to bring up an exhibit to ask you about.  This is

11  Exhibit No. 18.

12              ( Exhibit 18 marked.)

13  BY MR. KRETCHMAR:

14      Q    And we have a Bates stamped page.

15  I will give you the number.

16          The second page of this exhibit.  The

17  first and third pages are just to show the time

18  span or the sequence.  We will go to the second

19  page.  Just going to scroll down.

20          MS. JOHNSTON:  Hey, Randy and Joe,

21  I heard that you are going to the second page, but

22  can you just give me the Bates range so I can note

23  it down?

24          MR. KRETCHMAR:  Yeah, the Bates

Page 26

 1   range is Hurt Subpoena 008665 through 8667.

 2                 MS. JOHNSTON:  Thank you.

 3   BY MR. KRETCHMAR:

 4         Q    We are looking at 8666, the second

 5   page.

 6                 Doctor, do you see on that top left

 7   there is a date, April 25, 2012, and a time at

 8   1545; is that correct?

 9         **A    Yes.**

10         Q    And that's -- 1545 is military time

11   so that's 3:45 p.m.  This is Mr. Mark Owens' chart

12   and this is --

13                 What does it say under that 1545,

14   TR-INTER SW note?

15                 Can you explain what that means?

16         **A    Treatment intervention social work**

17   **note.**

18         Q    There appears to be a format here,

19   PIP, what does that stand for?

20         **A    P, the first P, stands for problem,**

21   **second is intervention, and the last P is**

22   **progress.**

23         Q    Okay.  Good.

24                 Please look over this note and

HURT and OWENS v. JAVED, et al.      No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.            July 25, 2022

Page 27

 1  familiarize yourself with it.

 2          **A     Okay.  I have read it.**

 3          Q    Okay.  She is reporting a

 4  conversation that she had with Mark Owens, the

 5  Plaintiff; is that correct?

 6          **A     Yes, I see the signature is there**

 7  **but she --**

 8               MR. CECALA:  Doctor --

 9               THE WITNESS:  I'm sorry.

10               MR. CECALA:  If you could hold on

11  one second, he hasn't put a question yet.  And I

12  am just going to have a brief conversation.

13               (Whereupon off-the-record

14                proceedings were had).

15  BY MR. KRETCHMAR:

16          Q    Doctor, do you see Christy

17  Lenhardt's signature at the bottom of this note?

18          **A     Yes.**

19          **It's a social work intern's note and**

20  **then Christy's signature is at the bottom.**

21               MS. JOHNSTON:  Randy, can you

22  actually scroll down or can you use your cursor to

23  point to it?

24               MR. CECALA:  Sure.  Signature is

HURT and OWENS v. JAVED, et al.       No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.              July 25, 2022

```
                                                    Page 28
 1   down in the bottom right-hand corner.
 2                MS. JOHNSTON:  Okay.  Sorry, you
 3   know how it is reading these handwritten notes.
 4                MR. CECALA:  No worries.
 5           Do you see it?
 6                MS. JOHNSTON:  Yeah, I see it
 7   there, thanks.
 8   BY MR. KRETCHMAR:
 9           Q    Doctor, you are saying this is not
10   a note written by Christy Lenhardt but rather by
11   an intern?
12           A    Yes.
13           Q    Now, how can you tell that?
14           A    If you look on top of her signature
15   it says, Social Work -- Sheryl Rachel, Social Work
16   Intern.
17           Q    Okay.  So this actually wasn't even
18   a progress note written by the social worker; is
19   that correct?
20           A    Yes.
21           Q    This was written by her intern;
22   correct?
23           A    Yes.
24           Q    And this was written on the date in
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                      July 25, 2022

```
                                                       Page 29
 1   the top left corner at 1545; is that correct?
 2            A    Yes.
 3            Q    And this was then entered in
 4   Mr. Owens' official medical chart; correct?
 5            A    Yes.
 6            Q    Now, do you understand this as
 7   being a report of a conversation substantially
 8   word to word between Christy Lenhardt and Mark
 9   Owens?
10            A    Between the social work intern and
11   Mark Owens.
12            Q    Okay.  I see.
13            So this is -- The quotes here are
14   between Sheryl Rachel and Mark Owens; is that
15   correct?
16            A    Yes.
17            Q    Now, how do you know that that's
18   who was talking?
19            A    Since it is signed by her, by
20   Sheryl Rachel first, and it is fore-signed then by
21   Lenhardt.
22            Q    The third line on this page says, P
23   Progress, Social worker said.
24            That doesn't say, Social worker intern
```

HURT and OWENS v. JAVED, et al.      No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.              July 25, 2022

```
                                                        Page 30
 1   said; does it?

 2              A    No.

 3              But there is -- If you look there is

 4   something scratched as S and then it is initialed

 5   by SR which is Sheryl Rachel.

 6              Q    Yes.

 7              A    So I am assuming this is written by

 8   her.

 9              Q    Yeah.  This is written by her.  She

10   scratched out a word.

11              But it still says, Social worker said;

12   right?

13              A    Yes.

14              Q    So that would be Christy Lenhardt;

15   right?

16              A    The intern is calling herself

17   social worker.  She has not put I in the end but

18   it says social worker so she is writing it as a

19   social worker.

20                   MR. KRETCHMAR:  Joe has a question

21   or two.

22                   EXAMINATION

23   BY MR. CECALA:

24              Q    Because this happens quite
```

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.        July 25, 2022

                                                    Page 31

 1  frequently in some of the documents, doctor, I

 2  just want to make sure we understand.

 3            So she signed the document, SW Intern;

 4  correct, at the bottom?

 5        A    Yes.

 6        Q    That's different from SW; right?

 7        A    Yes.

 8        Q    And then where you said it's

 9  scratched out, it says, Social worker asked, and

10  then it's scratched out and initialed?

11        A    Yes.

12        Q    Okay.  So then down in the middle

13  of the document there is also another scratch out

14  where it says the word Airplane?

15        A    Yes.

16        Q    And you see there is initials above

17  that?

18        A    Yes, SR.

19        Q    Right.

20            So aren't those just initials indicating

21  who scratched out the document?

22        A    Yes.

23            **Because you are not supposed to scratch**

24  **anything to cover it.  You can just put a scratch**

Page 32

1   **and then initial it.**

2          Q    Right.

3          **A    It's a legal document.**

4          Q    Right.

5          So where it says, Social worker asked,

6   and it's scratched out, and then said, the

7   initials aren't there to indicate that the social

8   worker is the intern; they are there to indicate

9   who scratched out the word asked; correct?

10         **A    Yes.**

11                      **EXAMINATION**

12  BY MR. KRETCHMAR:

13         Q    Okay.  So doctor, looking at this

14  now, do you believe that this is a report with

15  quotations, in other words, word for word

16  conversation between Christy Lenhardt and Mark

17  Owens?

18         **A    It's possible that the social work**

19  **intern is just reporting the conversation between**

20  **what is happening between Ms. Lenhardt and Mark**

21  **Owens, yes.**

22         Q    Okay.  So you don't see any place

23  where it says, Social worker intern said, or

24  Sheryl Rachel said; do you?

Page 33

```
 1              A     No.

 2              Q     Okay.  Or even SWI; right?

 3              A     Yes.

 4              Q     So it seems most likely that this

 5     is the social worker -- in other words Christy

 6     Lenhardt -- and Mark Owens' conversation; right?

 7              A     Yes.

 8              Q     Okay.  Now, towards the bottom of

 9     this note, where it says:

10              Mr. Owens stated:

11                 They're reasoning with their sanity.

12              Do you see that?

13              A     Yes.

14              Q     The social worker responds:

15                 What do you mean by that?

16              Correct?

17              A     Yes.

18              Q     She also adds:

19                 People get stable, then think they're

20                 okay without medication.

21              Right?

22              A     Yes.

23              Q     And she adds:

24                 Each time you get sick it's harder to
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                      July 25, 2022

Page 34

```
 1                get well.

 2              Right?

 3         A    Yes.

 4         Q    And lastly on this quote she

 5    adds -- The end of that quote, in other words,

 6    this is Christy Lenhardt saying:

 7              Each time you get sick it's harder to

 8              get well.  Then you get sick more easily

 9              and sicker each time.  The longer you

10              take your medication the less vulnerable

11              you are to the effects of sedation.

12         Correct?

13         A    Yes.

14         Q    My question is, isn't this medical

15    advice?

16         A    This is medical advice but it's

17    part of relapse prevention also and what the

18    social workers work on with the patients is

19    relapse prevention and part of the relapse

20    prevention does address these kinds of issues.

21              So I don't find it -- it is very

22    appropriate for a social worker to be talking to

23    the patient about what are some of the things that

24    helps them to prevent them from having a relapse
```

Page 35

1   so they can have appropriate aftercare and do not

2   relapse.

3            It is fine or appropriate, social

4   workers, yes, can talk about something like this,

5   it's not out of context for them to talk about

6   part of the relapse prevention.

7            Q    Do you see any specific advice as

8   to -- that she is giving him about how to prevent

9   relapse?

10           A    If you read the last sentence, it

11  says -- and this is -- You know, If the patient

12  has a chronic mental illness and they have

13  maintained clinical stability, with the help of

14  both medication, as well as other alternative

15  treatments, our recommendation is that whatever

16  helped them stabilize they need to maintain that

17  stability.

18           If they keep on going on and off their

19  medications, if they are necessary to keep their

20  symptoms under control, it takes them much longer

21  to then regain stability, if their noncompliance

22  is -- if they continue to be noncompliant with

23  their treatment recommendations.

24           Q    I understand that that is the

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

                                                          Page 36

1    recommendation or the philosophy or the clinical

2    experience of the treatment team but my question

3    was:

4               Do you see anything in this note, which

5    is a fairly detailed documentation of an actual

6    conversation, quotes from each participant, do you

7    see something that Christy said that is in fact an

8    advice about, Here is how you prevent relapse?

9               What did she actually say that directly

10   tells him what to do so that he doesn't relapse?

11          **A    It specifically says that each time**

12   **you get sick it's harder to get well.**

13          **The way it's written it would have**

14   **been -- Okay.  Let me just scratch that.**

15          **It is just appropriate advice that if**

16   **you stay with your treatment your chances of**

17   **relapse are reduced and you maintain your clinical**

18   **stability.**

19          Q    Do you see anyplace where she says,

20   Stay with your treatment?

21          I mean the words are right here on the

22   page; right?

23          **A    Patients get stable so ...**

24          Q    I am sorry, where is that?

HURT and OWENS v. JAVED, et al.       No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.       July 25, 2022

                                                        Page 37

 1          **A     In the last, it says:**
 2              **Social Work:  What do you mean by that?**
 3              **People get stable and think they are**
 4              **okay without medication.  Each time you**
 5              **get sick it's harder to get well and**
 6              **then you get sick.**
 7          **It's just word for word but my**
 8     **understanding is that what she is trying to convey**
 9     **in this statement is that if you stay with your**
10     **treatment, including medication, you are less**
11     **vulnerable with the side effects and that is what**
12     **she is suggesting.**
13          Q    Less vulnerable to the side effects
14     would be the last sentence, the effects of
15     sedation; correct?
16          **A    Yes.**
17          Q    And the reason you know what she is
18     trying to tell him, despite the fact that the
19     words are not on the page, Hey, here is what you
20     have to do, she doesn't say that anywhere, but you
21     know what she means because you worked with her
22     fairly closely about these issues; right?
23          **A    Yes.**
24          Q    In fact, you more or less taught

HURT and OWENS v. JAVED, et al.      No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

                                                          Page 38

 1    her or educated her or trained her how the

 2    medication works and how it prevents relapse;

 3    right?

 4              MS. JOHNSTON:  Objection, form.

 5          Go ahead, Dr. Javed, sorry.

 6              THE WITNESS:  I am not her

 7    supervisor.  I don't teach her.

 8          I usually do a lot of teaching during my

 9    treatment plans with both the staff, as well as

10    the patients.

11          And so yes, I do talk about these

12    issues, but I am not her teacher, and I am not her

13    direct supervisor, so I just educate the patient.

14          And she is usually in the sessions when

15    I am doing the treatment interventions with the

16    staffing, where I educate the patients, both

17    during my individual sessions with the patient, as

18    well as the treatment staffings.

19    BY MR. KRETCHMAR:

20          Q    Let me ask it this way:

21          Is there anything in this conversation

22    that Christy Lenhardt told Mark Owens that you

23    think is wrong?

24          **A    No.**

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                        July 25, 2022

```
                                                      Page 39
 1            Q    Is all of it -- what she was
 2     telling him -- more or less what you would have
 3     expected her to tell him?
 4            A    Yes.
 5            Q    Okay.
 6                 MS. JOHNSTON:  Randy, can we pause
 7     literally for just about 90 seconds?
 8                 MR. CECALA:  We are in almost an
 9     hour.  Do you just want to take a five-minute
10     break?
11                 MS. JOHNSTON:  Yeah, that's fine.
12                 MR. CECALA:  No worries.  We will
13     come back at 10:55.
14                 MS. JOHNSTON:  Okay.  Thanks.
15            (Whereupon a recess was had).
16                 MR. KRETCHMAR:  Back on the record.
17     BY MR. KRETCHMAR:
18            Q    Dr. Javed, I just have a couple
19     remaining questions in this part, this whole
20     subject area.
21            Do you usually tell the court when a
22     patient should get on grounds or off grounds
23     passes?
24            A    It's a process after which we make
```

Page 40

1    a recommendation to the court, yes.

2            Q    When you say we, you are talking

3    about the whole treatment team?

4            A    Yes, and the facility also, not

5    just the treatment team.

6            Q    So there are a lot of people

7    involved in that recommendation; correct?

8            A    Yes, it's -- Yes.

9            Q    You work closely with the social

10   worker on that; correct?

11           A    The entire treatment team.

12           But the report is finalized by the

13   social worker and myself, yes.

14           Q    The social worker and yourself?

15           A    Yes.

16           Q    What about for conditional release,

17   does it work pretty much the same way?

18           A    Yes.

19           Q    So you and the social worker would

20   work closely on that as well; correct?

21           A    So the patient has a treatment plan

22   and the treatment plan identifies their goals and

23   all the different disciplines work with the

24   particular patient.

HURT and OWENS v. JAVED, et al.      No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.      July 25, 2022

Page 41

1             And once they achieve all their goals

2     and they maintain clinical stability for an

3     extended period of time is then the recommendation

4     made by the team through administration that we

5     believe this patient has reached maximum benefit

6     from the current treatment and that he is ready

7     for the added privileges, yes.

8             Q    How do you know, as a psychiatrist,

9     when a patient is no longer mentally ill?

10            A    Mental illness, like any other

11    illness, our job is to maintain clinical

12    stability.  I don't think we can get them rid of

13    their illness but as long as their symptoms are

14    contained and they are able to function so their

15    symptoms do not interfere in their activities of

16    daily living and they are not a danger to self or

17    others and not an imminent risk then we make the

18    determination.

19            So if you repeat your question again, I

20    think you said, When do you know when the patient

21    is completely rid of the illness?

22            Is that what you were asking me?

23            Q    No, not exactly.

24            The legal standard for involuntarily

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.        July 25, 2022

                                                        Page 42

1    hospitalizing or treating any individual, the

2    constitutional legal standard is that they are

3    mentally ill and dangerous, you know, in brief.

4            I mean, it can be worded much more -- in

5    a much more complicated way than that.  But would

6    you agree that basically, if somebody is mentally

7    ill and dangerous, then they can be involuntarily

8    hospitalized?

9        **A    In our case these patients are**

10   **actually sent by the courts, after they are deemed**

11   **educated -- adjudicated by reason of insanity and**

12   **sent by the specific court for inpatient**

13   **treatment.  So they are all involuntarily**

14   **committed to the hospital for treatment.**

15           Q    Okay.  But they have to be mentally

16   ill; right?

17       **A    Yes.**

18           **If they received a not guilty by reason**

19   **of insanity verdict that means they have to be**

20   **mentally ill.**

21           Q    Okay.  Good.

22           My question was originally -- and you

23   asked me whether it was that they are completely

24   rid of mental illness.  That's actually not my

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.        July 25, 2022

                                                              Page 43

1   question.

2            My question is:

3            How do you know as a psychiatrist when a

4   patient is no longer mentally ill?

5       **A    Like I said again, I don't think**

6   **they are no longer mentally ill. They are stable,**

7   **where their symptoms are not interfering in their**

8   **daily functioning.**

9            Q    Okay.  That's fine.

10           Is there any difference between not

11  mentally ill and not symptomatic?

12      **A    You are mentally ill but not**

13  **symptomatic at the time, so you are mentally ill,**

14  **but you can be not symptomatic.**

15           Q    How can you tell if you are

16  mentally ill, if you are not symptomatic?

17      **A    At some point in your treatment you**

18  **had to have symptoms in order to get that**

19  **diagnosis.**

20           Q    And you know about that because you

21  have reviewed all the records; correct?

22      **A    Yes.**

23           Q    In the case of any individual

24  patient; right?

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                       July 25, 2022

Page 44

1           **A     Yes.**

2           Q     How much time do you spend with any

3     given patient, say in a month?

4           **A     Well, it depends.  When a patient**

5     **is the first admitted, if they are actively**

6     **symptomatic, I would spend more time with them.**

7           Q     How much?

8           **A     If they are on treatment**

9     **observation, let's say, if they are symptomatic, I**

10    **would see them daily on the unit.  But if they are**

11    **on precautions, I would see them and evaluate them**

12    **daily.**

13          **In the first six weeks the requirement**

14    **is that we see the patient weekly and after that**

15    **if they are stabilizing we can see them once or**

16    **twice a month.**

17          **But it all depends.  I mean, if a**

18    **patient is not stable for two or three months and**

19    **they are on any sort of added precautions, then**

20    **they need to be seen more often.**

21          Q     You said something about, the rule

22    is or we're required to.  You were speaking of the

23    patient who is brand new and actively symptomatic,

24    I believe.

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                July 25, 2022

Page 45

1              The requirement -- I think that's what
2     you said -- where does that requirement come from?
3              A    It's a CMMS requirement that any
4     individual who is initially admitted as a patient
5     needs to be seen at least once a week for the
6     first six to eight weeks.  Eight weeks is I
7     believe what I recall now.
8              Q    Okay.  And I think you described
9     the requirement -- I missed the first part of the
10    sentence?
11             A    CMMS.
12             Q    What does that stand for?
13             A    At this time I don't remember the
14    exact -- what it stands for but that is the
15    standard.
16             Q    A government agency?
17             A    Yes.
18             Q    Okay.
19             A    The agency that overlooks all the
20    treatment that is provided, both in the civil, as
21    well as the forensic facility.
22             Q    Okay.  But you don't recall the
23    name of the agency?
24             A    Like I said, that's the

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.                    July 25, 2022

Page 46

 1   **abbreviation, but I don't recall right now exactly**
 2   **what it stands for.**
 3            Q    Okay.  Slightly different question:
 4            When a patient goes to court for passes
 5   or for a conditional release, you described the
 6   process that the whole team works on this and
 7   perhaps other members of the administration work
 8   on this and there is perhaps an elaborate set of
 9   targets or accomplishments that has to be
10   documented or evaluated.
11            My question is -- and correct me if I am
12   saying something that isn't really what you were
13   describing -- but my question about it is:
14            Do different members of the treatment
15   team ever have different opinions about whether
16   the court should grant a request?
17            **A    In my experience usually the team**
18   **concurs and when the patient is ready that is when**
19   **the whole team is in agreement is when we move**
20   **forward.**
21            **And if anybody has any issues that they**
22   **want to address or they think that the patient**
23   **needs work in a specific area, we would definitely**
24   **ask like, What are some of the things --**

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.                       July 25, 2022

Page 47

1              Like an example would be, let's say a

2       patient is duly diagnosed and has both a substance

3       abuse diagnosis, as well as a mental illness

4       diagnosis, they need to have treatment for the

5       substance abuse portion of the illness because it

6       does interact or interfere with the mental

7       illness, that they complete that treatment before

8       we can make the recommendation.

9              So yes, all the team members have to

10      agree, in order to move on and make an appropriate

11      recommendation.

12             Q    Does the whole team -- and perhaps

13      administrative individuals who were involved -- do

14      they all have to be unanimous, in order to go to

15      court with a recommendation?

16             A    In my case usually we have the

17      whole team's okay.  So I am not familiar with if

18      the team is not unanimous.

19             In our recommendations of what -- In my

20      experience, what we have brought up to the court

21      and that proceeded it, all the treatment team is

22      in agreement that the patient is ready for the

23      next step.

24             Q    Do you ever recall an instance

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 48

1  where there was a holdout, somebody on the team

2  disagreed, they were kind of an outlier, anything

3  like that?

4          **A     Not at this time I don't recall.**

5          Q     Okay.  Has it ever occurred that

6  two members of the treatment team would testify

7  differently?

8          **A     It can happen but has not happened**

9  **in any of the cases when I worked on L Unit that**

10 **we have had any such instances where two members**

11 **testified differently.**

12         Q     Why not?

13         **A     Like I said, we always make sure**

14 **the patient recommendation is appropriate.  And it**

15 **goes to so many different levels.  It goes through**

16 **our administration.  Then it goes to Springfield.**

17 **Everybody reviews it.**

18         **If there are any issues they have with**

19 **it, they bring it back to us.  We address them**

20 **again.  If they feel we have not completed certain**

21 **aspects, we work on them.**

22         **So when everyone is in agreement that's**

23 **when it moves forward.**

24         Q     How long does that take?

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 49

1           **A    Quite some time, let me say that.**

2           Q    Does it take three months or six

3    months?

4           **A    It can take from three months to**

5    **six months to even longer.**

6           Q    A year sometimes?

7           **A    When we make the recommendation**

8    **it's then out of our hands.  How much time it**

9    **takes for it to go through all the other levels is**

10   **not under the treatment team's control.**

11          **But when we make a recommendation, we**

12   **notify the court, and we make sure that by the**

13   **next court report we have our recommendation**

14   **processed and delivered to administration.**

15          **What happens to it after we submit it to**

16   **administration is not in the treatment team's**

17   **control.**

18          Q    Yeah, I don't mean to imply that

19   it's the treatment team's fault but this is a long

20   and involved process sometimes and my question is:

21          Does it ever take -- In your experience

22   has it ever taken a year?

23          **A    Yes.**

24          Q    Okay.  Would it be a problem if

Page 50

```
 1    different members of a patient's treatment team

 2    had different opinions about the patient's

 3    progress or the patient's clinical status?

 4          A    It will be a problem, yes.  So it

 5    depends on where the patient is and it needs to be

 6    addressed.

 7          Q    Why would it be a problem?

 8          A    If they are part of the treatment

 9    team we would like to know what the problem is.

10          If they are contributing to the

11    treatment plan, if they have a problem that they

12    are working with the patient on, if they have any

13    concerns, the team would like to know.

14          Q    Why would the team like to know?

15          A    It's part of the patient's

16    treatment.  They are part of the team member.

17    They are members of the team.

18          Q    Does that mean that the treatment

19    can't really work well if everybody is not in

20    agreement?

21          A    Everybody has to play their part in

22    providing appropriate care for that patient and

23    help the patient move on, everyone who is assigned

24    to the patient for their care.
```

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.              July 25, 2022

Page 51

1          Q    Okay.  But we are talking about

2    when some member of the treatment team -- as I

3    guess it's kind of hypothetical, if you have never

4    seen this happen ever.

5          But when some member of the treatment

6    team is diverging a little bit from everybody else

7    in the treatment team.  And I asked you if that

8    was a problem.  You said, Yes, that would be a

9    problem.

10         And I asked why would that be a problem.

11         And I believe your answer is that the

12   treatment plan would not go forward; is that

13   correct?

14         **A    Yes.**

15         Q    Okay.  So the patient couldn't make

16   any progress; right?

17         **A    The patient definitely would make**

18   **progress because that area needs to be addressed.**

19         **We could not just leave it alone or just**

20   **ignore it.  We need to get to the bottom of it,**

21   **find out what the issue is and address it.**

22         Q    Suffice it to say, everyone has to

23   be on board for things to work the way they are

24   supposed to; is that correct?

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

```
                                                          Page 52
 1          A     For patient's clinical stability,

 2    yes.

 3                    MR. KRETCHMAR:  Fair enough.

 4                    MR. CECALA:  Can everyone see the

 5    screen I am sharing, what has been marked,

 6    as. Exhibit No. 11.

 7                          ( Exhibit 11 marked.)

 8                    EXAMINATION

 9    BY MR. CECALA:

10          Q     Doctor, if I shrink it a little bit

11    let me know if you can still see it?

12          A     Yes.

13          Q     Okay.  Because it makes it easier

14    to scroll.

15          This is Page 1 of a seven page exhibit,

16    and the document has a title, Defendant Javed's

17    Responses to Plaintiff's First Set of

18    Interrogatories in the Owens case.

19          Do you recall seeing this document,

20    doctor?

21          A     Yes.

22          Q     I am going to show you all seven

23    pages.  Let me know when you have had a chance to

24    look at each one.
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                   July 25, 2022

                                                          Page 53

1            So this is Page 1.

2            This is Page 2.

3            Page 3.

4       **A    Do I have to say yes every time?**

5       Q    Just let me know when you have -- I

6   am just asking you if you have seen it.  You don't

7   have to read the entire document, but yeah, so I

8   can go to the next page.

9       **A    Yes, I have seen it, yes.**

10      Q    This is Page 4; have you seen that?

11      **A    Yes.**

12      Q    Then it's Page 5; do you recall

13  seeing that?

14      **A    Yes.**

15      Q    Then this is Page 6 which is the

16  certificate of service?

17      **A    Yes.**

18      Q    This is Page 7; do you recall

19  seeing this?

20      **A    Yes.**

21      Q    Is that your signature?

22      **A    Yes.**

23      Q    It's dated October 24, 2019?

24      **A    Yes.**

Page 54

```
 1            Q    So do you know what this statement

 2    here is?

 3            A    Yes.

 4            Q    So this is an oath that you are

 5    giving truthful answers to these interrogatories;

 6    right?

 7            A    Yes.

 8            Q    I wanted to turn your attention to

 9    Interrogatory No. 7.  This questions asks you to

10    provide information with respect to:

11                 All persons responsible for the forensic

12                 medical and/or psychiatric treatment of

13                 the Plaintiff -- and this is the Owens

14                 case -- at the facility -- which is

15                 Elgin -- the administrative staff

16                 responsible for the oversight of the

17                 Plaintiff's care at the facility and the

18                 supervisory staff for both the forensic

19                 staff and/or administrative staff and

20                 identification of all documents that

21                 relate to the supervisory authority over

22                 Plaintiff's care.

23            So in your answer you provide an

24    outline.  Looks like there's about five bullet
```

Page 55

1    points.

2              For example, Unit L, to the best of your

3    knowledge this is what the sequence of treatment

4    teams that were assigned to Mark Owens was.

5              You can take a look over it because I am

6    going to ask you some questions.  I want to make

7    sure you see the sequence.

8         **A    Yes.**

9         Q    So did you consult any records when

10   you prepared this answer?

11        **A    I am sure I did because otherwise I**

12   **would not have come up with the dates.**

13        Q    Sure.

14             So do you recall what records you were

15   consulting?

16        **A    The patient's clinical records.**

17        Q    So you were able to get access to

18   Mark Owens' clinical records when you prepared

19   this?

20        **A    I had my own, and yeah, I am sure I**

21   **did review some records.**

22        Q    So you had your own records of

23   their treatment?

24        **A    I usually keep like my psychiatric**

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                      July 25, 2022

                                                              Page 56

1    evaluation and my monthly notes.

2              Q    So do you still have those?

3              A    Not at this time.

4              Q    So did you dispose of them at any

5    time?

6              A    They are on the G drive in the

7    patient's records.

8              Q    So do you have access to those

9    records?

10             A    I can access them, yes.

11             Q    Is that how you had gotten access

12   to them to answer this question?

13             A    I am sure I also looked at the

14   actual records of Mr. Owens, not only my progress

15   notes.

16             Q    Do you keep a file of notes on

17   every patient?

18             A    At times, until they are discharged

19   or transferred from my unit, I do keep a copy of

20   my psychiatric evaluations and some of the --

21   like, the forensic clinical services evaluation,

22   if they came from Chester, just to review,

23   especially in preparation of ongoing treatment.

24             So I do keep copies, but once they are

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.              July 25, 2022

Page 57

1    **discharged, I just dispose of those records.**

2           Q    Okay.  So this says that -- It

3    looks like Mark was discharged sometime in -- I

4    think 2017?

5           Is that the last, Unit N from 12-8-16 to

6    8-10-17?

7           **A    Yes.**

8           MS. JOHNSTON:  Joe, can you scroll

9    down just a tiny bit?  On mine that last bullet

10   point is cut off.  Thanks.

11          MR. CECALA:  Sorry.

12          MS. JOHNSTON:  No problem.

13   BY MR. CECALA:

14          Q    You signed this document in 2019.

15          Is there a reason that you kept Mark's

16   records from August of 2017 to September or

17   October of 2019?

18          **A    Can you say that again?**

19          Q    Sure.

20          You say that generally when the patient

21   is discharged you get rid of your file; is that

22   correct?

23          **A    Or moved from my unit.**

24          **So in this case he was moved from my**

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                     July 25, 2022

Page 58

 1    **unit and transferred to K Unit in 2016.  After**
 2    **that I don't have any records on him after that.**
 3              Q    Right.  So help me understand.
 4              You are saying you don't have any -- Let
 5    me clarify the timeframe here.
 6              You said that when a patient is
 7    transferred then you will get rid of your own file
 8    on that patient?
 9         **A    Yes, or give it to the treating**
10    **psychiatrist who is treating the patient.**
11              Q    Okay.  Did you do that in Mark's
12    case?
13         **A    I do not recall exactly whether I**
14    **gave it to Dr. Kareemi or not.**
15              Q    I am trying to find out what you
16    were reviewing to get so detailed records of
17    Mark's treatment at Elgin and the time in which
18    you were looking at it.
19         **A    Like I said, my monthly notes --**
20    **Because usually my monthly notes end.  In my end**
21    **work I will kind of talk about the whole year and**
22    **I know or I have an idea of when the patient was**
23    **moved or what was happening to them at a**
24    **particular time.**

Page 59

     1          Q     Yeah, I am not asking about your

     2    monthly notes.

     3          I am asking about what records you

     4    retain or do not retain after a patient has been

     5    discharged from your care.

     6          **A     I do not retain any records.  They**

     7    **go to medical records once a patient is**

     8    **discharged.**

     9          Q     Okay.  So Mark was discharged from

    10    Elgin on August 10, 2017; correct?

    11          **A     Yes.**

    12          Q     So how were you able to review

    13    those records in 2019, is my question.

    14          **A     I requested the records from**

    15    **medical records and looked through.**

    16          Q     Oh, okay.  So who is medical

    17    records?

    18          Who did you request that from?

    19          **A     Medical records is our -- the**

    20    **hospital medical records.  We have a medical**

    21    **record department who keeps all the records on**

    22    **patients, once they are discharged from the**

    23    **facility.  And you can request, if you need any**

    24    **records from -- on any particular patient.**

HURT and OWENS v. JAVED, et al.      No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                   July 25, 2022

Page 60

 1          Q    Do they make a copy of those

 2    records or do they provide you with originals?

 3          **A    I believe they were originals.  I**

 4    **don't know.  They don't make copies.  I think just**

 5    **keep the originals, I think.  I am not sure**

 6    **though.**

 7          Q    So sometime in 2019 to prepare this

 8    response you requested the records from medical

 9    records at Elgin?

10          **A    Yes.**

11          Q    And they provided you with original

12    copies?

13          **A    Yes.**

14          Q    And that's the source of the

15    information that you used to get these dates and

16    time periods --

17          **A    Yeah, to the best of my**

18    **recollection that's what I am saying; that that's**

19    **where I got them from or from my own records also.**

20          Q    Okay.  Do you know if anyone else

21    had Mark's records after he was discharged from

22    2017 -- in August of 2017?

23          **A    No, I am not aware of anyone else**

24    **having the records.**

Page 61

 1          Q     When you request the records is

 2    there like a sign-in/sign-out chain of custody for

 3    who may have had the records or didn't have the

 4    records?  A log of some kind?

 5          **A     I just let my nurse manager know**

 6    **that I am requesting these records, if they could**

 7    **be sent to me.**

 8          **So who signs for them, I didn't**

 9    **personally go and sign them -- sign for it.**

10          Q     So when you requested them you

11    don't know who in medical records gave them to the

12    delivery person who eventually delivered them to

13    you; do you?

14          **A     No.**

15          Q     You said you requested the nurse

16    manager.

17          Who was that?

18          **A     I don't recall exactly who was the**

19    **nurse manager at the time.**

20          **Would be Tom Comfort -- We have had so**

21    **many different nurse managers, I don't recall.  I**

22    **cannot say for sure.**

23          Q     So when you got the records from

24    Elgin medical records did you return all of the

Page 62

1    records back to Elgin medical records?

2            A    Yes.

3            Q    You didn't keep any of the pages;

4    did you?

5            A    No.

6            Q    You also said you had your own

7    records.

8            Are those records that you keep

9    differently perhaps on a computer that is just

10   your office computer?

11           A    They are on the G drive, so they

12   are discharge of transferred patients, so they are

13   part of that patient's record.

14           Q    So could you explain what the G

15   drive is?

16           A    It's a drive on the -- I am not

17   that computer savvy but there are different drives

18   of the computer and G is the drive on which

19   everybody stores their information about the

20   patient.

21           Right now I am on Pinel, so on the G

22   drive we have access to Pinel.  And then there is

23   treatment plan and the treatment plan has

24   different parts and everybody inputs their

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                       July 25, 2022

Page 63

1    **information into that treatment plan and it's on**

2    **the G drive.**

3           Q    So I am not suggesting it stands

4    for this, but some type of general drive where

5    everyone is storing all of the medical records for

6    Elgin Mental Health Center?

7           **A    Yes.**

8           Q    Do you know who has access to that?

9           **A    The treatment teams.**

10          Q    So do you have to enter like a pass

11   code to get into the drive that lets them know

12   that you are allowed to have access to those

13   records?

14          **A    I don't have a specific password to**

15   **enter into G drive.**

16          **When I sign into my computer and the**

17   **unit that I am assigned to I have access to the**

18   **treatment plans of that particular unit patients.**

19          Q    So you have to use your work

20   computer to get access to them?

21          You can't do it from home from the

22   internet or something?

23          **A    No.**

24          Q    So, doctor, in addition to the

Page 64

1    original hard copy records that you say you

2    ordered and reviewed and then there are other

3    records that you went perhaps into the G drive,

4    which is where you keep psychiatric evaluations?

5              A    Yes.

6              Q    Are there any other files in your

7    office that you keep that are just for your

8    viewing only that are records that you used to

9    prepare this?

10             A    Yes.

11             **Like I said, on patients who are under**

12   **my care at the time prior to the discharge I do**

13   **keep some of the paper records, but lately**

14   **everything is now on the G drive like --**

15             Q    I know.  That's not my --

16             A    Okay.

17             Q    In the interest of making sure we

18   save time, I don't mean to interrupt you.  I am

19   not trying to be rude or impolite.  I just want to

20   make sure the question I am asking is the one you

21   are answering and I don't know if you understood

22   it.

23             I am asking:

24             In your office, whether you kept paper

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 65

1   records that you used to prepare the answer to

2   this question.

3           **A     Yes.**

4           Q     So do you have those records in

5   your office still?

6           **A     On Mark Owens, I just have one**

7   **psychiatric evaluation, nothing else, no.**

8           Q     How many pages is it?

9           **A     Can I look at it?**

10          Q     So do you have it with you?

11          **A     Yes, right now.**

12          Q     You have the whole file with you?

13          **A     I just have the one evaluation,**

14  **comprehensive psychiatric evaluation, that I did**

15  **on February 17, 2016.**

16          Q     Okay.  Did you ever give that to

17  your attorneys?

18          **A     They have access to all the**

19  **records.  So I mean, this is part of the record.**

20  **I printed it for myself.**

21          Q     That's not my question.  My

22  question is:

23          Did you give this to your attorneys?

24          **A     No.**

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.              July 25, 2022

```
                                                    Page 66
 1         Q     Is there anything else in the file
 2   other than the one psychiatric evaluation you are
 3   referring to?
 4         A     No.
 5         Q     You don't have any handwritten
 6   notes or other notes you have made?
 7         A     No.
 8         Q     How many pages is that evaluation?
 9         A     Seven.
10         Q     What's the date?
11         A     February 17, 2016.
12               MR. CECALA:  Mary, I am going to
13   ask at some point, if that can be copied and
14   turned over as part of our request to produce.  I
15   think it would fall under the original request to
16   produce.
17               MS. JOHNSTON:  Yes.
18               Sorry, Joe, and this is in the interest
19   of time --
20               MR. CECALA:  It's probably Bates
21   stamped somewhere.
22               MS. JOHNSTON:  It's in there, yeah,
23   because I think all of this is in the master -- or
24   the final record, but yeah, we will double-check.
```

HURT and OWENS v. JAVED, et al.      No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.              July 25, 2022

```
                                                   Page 67
 1                    MR. CECALA:  Yeah.  As we turn all
 2     of this over to experts, I don't want to be left
 3     with a document that was floating somewhere that
 4     later comes up that wasn't given to an expert that
 5     has some information that causes us to have an
 6     incomplete record for the experts.
 7                    MS. JOHNSTON:  Let's not have a
 8     headache later, I agree.
 9                    MR. CECALA:  Yeah.
10                    MS. JOHNSTON:  Dr. Javed, could you
11     just give me the date on that report one more
12     time?
13                    THE WITNESS:  My dictation was on
14     2-17-16.
15                    MS. JOHNSTON:  You said it was
16     seven pages?
17                    THE WITNESS:  Yes.
18                    MR. CECALA:  I think it might
19     actually in another exhibit but I just want to
20     make sure that we request the file.
21                    MS. JOHNSTON:  If we don't see it
22     in another exhibit today to confirm it is there, I
23     will go ahead and find it.
24                    MR. CECALA:  Whatever is in the
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

                                                            Page 68

 1    file, I know she it's says seven pages, but

 2    whatever is the hard copy kept in the office --

 3    actually that's my next question.

 4    BY MR. CECALA:

 5             Q    Doctor, do you have any other hard

 6    copies or records that you retained pertaining to

 7    Mark Owens?

 8             **A    No.**

 9             Q    Okay.  We will get to Ben Hurt in a

10    moment.

11             So the first part of this response says,

12    in response to who the treatment team was, it

13    says:

14                  Unit L from February 11, 2012 to

15                  October 31, 2012.

16                  And you are his psychiatrist,

17         Mark's psychiatrist, the psychologist is Pat

18         Larson, social worker is Christy, and the

19         nurse manager is Colleen Delaney; correct?

20             **A    Yes.**

21             Q    Then on October 31 Mark moves to

22    the MISA unit and he is on MISA from October of

23    2012 until July 7, 2013, where Dr. Kareemi is his

24    psychiatrist, Bob Hamlin is his social worker, and

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

```
                                                    Page 69
 1    Colleen Delaney is nurse manager over that unit as
 2    well; correct?
 3             A    Yes.
 4             Q    So he is on MISA for
 5    approximately -- I am just looking at the dates --
 6    about eight months?
 7             A    Yes.
 8             Q    Do you know if he completed the
 9    MISA program?
10             A    Yes.
11             Q    And then he is transferred back to
12    L Unit from July 7 to October 20 -- from 2013 to
13    2016.
14             Do you see that?
15             A    Yes.
16             Q    Here you again are the
17    psychologist -- or psychiatrist, Pat Larson
18    psychologist, and then he has Christy Lenhardt,
19    Florence Young, Cara Wueste all as his social
20    workers; correct?
21             A    Yes.
22             Q    He goes back to K Unit on October
23    of 2016; right?
24             A    Yes.
```

Page 70

```
 1          Q    And then eventually -- I am not as
 2   concerned about that time period, but eventually
 3   on August 8 he was actually discharged from Elgin;
 4   correct?
 5          A    August of 2017, yes.
 6          Q    August 10, 2017; correct.
 7          Do you know where he went on August 10?
 8          A    No.
 9          Q    Okay.
10          A    I believe now, and I recall, I
11   think he was transferred to Chicago-Read.
12          Q    Okay.  Great.  Yeah, and you are
13   correct, doctor, he was transferred to
14   Chicago-Read.
15          So I am going to go to another
16   exhibit -- And actually before I move to that,
17   doctor, is there is a designation between Elgin
18   and Chester and Chicago-Read that evaluates
19   whether the hospitals are minimum or medium or
20   high security facilities?
21          A    Say it again please?
22          Q    So each hospital -- I am giving
23   examples of Chester, Elgin and Chicago-Read -- do
24   those hospitals carry a designation as to whether
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.               July 25, 2022

Page 71

1    they are high, medium or minimum security

2    facilities?

3              **A    Yes.**

4              Q    So what is Chicago-Read's

5    designation?

6              **A    I am not aware at this time but I**

7    **believe it's minimum security because it is --**

8    **It's not a forensic facility.  It's a community**

9    **psychiatric hospital.**

10             Q    Okay.  Thank you.

11             MR. CECALA:  I am showing you now

12   what has been marked as Exhibit No. 2.

13                  ( Exhibit 2 marked.)

14   BY MR. CECALA:

15             Q    I am shrinking it.  I don't know if

16   you can see it.  It's a five page exhibit.

17             At the top of the first page it says,

18   Office the Inspector General, it's Bates stamped

19   31290 and it goes to Page 31294.

20             Can you take a look at that first page,

21   doctor.

22             Have you ever seen this before?

23             **A    I haven't seen this before, no.**

24             Q    I am going to show you Page 2.

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 72

1          If you could, there is a nomenclature at

2     the top.  It says, Office of the Inspector

3     General, the case number and report date and then

4     the investigator's name, the facility and address

5     and the incident location and then the first

6     paragraph says, Allegation.

7          You can read that first paragraph to

8     yourself, if you don't mind.  Let me know when you

9     are finished.

10          I just need you to read the first

11     paragraph, Allegation.

12          **A     Okay.  I read that.**

13          Q     So you read the first paragraph?

14          **A     Yes.**

15          Q     This is an OIG report pertaining to

16     a patient named ███████  ████████

17          Are you familiar with the patient,

18     ███████  ████████

19          **A     The only thing I can tell you, you**

20     **know, when we get our morning report, for years it**

21     **would always say UA and his name was there.  So**

22     **all I knew was that there was a patient that**

23     **eloped or is UA, which is unexcused absence, and**

24     **that was the name.**

Page 73

```
 1            Q    So that's your familiarity with
 2    ███████  ███████
 3            A    Yes.
 4            Q    Now, what I am wondering is, during
 5    2005 and 2006 -- I think you said early in your
 6    deposition that you began as a psychiatrist on L
 7    Unit in 2001 and you were never on any other unit
 8    other than L Unit until 2020; is that correct?
 9            A    Yes.
10            Q    So you weren't a treating
11    psychiatrist on M or N Unit at any time; right?
12            A    No.
13            Q    So -- And here it says that -- In
14    the allegation it says that:
15                 Social Worker Christy Lenhardt sexually
16                 abused this patient in 2006 and
17                 neglected him in that same year by
18                 assisting with his escape.
19            Now what I am wondering is, when was it
20    that you first came in contact with Christy
21    Lenhardt as a social worker on L Unit?
22            A    I honestly don't recall the year
23    but it was sometime after I started there.  It
24    would be a few years after I was there when she
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 74

1   **started working on both K&L but I don't recall the**

2   **year.**

3                   MR. CECALA:  Okay.  We are going to

4   come back to this in a second.

5           I am going to switch now to what has

6   been labeled as Exhibit No. 1.

7                   ( Exhibit 1 marked.)

8   BY MR. CECALA:

9           Q    Exhibit No. 1, we obtained audio

10  recordings of interviews that the staff of Elgin

11  provided to the Illinois State Police in the fall

12  and winter, starting in 2017 and 2018.

13          Do you recall giving an interview to the

14  State Police during that time?

15          **A    Yes.**

16          Q    The page of this transcript, it

17  says, October 17, 2017 at 1:40 p.m.

18          Do you remember if that was about the

19  time that you -- Does that refresh your

20  recollection of when you would have been

21  interviewed by the State Police?

22          **A    I just remember I was interviewed.**

23  **I don't remember the month and the year but I do**

24  **recall being interviewed.**

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 75

1          Q    Okay.  Do you think that's the

2    wrong date because that's what the officer --

3    Actually why don't we do this:

4          You remember being interviewed; correct?

5          **A    Yes.**

6          Q    You were providing information to

7    the police about the incident between Christy

8    Lenhardt and Ben Hurt; correct?

9          **A    I was not providing any information**

10   **about the incident, but I just knew that they**

11   **needed my information, and I just, you know ...**

12         Q    I will rephrase the question.

13   Incident is perhaps too narrow of a word.

14         You were providing information about the

15   general allegation of abuse from Christy Lenhardt

16   to Ben Hurt at that time; correct?

17         **A    Something, yes, in that respect --**

18         Q    Okay.

19         **A    -- that I had no knowledge of.**

20         Q    You understood at that time the

21   police were doing a criminal investigation?

22         **A    Yes.**

23         Q    So the testimony and information

24   you were providing them was truthful; wasn't it?

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                          July 25, 2022

Page 76

1          **A     Yes.**

2          Q     Okay.  And then if you look at

3     Page 2.

4          We transcribed the audio recording so,

5     if you want to, afterwards we can provide the

6     audio recording and the transcript.  You can have

7     an opportunity to go over this with Mary or your

8     attorneys to make sure that the audio recording

9     reflects what you were saying.  But we did have it

10    transcribed.

11         So what it says in the transcribed audio

12    recording by the investigator on Line 1 it says:

13              Today is October 17, 2017.  The time is

14              approximately 1:40 p.m.

15         Do you see that?

16         **A     Yes.**

17         Q     Do you have any reason to doubt

18    that was the date and time the investigator was

19    talking to you?

20         **A     No.**

21         Q     Okay.  So I want to go down to --

22    So on Page 35, in middle of the page, starting on

23    Line 14 the officer asks you:

24              Are you aware of any -- Has there ever

HURT and OWENS v. JAVED, et al.      No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.              July 25, 2022

Page 77

```
 1                been any other patients that, you know,

 2                had the same type of sentiments for

 3                Christy?

 4           Could you read your answer from Line 17

 5      to Line 23 out loud?

 6                A    Okay.

 7                No.  And I worked with her for this long

 8                time, you know.  I don't know exactly

 9                when she was moved to our unit.  And

10                again, we just heard this.  She was

11                being transferred to our unit because of

12                some issue on the other unit but I don't

13                know any details of that, you know.

14                Q    So when you told the police that

15      Christy was -- You knew Christy for a long time,

16      so you were on L Unit before Christy was assigned

17      to L Unit; correct?

18                A    Yes.

19                Q    And you say here she was moved to

20      your unit from another unit.

21           Do you recall if that was the move from

22      when she was on M&N to L Unit?

23                A    Yes.

24                Q    And then you also say, Because of
```

HURT and OWENS v. JAVED, et al.      No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 78

1    some issue on the other unit.

2                 What was that issue?

3         A      This was -- Here social workers are

4    moved around a lot.  Like sometimes they are

5    transferred from one unit to another, depending on

6    the patient ratio, some have more need.

7                 So I did not know what the reason was or

8    what the issue was but she was moved and she was

9    getting the caseload half on K and half on L at

10   that time.

11        Q    So you didn't know the details of

12   -- the purpose of her move?

13        A    No.

14        Q    Did you ever talk to anyone about

15   her move?

16        A    No.

17        Q    Did you ever have a conversation

18   with Jeff Pharis in that time, in 2005 and 2006,

19   when Christy was moved --

20        A    No.

21        Q    You have to wait until I finish the

22   question so we don't talk over each other.

23        A    Sorry.

24        Q    That's okay.

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                   July 25, 2022

Page 79

1          So you never spoke with Jeff Pharis

2    about Christy being moved from M&N Unit over to L

3    Unit?

4          **A     No.**

5          Q     Okay.  I am going back to Exhibit

6    No. 2.

7          The police provide -- The OIG provides a

8    synopsis of the information that they got

9    regarding Patient ███████ and how they got it.

10         So I am going to read this to make sure

11   it goes quickly but if I say something incorrectly

12   shout, okay, so we make sure that what I am

13   reading is correct.  It says:

14              Synopsis:  According to the evidence

15              ISPDII obtained during it's criminal

16              investigation of Social Worker Lenhardt

17              in 2017 a patient at EMHC audio taped a

18              discussion between himself and Social

19              Worker Lenhardt while at the facility.

20              During that discussion Social Worker

21              Lenhardt said she helped Mr. --

22         And it's blanked out.  This is in

23   relation to ██████ ████████

24              -- helped Mr. ████████ escape from EMHC

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                          July 25, 2022

```
                                                          Page 80
 1                  in 2006.

 2                  So my first question is:

 3                  Do you recall when Patient ████████

 4        escaped from Elgin in 2006?

 5             A    No.

 6             Q    Are you aware that he escaped in

 7        late February of 2006?

 8             A    No.

 9             Q    At the time that he escaped in 2006

10        had anyone talked about that with you formally or

11        informally?

12             A    No.

13             Q    When is the first time you were

14        aware of Patient ███████ escaping from EMHC?

15             A    Like I said earlier, in the report,

16        you know they send the morning report for the

17        entire facility, and his name used to come up as a

18        UA patient.

19                  So I was not aware in any other form or

20        capacity that he had escaped.  That's the only way

21        I knew there was a patient that had escaped and it

22        was written as a UA by his name.

23             Q    Thank you for your answer but

24        that's not my question.  My question is:
```

```
                                                    Page 81

 1              When was the first time you recall being

 2      aware that ████████ ████████ had escaped from Elgin?

 3              A    I don't recall.

 4              Q    You don't recall when the first

 5      time you were aware of that was?

 6              A    Yes.

 7              Q    Now, did you eventually become

 8      aware that he had escaped?

 9              A    We knew that a patient had escaped,

10      yes.

11              Q    When you say we, who are you

12      referring to?

13              A    The whole facility.  When there is

14      an escape everybody is informed that there was --

15              Like I said, in the morning report there

16      is a patient -- There was no such official thing

17      as being all of us notified that the patient has

18      escaped.

19              Q    Yeah, I am not asking about all of

20      you being notified.  I am asking about your

21      personal knowledge.  Your attorneys would object

22      if I didn't.  So my question is:

23              You said you found out from the morning

24      report where he was listed as UA?
```

Page 82

1          **A     Yes.**

2          Q     Obviously this was a big deal;

3    right?

4          **A     Yes, a patient escape is a big**

5    **deal.**

6          Q     So I am trying to pinpoint the

7    timeframe that you became aware of this.

8          Would it have been perhaps in the

9    morning report that was the day after he escaped

10   that they were saying he was UA and you were made

11   aware of it?

12         **A     I don't think it was right after.**

13   **If it was, I honestly don't remember.  But at some**

14   **point his name started coming up in the morning**

15   **report as a UA patient.**

16         Q     Do you recall, just generally -- I

17   understand it's a long time ago, so I am not

18   trying to badger you.  I am just trying to fill in

19   the gaps on my own understanding of the timeframe

20   that's all.

21         So was it within the first month perhaps

22   after he escaped?

23         **A     No.**

24         Q     Perhaps --

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                       July 25, 2022

```
                                                       Page 83
 1              A      Much --

 2              Q     I am sorry.

 3              You can answer, when do you think it

 4    was?

 5              A      Much later.

 6              Q     So much later, meaning much later

 7    you saw it in the morning report or much later

 8    that you found out about it?

 9              A      Much later that I found out about

10    it.

11              Q     So the days and weeks after ████

12    escaped you had no knowledge of his escape in

13    early 2006?

14              A      Just knew that there was a patient

15    escape from M&N Unit; that's all.

16              Q     But you didn't know it was ████

17              A      Yes.

18              Q     I see.

19              So what was the earliest time that you

20    heard that a patient had escaped from M&N Unit?

21              A      I am sure it was right after the

22    escape, because it is a big news, so I am sure I

23    heard it right after the escape happened.

24              Q      Okay.  But it was much later,
```

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.        July 25, 2022

                                                              Page 84

1    perhaps as long as months later, before you knew

2    the identity of the patient as ██████ is that a

3    fair way to --

4              **A    Yes.**

5              Q    Great.

6              So I am going to read further here.  It

7    says:

8                   Social Worker Lenhardt explained that --

9                        This is about the audio recording

10             that was confiscated in Ben's office, I think

11             it says earlier.

12                   So Social Worker Lenhardt further

13                   explained that she helped Mr. ██████

14                   escape.  He fled to Germany.

15                   A couple of years later Social Worker

16                   Lenhardt visited him in Germany and had

17                   a sexual relationship with Mr. ██████

18                   This trip to Germany was corroborated by

19                   Activity Therapist/AT Rebecca Nikolov,

20                   who admitted she drove Social Worker

21                   Lenhardt to the airport to travel to

22                   Germany to visit Mr. ██████

23                   There's also some evidence that Activity

24                   Therapist Wesbrook's had knowledge that

HURT and OWENS v. JAVED, et al.       No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.       July 25, 2022

Page 85

1           Social Worker Lenhardt hid in

2           Mr. ███████ wardrobe and the two had

3           sexual intercourse while at EMHC;

4           however the extent of this knowledge is

5           unclear.

6           Have you ever been aware of what I just

7    read to you before today?

8           **A    No.**

9           Q    So this is the first time you are

10   becoming aware that Christy Lenhardt assisted

11   ███████ in escaping, visited him in Germany, and

12   was actually having sex with him in EMHC before he

13   escaped?

14          **A    Yes.**

15          MR. CECALA:  So I am actually going

16   to use this other document to go through this and

17   we will come back.

18          So I am going to what has been

19   previously marked Exhibit No. 3.  It is Bates

20   stamped ISP 111 and it begins on 111.  It's a four

21   page document.  It ends with ISP 114.

22                   ( Exhibit 3 marked.)

23   BY MR. CECALA:

24          Q    Doctor, have you ever seen this

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.        July 25, 2022

Page 86

 1    document before?

 2            **A     No.**

 3            Q     Do you know what this is?

 4            **A     It says, Case Supplementary Report**

 5    **Division of Internal Investigation.**

 6            Q     Right.

 7            So the first two pages -- so you can see

 8    what's in the document -- the first page is the

 9    summary of information obtained by the Illinois

10    State Police on June 30, 2017 at 1:00 p.m.

11            And actually I think the report may have

12    actually been turned over to the State Police on

13    August 23, 2017 at 12:51 p.m.

14            Do you see that on the front page of the

15    document where I am pointing to it?

16            **A     Yes.**

17            Q     Page 2 is the continuation of the

18    narrative from the first page and then it says:

19            Attachment:  Copy of the EMHC Security

20            Department Report 1710040R3 received

21            August 3 consisting of two pages.

22            Do you see that?

23            **A     Yes.**

24            Q     Okay.  So that's the State Police

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.            July 25, 2022

Page 87

```
1    cover for this document.  So this is the third

2    page.

3              Have you ever seen this document before?

4         A    No.

5         Q    Have you ever seen a document like

6    this security report at Elgin?

7         A    No.

8         Q    So you never see security reports

9    on the patients at Elgin Mental Health Center?

10             You have never seen one of these before?

11        A    No.

12        Q    Okay.  This is a security report

13   prepared by Chief Epperson, Star No. 57, and at

14   the bottom it says:

15             Security shift in charge was Officer

16   Jackson, No. 81.  The date on this report was

17   June 30, 2017.  Reports the time of the occurrence

18   at 0737 hours.  Date of report is June 30, 2017.

19   Time of the report is 1100 hours.

20             Do you see all of that?

21        A    Yes.

22        Q    Okay.  So if you want to, I will

23   give you a minute to read the narrative block of

24   the report so you can refresh any memory you have
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                      July 25, 2022

```
                                                          Page 88
 1   about these incidents by reading this.

 2            Let me know when you have finished

 3   reading it.

 4                 MS. JOHNSTON:  While Dr. Javed is

 5   reviewing this I want to put it on the record, I

 6   know that we have discussed this before, if or

 7   when any portions of this deposition transcript

 8   get filed there will be the appropriate

 9   redactions.

10                 MR. CECALA:  Yes.

11                 MS. JOHNSTON:  For any confidential

12   information.

13            Like I said, I think we have discussed

14   it at length before, but just putting it in the

15   record once again.

16                 MR. CECALA:  Yes, that's fine.

17            You mean, in terms of summary judgment

18   coming up?

19                 MS. JOHNSTON:  Exactly.

20                 MR. CECALA:  There may be the need

21   to seal it because what I am going to do now there

22   is going to be the need to review it.

23   BY MR. CECALA:

24            Q    So doctor, in this security report
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.               July 25, 2022

---

                                                        Page 89

1    Chief Epperson -- I don't know if you can see the

2    pointer.  It says, While review.

3              Do you see that line?

4         A    Yes.

5         Q    Right before it, it says:

6              Officers discovered journals, four flash

7              drives, along with miscellaneous

8              contraband.

9              Do you see that sentence?

10        A    Yes.

11        Q    It says:

12             While review Hurt's journal an entry

13             dated 11-30-16 was discovered, where it

14             stated Hurt had a conversation with

15             Caseworker Lenhardt about how she

16             assisted with UA escape of Patient

17             ███████

18             Do you see that?

19        A    Yes.

20        Q    So this is information that was

21   provided to the Office of the Inspector General in

22   the report we were looking at earlier, where the

23   name ████████ has been redacted in OIG but it's not

24   redacted here.

---

HURT and OWENS v. JAVED, et al.       No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.              July 25, 2022

```
                                                     Page 90
 1            Do you see that?
 2            A     I am sorry, say it again?
 3            Q     If you want me to go back, I can go
 4     back and look at the OIG report quickly.  Let's go
 5     back to the other exhibit and you will see the
 6     page we were looking at, where I read in the
 7     synopsis.
 8            There's names that have been blacked
 9     out; right?
10            A     Yes.
11            Q     And I'll also go back here.  It
12     says that -- In the synopsis it says:
13               According to evidence from Illinois
14               State Police Department of Internal
15               Investigation --
16            That's where the OIG people got the
17     information on this?
18            A     Yes.
19            Q     Okay.  So I showed you earlier the
20     State Police information that was given to OIG.
21     This is part of the information that was given.
22            Do you understand that?
23            A     Yes.
24            Q     In this narrative we have
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

```
                                                        Page 91
 1    specifically named the escaped patient that OIG

 2    was talking about.  Here he has been named as

 3    ██████  ████████

 4              Do you see that?

 5         A    Yes.

 6         Q    This was from a journal that Ben

 7    had written that was kept in his room; right?

 8         A    Yes.

 9         Q    At least that's what the report

10    says; correct?

11         A    Yes.

12         Q    Now, this was something that was

13    discovered on June 30, 2017 relating back a story

14    about what Christy Lenhardt had admitted to Ben

15    about what she had done in 2005 and 2006.

16              Is that your understanding of what we

17    are reading?

18         A    Yes.

19         Q    I am not sure if you were clear

20    about this answer.

21              So Christy was transferred from the M&N

22    Unit to L Unit sometime in 2005.

23              Do you recall that?

24         A    I am sure it was around that time.
```

HURT and OWENS v. JAVED, et al.     No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.       July 25, 2022

```
                                               Page 92
 1          Q    Okay.  And then we tried to limit
 2   the number of exhibits here but I am sure counsel
 3   might stipulate:
 4               ███████  ███████  actually escaped from the
 5   facility on February 24, 2006.
 6               Does that date -- If you don't recall
 7   the specific date does that fit within the
 8   timeframe of when the escape information was
 9   circulating everywhere at Elgin?
10               Obviously it was a big story the day it
11   happened, even though you didn't know ████████
12   identity at the time.
13               But does that timeframe, early 2006, fit
14   within your memory of what was happening in 2006?
15          A    Not exactly sure, but if that's
16   what the record states, probably was 2006 then.
17          Q    Okay.  Great.  I am going to go to
18   another exhibit, doctor.
19               Actually just going back to the earlier
20   exhibit.  I asked if you had ever talked to Jeff
21   Pharis.
22               MS. JOHNSTON:  Which exhibit, Joe?
23               MR. CECALA:  The prior exhibits, I
24   am not going to actually refer to them in the
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                        July 25, 2022

                                                             Page 93

 1   question.

 2   BY MR. CECALA:

 3         Q    We have been talking about this

 4   incident with Christy having helped ████ to

 5   escape in 2006.

 6         What I am wondering is, during that time

 7   immediately after that, sometime in 2006, as many

 8   as -- you eventually found out that he was -- that

 9   it was ████ ████ who was listed as the

10   unauthorized absence patient.

11         So some period of time, perhaps months,

12   after he escaped that you became aware of it;

13   right?

14         **A    Yes.**

15         Q    So I asked you if you had ever

16   talked to Jeff Pharis about Christy's transfer

17   from M&N Unit to L Unit.

18         I think you said you hadn't; correct?

19         **A    I did not, no.**

20         Q    Okay.  Had you talked to anyone

21   else about Christy's transfer from M&N Unit to L

22   Unit?

23         **A    No.**

24         Q    Did you ever ask Christy why she

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 94

1    was transferred from M&N Unit to L Unit?

2           A    No.

3           Q    Did anyone ever tell you that

4    Christy's transfer from M&N Unit to L Unit had

5    anything to do with allegations of abuse against

6    her towards ██████  ███████

7           A    No.

8           Q    So I will just ask your awareness

9    of this:

10          Are you aware that when the escape was

11   investigated that Christy Lenhardt told the State

12   Police that Jeff Pharis had filed allegations of

13   abuse of ██████  ███████ by her, that he had

14   actually prepared an allegation of abuse against

15   her?

16          A    No.

17          Q    And is this the first time you are

18   being made aware of that?

19          **A    As you are talking about it, yes.**

20          Q    Okay.  So suffice it to say,

21   Christy has been transferred to L Unit sometime in

22   2005.  I think it was in the summer of 2005 is

23   what the records show.

24          And was she on L Unit with you as the

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

```
                                                       Page 95
 1   psychiatrist from 2005 uninterrupted until 2012,

 2   to your knowledge?

 3          A    Yes.

 4          Initially she was carrying a caseload on

 5   both K&L, so she had some patients assigned to her

 6   on K and some patients assigned to her on L.

 7          And then at some point she was only

 8   seeing patients on L.  She was completely working

 9   on L.

10          Q    Do you recall about when she was

11   only working with patients on L Unit?

12          A    No, I don't.

13          Q    Okay.  Have you ever seen this

14   document before -- Actually, before you answer

15   that.

16                MR. CECALA:  So this is another

17   seven page exhibit.  I think it's Exhibit No. 12.

18                    ( Exhibit 12 marked.)

19   BY MR. CECALA:

20          Q    It's seven pages.  It's Bates

21   stamped 20578 to 20584.  The first page says,

22   Office of the Inspector General Investigative

23   Report.

24                So doctor, have you ever seen this
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                      July 25, 2022

                                                          Page 96

1    report and case number before?

2              A    No.

3              Q    I am going to show you again the

4    first page of it.

5              This looks like the other one; correct?

6              A    Yes.

7              Q    Can you see it?  I have shrunk it

8    down a little bit.

9              A    Yes, I can.

10             Q    This is dated April 16, 2020 with

11   the same information:

12             It's Elgin, the address, the case

13   number, the investigator and the location of the

14   incident is Unit L; correct?

15             A    Yes.

16             Q    Now, do you recall a patient named

17   ██████████   ████████████

18             A    Yes.

19             Q    Was he your patient?

20             A    Yes.

21             Q    So if you wouldn't mind, you can

22   read Roman Numeral I introduction, if you can read

23   those two paragraphs.

24             You can read them to yourself and let me

HURT and OWENS v. JAVED, et al.       No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.                    July 25, 2022

                                                            Page 97

1    know when you have finished.

2              **A     I read it.**

3              Q     Okay.  So this is a report

4    pertaining to ███████  ████████  and his

5    interactions with Christy.

6              Do you recall being interviewed about

7    this situation?

8              **A     No.**

9              Q     I am going to show you on Page

10   20582.  This is relating back to the State Police

11   interview that you gave on October 17, 2017?

12             **A     Yes.**

13             Q     If you wouldn't mind, can you read

14   what it says about your interview.  It goes

15   from -- I guess it's 2582 to 2583 at the top line.

16             Let me know when you have finished

17   reading that.

18             **A     You are saying my interview, that**

19   **D; right?**

20             Q     Yes, letter D; correct.

21             **A     Just the first page at the end of**

22   **that page?**

23             Q     Yeah, just the part that discusses

24   your interview.  Because Letter E is about other

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                     July 25, 2022

                                                           Page 98

1  staff.

2          **A      Okay.**

3          Q      They interviewed close to 40 people

4  but just your interview was singled out.

5          **A      Okay.**

6          Q      Were you able to read it?

7          **A      Yeah, that short thing, yes.**

8          Q      I am going to take you to the

9  transcript so you don't have to interpret what the

10  police said.  But the police said, Line 1, it

11  says:

12                 Dr. Javed was concerned when Social

13                 Worker Lenhardt's patient, ██████

14                 ████████████  would spend a lot of time

15                 inside Social Worker Lenhardt's office.

16          Do you see that statement?

17          **A      Yes.**

18          Q      Okay.  I am going to take you back

19  to Exhibit 1.  This is a very lengthy question.  I

20  am going to try to save time here.  Officer

21  Sandoval liked to talk on his interviews.

22          So on Page 28, beginning on Line 13

23  Officer Sandoval has a very lengthy narrative that

24  goes to the bottom of Page 29.

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.              July 25, 2022

                                                    Page 99

1              You can read it and let me know when you

2      have finished, Line 21 on Page 29 from Line 13 on

3      Page 28, beginning with, What if the allegation is

4      true.

5              Can you read that question he asked you?

6         A    Yeah, to myself; correct?

7         Q    You can read it to yourself.  Let

8      me know when you have finished.

9         A    Okay.  I read to 19.

10        Q    And Line 20 he says:

11             It's very cliche but I do like my

12             caffeinated beverage.

13        And you answer:

14             Me too.

15        Do you see all that?

16        A    Yes.

17        Q    So I want to characterize this.  I

18     guess he is talking about the -- what was perhaps

19     rumored about the situation concerning Christy

20     Lenhardt, trying to find out if it happened -- if

21     it in fact had happened; correct?

22        A    Yes.

23        Q    Then he asks somewhere, I think

24     it's Line 10 of Line 29, he says -- at the end he

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                      July 25, 2022

```
                                                    Page 100
 1   says:

 2              And we like to gauge that because for us

 3              it's like, okay, what's the rumor, what

 4              have you heard?

 5        So I think that's actually his question.

 6   He just goes on talking about other things.

 7              Later he says:

 8                The word on the street.

 9        Right?

10        A    Uh huh, yes.

11        Q    He is trying to find out what other

12   rumored information perhaps there is about Christy

13   Lenhardt; correct?

14        A    Yes.

15        Q    On Page 30 now, with that in mind,

16   he asks on Line 3:

17              And so -- And that's why we wanted to

18              ask, well, what is it that you have

19              heard?

20        And then you answer on Line 5, 6, and 7.

21   Could you actually read that out loud?

22        A    So the 5 my answer:

23              I will tell you, there was one time a

24              patient that was -- that was she was
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                        July 25, 2022

Page 101

1          **spending a lot of time with.**

2          Q    And then he asks:

3          Who was that?

4          And you answer:

5          ██████ ██████████ was the name of

6          the patient.

7          And you spell it; correct?

8          **A    Yes.**

9          Q    What made you think of ███████

10   after he was discussing the rumors related to

11   Christy?

12         **A    I thought that was important**

13   **information to share.**

14         Q    What was important about it?

15         **A    That ████████ was a patient that was**

16   **in her care and that he was -- that I believed**

17   **that he was spending a lot of time in her office,**

18   **so I had discussed that with the patient.**

19         Q    Right.

20         Are you reading from the answer?

21         I am asking what your -- There is more

22   testimony.  We can go over that.

23         But I am asking you what you thought was

24   important about volunteering that information to

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

                                                          Page 102

1    the officer, about the fact that she was spending

2    a lot of time with ████████

3           A    I believe his question was, if I

4    knew anything, and I didn't want to -- I just

5    wanted to make sure that I mentioned something

6    that I had observed.

7           Q    Okay.  Good.

8           So what is it that was similar between

9    the Ben Hurt situation and ████████ that you had

10   observed?

11          A    I don't think anything similar in

12   the two cases.

13          I actually had an individual session

14   with ████████ and he was the one who told me that

15   he spends a lot of time in her office.  And then I

16   questioned him why.

17          He actually shared that information with

18   me.

19          Q    Okay.  So what would be the

20   similarity of ████████ spending a lot of time in

21   Christy's office and Ben Hurt spending a lot of

22   time in her office?

23          A    They are two different cases.  I

24   don't think there were any similarities.

Page 103

1          **I just wanted to let -- I just wanted to**

2   **let them know that that happened.**

3          Q    Well, I mean, you know, Christy has

4   admitted to having sex with ███████ and she has

5   admitted to having sex with Ben Hurt.  They are

6   actually quite similar in cases.  I am not asking

7   about that.  That's precisely similar.

8          I am asking:

9          What is it you were thinking, when you

10  volunteered to the police that ███████

11  ███████████████  situation was something that you

12  needed to tell them about, when they asked you

13  what the rumor about Christy was and Ben?

14         **A    My reason was that if there was any**

15  **suspicion of any crime that a staff -- at least I**

16  **would take the right approach and bring that to**

17  **the appropriate staff and make sure to protect the**

18  **patient from any abuse or -- So that was my reason**

19  **for doing that.**

20         Q    Right.  I mean, actually -- Thank

21  you for that.  That's precisely what I am getting

22  at.

23         At the time this occurred with

24  ███████ -- Let's go down to the next answer, I

HURT and OWENS v. JAVED, et al.            No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                        July 25, 2022

                                                            Page 104

 1    will ask the next question.

 2            From Line 17 he asks:

 3                Is he still here?  Is ███████ still

 4                here?

 5            Can you read your answer from Lines 18

 6    to 24?

 7        **A    Yes, I read it.**

 8        Q    Here you say you talked to her and

 9    you asked the patient.

10            My question is, was the sequence that

11    you noticed she was spending a lot of time with

12    ███████ being in her office, so you talked to her,

13    and then you asked the patient?

14            Is that the order in which it was done?

15        **A    It was actually in one of the**

16    **individual sessions with ███████ that he brought**

17    **up that he likes -- he likes to spend time in her**

18    **office.**

19        Q    Okay.  So that happened first?

20    ███████ said:

21                I like spending time in Christy's

22                office.

23        **A    Yes.**

24        Q    Then what happened next?

                    LISA A. KOTRBA & ASSOCIATES, LTD.
                            312-855-1834

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                      July 25, 2022

Page 105

1              A     So I asked him:

2                Any specific reason?

3              And he said he had feelings for her.

4              Q     Go ahead.

5              A     And that's --

6              Q     Go ahead.

7              A     And knowing his case, because he

8     had a lot of fixation on females, and that was

9     part of his NGRI crime, I brought it to the

10    attention of administration that since L had all

11    female staff, all the social workers,

12    psychiatrists and all his fixations on females

13    that he would be moved to a unit where he could

14    work with a male therapist.

15             And it was discussed with the

16    administrative staff and based on that he was

17    moved to Unit K.

18             Q     In your answer it says:

19                We talked to her.

20             Who is we?

21             A     I don't recall exactly.  But I

22    notified the Social Worker 3, Bob Hamlin, and he

23    notified the director of social work at the time.

24             I also informed my supervisor,

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                     July 25, 2022

Page 106

1    **Dr. Daniel Hardy.**

2         Q    So you said earlier you were

3    concerned about abuse.

4         What type of abuse were you concerned

5    about?

6         **A    I want to take that back.**

7         **I was just concerned about the patient**

8    **being overly fixated on the staff because of what**

9    **he had brought to me.  And so in view of that I**

10   **did not want him to be on the unit.**

11        **And therefore, to avoid any more**

12   **complications of him being on the unit with all**

13   **female staff, I wanted -- that was the**

14   **recommendation to move him to K Unit, so he could**

15   **work with a male therapist.**

16             MR. CECALA:  Hold on one second.

17        (Whereupon off-the-record

18             proceedings were had).

19   BY MR. CECALA:

20        Q    So when you said you talked to her,

21   did you mean Christy Lenhardt?

22        **A    I am not sure what I meant by that.**

23        Q    So did you ever talk to Christy

24   Lenhardt about this situation occurring with

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.           July 25, 2022

Page 107

1  ▉▉▉▉▉

2         **A    I did inform her that he shared**

3  **with me that he had feelings for her and that it**

4  **would be advisable if he does not continue to see**

5  **her any more.**

6         Q    And what did she say?

7         **A    I don't exactly recall her words**

8  **but she was okay with it.**

9         Q    Did you ever ask her whether it was

10  a consensual set of feelings or mutual feelings

11  that she had for ▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉ as well?

12         **A    No.**

13         Q    Do you recall having a conversation

14  with Colleen Delaney about whether ▉▉▉▉

15  ▉▉▉▉▉▉▉ and Christy had mutual affectionate

16  feelings for one another?

17         **A    No.**

18         Q    Did you talk to -- Well, strike

19  that.  We will go to the next questions.

20         So Line 1 the officer says:

21            Okay.

22         And then could you read out loud the

23  Lines 2 through 12 -- Or I can read it, in the

24  interest of saving time.

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 108

 1          Doctor, if I say any word or something

 2     that you believe is wrong, just let me know; okay,

 3     doctor?

 4               **A     Yes.**

 5               Q     Is that okay?

 6               **A     Yes, go ahead.**

 7               Q     Okay.  So Line 2, it says:

 8               So we talked to her and I actually went

 9               and I told the Social Worker 3, which is

10               Bob Hamlin.

11          It says Hamlon.  I believe that is a

12     misspelling.  It should be Bob Hamlin.

13               Who is a Social Worker 3, and I said,

14               You know, this is happening and I think

15               it would be good if we let someone know,

16               because I wanted to move the patient

17               from the unit.

18               So we talked to the social worker, and

19               the head of social work at the time was

20               Dee Barber.  She was Christy's social

21               worker next, Christy's supervisor.

22               And I also informed my boss or my

23               supervisor, Dr. Dan Hardy.

24               The officer says:

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.               July 25, 2022

Page 109

```
 1          Okay.

 2          Then you answer further:

 3              We notified Jeff Pharis, who was the

 4              forensic director at the time.

 5          And then you spelled Pharis.

 6          Do you see that?

 7      A    Yes.

 8      Q    When you were answering you again

 9  said:

10              So we talked to her.

11          So is her Christy Lenhardt?

12      A    Yes.

13      Q    And is we Bob Hamlin, Dr. Hardy and

14  Jeff Pharis or just one of those people?

15          Who is we?

16      A    I think Bob Hamlin.

17      Q    And were you with Bob Hamlin when

18  he talked to her?

19      A    I don't recall.

20      Q    Were you with Jeff Pharis when he

21  talked to her?

22      A    No.

23      Q    Do you know if Jeff Pharis talked

24  to her?
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                      July 25, 2022

```
                                                    Page 110
 1           A    I don't know.
 2           Q    Do you know if Dr. Hardy talked to
 3   her?
 4           A    No.
 5           Q    Do you know if anyone talked to
 6   her?
 7           A    I don't know.
 8           Q    Other than you talked to her and
 9   you said Bob Hamlin talked to her; right?
10           A    Yes.
11           Q    So other than you and Bob Hamlin,
12   had anyone else talked to Christy about this
13   situation with ███████
14           A    I am sorry, say it again?
15           Q    Other than you and Bob Hamlin, are
16   you aware that anyone else talked to Christy about
17   the situation between her and ████████
18   ██████████
19           A    I don't know.
20           But her supervisor was informed so I
21   assume that her supervisor would talk to her about
22   the situation but I don't know if she did or not.
23           Q    Right.
24           I mean, these are all -- You are trying
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                      July 25, 2022

Page 111

1   to report this situation; right?

2              A    Yes.

3              Q    You are trying to make other people

4   know that there's -- that something is happening.

5   I think you said, This is happening.  That

6   something is happening and you are trying to

7   report it; right?

8              A    Yes.

9              Q    And when you said, This is

10  happening, what was this that was happening?

11             **A    That the patient was reporting that**

12  **he has feelings for this case worker.**

13             Q    Is that the only thing you

14  considered?

15             **A    Yes.**

16             **As I said, you know, this patient had a**

17  **lot of fixation.  His crime was also related to**

18  **having delusions of erotomania, where he believed**

19  **he had relationships with people, females so...**

20             Q    Go ahead, finish your answer, I am

21  sorry.

22             **A    He was fixated on females.  That**

23  **was also his crime for which he was adjudicated**

24  **NGRI, having feelings for females, and believed he**

HURT and OWENS v. JAVED, et al.       No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 112

1      **was married to them.**

2              **And I don't know how much I can talk**

3      **about his NGRI crime, but that was his crime,**

4      **where he had a home invasion and went into a --**

5                      MS. JOHNSTON:  I think we can be --

6      I will just say it now.  I think that if or when

7      this gets filed, we are just going to have to go

8      with under seal, Joe.

9                      MR. CECALA:  Yeah, for sure.

10                     MS. JOHNSTON:  I think we have

11     gotten there.

12                     MR. CECALA:  Yeah.

13     BY MR. CECALA:

14             Q    My question, doctor, is:

15             Do you think  ████████  was delusional

16     about the fact that Christy was masturbating him

17     in her office?

18                     MS. JOHNSTON:  Objection, form.

19                     MR. CECALA:  She just testified

20     about how delusional he was so it's a valid

21     question.

22                     MS. JOHNSTON:  Not instructing her

23     not to answer.

24                     MR. CECALA:  Right.

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.               July 25, 2022

Page 113

1   BY MR. CECALA:

2              Q    You can answer, doctor.

3              **A    Can you repeat the question?**

4              Q    Sure.

5              Do you think that ▬▬▬ was delusional

6   about the fact that Christy was masturbating him

7   in her office?

8              **A    I -- He was not delusional, as far**

9   **as masturbation is concerned.**

10             **He was more delusional about being**

11  **fixated on a female -- females.**

12             Q    Right.  What I am saying to you is

13  that:

14             Are you aware, as you sit here today,

15  that Christy Lenhardt has admitted to using her

16  feet to masturbate ▬▬▬ penis in her office?

17             **A    No, this is first time I am hearing**

18  **it.**

19             Q    So my question is:

20             Do you believe that ▬▬▬ was

21  delusional about the fact that Christy was doing

22  that?

23             **A    No.**

24             Q    So isn't there some possibility

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

                                                      Page 114

 1   that what ███████ was reporting to you at the time

 2   had nothing to do with his mental illness?

 3            **A    It is always a possibility.**

 4            Q    So when you decided that this was

 5   important information, about the rumors going on

 6   about Christy and Ben, to report to the State

 7   Police, were you considering that Christy's

 8   interactions with patients were inappropriate?

 9            **A    No.**

10            **I was concerned about the patient's**

11   **safety and that's why I brought it up; that when**

12   **it is -- when it comes to our attention that a**

13   **patient care could be jeopardized or this patient**

14   **is not taking appropriate care, that we take**

15   **action right away.**

16            Q    So the patient's safety, in the

17   case of ███████ is that what you are referring

18   to?

19            **A    Yes.**

20            Q    When you were telling the State

21   Police this though ███████ had already been moved;

22   right?

23            **A    Yes.**

24            Q    So when you were volunteering

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

                                                        Page 115

1    information to them about -- in response to

2    questions about the rumors or suspicions about

3    Christy and you related the story about ███████ --

4    I will ask again -- what concerns for patient

5    safety were you having?

6         **A    At that time he had only voiced**

7    **that he had feelings for her.  And my concern was**

8    **I didn't want this to go any further, for the**

9    **safety of the staff also and for the patient's**

10   **safety.**

11            Q    Okay.  Maybe my question wasn't

12   clear.

13            This is testimony you gave to the

14   Illinois State Police in October of 2017; correct?

15       **A    Yes.**

16            Q    ███████ had already been moved to K

17   Unit; correct?

18       **A    Yes.**

19            Q    And are you aware of whether Ben

20   Hurt was a patient at the facility on October of

21   2017 or was he already discharged?

22       **A    I believe he was discharged**

23   **already.**

24            Q    He was discharged July 22, 2017?

LISA A. KOTRBA & ASSOCIATES, LTD.
312-855-1834

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 116

1      **A      Yes.**

2          Q     Those are all facts in the record.

3      **A      Yes.**

4          Q     So when you were giving this

5    information to the State Police in October of 2017

6    neither of the patients were in contact with

7    Christy Lenhardt; correct?

8      **A      Yes.**

9          Q     So at that time the police asked

10   you about rumors concerning Christy Lenhardt and

11   you related rumors based upon the allegations with

12   Ben and you related the story about █████████

13   ████████████ being too frequently in her office

14   and having feelings for Christy; correct?

15     **A      Yes.**

16         Q     So at that time when you gave this

17   information to the State Police -- not before

18   then -- at that time did you see that there was a

19   similarity between ██████████ activity or the "this

20   is happening" that you testified to and the

21   whatever may have happened between Christy and

22   Ben?

23         Did you see a similarity in October?

24     **A      Possible, yes.**

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 117

 1            Q    And when the incident -- Now, going

 2    back to when the incident happened with ████████

 3    you made a very concerted effort to notify

 4    Christy's supervisor; correct?

 5            A    Yes.

 6            Q    How soon after ████████ admitted to

 7    you that he had feelings for Christy did you get

 8    the ball rolling and call Bob Hamlin and her

 9    supervisor?

10            **A    I believe the very same day or**

11    **maybe -- Yes, the very same day.**

12            Q    Was it perhaps within hours?

13            **A    Yes.**

14            Q    Did you feel as though there was an

15    urgency to report it?

16            **A    I was notified.  I made it a point**

17    **to notify Bob Hamlin and I don't think that**

18    **everybody else was notified right away but we**

19    **decided that we should let our supervisors know.**

20            Q    Right.

21            Going on to Page 31, the bottom of

22    Page 31.  I will read your answer again and then

23    if I have misstated it, please let me know.

24            So on Line 20 of Page 31 the answer

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                          July 25, 2022

                                                              Page 118

 1   says:

 2                So we actually met with my supervisor

 3                and I told him, because we cannot

 4                just -- I cannot just say, I want to

 5                move this patient.  It's very like, you

 6                know, strict ruling of where patients

 7                go.  We have to notify everyone.  We

 8                have to give a reason why we want a

 9                patient moved, you know.

10          Is that a correct reading of your

11   answer?

12          **A    Yes.**

13          Q    So when you were -- and correct me,

14   if I am wrong -- within hours of finding out that

15   this situation between ███████ and Christy had

16   occurred, you were not only notifying but

17   thinking, We have to move the patient; correct?

18          **A    Yes.**

19          Q    Why did you think that?

20          **A    To create distance between him and**

21   **the staff.  We did not want him to focus on the**

22   **staff.**

23          Q    And what consequences would there

24   be, if they were not separated?

                    LISA A. KOTRBA & ASSOCIATES, LTD.
                            312-855-1834

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                   July 25, 2022

Page 119

 1          **A    He would possibly go into her**
 2   **office or he would be assigned to a different**
 3   **therapist, and like I testified earlier or**
 4   **notified earlier, that all the staff was female**
 5   **and because of his fixation on females --**
 6          Q    I know.  I don't mean to cut you
 7   short.  That's not my question.
 8          My question and I will clarify it:
 9          What dangerous consequence were you
10   considering when you were deciding the patient
11   should be transferred -- and it looks like
12   immediately -- what dangerous consequence were you
13   considering?
14          **A    I don't think anywhere I said**
15   **immediately but just for patient and staff safety.**
16          Q    For safety; right?
17          **A    Yes.**
18          Q    Okay.  Give me one second.
19          So doctor, I am going to ask you to look
20   at the bottom of Page 33, Line 23 through Line 4
21   on 34.
22          I am going to read the officer's
23   question and then I am going to read your answer.
24   And if you think I have misstated anything, please

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 120

1    let me know.

2              On Line 23 it says:

3              Okay.  Oh so, then ████████ actually

4              said, do you remember or do you recall

5              what he said about her?  In other words,

6              was it that Christy is nice or was it

7              extreme like, I find her to be extremely

8              attractive, and she is a sexy lady?

9         You answer:

10             No, he never said anything like that.

11             He just said, I like her.

12             And this is not that this is of any

13             concern here but just because it's

14             relevant to the case, I just want to

15             bring it up.

16             I am Muslim and ████████ was Muslim too.

17             So I told him, I said, ████████ what are

18             you doing?

19             And he said, Profit Muhammad also liked

20             an older woman, because ████████ was 21,

21             you know, and Christy is much older than

22             him.

23             So he said, Profit Muhammad liked -- the

24             wife he married was much older than him,

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

```
                                                 Page 121
 1              so what's wrong with that, you know.
 2              So did I read that correctly, doctor?
 3          A    Yes.
 4          Q    And is that a correct -- You know,
 5      whether it's the exact words, do you recall having
 6      that question asked and giving that answer to the
 7      State Police?
 8          A    Yes.
 9          Q    So when you were talking to ████████
10      was the cultural consideration of understanding
11      ████████ Muslim religious persuasion important to
12      you?
13          A    He just brought it up.  So in that
14      context I was just notifying him that he shared
15      this with me.
16          Q    Right.  Exactly.  So that's what I
17      am saying:
18              That was a way that ████████ was
19      communicating with you to increase his
20      understanding or your understanding of where he
21      was coming from; right?
22          A    Yes.
23          Q    So was that a regular part of
24      communication that you had with ████████ helping
```

LISA A. KOTRBA & ASSOCIATES, LTD.
312-855-1834

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

                                                        Page 122

 1    to increase his -- your understanding of one

 2    another, as a patient and a client or patient and

 3    a doctor?

 4           **A      You know, I never disclosed my**

 5    **religious affiliations, but because of the name**

 6    **and stuff sometimes the patients know, and he**

 7    **brought this himself, shared that information.**

 8           Q     Yeah, I am not suggesting you did

 9    anything wrong.

10           I am actually perhaps implying that it

11    was a point of affinity between you and ████████

12    that you shared similar religions; correct?

13           **A     Yes.**

14           Q     And that point of affinity, where

15    you are describing this conversation, did that

16    allow you to help gain deeper insight into what

17    ████████ was thinking and understanding about

18    Christy?

19           **A     Yes.**

20           Q     And when he said that, did you ever

21    query him or ask him whether Christy had

22    reciprocated his feelings for her?

23           **A     I never asked him.  And if I did,**

24    **he never said anything.  He just said he has**

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                     July 25, 2022

Page 123

```
 1   feelings for her.
 2           Q    So you never asked ██████ whether
 3   the feelings were mutual between Christy and him?
 4           A    I asked him maybe -- I don't recall
 5   exactly but I asked him if -- I don't exactly
 6   remember how I asked him.
 7           But my whole reasoning was to find out
 8   if he would, you know, tell me if she was also
 9   reciprocating those feelings.
10           But he said:
11               No, it's just my feelings towards her.
12           Q    Why did you ask him whether Christy
13   was reciprocating feelings for him?
14           A    I said I never asked him.
15           Q    Oh, you never asked him?
16           A    No.
17           Q    So you never asked him whether the
18   feeling was mutual?
19           A    I didn't ask him those exact words.
20           Q    So what did you ask him?
21           A    I don't recall.
22           Q    Was there any question implying
23   that or trying to find out from ██████ whether
24   the feelings between Christy and he were mutual?
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                      July 25, 2022

Page 124

1           A    I think I asked him:

2                Have you let her know how you feel about

3                her?

4           And I don't recall exactly what he said,

5      whether he ...

6           Q    So why did you ask whether he let

7      her know how he felt?

8           A    Because it was very obvious that he

9      was very fixated on her and he was talking about

10     having feelings for her and how he was relating it

11     to Profit Muhammad, recalling him having married

12     an older woman.  So I asked him -- I think in that

13     context I asked him.

14          But I don't exactly remember the wording

15     of how I asked.  But I did try to explore to find

16     out if it was mutual or if it was just his

17     feelings for him.  And I thought he said:

18                No, it's how I feel about her.

19          Q    Right.

20          So you were trying to explore whether

21     the feeling was mutual; correct?

22          A    Yes.

23          Q    Why were you doing that?

24          A    Just to find out --

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                      July 25, 2022

                                                        Page 125

1          Q    Well --

2          A    -- if she has said anything to him

3     or responded anything to him.

4          Q    Well --

5          A    Like I said, I didn't exactly ask

6     him if she has voiced any feelings for him.  I

7     just tried to find out if there was any such

8     feelings.

9          Q    Right.

10          And my question -- which I am not sure I

11     understand the answer, so I will ask it again:

12          The gist of what you just said is, you

13     know, you were trying to find out if there was

14     some perhaps reciprocation of feelings from

15     Christy towards him.

16          Is that is a fair way to say it?

17          A    Yes.

18          Q    And my question is:

19          Why were you trying to find that out?

20          A    To make sure there wasn't -- that

21     Christy did not have any feelings for him because

22     that would be inappropriate.

23          Q    That would be abuse; wouldn't it?

24          A    Yes.

                    LISA A. KOTRBA & ASSOCIATES, LTD.
                              312-855-1834

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 126

1          Q     Not just a casual boundary crossing

2     of bringing a candy bar?

3          It's romantic, potentially leading to

4     exacerbating this patient's fixation on women;

5     right?

6          **A     Yes.**

7          Q     And I am agreeing with you, like

8     that would have been an important thing for you to

9     ask to find out any suspicion of what Christy may

10    have been doing with ████████ correct?

11         **A     Yes.**

12         Q     And this conversation with ████████

13    where this point of affinity between you and he as

14    fellow Muslims was discussed, did this

15    conversation happen before you spoke to Christy or

16    after?

17         **A     All this conversation happened in**

18    **one session, where he talked about his feelings**

19    **for her in an individual sessions with me, and**

20    **then he elaborated with all this other stuff in**

21    **the same session.**

22         Q     Right.

23         **A     This was before.**

24         Q     It was before you spoke to Christy?

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 127

1          **A     Yes.**

2          Q     Did you speak to Christy

3    immediately after this or did you go to Bob Hamlin

4    first?

5          **A     I don't recall exactly the**

6    **sequence, whether I talked to her first or I**

7    **talked to Bob Hamlin.**

8               MR. CECALA:  Okay.  Hold on one

9    second.

10              It's five minutes to 1:00.  If everyone

11   would like to break.

12              So doctor, is now a good time to take a

13   break?

14              And maybe we can do a little bit of a

15   longer break, 10 minutes or 15 minutes, if someone

16   needs to get food or the bathroom and then come

17   back and perhaps go a little longer when we come

18   back; is that okay with everyone?

19              MS. JOHNSTON:  Want to say 1:15?

20   It's three minutes to 1:00.  If we come back at

21   1:15.

22              Okay.  Just a reminder, doctor, you

23   shouldn't talk about the substance of this

24   deposition with anybody but your lawyer; okay.

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

                                                            Page 128
 1              (Whereupon a recess was had).
 2                   MR. CECALA:  Okay.  After a short
 3      break we are back on the record.
 4      BY MR. CECALA:
 5              Q    Doctor, I am going to share a
 6      screen again.
 7              Can you see the screen, doctor?
 8              **A    Yes.**
 9              Q    Okay.  Great.
10              If you have trouble seeing it, I can
11      always make it larger, but it's easier to -- for
12      whatever reason my computer goes faster when it's
13      smaller.
14                   MR. CECALA:  So what I am showing
15      you, I think I put on -- maybe Lyn did miss
16      this -- this is Exhibit No. 13, it's 27 pages.  It
17      begins on Page 8726 and it ends at 8745.
18                   MS. JOHNSTON:  It's 8752, Joe.
19                   MR. CECALA:  Like I said -- Oh,
20      these would be the pages on the table here.  8752,
21      thank you, Mary, yes, that's correct.
22                        ( Exhibit 13 marked.)
23      BY MR. CECALA:
24              Q    So doctor, this is an exhibit of

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.          July 25, 2022

Page 129

1    the progress notes from Mark Owens' chart.

2            Are you familiar with progress notes?

3        **A    Yes.**

4        Q    And at the bottom of this very

5    first page it says:

6                Recipient Name:  And it says, Name:

7                Owens, Mark.

8            Do you see that?

9        **A    Yes.**

10       Q    So this is chart notes beginning

11   for Mark Owens in January, 2016 -- I think the

12   date in the upper left is January, 16, 2014,

13   sorry.

14           January 16, 2014 at 10:05 a.m. and then

15   it's a social worker's note; right?

16           Just so we are clear on these

17   nomenclatures off to the side:

18           So the first line of January, that's the

19   date.

20           The second line is the time.

21           The third line looks to be crossed out

22   and initialed like the prior document, when

23   someone makes a mistake they put their initials

24   next to it; right?

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                        July 25, 2022

Page 130

1          **A     Yes.**

2          Q     Underneath it, it says:

3          TR-INT; correct?

4          **A     Yes.**

5          Q     What does that stand for?

6          **A     You know, I think it means the**

7    **intern.**

8          Q     So --

9          **A     I don't see that, like, social work**

10   **note is social work note.  There is no such INT**

11   **there.  So I am assuming this is also social work**

12   **intern's note.**

13         Q     Okay.  At the bottom there is a

14   type of abbreviation.  It says, TR-INTR.

15         Do you see that?

16         **A     Bottom of the next page because I**

17   **don't see the bottom of next --**

18         Q     Right over here.  Do you see where

19   I am pointing?  It says:

20         Type of Abbreviations.

21         And there's four types of abbreviations

22   there?

23         **A     Yes.**

24         Q     SP-PREC.

Page 131

1              Then it says:

2              BEH-OBS.

3         **A     Yeah, I see that.  It says,**

4    **Treatment Intervention, that's what I am reading**

5    **it as, treatment intervention social worker note.**

6              Q    Right.  So it's the treatment

7    intervention social worker note; right?

8         **A    Yes.**

9              Q    So that's how they would be putting

10   in some intervention that the social worker was

11   performing as a service towards the patient;

12   right?

13        **A    Yes.**

14             Q    Okay.  And then this first note --

15   Actually, you can read over the first note.  This

16   is a less significant note but I just want to make

17   sure that we are reading the same thing.

18             So P at the top, what does that stand

19   for?

20        **A    Problem.**

21             Q    It says:

22             Continuing care planning-chart

23             documentation indicates that patient was

24             involved in a "physical altercation"

Page 132

```
1              with a peer on January 15, 2014 in the

2              evening.

3         Right?

4         A    Yes.

5         Q    Then is it says, I.

6    What does that stand for?

7         A    Intervention.

8         Q    Then MCT, is that the treatment

9    team?

10        A    Met with Mr. Owens.

11        Q    Met, M-E-T.

12             So met with Mr. Owens and treatment team

13             to discuss documented incident, also to

14             meet individually --

15                  And then there is something crossed

16        out.

17                  -- later today.

18             Then there is another P and what does

19    that P stand for?

20        A    Progress.

21        Q    Good.  So progress is:

22             Mr. Owens acknowledged there was --

23             there has been tension between himself

24             and a peer RK recently and reminded
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                        July 25, 2022

Page 133

```
 1              staff of a previous incident.

 2              In the occasion Mr. Owens reported it

 3              began in the day room by the -- I am not

 4              sure what --

 5         A    TV area.

 6         Q    -- TV area.

 7         Great.  Thank you.

 8              Mr. Owens reported the peer was talked

 9              to, a second peer.

10         And then it's all crossed out.

11              And he said --

12                  And I can't read this.

13              -- something to peer?

14         A    Yeah.

15         Q    Maybe remark to peer?

16         A    No, remark doesn't have four

17    letters.

18              He said --

19         Q    Smack?

20         A    No, I don't know.  Could be smack.

21         Q    Well, there is a word, an

22    unidentified word to peer RK.

23              And the peer said to Mr. Owens, called

24              him a B word.  Mr. Owens told the peer
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.          July 25, 2022

Page 134

1                     to watch that word and other patient

2                     shoved off.

3                     He encountered peer later in the

4                     hallway, where peer was reportedly

5                     waiting around the corner.  He reported

6                     peer shoved his fingers -- shoved his

7                     fingers Mr. Owens' face and he pushed

8                     peer's hand.

9               And continuing onto the next page,

10     that's the end of that note; right?

11               Because the next note says something at

12     January 16 at 1300; right?

13          **A     It doesn't look like that note**

14     **ended.**

15               Q     Right.  That's why I was going to

16     ask you.

17               So it looks like this is an incomplete

18     note.  It goes somewhere right?

19          **A     And it is not signed either.**

20               Q     And it's not signed.

21               And then this is the very next page

22     beginning, This writer received; correct?

23          **A     Yes.**

24               Q     Can you explain why there would be

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.              July 25, 2022

Page 135

1    a page missing from the chart notes?

2            **A    It shouldn't but sometimes pages do**

3    **come loose, unless it was refiled in a different**

4    **place or ...**

5            Q    So it's just, we are asking -- It's

6    a curious question.  You said that sometimes pages

7    might be misplaced in the chart notes?

8            **A    Yeah.**

9            **Or where it says, Continue on reverse,**

10   **it says Continued, and then you see it on the**

11   **other side of the page.  You initial it or sign it**

12   **and then you say continue on reverse.**

13           Q    Right.

14           So if we look at the very next page, it

15   doesn't say that, but then it says:

16               Negative terms about.

17           Right?

18           **A    Yes.**

19           Q    And then when we look at this next

20   page that also seems to be a page that's missing?

21           **A    Yes.**

22           Q    So is that common to be missing

23   chart pages?

24           **A    No.**

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

                                                    Page 136

1          Q    So there is this first incident for

2     which there is a page apparently that's missing

3     from the chart and it's January 16 at 10:00 a.m.

4          And then the second page here, I am

5     going to read that as well.  You correct me if you

6     think something I have read is incorrect.

7          So we have a similar, January 16, 2014,

8     1300 or 1:00 p.m., and then it's the -- it's the

9     social worker note and it says:

10               This writer received a call from

11               Mr. Owens' mother related to her concern

12               about her conversation with her son

13               about the incident January 15, 2014 in

14               the --

15          **A    Evening.**

16          Q    Thank you.

17          Mr. Owens --

18          **A    It's Ms. O'Neal.**

19          Q    I'm sorry.

20          Ms. O'Neal --

21     Thank you .

22               -- related her concerns and the writer

23               attempted to explain the reasons for her

24               son receiving the loss of privilege.

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 137

1              Ms. O'Neal repeatedly blamed the peer

2              for "agitating her son" and demanded to

3              know what was being done about the peer

4              so her son will not be further agitated.

5         Then it says:

6              Explained to Ms. O'Neal --

7         A    **Ms. Owens.**

8         Q    It says Ms. Owens, doesn't it.

9    Okay.

10             Explained to Ms. Owens the treatment

11             provided and the goal for her son to

12             behave in a socially appropriate manner.

13             Also presented information related to

14             the court and criteria for increased

15             privileges.

16             At one point Ms. O'Neal referred to some

17             type of situation which has resulted in

18             her son being kept here longer though

19             than he should be.

20             In the background heard an unidentified

21             male speaking in negative terms about --

22        And then there is no page.

23        Do you see that?

24        A    **Yes.**

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                      July 25, 2022

Page 138

1          Q    And I think I did a nice job of

2     stumbling through.  I didn't really miss any words

3     too substantially to leave us without an

4     understanding of the note.

5               So you understand what's in the note;

6     right, doctor?

7          **A    Yes.**

8          Q    So do you recall in January of

9     2016 -- At this time Mark Owens was your patient;

10    right -- I am sorry.  I keep saying 2016.

11              In January of 2014 Mark Owens was your

12    patient at that time; right?

13         **A    I think so.**

14         Q    Well, should we take a look back to

15    see from the interrogatories?

16              Would it help to make sure we know?

17         **A    I think he was admitted in 2014 and**

18    **I was his treating psychiatrist at the time.**

19         Q    So actually Mark was admitted in

20    2012.

21         **A    Oh, okay.**

22         Q    Shall we look at the exhibit

23    because you outlined it just fine?  It helps us.

24         **A    Yes.**

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 139

```
 1          Q    I am going to switch to Exhibit
 2   No. 11 and we are on response to Question 7.  It
 3   says:
 4               L Unit from February 11, 2012 to October
 5               of 2012.
 6               MISA Unit K from October of 2012 to July
 7               of 2013.
 8               L Unit from July of 2013 to October of
 9               2016.
10          A    Yes.
11          Q    So according to this review he
12   would have been a patient of yours in January of
13   2014.
14          Does that help refresh your
15   recollection?
16          A    Yes.
17          Q    Okay.  So let me find the other
18   exhibit.
19          So doctor, just calling your attention
20   to this time period, it's January of 2014, and we
21   just refreshed your memory that Mark was your
22   patient at that time; right?
23          A    Yes.
24          Q    And there is this chart note
```

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

                                                   Page 140

 1    apparently written by his social worker, who at

 2    the time was Christy Lenhardt, although, it's not

 3    signed; correct?

 4              A    Yes.

 5              Q    And it kind of looks like her

 6    handwriting as well but we can't confirm it

 7    because it's not signed.

 8              Relating an incident about Mark's mother

 9    calling to complain about Mark's treatment; right?

10              A    Yes.

11              Q    And as part of it, there is this

12    quote written down by the social worker,

13    presumably Christy:

14              Ms. O'Neal referred to some type of

15              situation which has resulted in her son

16              being kept here longer than he should

17              be.

18              Do you see that?

19              A    Yes.

20              Q    So are you aware of what situation

21    was going on with Mark at this time that his

22    mother may have been referring to?

23              A    I don't recall.

24              Q    And then it goes on to say:

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                     July 25, 2022

                                                        Page 141

 1              There is a male speaking in negative

 2              terms about.

 3          Do you recall anything about being --

 4   you know, Christy or anyone reporting that Mark's

 5   parents were calling the facility in January of

 6   2016 to complain about -- I am sorry -- 2014, I

 7   keep saying the wrong year -- in January of 2014

 8   to complain about a situation or about something

 9   else?

10       **A    I don't exactly recall that time**

11   **and what they were complaining about, no.**

12       Q    Okay.  Did they often call the

13   facility and complain about the facility?

14       **A    Yes.**

15       Q    And do you recall what their

16   complaints were?

17       **A    Basically about the patient's**

18   **progress or if he was -- if he was in any kind of**

19   **issues with other peers or just wanting to get**

20   **information about how his treatment was going.**

21       Q    Right.

22          Okay.  So I am going to go through these

23   pages very quickly.  The chart notes we were given

24   in sequence.

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.              July 25, 2022

Page 142

1          So the next chart notes are from

2     February 7, 2014 to February 14, 2014.

3          I don't see any social worker entries

4     here; correct?

5          A    Yes.

6          Q    And then this is the next page.

7     Again, this looks like it is a typewritten note by

8     Cara Wueste on March 3, 2014.

9          But this is a group note; right?

10          A    Yes.

11          Q    This is not because she is his

12     social worker?

13          So Cara wasn't his social worker at this

14     time?  She is writing this note because she is in

15     charge of his groups; right?

16          A    Yes.

17          Q    Then there is another typewritten

18     note on March 4, 2014 at 2:30 p.m.  Again, there

19     is this intervention.

20          This time it does say, SW Intern note.

21          So is this a note that would have been

22     prepared by a social worker intern?

23          A    Yes.

24          Q    And it's also circled on the

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 143

1    bottom, Continued on reverse.

2              Right?

3         **A    Yes.**

4         Q    And in this the intern:

5              We've got problem -- which is individual

6    sessions -- and then starting to read with:

7                   Progress.  Mr. Owens continued to meet

8                   with social worker intern for one on one

9                   sessions during last month.  During

10                  patient continues to --

11                  His manuscript, etc., it goes on to

12            describe it.

13             My question is, do interns meet alone

14   with patients?

15        **A    If she is writing a note which she**

16   **is not saying that she is meeting with him along**

17   **with the social worker, yes, then they are meeting**

18   **alone with the patients.**

19        Q    So this note, where it would have

20   been prepared here, this is a note that a social

21   worker intern would have been the service provider

22   to Mark, not Christy Lenhardt?

23        **A    Yes.**

24        Q    So here is the next page.  You

HURT and OWENS v. JAVED, et al.      No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.            July 25, 2022

Page 144

1    know, there is a lengthy note about things

2    happening in Mark's life.  It's a continuation of

3    a prior note and it also gets the end of the note.

4            And then it has what appears to be a

5    signature, MSW Intern, and underneath that it

6    looks like it's Christy Lenhardt's signature; is

7    that correct?

8            **A    Yes.**

9            Q    So is there a reason that both of

10   these employees signed this note together?

11           **A    Social work intern's note must be**

12   **reviewed by the social worker and she has to agree**

13   **with it to make sure the documentation is**

14   **appropriate.**

15           Q    Okay.  So Christy is reviewing the

16   note, even though perhaps she didn't provide the

17   service; correct?

18           **A    Yes.**

19           Q    So now we are up to March.

20           And this is Andrew Beck signing as a

21   social worker but he was part of a MISA group

22   meeting that Mark would have attended in March,

23   2014; correct?

24           **A    Yes.**

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.        July 25, 2022

Page 145

1         Q    None of the other notes on this

2    page are from a social worker; correct?

3         **A    Yes.**

4         Q    Then March 14 of 2014, it looks

5    like there is a note.  I am not sure if that's the

6    medical officer of the day or nursing.  It doesn't

7    identify who that is.

8              But underneath that, March 26, it says

9    Psychiatrist; correct?

10        **A    Yes.**

11        Q    That's a fairly standard note that

12   you write as a psychiatrist; right, Medication

13   Review?

14        **A    Yes.**

15        Q    And then April 4, it looks like

16   there is another intern note similarly signed by

17   the intern and Christy Lenhardt; correct?

18        **A    Yes.**

19        Q    So in Progress on this note of

20   April 4, it says:

21              During session Mark continues to work on

22              relapse prevention plan, actively

23              listens, continues to make changes to

24              the plan based on social worker

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.       July 25, 2022

Page 146

1          recommendations.  Shows insight.

2               You know, there is nothing here that --

3     You can read the whole note but it's sort of

4     routine progress that Mark is making; he is not

5     fighting with anyone or having hallucinations or

6     running down the hallway causing trouble; right?

7               It's just a routine social worker note;

8     correct?

9          **A    Yes.**

10         Q    Now, April 3 is another series of

11    notes.  Again, I don't see any social worker notes

12    there.

13              It's mostly progress notes from either

14    nursing or from medical officers; correct?

15         **A    Yes.**

16         **This is a -- PCP stands for physician --**

17    **primary care physician and these are all notes**

18    **regarding medical stuff.**

19         Q    Okay.  Great.

20         **A    Primary care physicians, every time**

21    **you see that PCP note that means primary care**

22    **physician.**

23         Q    Okay.  So it's primary care

24    physician, meaning it's more bodily medicine and

Page 147

 1    functions of anatomy/physiology rather than

 2    psychiatry; right?

 3            A    Yes.

 4            Q    Okay.  So then again, on April 18

 5    the social worker intern has another lengthy note,

 6    but except this time it says the intern has

 7    prepared the note, but I don't see her signature

 8    at the bottom; do you?

 9            A    No.

10            Q    So is it possible that this note

11    was actually something drafted by Christy?

12            A    It's possible.

13            Q    Is the way we would know by the

14    signatures?

15            A    She signed her name to it.

16            Q    Right.

17            I mean, if you were the -- I am asking

18    just to understand the procedures at Elgin.

19            If you were reading this note and you

20    thought to yourself, Hmm, I have a question about

21    this note, and the intern hadn't signed it, would

22    you talk to Christy and the intern or just

23    Christy?

24            Who would you talk to, if you saw the

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                     July 25, 2022

Page 148

1   signature of only Christy?

2           **A    If it says social work intern note**

3   **it should have the signature of the intern.**

4           **So if I had come across this note and I**

5   **noticed that signature was missing, I would have**

6   **asked her, How come this note isn't signed by the**

7   **intern?**

8           Q    Yeah, I am not suggesting that we

9   are blaming someone.

10          I want to make sure that -- You are the

11  psychiatrist for this patient and the other

12  treatment team members are preparing information

13  that you would review; correct?

14          **A    Yes.**

15          Q    So if the information is in there

16  and you felt the need to discuss it, you would

17  know the information with whom to discuss it by

18  who prepared the note and who signed it; right?

19          **A    Yes.**

20          Q    So if there aren't two signatures,

21  I am only asking, this wouldn't seem like it would

22  be necessary to talk to the intern, because

23  Christy is the only one who signed it, or am I

24  incorrect in assuming that?

Page 149

```
 1          A    Since she is supervising the intern

 2   and she has signed it.

 3          Q    So it would be Christy then?

 4          A    I would believe Christy, yes,

 5   because it's her signature.

 6          Q    Again, Physician Notes at the top

 7   on the next page which is entry 4-29 and the

 8   bottom there is another one.

 9          Is that your note and your signature on

10   4 -- looks like -- not sure if I am reading the

11   dates correctly.

12          Is that 4-29-14?

13          A    Looks like 29, yes.

14          Q    That's another note which is

15   basically a note on medications; correct?

16          A    Yes.

17          Q    Here we have another intern note

18   and it looks like both signatures are there this

19   time?

20          A    Yes.

21          Q    This note is dated -- It's actually

22   05-3-14, so May 3, because 04 is crossed out;

23   right?

24          A    Yes.
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

                                                            Page 150

1           Q    And another note, if you want to

2    review the note, it seems like Mark is kind of

3    stable and doing fine in this note.

4           You can read the note and correct me if

5    I am wrong.  But is that a correct impression of

6    this note?

7           Have you had a chance to see it and is

8    that a correct impression?

9           **A    Yes, I am reading the note.**

10          Q    Oh, okay.  I am sorry.

11          **A    Because you asked me to read the**

12   **note.**

13          Q    Yeah, I am sorry.  I didn't know if

14   you were finished.

15          **A    I read it.**

16          Q    Is my characterization of that is

17   that Mark is fairly stable right now on May 3,

18   2014, as is shown by the note?

19          **A    Yes.  I am reading the note, yes.**

20          Q    Okay.  Great.

21          Then there is another physician's note

22   on May 8 and then there is a very long activity

23   therapist note on May 8.  It says:

24               Patient approached the staff, appeared

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

```
                                                      Page 151
 1             agitated:
 2             What the hell is Earl's problem.  He is
 3             acting crazy.  He always jokes around
 4             about killing people or beating people
 5             but --
 6        I can't really read that.
 7        Can you make out what is said between
 8   but and was?
 9             A    No.
10        Q    Okay.  But something was serious.
11             I don't care how many people be killed.
12             I will punch him.  I will F him up.  I
13             don't care what I will lose.  He knows
14             how we were raised.
15             He come from the same neighborhood, him
16             and Martinez, from the same gang, and I
17             am from a different gang.  I wasn't
18             really a member.
19             I was looking out the window just
20             keeping to myself and thinking.
21        Right?
22             A    Yes.
23        Q    And then it says Continued.
24        And again we have a -- there is no
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 152

 1    continued of that note; correct?

 2           **A    I am wondering, because these pages**

 3    **are like both sides, if the other side didn't**

 4    **print?**

 5           Q    Yeah, we are wondering too --

 6           **A    Yes.**

 7           Q    -- because there's missing pages in

 8    the notes; correct?

 9           **A    Yes.**

10           Q    So anyway, that's the end of that

11    incident; right?

12           **A    Looks like it.  It didn't complete,**

13    **because what were the interventions, what was**

14    **talked about?  Nothing is in there.**

15           Q    Right.

16           Then on May 8, 2014 there is a social

17    worker note here and it says:

18                Incident with peer:  Mr. Owens attempted

19                to articulate his concerns, frustration

20                but he was having a difficult time

21                getting his meaning across due to his

22                use of broad language in his apparent

23                attempt to be diplomatic.

24                Focused --

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

                                                        Page 153

1            **A      Mr.**

2            Q    -- Mr. Owens on sharing --

3            **A      Exactly.**

4            Q    -- exactly what happened.

5            And then it goes on to describe

6    basically they are talking about the similar

7    incident.

8            So he has had this

9    incident/confrontation with another patient and

10   it's discussed.

11           And then it says Continued, but then I

12   see initials CL here, but it ends, Animosity

13   toward something.

14               And it trails off; right?

15           **A      Yes.**

16           Q    And the next page is not a

17   continuation of the note again?

18           **A      Yes.**

19           Q    So on May 8, 2014 there is a

20   psychiatrist note here, where you met with

21   patient.  Still the same incident.  It appears he

22   is having trouble with one of his peers, EM:

23               Patient tried to keep his distance.

24               It's basically this incident that has

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 154

1    occurred -- that's going on at this particular

2    time; right?

3          A    Yes.

4          Q    So -- And then there is another RN

5    note on the 15th or 14th.

6               And then it looks like there is another

7    nursing note.

8               And then on May 10, 2014 there is

9    another nursing note.

10              And on May 10 again it looks like there

11   is another note here, another nursing note at 2200

12   hours; right?

13              So we are up to May 12.  Again, nursing,

14   nursing.

15              And then your note here, this looks like

16   it's another medication note; correct?

17              You discussed the case with staff?

18              Patient is getting a medication change;

19   is that the gist of that note?

20          A    Yes.

21          Q    Then the next day another

22   psychiatrist note at the top.

23              That's your signature; right?

24          A    Yes.

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 155

```
 1            Q    And there seems to be more nursing
 2    notes.
 3            This appears to be -- It doesn't
 4    identify it but it says, Staff Notes, routine
 5    monitoring, at the bottom of that page.
 6            So far nothing that is jumping out --
 7    correct me if I am wrong -- that he is having any
 8    psychotic episodes.  It's relatively business as
 9    usual.
10            Here is May 15 shift notes.
11            May 15 again.
12            May 16 is the next note, nursing shift
13    notes.
14            May 16, 1400 shift notes.
15            And then May 16, 2014, here we have the
16    social worker intern note, but again, there is
17    that bit of differentiation because Christy is the
18    only one who signed this note; correct?
19            A    Yes.
20            Q    Now, this note is interesting.  I
21    want to ask you about this.  It says:
22                 Progress:  Mr. Owens was 25 minutes late
23                 to session after intern went to him
24                 several times to remind him.
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.                    July 25, 2022

Page 156

```
 1              Discussed that he enjoys being alone and
 2              being alone is not always being
 3              isolated.
 4              He stated that he is productive when he
 5              is alone and he works on his movie
 6              script.
 7              Mr. Owens talked about how he has
 8              learned about mental illness over his
 9              time at Elgin and he feels this
10              knowledge is important as part of his
11              recovery.
12              Mr. Owens continued that he thinks that
13              mental illness is the result of a
14              person's actions.  He clarified that it
15              might be punishment or a protective
16              factor.
17              He went on to say he believes his mental
18              illness was a punishment for things he
19              has done and accepts that and makes him
20              want to be better.
21              When asked further, he states that God
22              does everything for a reason.
23              At 1:00 p.m. Mr. Owens stated he needed
24              to leave for recreational group.
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

                                                        Page 157

1              Plan:  Mr. Owens will continue

2              individual sessions.

3          Is that what this note is showing?

4          Did I read it correctly -- I am sorry --

5     did I read that note correctly?

6          **A    Yes.**

7          Q    So this note is written at 1400

8     which is 2:00 p.m.; right?

9          **A    Yes.**

10         Q    And it says that at 1:00 p.m. he

11    left.

12         So sometime earlier in the day he had an

13    individual session.  It says he was 25 minutes

14    late to session.

15         How long would a session be, if he was

16    25 minutes late?

17         Does that mean he was 25 minutes late

18    for the appointed time?

19         **A    Yes.**

20         Q    So was it perhaps an hour long

21    session and he missed 25 minutes of it?

22         **A    I really cannot comment on that**

23    **because I don't know exactly when and the context**

24    **what was happening that day.**

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                        July 25, 2022

                                                          Page 158
1              Q    Well, about how long, in your

2    experience, do social workers meet with patients?

3              **A    It depends.  Could be short**

4    **sessions, could be long sessions, depending on**

5    **what's being discussed.**

6              Q    What is a short session, about how

7    long?

8              **A    Could be 15 minutes -- 15 to 20**

9    **minutes.**

10             Q    How long is a long session?

11             **A    45 minutes to an hour session, I**

12   **would call it long.**

13             Q    Okay.  Her noting he was 25 minutes

14   late, and he is sort of reluctant here, he wants

15   to be alone in his room.

16             He is not wanting to be around people;

17   right?

18             **A    Yes.**

19             Q    Okay.  So much so that she had to

20   remind him to come several times; right?

21             **A    Yes.**

22             Q    So we're up May 18 now, 2014, on

23   the next page.

24             Again nursing note, shift notes, nursing

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.        July 25, 2022

Page 159

```
 1   note, nursing note.
 2           Nothing really behavioral in the nursing
 3   notes right now; right?
 4           A    Yes.
 5           Q    Then another nursing note which
 6   is -- it looks like routine monthly shift for --
 7           A    Shift for behavior.
 8           Q    Behavior; okay.
 9           So again, it doesn't seem like there is
10   any notable symptoms.  I am not saying there's no
11   symptoms, just compared to, he's having fights
12   with patients or some other behaviors that are
13   troubling; correct?
14           A    Yes.
15           Q    And we are now in May 22, again
16   another nursing note, and there is a chart
17   reviewed with --
18           A    Patient eval.
19           Q    On May 22, 2014 you did a patient
20   evaluation; right?
21           A    Yes.
22           Q    And it's just your findings from
23   the evaluation that's in the chart?
24           A    No, I actually saw the -- I
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                  July 25, 2022

                                                    Page 160

 1   **evaluated the patient.**

 2          Q    Yeah, that's what I am saying.

 3          **A    Yes.**

 4          Q    The findings from your personal

 5   evaluation of the patient --

 6          **A    Yes.**

 7          Q    -- are what you have written in the

 8   chart; okay.

 9          Again, on May 23 another -- looks to be

10   a social worker intern who wrote the note, but

11   again, Christy signed it; right?

12          **A    Yes.**

13          Q    So this one notes he arrived on

14   time for session this time; right?

15          **A    Yes.**

16          Q    It says:

17          It was noted he seemed distracted.  He

18          states he feels reserved, which is how

19          he relaxes and feels reserved.

20          Mr. Owens went on to review this week.

21          He stated he enjoyed groups.  Has gotten

22          back into regular exercise, not just

23          basketball.

24          He goes on to discuss things about

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                      July 25, 2022

Page 161

 1        his grandmother and his family and then it

 2        says:

 3                  Social worker intern reminded him that

 4                  his actions are what caused his arrest.

 5            So again here, this is just an ordinary

 6    meeting with his social worker intern

 7    apparently -- even though Christy signed it -- and

 8    plan is continue individual sessions.

 9            It's routine business again; right?

10        **A    Yes.**

11        Q    So on May 30 RN note.

12        May 30 psychiatrist note.

13            And this looks like monthly medication,

14    which is a monthly medication review; right?

15        **A    Yes.**

16        Q    That's routine; isn't it?

17        **A    Yes.**

18        **If you can scroll up a little please?**

19        Q    Yes, sorry.

20        **A    I recall the reason why he was**

21    **placed on shift notes, like you saw earlier, was**

22    **because I was looking into changing his medication**

23    **because he had developed some side effects from**

24    **his medication and I was trying to find out**

Page 162

1   something that would work for him.

2              Q    Okay.

3              A    So that's what's going on over

4   here.

5              Q    That's routine; right, doctor?

6              A    Documenting because he had

7   developed what we call pancytopenia, which is low

8   blood cells because he was on Olanzapine, so I

9   wanted to just watch him and rechallenge him with

10  a different medication.

11             Q    It's routine; right?

12             A    Yes.

13             Q    We are now on to May 30, 2014:

14                  Mr. Owens arrived on session on time.

15                  Intern brought up that he seemed

16                  distracted recently.  Mr. Owens denied

17                  being distracted.

18                  Intern briefly reviewed last week's

19                  session.  Stated he understands where

20                  social worker is coming from when he

21                  says it is his grandma's fault.

22                     That was from the last session.

23                  He does not mean to blame.

24                  He still -- This is ordinary social work

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                        July 25, 2022

Page 163

1   activity.  He is talking about his family, his

2   grandmother, he is crying.

3              And again, I didn't mean to go into

4   great detail on it but it's sort of routine

5   business as usual; correct?

6         **A    Yes.**

7         Q    And except for the missing pages it

8   appears as if up until May 30 there is business as

9   usual and perhaps with the exception that his

10  family has called to complain about treatment;

11  right?

12        **A    Yes.**

13             MR. CECALA:  Now, I am going to go

14  to Exhibit No. 14 which begins with Bates stamp

15  8753, it is 45 pages, and it continues to 8797.

16                  ( Exhibit 14 marked.)

17  BY MR. CECALA:

18        Q    So we are now in June.

19             June 3, again there is the physician's

20  note at the top.  There is a nursing note.

21             And then on June 7 I am not sure who

22  that is by because it doesn't give a title.

23             Can you read the first two lines on the

24  P on the June 7 note at 0200?

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 164

1          **A    Something to do with patient's**
2     **something up in his room.  Playing with cars**
3     **cards.**
4               Q    Right.
5               So it looks like he is up at 2:00
6     o'clock in the morning playing with cards; right?
7          **A    Patient still up in his room**
8     **playing with cards.**
9               Q    Right?
10         **A    Yes.**
11              Q    So at 2:00 o'clock in the morning
12    on July 7 he is awake in his room playing cards?
13              Now, a couple days before that -- It
14    looks like this was a note this is out of
15    sequence; right?
16              This one is dated June 4, 2014; right?
17         **A    Yes.**
18              Q    And another intern note signed by
19    Christy -- it doesn't appear to be that the
20    intern -- Again it's that problem of who wrote the
21    note.  It's just signed by Christy.
22              Here it says:
23                  Progress:  Mr. Owens had his father,
24                  Mark Owens, Sr. call, stating that

Page 165

1          Mr. Owens, Jr. is uncomfortable in the

2          office with social work staff.

3          When social work talked to him about it

4          he stated it was part of transitions.

5          He requested to meet in the open room in

6          common area at a table.

7          Once at the table he was angled facing

8          away from social worker and intern.

9          Through prompting Mr. Owens did turn so

10         he was facing the table.  During the

11         session he discussed interviewing for

12         passes.

13         When he asked about symptoms, he stated

14         that missing medication is a symptom

15         because his senses become jumbled and he

16         no longer feels as though he needs meds.

17         When questioned what he would do, he

18         said he would go to the ER.

19         Through further discussion Mr. Owens

20         stated that he stated he would talk with

21         his treatment team about relapse before

22         it happened so they would talk with him

23         about medications.

24         Plan:  Mr. Owens will continue

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.              July 25, 2022

Page 166

1              individual sessions.

2              So do you recall, in June of 2014, when

3     Mr. Owens, Sr. called to say that Mark reported he

4     wasn't comfortable in the office with his social

5     work staff?

6          **A     I don't particularly remember his**

7     **father calling, no.**

8              Q    Do you recall around this time Mark

9     telling you he wasn't comfortable being in the

10    office -- at the time his social worker was

11    Christy -- with Christy?

12         **A     I remember one conversation that I**

13    **had with him in which -- this is the time when he**

14    **was going through the medication change -- and he**

15    **was becoming gradually more psychotic and he felt**

16    **very uncomfortable.  And he said:**

17              **I don't want to meet in offices.  I want**

18              **to be seen in open spaces.**

19              Q    So do you recall Mark telling you

20    that the reason he didn't want to meet in the

21    office with Christy Lenhardt had to do with his

22    integrity as a Muslim?

23         **A     I don't recall exact those words**

24    **but he did mention that he is not comfortable**

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.                       July 25, 2022

Page 167

 1   meeting with any staff in offices.

 2         Q    So he didn't say, I am not

 3   comfortable meeting in the office because being a

 4   Muslim I don't want to be alone in an office with

 5   a woman?

 6         A    I don't exactly remember that

 7   conversation.

 8         Q    Well, what do you remember?

 9         A    I do remember him saying he does

10   not want to be in office -- does not want to meet

11   in offices.  And he was acting somewhat different

12   than his normal self.  He was more secluded and

13   withdrawn.

14         But I don't remember him saying

15   specifically Christy.  I remember him saying he

16   doesn't want to be seen in offices.

17         Q    So do you recall him using the

18   point of affinity as fellow Muslims to help you

19   understand the reason that he didn't want to do

20   that?

21         A    I don't exactly remember the

22   context, but he was like practicing at that time.

23         I remember one conversation, he was

24   wearing a shirt and it had a face on it and he

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

                                                        Page 168

 1   said something like:

 2           I shouldn't be wearing this shirt

 3   because I shouldn't be wearing faces.

 4           So he was making comments like that.

 5       Q    Do you recall if he made a comment

 6   like that in relation to being uncomfortable in

 7   the office?

 8       A    He did say he was uncomfortable in

 9   offices and wanted to meet in open spaces, yes.

10       Q    Now, you met regularly with him;

11   right?

12       A    Yes.

13           I would see him for medication

14   management once and then I would see him in his

15   treatment plan staffing but during this time

16   because he was going through a medication change I

17   believe I was meeting with him more often.

18       Q    Where did you meet him?

19       A    I usually see patients either in

20   the physician room which is behind the nurses'

21   station or I would see him in the conference room.

22       Q    When you met him in the physician

23   room was there anyone else present in the room

24   with you?

Page 169

```
 1          A     Usually there is nursing staff
 2   because there is no door between the -- that's
 3   closed between the physician room and the nurses'
 4   station and staff is aware that he is in the back
 5   with me being seen, being evaluated.
 6          Q     I know.  And I am just trying to
 7   save time.
 8          Were you and Mark alone in the office --
 9   Whether the door was open or closed, I will ask
10   that later.
11          Were you and Mark alone in the office by
12   the nurses' station, doctor?
13          A     In the physician room, yes.
14          Q     Right.
15          There was nobody else in the room with
16   you; right?
17          A     I don't recall, no.
18          Q     Well, do you not recall or were you
19   not -- Was there someone else standing in the room
20   with you and Mark when you were meeting with him?
21          A     Like I said, the door between
22   physician room and the nurses' station is always
23   open, so there is staff always there, but anybody
24   particularly standing in the physician office with
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                      July 25, 2022

Page 170

1    me, no.

2              Q    Right.

3              So you were alone in the room, even

4    though the door was open; right?

5              **A    Yes.**

6              Q    Did Mark ever express that he

7    didn't want to be alone with you in the

8    physician's office at the nursing station?

9              **A    He just made a point saying:**

10             **Can we just meet in open areas from now**

11   **on?**

12             **So he did make that comment.**

13             Q    So he didn't want to meet alone

14   with you either?

15             **A    I think so.  That's what he was...**

16             Q    I don't want you to speculate.

17             Did Mark say to you:

18             I don't want to meet with you in the

19             physician's office alone.

20             **A    He did not say specifically, I**

21   **don't want to meet with you.**

22             Q    Okay.  But he did say:

23             I don't want to meet with staff alone.

24             Correct?

Page 171

1          **A     Yes.**

2          Q     And this is referring to, in this

3    note which was recorded apparently by the intern,

4    that he was uncomfortable in the office with

5    social work staff; right?

6          **A     Yes.**

7          Q     Do you know who received this call?

8          **A     No, I don't.**

9          Q     Do you ever recall that this phone

10   call from Mark's father was related to you?

11         **A     No.**

12         Q     So did Mark ever tell you that he

13   had called his father to say he wasn't comfortable

14   in the office with social work staff?

15         **A     No.**

16         Q     So this is apparently -- Let me

17   make sure.  I am going to go back to the previous

18   document.

19         So these are entries of apparently

20   June 6 and June 7 but the pages are out of

21   sequence apparently because this is an entry of

22   June 4; right?

23         **A     Yes.**

24         Q     So it looks like the phone call

HURT and OWENS v. JAVED, et al.         No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.          July 25, 2022

Page 172

 1   from his father, where Mark told him he was

 2   uncomfortable with social work staff, occurred on

 3   the 4th.

 4            And then it looks like on June 7 Mark

 5   was up in his room at 2:00 in the morning playing

 6   cards; right?

 7        **A    Yes.**

 8        Q    Just so my understanding is clear,

 9   in the six months prior to this --

10            We went from January, all the way to

11   really June 4, and it appeared that in May or so

12   Mark started to become somewhat withdrawn, he

13   wanted to be alone, he was coming late to social

14   work sessions.

15            Is that a fair characterization of what

16   we summarized in those notes in April and May?

17        **A    Yes.**

18        **If you scroll up, you know, what has**

19   **happened was he was doing so well.  It was when I**

20   **noticed that his blood work was looking abnormal,**

21   **because we had done his blood work and that's when**

22   **I --**

23        Q    I appreciate you volunteering this,

24   doctor.  I haven't asked you a question.

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                   July 25, 2022

Page 173

1        **A     Okay.**

2        Q     I understand the likelihood that

3    you will provide a psychiatric and physiologic

4    explanation for what has happened to Mark.

5        **A     Okay.**

6        Q     And we can take a lot of time with

7    that as an answer to a lot of different questions.

8        I am not trying to invalidate your

9    viewpoints as a doctor.  You could offer a lot of

10   explanation; correct?  I am not trying to stop you

11   from providing other explanations.

12       I am just trying to get what is on the

13   record in the chart notes, according to what was

14   written down by the staff and what it says there;

15   correct?

16       You understand that?

17       **A     Yes.**

18       Q     Okay.  So I am not trying to

19   extrapolate on potential other causes.  I am just

20   establishing the timeline; okay, just so we can go

21   fast.

22       So the point is, on June 4 -- to

23   reiterate my point.

24       On June 4 there is a note that

Page 174

1    Mr. Owens' father called complaining that he was

2    uncomfortable in the office with social work

3    staff.

4              And then on June 7 he was playing cards

5    in his room until 2:00 a.m.

6              That's all I am saying.  Nothing more,

7    nothing less.

8              Is that a correct sequence from the

9    progress notes?

10         **A    Yes.**

11         Q    So then on June 8, the day after he

12   was staying up late -- This is a nursing note.

13   Again, it says:

14             Patient -- I think it says -- routine

15             observation.

16             And I really can't read her

17      handwriting.

18         **A    It says:**

19         **Patient was put on routine observation**

20         **every shift for unpredictable behavior**

21         **per nursing.**

22         Q    Okay.  So it's routine observation,

23   still not something that -- you know, there might

24   be something going on, but now it's not frequent

HURT and OWENS v. JAVED, et al.       No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.                    July 25, 2022

Page 175

 1   observation, which is an increased grading of

 2   observing the patient; correct?

 3          **A    Yes.**

 4          Q    So he is on routine observations on

 5   June 8.

 6          And June 9 there is another nursing

 7   note.

 8          And then another medical doctor note on

 9   June 9.

10          And then there is the note on June 9:

11          First dose medication being given here;

12   correct --

13          **A    Yes.**

14          Q    -- Mr. Owens?

15          So his first dose of the new medication

16   is on June 9; right?

17          **A    Yes.**

18          Q    Now, he is getting routine

19   monitoring because there is a change in medication

20   by the RN; correct?

21          **A    Yes, monitoring by the nursing**

22   **staff, yes.**

23          Q    Monitoring by nursing; right.

24          Then it looks like here is more notes on

Page 176

 1    June 9, mostly about monitor routinely by nursing

 2    is the bulk of his chart notes; correct?

 3             A     Yes.

 4             Q     June 10, it says right here, on

 5    June 10 at 10:00 a.m., it looks to me like

 6    psychology wrote a note here.  Perhaps it's Pat

 7    Larson --

 8             A     Yes.

 9             Q     -- right?

10             It says:

11                 One of his peers JD approached this

12                 writer this morning.  He stated that

13                 Mr. Owens has been intrusive.  Mr. Owens

14                 is knocking on his door without any

15                 reason, making bizarre gestures and

16                 looking at him through his glass window

17                 and he, JD, wants to have his personal

18                 space.

19             Mr. Owens was placed on FO --

20             Frequent obs; right?  That's what that

21    stands for?

22             A     Yes.

23             Q     For UBP, what does that stand for?

24             A     Unpredictable behavior.

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                      July 25, 2022

```
                                                        Page 177
 1          Q     Due to increase -- that's an up
 2   arrow -- in psychosis; correct?
 3          A     Yes.
 4          Q     So he has been put on the new meds
 5   on the 9th -- Is this the 9th?  Let's just go back
 6   and check it.
 7          June 9, 11:45 a.m., he has the first
 8   dose in new medications.
 9          And then on June 10 at 10:00 a.m. he has
10   an incident reported by a peer; correct?
11          A     Yes.
12          Q     Then it looks like there is more
13   things happening on June 10.  You know, the
14   nursing note at 2:30 p.m. says:
15              Special precaution for unpredictable
16              behavior due to increase in psychosis.
17          So he was placed on frequent obs.
18          They are just documenting everything
19   they are doing because right now he appears to be
20   having some trouble; right?
21          A     Yes.
22          Q     Then there is a lengthy social
23   worker note and it appears as if -- the note
24   begins here or -- right?
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.          July 25, 2022

                                                    Page 178

 1              So this note -- and I will go to the

 2     page after it because there is more social worker

 3     note continued here.

 4              And then there is an STA note on June 10

 5     in the evening.

 6              But there's two social worker notes and

 7     it doesn't look like we have the beginning of this

 8     note; does it?

 9          A    Yeah.

10          Q    There is probably a page missing

11     again; right?

12          A    Yes.

13          Q    Actually, if we go to the end of

14     this note, on the second page it looks like this

15     was definitely handwritten by Christy Lenhardt on

16     June 10 at 5:00 p.m.?

17          A    Yes.

18          Q    She is saying -- At least from when

19     we can pick up it says:

20              Reach here.  This writer spoke to his --

21          A    Father.

22          Q    -- father briefly on Monday 6-9,

23              "for a longer period today, Tuesday."

24              So does this now help with the social

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                  July 25, 2022

                                                      Page 179

1    worker intern note of the receipt of the phone

2    call from the father; that it would have been

3    Christy Lenhardt who received the call?

4              Does it appear that way from the

5    records?

6              A    Yes.

7              Q    It says:

8                   For a longer period today, Tuesday,

9                   6-10-14.

10                  So it appears as if she spoke to

11        him briefly on Monday and then "for a longer

12        period today, Tuesday, 6-10."

13                  So his father called again on

14        June 10; right?

15             A    Yes.

16             Q    It says:

17                  Mr. Owens, Sr. reported he tried to find

18                  out what was going on with his son

19                  related to his individual meetings but

20                  was unable to get a response from him.

21             So doctor, what is an individual

22    meeting?

23                  Is that a social work meeting?

24             A    **That is what she is referring to in**

Page 180

```
 1   this note related to his individual meeting.

 2          Q    Well, you have individual meetings

 3   with him.

 4          Could it have been his meetings with

 5   you?

 6          A    Yes.

 7          Q    So it could have been; right?

 8          A    Yes.

 9          Q    But he didn't actually complain on

10   Monday that he was uncomfortable meeting with his

11   psychiatrist?

12          He complained that he was uncomfortable

13   meeting with his social worker; right?

14          I mean, we can go back to the other

15   exhibit.  I think that's exactly what it says.

16          A    Yes, social worker staff.

17          Q    Social worker staff.

18          But he didn't say psychiatrist; right?

19          A    No.

20          Q    And he didn't say activity

21   therapist?

22          A    No.

23          Q    He didn't say psychologist?

24          A    No.
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 181

 1          Q    He said social worker; right?

 2          **A    Yes.**

 3          Q    And now, he is saying individual

 4   meetings, but he is unable to get a response from

 5   Mark.

 6          And my question is, doesn't individual

 7   meetings mean here, the individual meetings he is

 8   having with his social worker?

 9          **A    I don't get what you are trying to**

10   **ask me.**

11          Q    Do activity therapists have

12   individual sessions with patients?

13          **A    Yes.**

14          Q    And are they alone in the activity

15   therapist's office?

16          **A    Possible, at times, yes.**

17          Q    So activity therapists can have

18   one-on-one sessions alone with the patient in the

19   activity therapist's office?

20          **A    If the patient wants to meet with**

21   **them or wants to do an activity with them,**

22   **possible.**

23          Q    So if we were qualifying when you

24   said social worker staff, are you suggesting that

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.                   July 25, 2022

Page 182

1    the report earlier was not related to social

2    worker; that it was perhaps another member of

3    staff, like an activity therapist or a

4    psychologist?

5             A    Or social worker intern.  It could

6    be anyone.

7             Q    Who has the most frequent

8    individual meetings one on one with any patient at

9    any given time on a forensic unit?

10            A    It's social work.

11            But if they have any specific issues

12   that a psychologist is assigned to work with them,

13   like behavior intervention or behavior plan, where

14   they need more one-to-one work, then sometimes the

15   psychologist would meet with them individually too

16   for individual therapy.

17            Q    Was Mark assigned to a psychologist

18   for that reason at this time in 2014?

19            A    I don't recall exactly in 2014.

20            But he did have individual sessions with

21   Dr. Larson, because he was having a lot of

22   problems getting in trouble with his peers,

23   getting in trouble when he was out playing

24   basketball.  So he did develop behavior plan and

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.        July 25, 2022

Page 183

1    **he worked with Dr. Larson.**

2            Q    So doctor, on June 10, 2014, when

3    Christy Lenhardt wrote this note and for the six

4    months we have seen prior, are you suggesting that

5    psychology was assigned to Mark for this type of

6    therapy?

7            **A    I don't think so, no.**

8            Q    We can go through all the notes

9    again.  I don't think there was but one note from

10   a psychologist in six months in his chart.

11           I am just asking whether or not Mark was

12   assigned up until June 14 -- or June 10, 2014 for

13   this type of therapy from a psychologist at Elgin?

14           **A    No.**

15           Q    He wasn't; was he?

16           **A    No.**

17           Q    So individual therapy here doesn't

18   mean a psychologist; does it?

19           **A    In this note, no.**

20           Q    So what does that mean?

21           It means a social worker; doesn't it?

22           **A    Yes, yes.**

23           Q    So right now the father has called

24   and he says he is unable to get a response from

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 184

 1   Mark related to his individual meetings; correct?

 2          A    Yes.

 3          Q    Did you ever hear that from -- Let

 4   me back up.

 5          You had a conversation with Mark about

 6   the fact that he wanted to meet in open areas;

 7   correct?

 8          A    Yes.

 9          Q    And were you aware that his father

10   had called twice in two days in June of 2014

11   asking what's going on with his social work or his

12   individual therapies?

13          A    I don't recall.

14          Q    Did you ever have occasion to

15   review Mark's chart and Christy Lenhardt's notes

16   on this?

17          A    Not in this much detail, no.

18          Q    Christy goes on to report about the

19   father, she says:

20               The father acknowledged their phone

21               call.  The last few days have been

22               different.  The dad described patient as

23               loose, tangentious --

24          A    Tangential.

HURT and OWENS v. JAVED, et al.           No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.                    July 25, 2022

                                                              Page 185
1           Q    -- tangential and nonsensical.
2                Mr. Mark Owens, Sr. said he received
3                phone calls from patient's mom, that mom
4                was upset and doesn't acknowledge their
5                son's illness and believe that there is
6                a conspiracy.
7                Per the father, the mother said that
8                Mark told his grandmother he is dying
9                and his penis is in the trash.
10               Mark Owens' mother, LaTonya O'Neal, left
11               message requesting to know what is going
12               on with her son because he was acting
13               strange.
14               Before this writer could return her
15               phone call Ms. O'Neal called this social
16               worker and explained --
17                   it says -- for something -- looks
18        like -- for the -- and then this is
19        continued --
20               Not sure that this sentence makes sense
21      to me but I am reading exactly what I see there.
22      Correct me if I am wrong.
23                   -- for the -- he wants his son to
24               cooperate with treatment and take the

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.                        July 25, 2022

Page 186

1           requested medication.

2           He asked for patient to call him but

3           after several attempts patient refused

4           to call his dad back.

5           Observed Mr. Owens for the past two

6           hours or more:

7           Mr. Owens has moved from one end of the

8           unit to the other.  Sat on a table

9           making odd and bizarre gestures with

10          face, hands and arms.  Sat in chairs

11          with hand covering his eyes.  Jumped in

12          the air as if playing basketball.

13          When the writer spoke to patient he

14          said:

15          Tell my dad I am sleeping.

16          Then said something about his computer

17          work which effects his feet.

18          The rest of his conversation was hard to

19          follow and nonsensical.  So continue to

20          monitor and work with family, as

21          necessary.

22           Is that a fair reading of these two

23   pages of notes?

24           **A     Yes.**

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 187

```
 1           Q    Did Mark Owens ever relate to you
 2    that Christy Owens -- Christy Lenhardt grabbed his
 3    chair between his legs and pulled his chair toward
 4    her so that their knees could be touching?
 5           A    No.
 6           Q    Did she ever relate to you that she
 7    told him words to the effect:
 8                    If I don't get what I want you are never
 9                    going to get out of here.
10           A    No.
11           Q    Did Mark ever relate that
12    information to you?
13           A    No.
14           Q    So when Mark was relating to you
15    that he was uncomfortable being around staff or
16    wanted to be in the open area and was to
17    attempting to communicate this concern to you,
18    what did you think of his concern?
19           A    I specifically asked him what was
20    it about being in the offices that was making him
21    uncomfortable, but he couldn't really verbalize
22    that.  He just said:
23                    I don't want to meet in closed spaces.
24                    I don't want to meet in closed spaces.
```

Page 188

```
 1          Q    So when you had this conversation

 2   with Mark, were you in the -- were you in the day

 3   room?

 4          A    I believe I was in the conference

 5   room which is in the day room.

 6          Q    And was Christy Lenhardt present?

 7          A    No.

 8          Q    Was anyone else present?

 9          A    The rest of the staff and patients

10   were in the day room.

11          Q    And had you deliberately gone to

12   see Mark to have that conversation?

13          A    No.

14          He asked to talk to me.

15          Q    So were you just walking by and he

16   said:

17               Hey, I would like to talk to you for a

18               minute.

19          A    I don't recall exactly the context

20   of how.  But he did approach me and said:

21               I want to talk to you.

22          So I don't recall if I was in my office

23   or I was in the day room but he asked to speak

24   with me and he said -- and that's what he relayed
```

Page 189

1   **to me.**

2              MR. CECALA:  Okay.  Hold on one

3   second.

4              (Whereupon off-the-record

5               proceedings were had).

6   BY MR. CECALA:

7              Q    Okay.  I am going to go through

8   these.

9              There is this June 10 report where his

10  father got a second call.

11             And as I go through these quickly I

12  don't know if you have -- Let me shrink it a

13  little more.

14             So we are still on June 10 being

15  monitored for unpredictable behavior.

16             I don't want to go through all of the

17  notes because I just want to see what -- when we

18  get to the other incidents, there is a

19  psychiatrist note here on June 11, which is your

20  note.

21             And in fact, why don't you just read the

22  first sentence of this note to see what's

23  happening with Mark.  You can read it out loud if

24  you don't mind.

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

```
                                                   Page 190
 1              A     Okay.

 2                    There is marked deterioration in the

 3                    level of functioning.

 4              This is continued, so I don't know what

 5    I said prior.

 6              Q    Okay.  So hold on.  There is

 7    another missing page?

 8              A     Yeah.

 9              Q    I mean, let me ask you this,

10    doctor:

11              Do you find it unusual that during this

12    particular period of time there is so many missing

13    chart notes --

14              A     I am assuming this is what's

15    happening because they are on both sides.  Did

16    somebody just do one side of these pages?  I don't

17    know.

18              That could be my only explanation

19    because how could there be so many pages missing?

20    One page I could understand.  But anyway, let me

21    just read:

22                    There is marked deterioration in the

23                    level of functioning.

24                    Patient reading loudly in his room when
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                        July 25, 2022

                                                      Page 191

1                standing in the middle of the room.  Bad

2                body odor.  Needed help with his

3                laundry, which is not the norm.  He is

4                usually very proper, clean and takes

5                care of his ADLs.

6                Paranoid and guarded.  Does not want to

7                meet with staff in the conference room.

8                Consistently refusing to discuss

9                different medication options.

10               When this writer requested to talk to

11               him and offered him to take

12               antipsychotic or antianxiety medication

13               patient stated:

14               Doc, no disrespect, but no more

15               medication.

16               Patient refused his Aripiprazole this

17               a.m.  Is selectively mute and nonverbal

18               most of the time while responding to

19               staff.

20               Staff also noticed patient responding to

21               internal stimuli.  Thoughts are

22               disorganized and loose.

23               Plan:  Continue frequent observation for

24               unpredictable behavior due to increase

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                     July 25, 2022

```
                                                Page 192
 1              in psychosis, and also unable to assess
 2              patient, as he is not communicating.
 3              File petition for enforced meds.
 4              Patient is not responding to Lithium
 5              Carbonate.  Only continue to provide
 6              support.
 7         Q    That's your signature at the end of
 8    the page; right?
 9         A    Yes.
10         Q    It appears again here.  It says:
11              Notes continued by nursing.
12              It appears to be there is a missing
13    page.  But again, we are just going to go through
14    this rather quickly so I can get to the point on
15    this.
16              We have another social worker note by
17    Christy on June 11.  You know, it's more trouble
18    for Mark.  It says here:
19              Odd behavior, walking in common area
20              with his hands slightly out, as if
21              walking on a balance beam, head down at
22              one point, a foot from social worker
23              intern stopping -- stepping aside,
24              continues to walk the invisible line.
```

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.          July 25, 2022

Page 193

1          So he is exhibiting some really odd

2     behavior here; right, doctor?

3          **A     Yes.**

4          Q    And then on 6-11 there is another

5     social worker note:

6               He was observed throughout the day in

7               various places on the unit.  He is

8               mostly mute.  He is engaging in strange

9               movements.

10              And it goes on.  I mean, he is --

11      Obviously something is happening to Mark;

12      right?

13         **A     Yes.**

14         Q    And then we have the next day is

15      another -- it looks like it's a nursing note.

16              Looks like there is a psychiatric note

17      on June 18.  I am not sure if that's deliberately

18      crossed out or I am not sure that that means

19      anything right now because I don't think it's

20      significant to any of the activity happening

21      anyway.

22              And then on -- Looks like some of these

23      are --

24              June 12, during breakfast he became loud

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                      July 25, 2022

Page 194

1    and agitated.

2              So I don't have to go through it.  They

3    start with this most often -- You know on 6-12:

4                    This writer observed Mr. Owens during

5                    a.m. community meeting.  At 8:15 he was

6                    observed making bizarre hand gestures.

7              That's the first line of that note,

8    6-12.  Later:

9                    Mr. Owens was being agitated and placing

10                   himself in --

11             **A      Harms sway.**

12             Q     -- harm's way.

13             Then the next page, you know, special

14   precaution for unpredictable behavior again.

15             STA notes here.  Doesn't look like this

16   is Christy's handwriting but the first one says:

17                   Mr. Owens was stating -- nursing station

18                   stated -- I am going to be all right,

19                   referring to himself.  Nurse was

20                   informed of the situation.

21             Now we've got June 12, another social

22   worker note.  Very voluminous.  I don't think we

23   need to go through it, but this social worker note

24   is an entire page:

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                      July 25, 2022

Page 195

```
 1              But was something --
 2                   And then there is no -- then we are
 3         missing pages.
 4              And then on June 13 -- We are still only
 5    at June 13.  In three days all of these notes are
 6    happening; there is an RN note, an RN note.
 7              Am I summarizing this correctly, doctor?
 8         A    Yes.
 9         Q    This then there is a doctor's note
10    and another nursing note on the 13th.
11              Do you see that?
12              And by the -- Let me just go down a few.
13    It would appear -- I am just going to pick these
14    out now.
15              There is this increase in psychosis
16    looks like during June.
17              Still in August there is a social worker
18    note:
19                   Mr. Owens talked about his desire to be
20                   released.
21              This is Bates stamp 8793.
22                   In final session with social work
23                   intern.
24              So the social worker intern is leaving
```

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 196

1     now.

2                    Mr. Owens talked about his desire to be

3                    released to be able to start a new life

4                    hopefully with a woman he is

5                    communicating with that he has known

6                    throughout childhood.  He talked about

7                    how he feels like he owes her.

8           In any case, it's another social worker

9     note.  There is not psychosis in this note.  It's

10    a matter of he is now discussing his personal life

11    and at the very bottom he says:

12                   He reiterated that he needs to put

13                   recovery over that of romantic

14                   relationships.

15          Do you see that note, doctor?

16    **A    Yes.**

17    Q    There is some woman:

18                   Owens agreed that stating it's true they

19                   have not seen each other since 2011 and

20                   things may be different in person.

21          And this is in 2014, so it's three years

22    later; right?

23    **A    Yes.**

24    Q    Okay.  So in this chart we have now

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                July 25, 2022

Page 197

1    gotten to September 2.  So this next one will be a

2    little faster.

3           So we left off in September in the last

4    sequence of notes.  So this is a 40 page exhibit.

5    It's No. 15.  Again, it's a continuation of the

6    chart notes for Mark Owens.

7                       ( Exhibit 15 marked.)

8    BY MR. CECALA:

9           Q    So here again, we have another

10   intern, it looks like, but I am not sure, because

11   I think this is just intervention social work.

12          And this looks to be a note on the end

13   of the third page signed by Christy Lenhardt, so

14   this wouldn't have been an intern; right?

15          This is all in Christy's handwriting;

16   correct?

17          **A    Yes, looks like that.**

18          Q    We could go in -- I could go

19   through the note but I just want to make note that

20   the social worker on September 3 has written a

21   three page note on Mr. Owens; right?

22          **A    Yes.**

23          Q    And then again on September 5, it

24   looks like there is another Christy note, you

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.              July 25, 2022

Page 198

```
 1   know:
 2          He is having eye rolling while playing
 3   basketball.
 4          But the note begins here on Page 8801
 5   and it goes on to 8802 and finishes.
 6          It's two full pages; right?
 7      A   Yes.
 8      Q   Then there is another psychiatrist
 9   note.  Nursing note.  That was September 5.
10          And then on September 12 there is
11   another social worker note.  It actually begins on
12   Page 8805:
13              Mr. Owens met with the writer for his
14              individual session this afternoon.
15              Initially maintained appropriate eye
16              contact.  Discussed hospital meals.
17          So this note begins on this page.  It
18   goes this full next page and it continues on yet
19   another three pages and it goes two lines on to
20   the next page.
21          Almost a four-page note form Christy
22   Lenhardt; correct?
23      A   Yes.
24      Q   Then a psychiatrist's note.
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.                        July 25, 2022

Page 199

1          And this is this period of time where it
2     appears like he is having some type of trouble on
3     the basketball court.
4          We are up to November 25, where there is
5     a psychiatrist note. So we have gone from
6     September to November with some of those very
7     lengthy notes.
8          You are seeing that -- What I am trying
9     to point out is the frequency of the social worker
10    notes and the length.
11         Yeah, I am sorry, it's 10-28 so that
12    would have been earlier.
13         11-3, 11-5, 11-6, 11-15 of 2014,
14    December, 2014.
15         December 19 there is another social
16    worker note:
17              Mr. Owens attended his treatment plan
18              meeting. Presented as somewhat
19              frustrated. Pushed the papers away
20              after he signed them.
21              Talked about recent incidents. Said it
22              did not affect him. And he reported he
23              is tired of being here and dealing with
24              other patients and their behavior.

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 200

1          So this is a social worker note that

2   begins on Page 8821 and it carries on to 8822 and

3   it ends on 8823.  It's a very lengthy social

4   worker note by Christy Lenhardt.

5          Do you see that, doctor?

6      **A    Yes.**

7      Q    Then again, a social worker note on

8   January 2, 2015.  The social worker note written

9   by Christy Lenhardt and signed at the bottom

10  there.  It says:

11              Mr. Owens came into conference room and

12              stated:

13              I just want to assure you that this

14              occurred because of the question.  I

15              asked him a question, see note above.

16          Again, he is having some incidents with

17  peers.

18          This note goes on, on January 2, 2015.

19  Again it's another full page and it carries itself

20  onto from Page 8826 to 8827 at the top.

21          Do you see that?

22      **A    Yes.**

23      Q    There an injury report which

24  doesn't appear to be a social worker note on

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

                                                         Page 201

 1    Page 8828.

 2               Lengthy RN note on 8831.

 3               I am still looking.  Here is a social

 4    worker note.

 5               So on January 5, 2015 there is a social

 6    worker note by Christy Lenhardt:

 7                    Mr. Owens called in to see the treatment

 8                    team regarding two separate issues.  The

 9                    first involves what occurred medically

10                    over the weekend, "I am just trying to

11                    figure out what happened."

12                    Dr. Javed provided medication education

13                    about whether the medical issues have to

14                    do with his medication.

15                    Mr. Owens was questioned about --

16               **A     Whether he.**

17               Q     -- whether he is eating his meals

18    and staying properly hydrated.

19               Again this is Page 8836 is when the

20    social worker note begins.  Talks about him

21    drinking water.

22               There is another full page of Christy

23    Lenhardt regarding -- This is the page I am

24    looking for.  So in the middle of the Page 8837 it

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 202

1    says:

2                  Mr. Owens handled feedback well and

3                  responded appropriately.  He --

4          **A     Verbalize.**

5          Q     Verbalize.

6                  -- verbalized his understanding of

7                  treatment team feedback related to his

8                  recent attitude towards treatment and

9                  treatment progress.

10                 Mr. Owens agreed that he would need to

11                 move on --

12                     I am sorry.

13                 -- work on this.

14                 Mr. Owens was then asked to participate

15                 in a meeting with unit peers to prepare

16                 for the return of a peer BH.

17          I believe that's Ben Hurt?

18          **A     Yes.**

19          Q     So at some point there was a period

20    of time when both Ben Hurt, in 2014/early 2015 --

21    Ben Hurt arrived at Elgin in July of 2014.

22                 So during that six month period up until

23    this date, January 5, both Ben Hurt and Mark Owens

24    were your patients; correct?

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                     July 25, 2022

                                                            Page 203

 1          **A     Yes.**

 2          Q    And both Ben Hurt and Mark Owens

 3    had Christy Lenhardt for a social worker; correct?

 4          **A     Yes.**

 5          Q    Then it says:

 6              They participated in a meeting with Ben.

 7          So here is his first interaction between

 8    Mark and Ben, and Christy is mentioning it in a

 9    social worker note.

10          It looks like Ben was coming back from

11    the unit.  I think he had had a fight and he was

12    coming back.  We are going to go through that.

13          So up until January 5, 2015 we have

14    Christy Lenhardt writing fairly voluminous social

15    worker notes on a regular basis.

16          Would you agree with that, doctor?

17          **A     Yes.**

18          Q    The last social worker note from

19    Christy right there is on January 5, 2015.

20              MR. CECALA:  I will show you

21    another exhibit now which is Exhibit No. 16.

22                  ( Exhibit 16 marked.)

23    BY MR. CECALA:

24          Q    So this also is on January 5, 2015.

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 204

1    There is a nursing note.

2              I want to look through there, doctor, to

3    see from January 5, 2015, in this left-hand

4    column, if we can identify any social worker note,

5    when the next social worker note is; okay?

6          **A      Okay.**

7          Q    So January 5, there is no social

8    worker notes on this page; right?

9          **A      No.**

10         Q    How about Page 8839?

11         **A      No.**

12         Q    8840?

13         **A      No.**

14         Q    How about 8841?

15         **A      No.**

16         Q    How about 42?

17         **A      No.**

18         Q    43, do you see any?

19         **A      No.**

20         Q    Is that a social worker note?

21         **A      No, probably security therapy aide,**

22   **STA.**

23         Q    So that's not a social worker note?

24         **A      No.**

HURT and OWENS v. JAVED, et al.      No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

```
                                                       Page 205

  1          Q    How about Page 8845?

  2          A    No.

  3          Q    8846?

  4          A    No.

  5          Q    8847?

  6          A    No.

  7          Q    8848?

  8          A    No.

  9          Q    8849?

 10          A    No.

 11          Q    8850?

 12          A    No.

 13          Q    8851?

 14          A    No.

 15          Q    8852?

 16          A    No.

 17          Q    8853?

 18          A    No.

 19          Q    8854?

 20          A    No.

 21          Q    55?

 22          A    No.

 23          Q    8856?

 24          A    No.
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

```
                                                         Page 206

 1          Q    57?

 2          A    No.

 3          Q    58?

 4          A    No.

 5          Q    59.

 6          A    No.

 7          Q    60?

 8          A    No.

 9          Q    61?

10          A    No.

11          Q    What about here, 62?

12          A    No.

13          Q    63?

14          A    No.

15          Q    64?

16          It looks like a social work note; right?

17          A    Yes.

18          Q    That's July 17, 2015 at 1446.  It

19   looks like a social work note from Florence Young;

20   is that correct?

21          A    Yes, the top is from Florence

22   Young.

23          And bottom is from Bob Hamlin.

24          Q    Right.
```

Page 207

```
 1              So there's two social workers in July of

 2    2015; right?

 3         A    Yes.

 4         Q    So can you explain why after all

 5    those voluminous, frequent notes from Christy

 6    Lenhardt, from January 5 to July 17, Mr. Owens

 7    doesn't have a single note entry from any social

 8    worker?

 9              You have to answer verbally.

10         A    I am thinking.

11         Q    I am sorry, you were shaking your

12    no.

13         A    I am just reading what is in here.

14         Q    Okay.  Thank you.

15         A    There is no note.

16         Q    No, I know there is no note from

17    January 5 to July 17.  My question is:

18              Can you explain why from January 5, 2015

19    until July 17, 2015 there is not a single social

20    worker entry note in Mark Owens' chart?

21         A    I don't have an answer for that.

22         Q    Well, you were his psychiatrist.

23              Is there any explanation that a patient

24    would go nearly seven months without any social
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.                    July 25, 2022

Page 208

1   worker interaction and social work sessions?

2          **A     I am thinking, is this the time he**

3   **was moved?**

4          Q   No.

5          He is on your unit.  We have just seen

6   six, seven month of notes from you, Dr. Kareemi --

7   I am sorry -- Dr. Javed.

8          **A    I don't know why there are no**

9   **notes.**

10         Q    Did you ever discuss with Mark

11  Owens, after the phone calls from his parents,

12  whether he wanted to have Christy Lenhardt

13  continue to be his social worker?

14         **A    I don't remember.**

15         Q    Do you recall him telling you that

16  his sensibilities about being alone with Christy

17  were disturbing to him and he didn't want her as

18  his social worker?

19         **A    I don't think he mentioned or named**

20  **Christy, being uncomfortable with Christy.**

21         **What I recall from my conversation was**

22  **he didn't want to be in -- seen in offices.  But**

23  **he didn't say specifically that he does not want**

24  **to work with Christy.**

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                July 25, 2022

Page 209

 1          Q     Right.

 2               Well, he didn't want to be seen in

 3    offices, but for nearly seven months he saw his

 4    psychiatrist; correct?

 5          **A     Yes.**

 6          Q     He saw his psychologist; correct?

 7          **A     Yes.**

 8          Q     He saw multiple nursing staff;

 9    correct?

10          **A     Yes.**

11          Q     He saw activity therapists;

12    correct?

13          **A     Yes.**

14          Q     It seems the only person he was no

15    longer seeing was his social worker for seven

16    months; isn't that correct?

17          **A     That's what is apparent from the**

18    **documentation.**

19          Q     And during this period of time

20    Christy Lenhardt was his social worker; right?

21          **A     Yes.**

22          Q     At least up until July 17, 2015,

23    when for the first time Florence Young appears to

24    make an entry in his chart as a social worker;

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                  July 25, 2022

Page 210

1   right?

2            **A    Yes.**

3            Q    So you don't have any explanation

4   as to why Christy Lenhardt was no longer

5   behaving -- being his social worker for those

6   seven months?

7            **A    My feeling is that he was not -- he**

8   **did not want to meet with her or doing any sort of**

9   **therapy with her at the time and he was going**

10  **through a phase of being very psychotic and**

11  **unstable and therapy was not going to be**

12  **beneficial.**

13           **I do believe during that time I noticed**

14  **there were notes from Dr. Larson.  So maybe she**

15  **was meeting with him?**

16           Q    Well, if Dr. Larson was meeting

17  with him as a psychologist, isn't that therapy?

18           **A    Yes.**

19           MR. CECALA:  Give me one minute.

20           (Whereupon a recess was had).

21           MR. CECALA:  Back on the record.

22           So, doctor, I am going to try to go

23  quickly so we can make sure we are not running out

24  of time.

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.              July 25, 2022

Page 211

1           I am showing you now an exhibit which is

2    Exhibit No. 6.  It's 48 pages.  It begins with

3    Bates stamped 14018 and it goes through to 14065.

4                    ( Exhibit 6 marked.)

5    BY MR. CECALA:

6           Q    These are chart notes from Benahdam

7    Hurt.

8           Do you see the label there?

9           A    Yes.

10          Q    So these chart notes begin -- Ben

11   was admitted to the hospital in July of 2014 but

12   the chart notes I am interested in begin on

13   December 10 of 2014.

14          And it looks like there is a nursing

15   note on this day.  I am not sure it's that

16   significant because it's just at the top of the

17   page.

18          But on December 11 is the note I am

19   looking at, which is -- I am not sure who the

20   signature is at the bottom and I am not sure what

21   staff they are, but it's December 11, 2014 at 2000

22   hours.

23          Do you see that?

24          A    Yes.

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 212

```
 1          Q    Then it says:

 2               Altercation between -- looks like --

 3               Marlin and Ben banging on each other's

 4               doors?

 5          A    Yes.

 6          Q    It says:

 7               Marlin walked away, Ben came to me and

 8               said:

 9               I know he is telling lies but he came to

10               my door before the gym.  I didn't start

11               it.

12               I then told Ben, keep his distance and

13               everything will be okay.

14          Do you see that note?

15          A    Yes.

16          Q    So there is some trouble happening.

17          And then the next page is again

18     12-11-14.  It's a bit of an overlap right at the

19     end here.

20          You also have Mark as your patient but

21     again we are turning to Ben right now; right?

22          And it says at the top of the nursing

23     note:

24               Patient appears to be paranoid to
```

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 213

1                   others.  According to STA he accused

2                   another patient of going to his room but

3                   the other denies it.

4           I mean, so there is a start of an

5     incident on 2011 -- 2010.  2011 now there is

6     another incident.

7           I am going to go to the next page.  This

8     is December 14, 2014.  It looks like there is

9     another nursing note, MOD note, another nursing

10    note on the 2014, December 14 through the 16th.

11    Again, nursing note on December 14, 2014.

12                  So he is having some issue with a peer.

13                  So 2014 there is an entry where it says:

14                  Patient moved from L Unit.

15                  Do you see that at the top of this

16    Page 14022?

17          **A    Yes.**

18          Q    It says:

19                  Patient moved from L Unit due to

20                  altercation with peer.  Started on FO

21                  for --

22                     Looks like.

23                  -- unpredictable behavior and

24                  aggression.

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                     July 25, 2022

Page 214

 1              Right?

 2         **A    Yes.**

 3         Q    Is this your note here?

 4         **A    Yes.**

 5         Q    The one after that:

 6              Increase in psychosis, aggressive

 7              behavior.

 8         **A    Yes.**

 9         Q    So it appears that Ben got into a

10    fight and he was the aggressor and he was moved

11    from L Unit; right?

12         **A    Yes.**

13         Q    Then on 2015 there is another -- I

14    am sorry -- 12-15-14, there is another

15    psychiatrist note in the middle of the page.

16              Is that your note?

17         **A    Yes.**

18         Q    So he has been moved from L on

19    12-14 and on 2015 you are still his -- 12-15 you

20    are still his treating psychiatrist; is that

21    correct?

22              You would have been writing the note,

23    even though he wasn't on your unit; right?

24         **A    I believe the understanding was,**

HURT and OWENS v. JAVED, et al.     No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.       July 25, 2022

Page 215

1    **because it was a temporary move, that I was -- I**

2    **had to continue to follow him even though he was**

3    **on K.**

4          Q    Okay.  So he was now on K; you

5    recall this; right?

6          **A   Yes.**

7          Q    Then it looks like the note

8    continues on 12-15-14?

9          **A   Yes.**

10         Q    This is all your note.

11         But he is on K at that time; right?

12         **A   Yes.**

13         Q    Again, another psychiatrist note,

14    12-15-14, and it looks like he is still on K.

15         In fact on December 15, 2014 there is a

16    social work note.

17         Looks like it's written by Bob Hamlin;

18    right?

19         **A   Yeah.**

20         Q    At the bottom of this page?

21         **A   Yes.**

22         Q    So Bob Hamlin was Ben's social

23    worker the day he was moved to the K Unit; right?

24         **A   Yes, that's how it --**

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.                      July 25, 2022

                                                        Page 216

 1          Q    It appears that way from the chart?

 2          A    Yes.

 3          Q    You continued to be his

 4    psychiatrist but Christy Lenhardt, who had been

 5    his social worker, was not going to be his social

 6    worker during that time; right?

 7          A    Yes.

 8          Q    These are all K Unit notes, even

 9    though on 12-17 you are still writing the

10    psychiatric notes?

11          A    If you look at the page before it

12    says L at the bottom, so I don't know, Unit L.

13          Q    Unit L is his -- This is a

14    preprinted label.

15          A    Okay.

16          Q    I just want to get to this page

17    which is Page 14061.

18          Okay.  So this is Page 14061.  In the

19    middle of the page there is an entry by nursing on

20    January 5, 2015:

21          Patient being transferred to L module.

22          So there was this period of time between

23    December 14 and January 5 where Ben had been

24    transferred to K module and then on January 5 he

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 217

 1    was transferred back to L module.

 2            Is that what the chart notes would tend

 3    to indicate?

 4            **A    Yes.**

 5            Q    So when the transfer was taking

 6    place Ben was the aggressor; right, if you recall?

 7            **A    There was a fight.  I don't**

 8    **remember the details or specifics but the patients**

 9    **were separated, yes.**

10            Q    So I mean, should we go back and

11    look at it?

12            Do you recall whether Ben was passively

13    sitting there and someone beat him up or whether

14    he was the aggressor, if you recall?

15            **A    I don't recall.**

16            Q    So here is late entry.  It's

17    Page 140289.

18            So this is late entry on 2015 and it

19    looks like Hurt reported:

20                 Progress.  Hurt reported he believed

21                 that peer EM went to his room, used his

22                 toothbrush.  According to the patient, I

23                 know the smell of his breath which you

24                 could smell on the toothbrush.

Page 218

```
 1                He further noted that there was chatter

 2                about my room and he felt multiple peers

 3                had entered his room.  He stated he knew

 4                because his room smelled like gerbil

 5                fertilizer in parts.

 6                Mr. Hurt reported he approached the peer

 7                EM with toothbrushes and told him to

 8                take them.  He eventually left the

 9                brushes on the table.

10                In the dining room, after sitting at

11                their respective table, Hurt reported

12                the peer, Looked at me like he wanted to

13                fight me.

14                Patient yelled back at peer, Whatever,

15                man.

16                Hurt said the peer kept looking at him:

17                I tried to approach him.  When I walked

18                toward him from across the dining room

19                he stood, and I asked him:

20                You don't want to fight me?

21                According to Mr. Hurt the peer stated,

22                posturing and squatting up:

23                I thought he was going to hit me with

24                his tray.  I was just being cautious.  I
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

                                                      Page 219
 1            was trying to be a friend.  I didn't
 2            strike first.  I tried to defend myself
 3            because he rushed me.  He hit me in the
 4            jaw.
 5        So it appears as if Ben was the
 6    aggressor with the other patient in going up to
 7    him; right?
 8        **A    So I mean, to me it seems like Ben**
 9    **was hit in the jaw by the other peer.**
10            **Am I reading it wrong?**
11        Q    So Mr. Hurt said the peer kept
12    looking at him:
13            I tried to approach him.  When I walked
14            toward him from across the dining room
15            he stood and asked me:
16            You don't want to fight me.
17        So Ben walks across the room towards --
18        **A    Yes.**
19        Q    -- towards the other guy.
20        And the other guy says:
21            You don't want to fight me.
22        And according to Mr. Hurt, the peer
23    started posturing and squatting up.  So he was
24    posturing and squatting up.

HURT and OWENS v. JAVED, et al.            No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                        July 25, 2022

Page 220

 1              Ben is thinking:

 2                  Oh, well, I went over to him.  He said

 3                  he don't want to fight me.  Now he gets

 4                  ready.  I thought he was getting ready

 5                  to hit me with his tray, is what Ben

 6                  says.

 7                  I was just being cautious.  I was trying

 8                  to be a friend.  I didn't strike first.

 9                  I tried to defend myself because he

10                  rushed me and hit me in the jaw.

11              So it looks like Ben goes up to him and

12          Ben picks a fight and then gets punched in the

13          jaw.

14              **A    So Ben was the receiver?  He was**

15          **not the aggressor at this point?  By the other**

16          **patient, EM.**

17              Q    We can read the whole thing.  Let's

18          go a bit earlier.  It's pretty clear that, you

19          know, Ben is being treated for aggression here but

20          I want to make sure.

21              There's a nursing note at the top.  I am

22          just trying to get a note that's easily readable.

23                  MS. JOHNSTON:  Good luck.

24                  MR. CECALA:  Yeah.

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.          July 25, 2022

Page 221

 1    BY MR. CECALA:

 2           Q    So this is the note.  I am not sure

 3    if this is your note?

 4           A    **Yes, this is mine.**

 5           Q    Could you read this note?

 6           A    **Yes, I am reading it now.**

 7           Q    Could you read it out loud for the

 8    record?

 9           A    **Yes.**

10                **Per Mr. Benahdam Hurt, a peer has been**

11                **messing with him, going to his room,**

12                **taking his stuff, using his toothbrush,**

13                **farting in his room, putting fertilizer**

14                **in his room, thus making it smell very**

15                **bad.**

16                **He started confronting peer, very**

17                **suspicious, very guarded and increase**

18                **paranoia.  Accusing peers, threatening**

19                **peers, provoking peers, instigating**

20                **peers, asking patients if they went into**

21                **his room and touched his stuff.**

22                **Patient is trying to befriend his peers**

23                **but due to his active symptoms he is**

24                **making everybody around him**

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

```
                                                      Page 222
 1              uncomfortable and on edge.
 2              He is able to sense the tension which is
 3              making him more paranoid and guarded.
 4              He feels as though no one likes him.
 5              Although he talks about something in
 6              getting upset, he does not have the
 7              skills to appropriately display his
 8              feelings and emotions, thus creating an
 9              uncomfortable environment.
10              Patient believes the peer attacked him
11              and he reacted in self-defense which is
12              the --
13         Q    Exact opposite.
14         A    -- exact opposite of what the peer
15    is reporting.
16              Thus patient became very physical and
17              attacking, using very poor insight and
18              judgment.
19         Okay.  Yes.
20         Q    Right.
21         So Ben is the aggressor here; right?
22         A    Yes.
23         Q    So he was moved off of L to K as
24    the aggressor; right?
```

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.               July 25, 2022

Page 223

1          **A     Yes.**

2          Q     On January 5, 2015 he was moved

3     back; right?

4          **A     Yes.**

5               MR. CECALA:  So I am going to show

6     you another exhibit here, which is a restriction

7     of rights regarding Ben.

8               Now, this is the 12 page exhibit,

9     Exhibit No. 4.  It begins on 16246 to 16257.

10                    ( Exhibit 4 marked.)

11    BY MR. CECALA:

12          Q    This is all of the restriction of

13    rights that were ever issued to Ben during his

14    time at Elgin.

15               So this first restriction is on

16    August 22, 2015; is that correct?

17          **A     Yes.**

18          Q    It says:

19               Patient was exhibiting agitated

20               behavior, yelling, cursing at a peer and

21               staff.  Staff wasn't able to verbally

22               prompt to calm him down.

23               Patient took PRN medication by mouth

24               with security present.

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                     July 25, 2022

Page 224

1          Correct?

2          **A    Yes.**

3          Q    So then that's just the second page

4    of the ROR.

5          Then there is another one August 29,

6    2015.  Similar ROR for visitation:

7               Patient is on frequent observation for

8               increased psychosis and unpredictable

9               behavior.  He is undergoing medication

10              change.

11         Correct?

12         **A    Yes.**

13         Q    You were his psychiatrist during

14   August of 2015; right?

15         **A    Yes.**

16         Q    That's the second page.

17         And then the next one isn't until

18   June 30, 2015; right?

19         **A    Yes.**

20         Q    So is there a reason that Ben

21   didn't get a restriction of rights during the

22   December of 2014 incident?

23         **A    The one in which he was aggressive,**

24   **that one?**

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                July 25, 2022

```
                                                     Page 225
 1              Q    Yes.
 2              A    If he had complied and he followed
 3    what he was asked to do and he was placed on
 4    treatment observation, there would have been no
 5    need to do a restriction of rights.
 6              Q    That's my question:
 7              It would have been unnecessary; right?
 8              A    Yes.
 9              Q    So restriction of rights is a
10    noncompliance issue; right?
11              A    Yes.
12              MR. CECALA:  This is Exhibit No. 7.
13                   ( Exhibit 7 marked.)
14    BY MR. CECALA:
15              Q    We actually had talked about this
16    earlier today.  This starts at Bates stamp 15394
17    and goes all the way to 15423.  It's a 30 page
18    exhibit.  It's the comprehensive psych evaluations
19    of Mr. Hurt.
20              Do you see that, doctor?
21              A    Yes.
22              Q    Are you familiar with these
23    reports?
24              A    Yes.
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                      July 25, 2022

Page 226

```
 1          Q    This evaluation was created, it

 2   looks like -- There is no date on this first page

 3   but let's go to the next page.

 4          So that is a psych evaluation on

 5   July 16, 2014; correct?

 6          A    Yes.

 7          Q    Ben had just arrived.

 8          So this would have been his first

 9   evaluation after he arrived; correct?

10          A    Yes.

11          Q    So in this evaluation on Page

12   15399, there is Paragraphs F and G on this page.

13          Do you see those paragraphs, doctor?

14          A    Yes.

15          Q    Do you remember preparing this

16   report?

17          A    Yes.

18          Q    Is this the one that's in your

19   folder?

20          A    We are talking about --

21          Q    You have a folder in your office

22   with the psychological evaluation.

23          Is this the one that you have?

24          A    We were talking about Mark Owens.
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                   July 25, 2022

Page 227

1           Q    Oh, it's Mark Owens' psychological

2      evaluation you have in your office?

3           **A    Yes.**

4           Q    Okay.  Fine.

5           So it isn't this one --

6           **A    No.**

7           Q    -- I guess is the answer; okay.

8      Great.

9           So if you look at Paragraph F, it says:

10              Risk factors for restraint use.

11          Correct?

12          **A    Yes.**

13          Q    This is restraints both for

14     transportation and in the hospital or is this just

15     for transportation?

16          **A    No, this is for restraints if they**

17     **need physical restraints.**

18          Q    If they need physical restraints

19     while a patient is in the hospital; right?

20          **A    While the patient in the hospital,**

21     **if need be, yes.**

22          Q    So it says:

23              The patient does not have any physical

24              trauma, physical or sexual assault or

Page 228

1                any other contraindications for

2                restraint use.

3            So if necessary, restraints are okay;

4    right?

5            **A     Yes.**

6            Q    It says here:

7                No physical or sexual assault.

8                Which is from an intake which is

9        determining whether he has been physically or

10       sexually assaulted before; correct?

11           **A     Yes.**

12           Q    And then Paragraph G, Other risk

13   factors:

14               Arson, elopement, sexual acting out,

15               restraints, etc.

16           It says:

17               The patient has no arson or sexual

18               acting out.

19           Correct?

20           **A    At the time of that evaluation,**

21   **yes.**

22           Q    Correct.

23           So on Page 15401, like I said, that's

24   your signature; right, on that report?

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.          July 25, 2022

Page 229

1          **A    Yes.**

2          Q    Then there is another report.  It

3    doesn't appear as if your name appears on the

4    front page but it begins 15401 and it goes to

5    151408.

6          Is that your signature there?

7          **A    Yes.**

8          Q    And goes to 15408.

9          Is that your signature there?

10         Do you remember signing this on that

11    date?

12         **A    Yes.**

13         Q    So in this there is now a record of

14    Ben having been in the hospital at Elgin; right?

15         **A    Yes.**

16         Q    It looks like that record is on

17    page -- Well, it starts on 1504, the bottom, No.

18    10, Hospital Course; right?

19         **A    Yes.**

20         Q    So it's describing -- You know, he

21    was focused on his medication since the first

22    week.

23         So he has been there a year now; right?

24         **A    Yes.**

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

                                                              Page 230

 1          Q    He still was reporting excessive

 2   drooling and was started on -- it looks like he

 3   was started on Benzos and gradually --

 4          **A    No, that's not Benzo.**

 5   **That's Benztropine.**

 6          Q    I am sorry:

 7             Benztropine and dose was gradually --

 8          **A    Titrated.**

 9          Q    -- titrated to 4 milligrams.

10   Right?

11          **A    Yes.**

12          Q    Then if you go down it says here,

13   this paragraph here:

14             Mr. Benahdam struggled to settle into

15             his new environment.  He acted out more.

16             He also injured his ankle while playing

17             basketball.

18             On 11-29-14 he exposed himself to a

19             female nurse, who was providing

20             treatment to his ankle.  He later denied

21             the incident and had difficulty

22             accepting the wrongfulness of his

23             behavior.

24             Do you see that?

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 231

1            **A    Yes.**

2            Q    As a result of that he was placed

3    on frequent obs for sexually inappropriate

4    behavior; is that correct?

5            **A    Yes.**

6            Q    Then there was no further sexual

7    inappropriate behavior noted later.

8            And the frequent obs were discontinued

9    by December, 2014; right?

10           **A    Yes.**

11           Q    Now, are you aware that Christy

12    Lenhardt right around the second week of November

13    had her first incident where she and Ben had

14    kissed in her office?

15           **A    No.**

16           Q    Did Ben ever relate any of that

17    information to you?

18           **A    No.**

19           Q    Did Christy ever relate it?

20           **A    No.**

21           Q    When he arrived, for nearly a year,

22    there wasn't any sexual acting out; was there?

23           **A    No.**

24           Q    Before November 29; right?

Page 232

1           **A      There was that one incident with**

2    **the nurse, yes.**

3           Q    Right.

4           On November 29, 2014 that's the first

5    time it happens; right?

6           **A    Yes.**

7           Q    Okay.  Then on March -- Down here

8    on March 15, 2015; do you see that?

9           **A    Yes.**

10          Q    He received a 24 hour loss of

11   privilege for making an inappropriate comment

12   toward female staff?

13          **A    Yes.**

14          Q    Quote:

15             Nice pants.  That's a nice ass.

16             When patient was called on the

17             inappropriateness of his comment he

18             stated:

19             Pardon my French.

20          Do you see that?

21          **A    Yes.**

22          Q    Would you characterize that as

23   inappropriate sexual acting out?

24          **A    That was an inappropriate comment,**

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                     July 25, 2022

```
                                               Page 233
 1   yes.
 2            Q    Well --
 3            A    Not acting out but making
 4   inappropriate sexual comments.
 5            Q    Okay.  So inappropriate sexual
 6   comments.
 7            But the prior one, where he is exposing
 8   his penis to the nurse, is that inappropriate
 9   sexual acting out?
10            A    Yes.
11            Q    I am going to go down here to again
12   Paragraphs F and G.
13            Paragraph F hasn't changed from last
14   year; correct?
15            A    Yes.
16            Q    Did you think to do any more
17   detailed history of whether Ben was the victim of
18   physical or sexual abuse before he came to Elgin,
19   by this time?
20            A    No.
21            Q    So it also says in Paragraph G:
22                 The patient has no arson or sexual
23                 acting out.
24            Correct?
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 234

1          **A    Yes.**

2          **This was an oversight.  I should have**

3   **mentioned it again, what had happened, you know,**

4   **the incidents that I am putting in his hospital**

5   **course.  This should have been updated.  So this**

6   **was an oversight on my part.**

7          Q    Okay.  But it's new; isn't it?

8          **A    It's new, yes.**

9          Q    So the next report, there is

10  again -- It says 7-26-16 at 10:20 a.m.

11         Mr. Hurt was -- You were still his

12  psychiatrist at that time; correct?

13         **A    The record indicates that.**

14         **I don't know when he was transferred to**

15  **K but if he was -- I think he was still on my**

16  **unit.  I think he was transferred in December or**

17  **somewhere around that time.**

18         Q    Yeah, that's right.

19         So in July he was still your patient?

20         **A    Yes.**

21         Q    So this would have been another

22  evaluation that you would have done?

23         **A    Yes.**

24         Q    So again, now we are going from

Page 235

1    July of 2015 to July of 2016, which is this

2    report.  And if you could look right here, where

3    it says:

4                 In July of 2015 Mr. Hurt was placed on

5                 shift notes and his building permit was

6                 placed on hold on July 20, when a peer

7                 complained that Mr. Hurt was making

8                 sexual comments toward him.

9         Do you see that?

10        **A     Yes.**

11        Q    It says:

12             Hurt denied making sexual comments.

13             Accused the peer of making sexual

14             comments toward him, calling him gay.

15        Right?

16        **A     Yes.**

17        Q    Now, again not necessarily acting

18   out but perhaps he is making inappropriate

19   comments again; right?

20        **A     Yes.**

21        Q    Are you aware, as you sit here

22   today, of what the sexual interaction between Ben

23   Hurt and Christy Lenhardt was from July of 2015 to

24   July of 2016?

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                        July 25, 2022

Page 236

 1          **A      Only in the allegations that I read**

 2     **in what this lawsuit is about, but besides that, I**

 3     **had no knowledge at all about any of this.**

 4          Q     Yeah, that's not my question.  My

 5     question is:

 6          Are you aware of what was going on

 7     between Ben and Christy between July -- as you sit

 8     here today -- from July, 2015 to July, 2016?

 9          Are you aware of it, as you sit here

10     today?

11          **A      No, I was not aware.**

12          Q     No.

13          As you sit here today, are you aware of

14     what was going on between Ben and Christy for the

15     year of July of 2015 to July of 2016?

16          **A      Yes.**

17          Q     Okay.  And when were you first

18     aware of what was happening?

19          **A      As I said earlier, once this**

20     **lawsuit was filed.**

21          Q     So not until the lawsuit.

22          Now, the lawsuit was filed November 4,

23     2017.  So you are saying you didn't know anything

24     about it until then?

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

```
                                                  Page 237

 1          A     I knew something had happened but

 2   exactly what was happening I had no knowledge of

 3   what was happening.

 4          Q     Okay.  So well, you knew something

 5   was happening.

 6                What something did you know?

 7          A     That he -- Probably she gave him

 8   something, like maybe a phone, or you know, like I

 9   knew something had happened but nothing of -- I

10   had no idea of what was happening.

11          Q     I am not asking --

12          A     I knew it was something.

13          Q     Doctor, I am not trying to be rude.

14   We have an hour and 15 minutes.  I am trying to

15   make sure I get a concise question and a concise

16   answer; that's all.

17                So I am not asking you what you didn't

18   know.  I am asking you what did you know and I am

19   asking you when you knew it.

20                So you said you knew something; right?

21          A     Like I said, I did not know

22   anything.

23                When I came -- Can you rephrase this

24   question because I am having a hard time with
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                   July 25, 2022

---

Page 238

1    **answering this question because I had no knowledge**

2    **of anything that went on.**

3              Q    So my question was, as you sit here

4    today, are you aware of the sexual interactions

5    between Ben Hurt and Christy Lenhardt from July,

6    2015 to July of 2016?

7              **A    I only became aware at the time**

8    **when I read the allegations --**

9              Q    That's not my question.

10             My question, doctor, is:

11             Are you aware, as you sit here today, of

12   the sexual interaction between Ben Hurt and

13   Christy Lenhardt between July of 2015 and July of

14   2016?

15             **A    Yes.**

16             Q    Good.

17             When did you first become aware of that?

18             **A    When I read the allegations in the**

19   **lawsuit.**

20             Q    So in November 4, 2017 is the first

21   time you were aware that Ben Hurt and Christy

22   Lenhardt were engaged in any sexual relations from

23   July of 2015 to July of 2016?

24             **A    Yes.**

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

```
                                                          Page 239
 1            Q    Before that you had no knowledge of
 2     that whatsoever?
 3            A    No.
 4            Q    Okay.  So at the end of this report
 5     there is a -- Page 15413 -- the last sentence
 6     says:
 7                 Due to his short Thiem date, the team is
 8                 pursuing privileges and will work -- and
 9                 will then work the patient towards a
10                 conditional discharge, once appropriate
11                 placement has been secured.
12            Correct?
13            A    Yes.
14            Q    So he was working towards discharge
15     and he had a short Thiem date, which was July of
16     2017; right?
17            A    Yes.
18            Q    Right before that, it says:
19                 In April, May, June and July of 2016 he
20                 was enrolled in the janitorial program
21                 and was regularly attending.
22                 He is also working on his substance
23                 abuse issues by independently working on
24                 a 12-step program.
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

                                                    Page 240

1          Correct?

2          **A    Yes.**

3          Q     So he was working a substance abuse

4     program while he was on L Unit; correct?

5          **A    Yes.**

6          Q     And that was during the entire year

7     of 2015 to the 2016 because that's when this

8     report covers?

9          **A    Yes.**

10         Q     This is last date, 12-26.  It looks

11    like -- I am not sure -- something a.m.

12         And is that your signature, doctor?

13         **A    Yes.**

14         Q     On Page 15416?

15         **A    Yes.**

16         Q     It's July 26, 2016.

17         This, I think, is his final report.  I

18    believe you didn't prepare this report; right?

19         Because this was -- I will go to the

20    last page -- this was signed by Dr. Kareemi,

21    July 3, 2017 at 11:15; right?

22         **A    Yes.**

23         Q     So this isn't your report?

24         **A    No.**

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                      July 25, 2022

Page 241

1                MR. CECALA:  Okay.  Doctor, I am

2    showing you Exhibit No. 8.  It's Bates stamped

3    14471 to 14474 -- 80.

4                       ( Exhibit 8 marked.)

5    BY MR. CECALA:

6         Q    This is another set of chart notes

7    from Ben Hurt's chart beginning in December 13,

8    2016; correct?

9         A    Yes.

10        Q    And then it looks like -- I am just

11   going to go down a page here.

12             This is on December 18.  There is a

13   nurse's note at the very top on Page 14472.  It

14   says:

15                  Patient was playing cards in the day

16                  room with peer and it appears -- the

17                  patient's number is there -- when the

18                  latter just attacked this patient for no

19                  reason.  Both had physical altercation.

20             So Ben was -- Sounds like Ben was

21   sitting there and someone attacked him; right?

22        A    Yes.

23        Q    Then there is an STA note pretty

24   much identifying the same thing:

Page 242

1          While patient was playing cards, engaged

2          in a fight, Patient ID No. something --

3          with Patient ID No. something 912849.

4          Code White called.  Staff separated the

5          two patients from each other.

6          Patient was cooperative with staff when

7          directed or instructed to move away to

8          different direction.  Patient claimed he

9          was attacked first.  Has no -- Has not

10          any intention to fight.

11     Right?  So that's an STA note, it looks

12     like 9:20 p.m. on December 18, 2016; right?

13     **A     Yes.**

14     Q     These are iterations of it again:

15          There is another STA note about the

16     attack on Patient BH, Ben Hurt.  In the middle it

17     says:

18          As we continued to play cards Patient

19          DH --

20          I think this is Daquan.

21          -- approached Ben, standing over him and

22          threatening to hit him.  Staff writer

23          redirected continuously.  Daquan kept

24          saying:

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 243

```
 1              Stand up, get up, I am about to hit you.
 2              Ben H told his peer Daquan to leave him
 3              alone and that's when Daquan attacked
 4              Ben.
 5              Staff and peers tried to break up the
 6              fight.  Code White was called and
 7              security diffused the situation.
 8         Did I read that correctly?
 9         A    Yes.
10         Q    So it looks like Ben was a victim
11    here.  He wasn't the aggressor.
12         He was just playing cards and somebody
13    went up and hit him; right?
14         A    Yes.
15         Q    So then -- So this is your note on
16    the 19th?
17         A    This is Dr. Kareemi's note.
18         Q    I am sorry, this is Dr. Kareemi's
19    note on the 19th.
20         So it looks like sometime between the
21    18th -- Right here it is, I am sorry.  So
22    Page 14474, there is an RN note:
23              Patient continues to be threatened by
24              peer --
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 244

1              Looks like.

2              -- AOD notified.

3              Per Jeff P and AOD patient to be moved

4              to Unit K for safety.

5         Correct?

6         **A    Yes.**

7         Q    MOD notified and order written.

8              Patient is packing belongings.  Patient

9              is cooperative and verbalized and

10             understanding of why the transfer will

11             take place.  Will continue to monitor.

12        Did I read that correctly?

13        **A    Yes.**

14        Q    So on December 18, after this

15   fight, it looks like at 10:50 p.m., Ben was moved

16   off the unit for his own safety; right?

17        **A    Yes.**

18        Q    And then the next day Dr. Kareemi

19   has written a note and she is now Ben's -- looks

20   like she is the one who has taken over for him, as

21   his psychiatrist; right?

22        **A    Yes.**

23        Q    Now, two days later this is a

24   social worker note.

Page 245

1          Looks like it was Christy Lenhardt's

2     signature at the bottom of the page?

3          **A     Yes.**

4          Q     14476; right?

5          **A     Yes.**

6          Q     And then there is a whole

7     description of the fight and what happened and

8     everyone was shouting.

9          It's basically Christy Lenhardt on the

10    19th writing a note about the incident; right?

11         **A     Yes.**

12         Q     So on the 19th she is still his

13    social worker.

14         And then it looks like on the 20th it

15    says -- there is a social worker transfer note:

16              Mr. Hurt was transferred to K Unit --

17              I am sorry, the page number is

18         14477.

19              Mr. Hurt was transferred K Unit for his

20              own safety due to recent physical

21              altercation with peer who remains on

22              unit.

23         So we moved the person who was not the

24    aggressor this time; right?

HURT and OWENS v. JAVED, et al.    No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.    July 25, 2022

Page 246

```
 1          A    Yes.

 2          Q    Then:

 3               Per treatment team consensus and since

 4               patient needs to complete MISA Mr. Hurt

 5               will remain on K Unit to complete the

 6               MISA program to address his substance

 7               abuse issues.

 8          Did I read that correctly?

 9          A    Yes.

10          Q    Were you part of the treatment team

11     consensus for Ben to stay on K Unit?

12          A    Yes.

13          Q    And did you -- Who was at the

14     meeting where you arrived at this consensus?

15          A    I don't recall.

16          Q    Well, do you recall if Christy

17     Lenhardt was there?

18          A    I am wondering if this happened

19     when I was on vacation because seems like

20     Dr. Kareemi was covering for me because ultimately

21     the patient is moved on 12-20 but she was seeing

22     him even before that when I was not here.

23          Q    Right.

24               So you may not have been part of the
```

HURT and OWENS v. JAVED, et al.    No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.    July 25, 2022

Page 247

1  consensus?

2        **A   Could be, if I was not here.**

3        **But there was -- We wanted to move him**

4  **at some point K Unit to finish MISA.**

5        Q   So the consideration to move him

6  and the consensus, being that you were his

7  psychiatrist for the past two and a half years,

8  would your input have been necessary?

9        **A   Yes.**

10        Q   So you are saying you were on

11  vacation and you weren't part of the meeting where

12  the consensus happened?

13        **A   That's a possibility.**

14        Q   Right.  So my question is:

15        Did you participate in a meeting where

16  the consensus to move Ben permanently to K took

17  place?

18        **A   I don't recall.  I don't remember**

19  **and I don't recall exactly how this came about, I**

20  **don't.**

21        Q   Okay.  So do you recall being there

22  at morning meetings after Ben was transferred to K

23  Unit?

24        **A   Our morning meetings are together,**

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 248

1  **so we are regularly there.  Both K&L staff is on**

2  **together.**

3          Q     I know, doctor.  We only have an

4  hour.  My question is:

5          Do you recall being at meetings

6  immediately after Ben was transferred?

7          **A     If I was working, yes.**

8          Q     So if you were working.

9          Do you recall being at meetings

10  immediately after Ben was transferred?

11          **A     I don't recall.**

12          Q     Do you recall any interactions with

13  Christy Lenhardt immediately after Ben was

14  transferred?

15          **A     No.**

16          Q     Do you recall that Christy Lenhardt

17  was crying in any morning meetings after Ben was

18  transferred off her caseload?

19          **A     No.**

20          Q     Did you ever talk to her about how

21  she felt about Ben being transferred off her

22  caseload?

23          **A     No.**

24          Q     Did anyone else ever comment to you

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 249

1   about Christy crying at morning meetings or being

2   emotional at morning meetings after Ben was

3   transferred?

4           **A    No.**

5           Q    Do you recall having a meeting with

6   Dr. Kareemi considering whether to transfer Ben

7   back from the K Unit to L Unit during late

8   December or January of 2017?

9           **A    No.**

10          Q    So you and Dr. Kareemi never

11  considered whether Ben should be transferred back

12  to L Unit?

13          **A    No.**

14          **His Thiem date was approaching and he**

15  **was completing his MISA, so the understanding was**

16  **that he would just complete MISA and be discharged**

17  **because he was practically Thieming out.**

18          Q    Right.  So that's good.

19          How long does it take to complete MISA?

20          **A    I am sorry?**

21          Q    How long does it take to complete

22  the MISA program?

23          **A    It depends on patient.**

24          **There are patients -- Ideally it should**

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.          July 25, 2022

Page 250

1    be three to six months but sometimes it takes much

2    longer for patients to complete but that's the

3    shortest.  Like six months to eight months is when

4    they complete the program.

5          Q    Right.  So if your average -- It's

6    more between six and eight months; is that

7    correct?

8          A    Yes.

9          Q    I think Dr. Kareemi told us it's

10   more like nine months; is that --

11         A    She is the expert on MISA.  So she

12   knows better.  If she said nine months, then it's

13   nine months.

14         But that's ideally that's how they

15   showcase their program; that if the patient is

16   participating it takes three to six months but for

17   some patients it takes longer, depending on how

18   much they are focused and how quickly they can do

19   Step 1.  Some patients take even a year.  Some do

20   even longer.

21         Q    So this transfer that happened to

22   Ben was December 18 and his Thiem date was

23   July 22, 2017, which means that it would have been

24   very ambitious for him to complete MISA.

HURT and OWENS v. JAVED, et al.     No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.         July 25, 2022

Page 251

1      He would have had to do it in under six

2    months; right?

3           A    Yes.

4           Q    We saw in your evaluation he was

5    already doing substance abuse training on L Unit;

6    correct?

7           A    Yes.

8           Q    Just so I am sure, these chart

9    notes show that Ben wasn't the aggressor who was

10   moved off the unit; correct?

11          A    Yes.

12          Q    Now, do you recall the time from --

13   let's say January to May 31 of 2017 -- ever having

14   a conversation with Rebecca Nikolov about Ben Hurt

15   and Christy Lenhardt?

16          A    No.

17          Q    Do you recall having a conversation

18   with Becky Nikolov about Christy Lenhardt and

19   ███████ ███████

20          A    No.

21          Q    Doctor, there is a three page

22   exhibit which you may not be familiar with.  This

23   is a -- It's Bates stamped 27981, 982 and then

24   27617.

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.              July 25, 2022

Page 252

1          Do you see these three pages, doctor?

2          **A     Yes.**

3          Q    So I know this email is not from or

4    to you, but this is a report of an incident that

5    happened on May 31 in Bob Hamlin's office between

6    Christy Lenhardt and Ben Hurt, where they were

7    locked in an office.

8          Do you recall that incident?

9          **A     Yes.**

10          Q    And this page here is a security

11   report of the incident which outlines what

12   happened in the incident.

13          Actually before I question you about

14   that, let me just look back at the email really

15   quick.

16          You said you recall the incident.  When

17   was the first time you heard about the incident?

18          **A     The next day.**

19          Q    The next day, so June 1?

20          **A     Had to be June 1, if it happened**

21   **the day before.**

22          Q    Who did you hear about the incident

23   from?

24          **A     It was in the morning meeting, I**

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                       July 25, 2022

Page 253

 1  believe.

 2          Q    Who was at the morning meeting?

 3          A    Both the staff of K & L Unit.

 4          Q    And what if anything was said?

 5          A    That Christy had come to get some

 6  snacks for a patient who was transferred to L Unit

 7  and there was a nonworking lock and Ben was in the

 8  room and Christy had to call security to open the

 9  lock because it was -- they were in there.

10          Q    So who is it at the morning meeting

11  that said that?

12          A    I don't recall exactly whether it

13  was the nurse manager or the nursing staff who

14  reported it.  Usually it's nursing staff who gives

15  the morning report.

16          Q    So it would have been Colleen

17  Delaney?

18          A    She was the nurse manager.

19          I don't recall who the nurse on duty I

20  there was.  But it had to be either her or the

21  nurse who was on duty.

22          Because it's usually the morning nurses

23  who come in and give us report from all different

24  shifts, and this happened after our shift, so

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.                        July 25, 2022

Page 254

1  **usually the morning we get a report about all**

2  **different shifts.**

3          Q    Do you know whether it was Colleen

4  Delaney who reported the incident at the morning

5  meeting?

6          **A    No, I don't remember.**

7          Q    Okay.  So I am going back to

8  Exhibit No. 3, where I asked you to read this

9  earlier today, and it's the security report

10 outlining when they discovered that Ben had put --

11 had internet postings.

12         And then they searched his room and they

13 found audio recordings of Christy performing oral

14 sex on Ben and they found audio recordings of

15 Christy admitting to having sex with ██████ and

16 to the relationship with ██████ ██████ and

17 helping him escape.

18         Do you recall reading this?

19         **A    I am just reading it now.**

20         Q    Okay.  You can read it again.

21         **A    I finished reading.**

22         Q    Okay.  And this is a report of what

23 was happening the morning of June 30, 2017.

24         Now, June 30 was a Friday.  Do you

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.              July 25, 2022

                                                      Page 255

 1   recall being at work on that day?

 2           **A     I believe I was again on vacation**

 3   **at that time.**

 4           Q    Okay.  So you weren't at work on

 5   June 30.

 6           Do you normally work on Fridays?

 7           **A    At that time I was, yes.**

 8           **My working hours are -- were 7:00 to**

 9   **3:00, Monday through Friday.**

10           Q    Okay.  But you think you were on

11   vacation on June 30?

12           **A    Yes, I was.**

13           Q    So you weren't on L Unit the

14   morning that they came in and -- I mean, this

15   report was written at 1100 hours.  So they would

16   have had to have gone and searched Christy's

17   office before 11:00 a.m.

18           You don't recall being at work --

19           **A    No.**

20           Q    -- before 11:00 in the morning --

21           **A    No.**

22           Q    You have to wait until I finish.

23           **A    Sorry.**

24           Q    -- before 11:00 in the morning when

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                      July 25, 2022

Page 256

1  they searched Christy's office?

2          **A    I was not at work.**

3          Q    You weren't at work that day.

4          So if you weren't at work that day, when

5  was the first time you found out about the fact

6  that Christy had been -- her office had been

7  searched and she was walked out of the building by

8  security?

9          **A    When I came back from vacation.  I**

10  **don't remember the exact date but I was off for**

11  **about a ten day period.**

12          Q    So did your vacation start the week

13  of June 30 and you were out the whole next week;

14  do you recall?

15          **A    Yes.**

16          Q    So you weren't back to work until

17  sometime in the second week of July?

18          **A    Yes.**

19          Q    I am going back to Exhibit No. 1.

20          And Page 37 on Line 9, the police were

21  asking you:

22              But has she, Christy Lenhardt, tried to

23              communicate with you or any other staff

24              members?

Page 257

1          And there was a call and it says:

2              That you are aware of?

3          Your answer is:

4              One day there was a call, the day that

5              she had been walked out of here.  I got

6              a call from her number.  So I -- and I

7              didn't know what was going on, you know.

8              It was just Christy's number.

9              So I answered it, and I said, Christy.

10             And it was her husband.  He said:

11             Doctor, this is Joel, Christy's husband,

12             and you know, Christy is very upset, and

13             do you know what happened?

14             So I said:

15             You know, I know she was walked out

16             relating to some patient issue but

17             that's all I know.

18             And that was the only contact that I had

19             with her, like that number, you know.

20             After that she asked me a few times,

21             like on the group text, if somebody

22             would give her a recommendation, and we

23             all decided between ourselves that for

24             something like this we don't want to

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 258

```
 1              like do anything until this
 2              investigation is clear.
 3              How can I say, in my -- although I know
 4              her so well, that she is very good at
 5              her work, but with this thing going on,
 6              I cannot give a recommendation to
 7              someone, you know, at this point, so no.
 8         Do you recall talking to the police and
 9    giving them this answer, when they asked you if
10    you had contact with Christy?
11         A    Yes.
12         Q    So how did you know on June 30 that
13    Christy had been walked out of the facility, if
14    you were on vacation?
15         A    So there is some discrepancy in the
16    dates.
17              I think when she was walked out of the
18    unit that's when I was on vacation but when she
19    was -- she was still working at the front in the
20    administrative building.
21              I believe when she was walked off the
22    facility is then when I got the call from her
23    husband, so I was back.
24              So my dates could be wrong but I was not
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                      July 25, 2022

Page 259

1   **here the day she was walked off the unit and I**

2   **believe I was on vacation.**

3            Q    Doctor, that's not my question.

4            **A    Okay.**

5            Q    We only have a short period of

6   time.  So my question is:

7            If you were on vacation the day that

8   Christy was walked off the building --

9            **A    No, I want to make a correction to**

10  **that.**

11           Q    Okay.

12           **A    I was on vacation when she was**

13  **walked off the unit but I was working at this time**

14  **when she was walked out of the building.**

15           Q    So just so you know, on June 30

16  when this was discovered, Christy Lenhardt left

17  the building before lunch and never returned ever.

18  So my question is:

19           If you weren't there on June 30, how did

20  you know on June 30 that she had been walked out

21  of the building?

22           **A    I think I am not making myself**

23  **clear.**

24           **What I am reporting is -- I am not sure**

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                      July 25, 2022

Page 260

1    about the dates of my vacation but I was on

2    vacation when she was walked off the unit.  There

3    is a difference between being walked out of the

4    unit to being walked out of the facility.

5             So when she was walked off the unit and

6    she was no longer working on the unit that's when

7    I was on vacation but the day that she was walked

8    off the premises, if that was June 30, then I was

9    here.

10            Q    The day she was walked off the unit

11   and the day she left the building are the same

12   day, June 30.

13            You were on vacation on June 30;

14   correct?

15            A    I am not sure about the date of

16   vacation.

17            But from my recollection and my memory

18   when she was walked off the unit and her office

19   was searched I was not working.

20            But the day that she was walked off the

21   premises -- Because when she was walked off the

22   unit she was still working in the -- she was still

23   in the administrative part of the forensic

24   building.  She was not totally gone.

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.               July 25, 2022

Page 261

1          **If she was gone on June 30, then yes, I**

2  **was working.**

3          Q    I am going to go back to this

4  report.  This is the security report of what

5  happened on June 30.

6          Do you see that?

7          **A    Yes.**

8          Q    At 7:30 a.m. Chief Epperson became

9  aware that there was some potential internet

10  presence that Ben Hurt had that was unauthorized.

11  That's what the report is saying.  Social media

12  posting by Ben Hurt housed at EMHC.

13          After that, between 7:30 in the morning

14  and 11:00 o'clock in the morning, the office

15  belonging to Christy Lenhardt was searched, Ben

16  Hurt's room was searched, and audio recordings of

17  the sexual encounters were recovered.

18          And here it says that the State Police

19  were on the grounds by 1515, which is 3:15 p.m.

20          Then there was an interview where the

21  State Police were there until 6:30, 6:24 p.m.

22          The State Police were never able to

23  interview Christy because she had already left the

24  facility.

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.                July 25, 2022

                                                        Page 262

1            So the day that this was discovered and

2    the day that Christy Lenhardt was not allowed to

3    go to her office and the expression "walked off

4    the unit" or "walked from the facility" is not

5    distinguishable.  She wasn't at Elgin Mental

6    Health Center by 3:15 p.m.  That's what this

7    report says.

8            So my question to you is:

9            I don't know, were you or were you not

10   on vacation on June 30, 2017?

11       **A    My recollection tells me that when**

12   **she was walked off the unit and her room was**

13   **searched I was not at work that day.**

14       Q    Okay.  So the same day that she

15   was -- that her room was searched is also the same

16   day Christy left Elgin Mental Health Center, never

17   to return ever again after that.

18           So there is no day after June 30 where

19   Christy Lenhardt returned to work and was again

20   walked out of the facility in any way.

21           Do you understand my confusion on the

22   date now?

23       **A    Yes.**

24       **And my confusion is the same, because if**

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 263

1    this all happened on that day, how come I was not

2    aware that she was walked off the unit, unless she

3    was walked off before I came to work, but I

4    usually come to work at 7:00, and she comes to

5    work at 8:00.  So I am confused also and I don't

6    recall her being walked out in front of me from

7    the unit.

8           My understanding was that happened when

9    I was not there, and the day that she was walked

10   off the unit was from the administrative building,

11   and yes, that's the day when her husband called me

12   or I received a call -- or maybe a day after.  I

13   am not exactly sure on the dates.

14          Q    So you are saying that when you

15   said to the State Police:

16              The day she had walked out of here I got

17              a call from her number.

18          That is not true?

19              MS. JOHNSTON:  Objection, form.

20          You can answer, Dr. Javed.

21              THE WITNESS:  I am not sure.  I am

22   not sure so I cannot tell you exactly because I am

23   not sure.  My recollection tells me still the same

24   thing:

Page 264

1           The day she was walked off the unit I

2     was not at work.  If I got this call the day she

3     was walked off the premises possible or if she

4     called me before that possible, but the day she

5     was walked off the unit I was not here, I was not

6     on the premises.

7     BY MR. CECALA:

8           Q    Okay.  So did someone call you to

9     relate the information that Christy Lenhardt had

10    had an incident with a patient?

11          **A    I was out of the country, no.**

12          Q    So when Christy's husband called

13    you, you were out of the country?

14          **A    No.**

15          **When Christy's husband called me I was**

16    **here.  I was here.**

17          **I am talking about when she was walked**

18    **off the unit I was not here.  But the day**

19    **Christy's husband called me, yes, I was at work**

20    **and I responded to his call.**

21          Q    I am going to go back to the

22    testimony again, Exhibit No. 1, Page 37.

23          So at some point you spoke to Christy's

24    husband and he was very upset, asking you what

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                        July 25, 2022

Page 265

 1   happened; correct?

 2          A     Yes.

 3          Q     And you said:

 4              I know that she was walked out, relating

 5              to some patient issue.

 6              Correct?

 7          A     Yes.

 8          Q     What did you mean by, a patient

 9   issue?

10          **A     There was something that went on**

11   **between her and a patient that was the result of**

12   **her being escorted off the premises or off the**

13   **unit.  That's all I knew.**

14          Q     Well, who told you that that

15   happened?

16          **A     Nobody told me anything.**

17          **But when Ben Hurt's room was being**

18   **searched and he was restricted to the unit there**

19   **was something going on that we were not completely**

20   **aware of but there was something going on.**

21          Q     So you were at work the day his

22   room was searched?

23          **A     I am not on K Unit but I heard**

24   **about it in the morning meeting that his room was**

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.          July 25, 2022

Page 266

1   **being searched.**

2          Q    So the day his room was searched,

3   you were at work?

4          **A    Probably was.**

5          Q    Do you know if you were at work the

6   day Ben Hurt's room was searched?

7          **A    I am not sure.**

8          Q    So you said we, just a moment ago.

9   My question was:

10         Who told you about the patient incident?

11         **A    It was discussed in the morning**

12  **meeting that Mr. Hurt's room was being -- he was**

13  **being restricted to the unit and he was going to**

14  **have a room search.**

15         Q    Okay.  So who discussed it in the

16  morning meeting?

17         What's the name of the person said that?

18         **A    It had to be a member of the K**

19  **Team.**

20         Q    Who said that?

21         **A    I'm sorry?**

22         Q    Who was the member of the K Team

23  that said that?

24         **A    I'm sure it was the nurse because**

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                July 25, 2022

```
                                                       Page 267
 1    usually report is given by the nurse.
 2              Q    Who was the nurse?
 3              A    I don't remember.
 4              Q    Was it Colleen Delaney?
 5              A    She was the nurse manager.
 6              But there was a nurse on the unit.  So I
 7    don't recall Colleen Delaney giving us that news.
 8    It was the nurse on the unit.
 9              Q    Now, you go on, on Page 38 to say:
10                   Christy asked a few times on the group
11                   text for a recommendation.
12              So was she asking you for a job
13    recommendation?
14              A    I assume, yes.
15              Q    Then it says:
16                   We all decided between ourselves that
17                   basically you weren't going to do it.
18              Who is, we all decided?
19              A    It was Drew Beck, Bob Hamlin,
20    myself.
21              Because I asked them, I said:
22                   She is asking me for --
23              Or Cara told me that Christy wants some
24    sort of recommendation, and I said:
```

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.              July 25, 2022

Page 268

1          **At this point I am not willing to do**
2          **anything.**
3          Q    Did you find it out from the group
4     text or because Cara asked you?
5          **A    I don't recall exactly whether Cara**
6     **asked me or it was from the group text, I don't.**
7          Q    What exactly did Cara ask you?
8          **A    That Christy is looking for a**
9     **different job.**
10         Q    When you were talking about it with
11    Cara were you discussing what had transpired
12    between Christy and Ben?
13         **A    Nothing, no, because we didn't**
14    **know.**
15         Q    So when you say you didn't know,
16    yet you had reservations about giving her a
17    recommendation, what is it about what you didn't
18    know that kept you from being willing to give her
19    a recommendation?
20         **A    When one of your colleagues or**
21    **somebody that works with you is walked off the**
22    **premises, you know something is going on.**
23    **Obviously you want to know exactly what the extent**
24    **or what has happened before you want to write a**

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 269

1   **recommendation because you want to write an honest**

2   **recommendation for a staff member.**

3          Q    So some investigation was going on

4   into Christy's behavior with a patient and you

5   knew that; correct?

6          **A    Yes.**

7          Q    And you found that out at a morning

8   meeting; correct?

9          **A    Yes.**

10         Q    And you wouldn't provide her with a

11  job recommendation sometime after that; correct?

12         **A    Once we know exactly what happened,**

13  **yes.**

14         Q    What did you suspect was happening

15  that would make your recommendation not worthy of

16  Christy's ten year experience with you or so of

17  her good work?

18         **A    The professional conduct of a staff**

19  **member.  You know, if somebody is walked out,**

20  **there has to be a reason.  You want to know what**

21  **exactly happened.**

22         Q    I know.  That's not my question.

23  My question was:

24         What did you suspect was happening?

Page 270

```
 1          A    I was not suspecting anything.  I
 2   knew something had happened but I was not
 3   speculating.  I was waiting to hear what exactly
 4   has happened.
 5          Q    So what did you know had happened?
 6          A    I had -- I knew that she was walked
 7   off the unit so something must have gone wrong and
 8   that's why they were looking into Ben's room.
 9   Something was related to Ben.  That's all I knew.
10          Q    And you had no suspicion about any
11   possible neglect or abuse of Ben by Christy when
12   you were considering giving her a recommendation?
13          A    No.
14              MR. CECALA:  Hold on one second.
15              (Whereupon off-the-record
16               proceedings were had).
17              MR. CECALA:  So doctor, I am
18   showing you what is now Exhibit No. 9.  It's a
19   separate Bates stamped grouping.  It's called Hurt
20   and Owens Morning Meeting Minutes and it starts
21   with Page 53 and it goes through page -- Oh, I
22   think the pages are off.
23              MS. JOHNSTON:  I think it might be
24   in reverse.
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

```
                                                      Page 271
 1              MR. CECALA:  Actually it's Page 1
 2   to 53.  So it's in reverse order, Page 53 comes
 3   first.
 4              Yes, I think we wanted to walk this
 5   backwards but with your deposition I would have to
 6   walk it forward.
 7                   ( Exhibit 9 marked.)
 8   BY MR. CECALA:
 9         Q    So doctor, on Page 53, this looks
10   like a morning meeting report, and I think that in
11   the email chain at the top it's from Robert
12   Hamlin.
13              Do you see that?
14         A    Yes.
15         Q    And I don't know if you can find
16   your email address.  It's actually Page 1?
17         A    Yes.
18         Q    Do you see your email address in
19   there?
20         A    Yes.
21         Q    So these are morning meeting
22   minutes.
23              You get these everyday; right?
24         A    Yes.
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

                                                          Page 272

1           Q    And so this is the report of the

2    morning meeting on December 19, 2016; correct?

3           A    Yes.

4           Q    Looks like you were scheduled off

5    that day?

6           A    Yes.

7           Q    Did you ever review the morning

8    meeting minutes even though you were not at work

9    that day?

10          A    No, I don't review morning minutes

11   if I am not at work.

12          Q    Suffice it to say, that admissions

13   discharge transfer, including names, is a section

14   where it's specifically noted who was transferred

15   and it says:

16               Benahdam H to K.  Blank to L.

17          So if a patient is transferred it's

18   noted in the morning meeting minutes; right?

19          A    Yes.

20          Q    It's a frequent occurrence?

21          A    Yes.

22          Q    So this is another day where the

23   morning meeting minutes are -- If you go to the

24   top of this one, it's a longer one.

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

                                                           Page 273

 1             It looks like it's December 20?
 2        A    Yes.
 3        Q    And do you see your email in
 4   there --
 5        A    Yes.
 6        Q    -- right here?
 7        A    Yes.
 8        Q    And it doesn't say you were off
 9   this day.
10             So do you recall, would you have looked
11   at the morning meeting minutes on that day?
12        A    I try to.
13        Q    So that's the 20th.
14             So this is the week after and it's --
15   there is no specific mention here in any of these
16   meeting minutes about Ben on the 21st.
17             This is the 22nd.
18             The 23rd is here.
19             24th Ben is not mentioned.
20             The 28th this still nothing.
21             29th nothing.
22             30th nothing.
23             Here Ben is still on K.  He has no
24   contact sports because of something that was -- I

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 274

 1    think he had an ankle injury and he's --

 2              This is the last report.  I think it's

 3    on May 31 -- I am sorry -- June 2, Friday, June 2.

 4              So Thursday -- Wednesday, May 31 is the

 5    incident with Bob Hamlin's office, where they were

 6    locked in the office.

 7              Do you recall that?

 8         **A     If you say that was the date, I**

 9    **don't recall but...**

10              Q    Okay.  Fair enough.

11              And then there is -- This is the Friday

12    morning.  I think there is one more.

13              There is nothing in the morning meeting

14    minutes about -- Again, Ben is limited to no

15    contact sports again on June 5.

16              In that week there is no mention of them

17    being locked in the office.  But you said it was

18    brought up at the morning meeting; right?

19         **A     That was my recollection.**

20              Q    Okay.  Is there any reason that it

21    would not have been written down in the morning

22    minutes?

23         **A     Everything that's discussed in the**

24    **morning meeting is documented in the report.**

Page 275

```
 1          Q    Okay.
 2          A    So my recollection is that if it
 3   was discussed it should have been part of the
 4   report.
 5          Q    So as I mentioned earlier, June 30
 6   was a Friday.  So July 1 would have been Saturday.
 7   July 2 a Sunday, and Monday, July 3.
 8          This is the morning meeting minutes for
 9   K&L on July 3.
10          Do you recall if you were at work that
11   day?
12          A    If it says Unit Psychiatrist
13   present, then I was, yes.
14          Q    Present for morning meeting unit
15   psychiatrist, yes.
16          Does that mean you?
17          A    Both me and Dr. Kareemi.
18          Q    Were both there on July 3; right?
19          A    Yes.
20          Q    So is it possible that you went on
21   vacation after this?
22          A    I honestly now don't remember when
23   this vacation was.  I don't remember the dates.
24          Q    And then in this morning meeting
```

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

```
                                                       Page 276
 1   note it goes through significant items here?
 2            A    Yes.
 3            Q    Still says limited to no contact
 4   sports here.
 5            And then I believe it says there is no
 6   indication here of RORs here; right?
 7            A    No.
 8            Q    For Ben Hurt?
 9            This is an ROR of 5-30 and an ROR of
10   June 4; correct?
11            A    Yes.
12            Q    These names are blocked out, so
13   it's not Ben.
14            So on July 3 there is no mention of an
15   ROR for Ben; right?
16            A    No.
17            Q    So July 3, 2017 no mention of an
18   ROR.
19            So I am going back to Exhibit No. 4.
20            Do you recall this restriction of rights
21   on July 3, which would have been the Monday after
22   the audio recordings of Ben and Christy having sex
23   were discovered?
24            Do you recall at the morning meeting any
```

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.              July 25, 2022

Page 277

1    discussion of a restriction of rights for Ben?

2           **A     I don't recall.**

3           Q    Was there any discussion of the

4    investigation that was occurring?

5           **A     I don't recall exactly what was**

6    **said, no.**

7           Q    So -- And just so we're clear, Page

8    16250, Restriction of Rights for Ben would have

9    been from June 30 to July 3, which would have been

10   the weekend.  It says:

11               Patient is under investigation

12               administrative directive.

13          And he is on K Unit, of course, you are

14   on L Unit; right?

15          **A     Yeah.**

16          **This is starting at 3:15 on Friday and**

17   **then it's at 1600.**

18          Q    On Monday; right?

19          **A     Yeah.**

20          Q    So there is a second page.

21          But then on July 3 at 1600 there is

22   another restriction of rights?

23          **A     Yes.**

24          Q    And it's going to last until Ben's

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                       July 25, 2022

Page 278

1   Thiem date on July 22, 2017 at 0600; right?

2          **A     Yes.**

3          Q    It says:

4              Patient is under investigation, security

5              administrative directive.

6   Correct?

7          **A     Yes.**

8          Q    And this is obviously on July 3 it

9   was issued.

10          And at the July 3 morning meeting

11  minutes there is no mention of this ROR and I am

12  just wondering whether anyone at the morning

13  meeting brought this up at all?

14          **A     I don't recall.**

15          Q    I actually have one more exhibit to

16  go through and then we will be done with exhibits.

17          So this is the other set of

18  interrogatories in Ben Hurt's case.

19          Do you recall seeing these, doctor?

20          **A     Yes.**

21          Q    It's a seven page document.  Let me

22  go to Page 7 really quickly.

23          On September 21, 2020 there is another

24  verification like the other one.

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                        July 25, 2022

Page 279

1           Is that your signature?

2           **A    Yes.**

3           Q    So in Question No. 1, we ask you

4    to:

5                Identify persons with knowledge of facts

6                underlying the complaint and any

7                documents.

8           Then you say:

9                The following individuals may have

10               knowledge relevant to the claims.

11          So you named Pat Larson, former L Unit

12   psychologist.

13          What knowledge were you speaking of in

14   this answer that you are aware of that Pat Larson

15   has about the case?

16          **A    I think this question was very**

17   **vague for me.  I didn't really know how to answer**

18   **it.  So I just said the people who were involved**

19   **in the case at the time, you know, like directly**

20   **involved with this case.**

21          **But having any knowledge relevant to the**

22   **case, I did not know what knowledge.  So I just**

23   **kind of broadly said the names because Ted Larson**

24   **was the psychologist.**

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 280

1          Q    Okay.  Yeah, this is important for

2    me to know that you don't know that Pat Larson has

3    knowledge, as if you do.  I don't want to be

4    surprised later that one of these people has all

5    this information.

6              So you don't know, as you sit here,

7    whether Pat Larson has any knowledge of the case

8    or not; do you?

9          **A    Yes.**

10         Q    Do you know what knowledge, when

11   you are answering this, Joanne Langley may or may

12   not have had of the complaint?

13         **A    Since she was the director of**

14   **social work and psychology at the time, I figure**

15   **maybe she knew something about why Christy was not**

16   **working here any more.**

17         Q    And what about Antoinette Kelly?

18         **A    She was the nurse manager at some**

19   **point on the unit when all of this was happening**

20   **or -- you know, so she was one of the nurse**

21   **managers.**

22         Q    What do you know about her

23   knowledge of the case?

24         **A    I know now when I read one of the**

HURT and OWENS v. JAVED, et al.      No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.              July 25, 2022

Page 281

1    **exhibits that you showed that it was her that he**

2    **was -- he made contact with her which was then**

3    **later on made -- this Elgin was made aware of.**

4         Q    I am interested in knowing, when

5    you answered the question, what knowledge you had

6    about what they know.

7         **A    I did not know if she had any**

8    **knowledge.  I just put her name down because she**

9    **was the nurse manager.**

10        Q    What knowledge may James Cochran

11   have about the case?

12        **A    Again, he was the medical director.**

13        Q    What does that say about his

14   knowledge of the case?

15        **A    Since he is in charge of the whole**

16   **facility, I did not know if he had any knowledge,**

17   **but I just said because he is the medical**

18   **director.**

19        Q    Okay.  Is your answer the same for

20   Daniel Hardy, Jeff Pharis and Vicky Ingram; that

21   just because of their positions you listed them,

22   rather than you have any direct knowledge about

23   what they know about the case?

24        **A    Yes.**

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.               July 25, 2022

Page 282

```
 1            Q    So doctor, just a few more
 2    questions.
 3            Have you spoken to Drew Beck about this
 4    case?
 5            A    No, I have not.
 6            Q    Not at any time?
 7            A    No.
 8            Q    Have you spoken to Colleen Delaney
 9    about this case?
10            A    No, not at all.
11            Q    Never?
12            A    Never.
13            Q    Have you spoken to Diana Hogan
14    about this case?
15            A    Never.
16            Q    And have you spoken to Dr. Kareemi
17    about this case?
18            A    Just that we both have depositions.
19            Q    So what did you talk about, about
20    your depositions?
21            A    Only that hers was scheduled, when
22    it was scheduled.  It was canceled because her
23    brother had passed away.
24            Mine was scheduled on a certain date and
```

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                 July 25, 2022

                                                    Page 283

 1  **it had to be rescheduled because I had COVID.**

 2  **That's all.**

 3          Q    So you have never talked about the

 4  facts of the case?

 5          **A    No.**

 6          Q    Never talked about patients, Mark

 7  Owens or Ben Hurt?

 8          **A    Prior to when they were in our care**

 9  **and it was anything related to their care, their**

10  **treatment plans, if they were on her unit and if**

11  **she needed to make any changes to the treatment**

12  **plan, she always consults me.**

13          **We always discuss the patient care.  If**

14  **there is a transfer we discuss.**

15          **But we had not discussed anything as far**

16  **as these cases are concerned.**

17          Q    And just so I am clear, you have a

18  personal relationship with Dr. Kareemi?

19          **A    Yes, we do.**

20          Q    And what kind of personal

21  relationship are you?

22          You go out to dinner?  Are you family

23  friends?  Could you describe it for me?

24          **A    Yes.**

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                  July 25, 2022

Page 284

1          She was a year junior to me.  So we did

2     our training from Loyola Medical Center.  So she

3     was a year junior to me.

4              When we graduated she was in a different

5     part of practice.  I was in a different.

6              Then she started at Elgin and she

7     convinced me to come to Elgin.  So we have been in

8     Elgin together.  She started on forensic.  I

9     started in community psych for two years and then

10     I transferred to forensic.  And we worked on

11     sister units from 2001 all the way to 2020.

12              I was stranded in COVID in Pakistan

13     because the airspace was closed.  So when I came

14     back they assigned me to Pinel Unit.

15          Q    Doctor, my question is about your

16     personal relationship with Dr. Kareemi.

17              Could you describing that relationship?

18              Are you close friends?

19          A    We are friends, yes, we are close

20     friends.

21          Q    And like I suggested, do your

22     families go celebrate holidays or dinner together?

23          A    Yes, we do.

24          Q    And have you been close friends

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.                      July 25, 2022

                                                              Page 285

1    with her for the duration of your working at

2    Elgin?

3              A    Yes.

4              Q    And you also share patients;

5    correct?

6              A    Yes.

7              Q    And you just said that you both

8    meet frequently on patients to collaborate

9    professionally?

10             A    **When they are under our care, like**

11   **when they are transferred back and forth in the**

12   **units, and anything concerning the clinical**

13   **treatment issues, yes, we do consult with each**

14   **other.**

15             Q    Right.

16                  Like with Ben, who was moved from L to

17   K, where you both would have been transitioning a

18   patient from one unit to another, is that the type

19   of discussions you would have had?

20             A    **Yes.**

21             Q    Now, I am curious, there seems to

22   be a -- Strike that.

23                  Are you aware today that Christy

24   Lenhardt has admitted to engaging in oral sex with

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.              July 25, 2022

Page 286

 1   Ben Hurt in her office over a period of years

 2   multiple times per week?

 3          **A     Today I am becoming aware of that.**

 4          Q     Well, is this the first time you

 5   are becoming aware of that?

 6          **A     Yes.**

 7          Q     Are you aware that Christy Lenhardt

 8   admitted to carrying on a sexual relationship over

 9   a period of at least six months, perhaps longer,

10   with ███████ ████████

11          **A     Today is the first day that I am**

12   **becoming aware of that.**

13          Q     Are you aware that Christy Lenhardt

14   admitted to carrying on a sexual relationship with

15   ███████ ████ whom she helped to escape from

16   Elgin, and then later went to visit him in

17   Germany, where she carried on that sexual

18   relationship with him?

19          **A     Today I am becoming aware of that.**

20          Q     Are you aware that Activity

21   Therapist Rebecca Nikolov drove her to the airport

22   to visit ███████ ████ in 2006 to carry on her

23   relationship with him?

24          **A     Today I am becoming aware of that**

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                July 25, 2022

Page 287

1   **fact.**

2          Q    You have never been aware of that

3   before today?

4          **A    No.**

5              MR. CECALA:  Give me one second.

6          (Whereupon off-the-record

7            proceedings were had).

8   BY MR. CECALA:

9          Q    So having said that you are only

10  aware today of these specific incidents for

11  approximately -- over approximately a ten year

12  period with Christy Lenhardt, I just would like to

13  know, you know, you have worked at Elgin for 22

14  years now; right?

15         **A    Yes.**

16         Q    And there are many behavioral

17  health experts, psychologists, psychiatrists and

18  social workers manning the facility; correct?

19         **A    Yes.**

20         Q    And there are security therapy

21  aides who monitor patients on 30 minute intervals

22  and sometimes as close in as 15 minute intervals;

23  correct?

24         **A    Yes.**

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.              July 25, 2022

Page 288

1          Q     And there is a security force

2     that's there to protect the safety of the

3     environment and to watch out for abuse and neglect

4     and to make sure that the workers and the patients

5     are kept safe; correct?

6               **A     Yes.**

7          Q     And every social workers' office

8     has a fairly sizable window on it; right?

9               **A     Yes.**

10         Q     If all of those things are true,

11    how is it possible that Christy Lenhardt was able

12    to carry on sexual relationships and at least

13    attempt to seduce one other patient over a ten

14    year period without being discovered?

15              **A     I don't know how it's possible.**

16    **With all these patient face checks and**

17    **accountability, I don't know.**

18         Q     Do you think that at some point

19    there was perhaps a lapse in awareness by one or

20    more of the staff on L Unit to make -- to allow

21    this to take place?

22              **A     I don't know what you are trying to**

23    **ask me.**

24              **Can you please repeat the question?**

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                       July 25, 2022

```
                                                    Page 289
  1               MS. JOHNSTON:  I will say it is
  2     5:00 o'clock.
  3     BY MR. CECALA:
  4          Q    So the question is, do you believe
  5     that for this to have occurred that there was some
  6     lapse in the awareness of what Christy was doing
  7     by one or more of the staff of your coworkers on L
  8     Unit?
  9          A    I don't know.  I don't know.  I
 10     cannot answer this.
 11               MR. KRETCHMAR:  Just one question,
 12     doctor.
 13                       EXAMINATION
 14     BY MR. KRETCHMAR:
 15          Q    Do you think it's kind of important
 16     to know that?
 17          A    It's important and that's why we
 18     have all three shifts and there is a system in
 19     place that if things should be reported
 20     appropriately.
 21          Q    What I mean is:
 22               Do you think it's important to know why
 23     that system did not work?
 24          A    I don't know what to say,
```

HURT and OWENS v. JAVED, et al.      No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.              July 25, 2022

Page 290

1   **Mr. Kretchmar.**

2               MR. KRETCHMAR:  Nothing.

3               MR. CECALA:  I think we are done,

4   just one second.

5               MS. JOHNSTON:  I have one or two

6   questions.  I can go very, very quickly.

7               MR. CECALA:  Let me just check with

8   Stephanie real quick.

9               MS. JOHNSTON:  Dr. Javed, I think

10  my questions will only take two minutes.

11              THE WITNESS:  Okay.

12                   EXAMINATION

13  BY MS. JOHNSTON:

14      Q   Dr. Javed, do you supervise anybody

15  at Elgin directly -- or when you were working on

16  the L Unit did you directly supervise any other

17  Elgin employee?

18      **A   No.**

19      Q   You did not supervise any social

20  workers while working on the L Unit?

21      **A   No.**

22      Q   Okay.  And earlier you had stated,

23  what Randy or Joe was asking about ▮▮▮▮ and

24  you had previously stated that you did ask ▮▮▮▮

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                July 25, 2022

Page 291

1    if he believed that Christy reciprocated his

2    feelings; is that correct?

3         **A    Yes.**

4         Q    Did you actually think that Christy

5    Lenhardt might have had romantic feelings for

6    ████████████

7         **A    I was just making sure.**

8         Q    Why did you -- Was part of reason

9    that you asked about that having to do with

10   ████████████ underlying diagnosis?

11        **A    Yes.**

12        Q    And can you explain what you mean

13   by that?

14        **A    ████████████ diagnosis was that he had**

15   **delusions of erotomania and I just wanted to make**

16   **sure that -- to elaborate and find out if there**

17   **was any possibility of any abuse or if this was**

18   **all related to his illness.**

19        Q    Okay.  And during the time -- the

20   entire time that you worked with Christy Lenhardt

21   at Elgin, which would have been, I think we

22   established, sometime in 2005 or so, when she was

23   transferred to the L Unit until, you know, summer

24   of 2017, at any point in time did you ever suspect

Page 292

1    that Christy Lenhardt was having a sexual

2    relationship with any patient?

3           **A     No.**

4                  MS. JOHNSTON:  I have no further

5    questions.

6                  MR. KRETCHMAR:  One quick followup.

7                  FURTHER EXAMINATION

8    BY MR. KRETCHMAR:

9           Q    Dr. Javed, Mary just asked if your

10   reason for just checking to be sure about whether

11   Christy reciprocated ████████ feelings had to do

12   with ████████ diagnosis; is that right?

13          **A     Yes.**

14          Q    You said it did.

15          How does one person's diagnosis cause a

16   different person to have a romantic or sexual or

17   feelings?

18          Why would ████████ diagnosis make

19   Christy reciprocate?

20          **A     I don't understand your question.**

21          Q    Well, you said that the reason that

22   you checked just to be sure was because of

23   ████████ diagnosis; right?

24          **A     It was to check that he was not**

Page 293

 1    having delusions of erotomania and at the same

 2    time making sure that there was no abuse of the

 3    patient that needed to be reported; that Christy

 4    was not reciprocating any of those feelings that

 5    he was explaining or he was reporting.

 6            Q    Okay.  But that wasn't because of

 7    his diagnosis that she would reciprocate; was it?

 8            A    No.

 9            MR. KRETCHMAR:  Okay.

10            MR. CECALA:  Amanda, do you have

11    anything?

12            MS. JOHNSTON:  I don't believe that

13    she does.

14            MS. KOZAR:  No, I don't have any

15    questions.  Thanks.

16            MS. JOHNSTON:  We will reserve,

17    Lyn.

18            MR. CECALA:  Lyn, we are ordering.

19            MS. JOHNSTON:  We will take a copy.

20        Dr. Javed, thank you so much.  I know we

21    went five minutes past but you are free to sign

22    off.

23            THE WITNESS:  Thank you.

24            MR. KRETCHMAR:  Dr. Javed, thank

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

                                                              Page 294

1    you very much.

2                    THE WITNESS:  Thank you.

3                 AND FURTHER DEPONENT SAITH NOT

4    ///

5    ///

6    ///

7    ///

8    ///

9    ///

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 295

1          I hereby certify that I have read the

2    foregoing transcript of my deposition given at the

3    time and place aforesaid, consisting of pages 1 to

4    294, inclusive, and I do again subscribe and make

5    oath that the same is a true, correct, and

6    complete transcript of my deposition so given as

7    aforesaid and includes changes, if any, so made by

8    me.

9

10

11          _____

                        HASINA JAVED, M.D.
12

13

14

15   SUBSCRIBED AND SWORN TO
     before me this _____ day
16   of _____, A.D.  2022.

17

18

     _____
19          Notary Public

20

21

22

23

24

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                        July 25, 2022

Page 296

1          I, LYN DOERING, a Certified Shorthand
   Reporter within and for the State of Illinois, do
2   hereby certify:

3          That previous to the commencement of the
   examination of the witness, the witness was duly
4   sworn to testify the whole truth concerning the
   matters herein;

5
           That the foregoing deposition was
6   reported stenographically by me, was thereafter
   reduced to a printed transcript by me, and
7   constitutes a true record of the testimony given
   and the proceedings had;

8
           That the said deposition was taken
9   before me at the time and place specified;

10          That the reading and signing by the
   witness of the deposition transcript was agreed
11   upon as stated herein;

12          That I am not a relative or employee or
   attorney or counsel, nor a relative or employee of
13   such attorney or counsel for any of the parties
   hereto, nor interested directly or indirectly in
14   the outcome of this action.

15          IN WITNESS WHEREOF, I do hereunto set my
   verified digital signature at Chicago, Illinois,
16   this 10th day of August, 2022.

17

18

19          _____
20          Certified Shorthand Reporter
            State of Illinois
21

22   CSR License No. 084-003037.

23

24

HURT and OWENS v. JAVED, et al.　　　No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.　　　July 25, 2022

Page 1

| A |
|---|

**A.D** 295:16
**a.m** 1:21 129:14
　136:3 174:5
　176:5 177:7,9
　191:17 194:5
　234:10 240:11
　255:17 261:8
**abbreviation**
　46:1 130:14
**abbreviations**
　130:20,21
　███████
　96:17 97:4
　98:14 101:5
　107:11,15
　110:18 116:13
　286:10
　███████
　103:11
**able** 41:14 55:17
　59:12 98:6
　196:3 222:2
　223:21 261:22
　288:11
**abnormal**
　172:20
**absence** 72:23
　93:10
**abuse** 47:3,5
　75:15 94:5,13
　94:14 103:18
　106:3,4 125:23
　233:18 239:23
　240:3 246:7
　251:5 270:11
　288:3 291:17
　293:2
**abused** 73:16
**accepting**
　230:22
**accepts** 156:19
**access** 55:17
　56:8,10,11
　62:22 63:8,12

63:17,20 65:18
**accomplishme...**
　46:9
**accountability**
　288:17
**accused** 213:1
　235:13
**Accusing** 221:18
**achieve** 41:1
**acknowledge**
　185:4
**acknowledged**
　132:22 184:20
**acted** 230:15
**acting** 151:3
　167:11 185:12
　228:14,18
　231:22 232:23
　233:3,9,23
　235:17
**action** 114:15
　296:14
**actions** 156:14
　161:4
**active** 221:23
**actively** 18:16
　19:1,17 44:5
　44:23 145:22
**activities** 41:15
**activity** 12:1
　13:15 15:10
　84:19,23
　116:19 150:22
　163:1 180:20
　181:11,14,17
　181:19,21
　182:3 193:20
　209:11 286:20
**actual** 36:5
　56:14
**acutely** 18:22
　19:7
**added** 41:7
　44:19
**addition** 63:24

**address** 34:20
　46:22 48:19
　51:21 72:4
　96:12 246:6
　271:16,18
**addressed** 50:6
　51:18
**adds** 33:18,23
　34:5
**adjudicated**
　42:11 111:23
**ADLs** 191:5
**administration**
　41:4 46:7
　48:16 49:14,16
　105:10
**administrative**
　13:1 47:13
　54:15,19
　105:16 258:20
　260:23 263:10
　277:12 278:5
**admission** 11:16
**admissions**
　272:12
**admitted** 11:19
　12:15 44:5
　45:4 84:20
　91:14 103:4,5
　113:15 117:6
　138:17,19
　211:11 285:24
　286:8,14
**admitting**
　254:15
**admonish** 8:13
**advice** 34:15,16
　35:7 36:8,15
**advisable** 107:4
**affect** 199:22
**affectionate**
　107:15
**affiliations**
　122:5
**affinity** 122:11

122:14 126:13
　167:18
**aforesaid** 295:3
　295:7
**aftercare** 35:1
**afternoon**
　198:14
**agency** 45:16,19
　45:23
**aggression**
　213:24 220:19
**aggressive** 214:6
　224:23
**aggressor**
　214:10 217:6
　217:14 219:6
　220:15 222:21
　222:24 243:11
　245:24 251:9
**agitated** 137:4
　151:1 194:1,9
　223:19
**agitating** 137:2
**ago** 82:17 266:8
**agree** 6:9 42:6
　47:10 67:8
　144:12 203:16
**agreed** 196:18
　202:10 296:10
**agreeing** 126:7
**agreement** 6:5
　46:19 47:22
　48:22 50:20
**ahead** 21:15
　22:24 23:5
　38:5 67:23
　105:4,6 108:6
　111:20
**aide** 19:23
　204:21
**aides** 287:21
**air** 186:12
**Airplane** 31:14
**airport** 84:21
　286:21

**airspace** 284:13
**allegation** 72:6
　72:11 73:14
　75:15 94:14
　99:3
**allegations** 9:19
　94:5,12 116:11
　236:1 238:8,18
**allow** 122:16
　288:20
**allowed** 63:12
　262:2
**altercation**
　131:24 212:2
　213:20 241:19
　245:21
**alternative**
　35:14
**Amanda** 3:4
　6:18 293:10
**amanda.kozar...**
　3:6
**ambitious**
　250:24
**anatomy/phys...**
　147:1
**and/or** 54:12,19
**Andrew** 144:20
　███████ 72:16,18
　73:2 79:23
　81:2 83:11,16
　84:2 85:11
　91:3 92:4 93:4
　93:9 94:6,13
　251:19 254:16
　286:15,22
　███████ 92:11
**angled** 165:7
**Animosity**
　153:12
**ankle** 16:12
　230:16,20
　274:1
**answer** 8:6,17
　9:11 22:24

HURT and OWENS v. JAVED, et al.    No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.    July 25, 2022

Page 2

23:5 51:11
54:23 55:10
56:12 65:1
77:4 80:23
83:3 91:20
95:14 99:13
100:20,22
101:4,20
103:24 104:5
105:18 109:2
111:20 112:23
113:2 117:22
117:24 118:11
119:23 120:9
121:6 125:11
173:7 207:9,21
227:7 237:16
257:3 258:9
263:20 279:14
279:17 281:19
289:10
**answered** 8:16
257:9 281:5
**answering** 64:21
109:8 238:1
280:11
**answers** 54:5
**antianxiety**
191:12
**antipsychotic**
191:12
**antipsychotics**
17:16
**Antoinette**
280:17
**anybody** 46:21
127:24 169:23
290:14
**anyplace** 36:19
**anyway** 152:10
190:20 193:21
**AOD** 244:2,3
**apparent** 152:22
209:17
**apparently**

136:2 140:1
161:7 171:3,16
171:19,21
**appear** 164:19
179:4 195:13
200:24 229:3
**APPEARANC...**
2:1 3:1
**appeared** 150:24
172:11
**appears** 26:18
144:4 153:21
155:3 163:8
177:19,23
179:10 192:10
192:12 199:2
209:23 212:24
214:9 216:1
219:5 229:3
241:16
**appointed**
157:18
**appointment**
22:1,8
**appreciate**
172:23
**approach**
103:16 188:20
218:17 219:13
**approached**
150:24 176:11
218:6 242:21
**approaching**
249:14
**appropriate**
34:22 35:1,3
36:15 47:10
48:14 50:22
88:8 103:17
114:14 137:12
144:14 198:15
239:10
**appropriately**
14:14 202:3
222:7 289:20

**approximate**
1:21
**approximately**
69:5 76:14
287:11,11
**April** 26:7 96:10
145:15,20
146:10 147:4
172:16 239:19
**area** 39:20 46:23
51:18 133:5,6
165:6 187:16
192:19
**areas** 170:10
184:6
**Aripiprazole**
191:16
**arms** 186:10
**arrest** 161:4
**arrived** 160:13
162:14 202:21
226:7,9 231:21
246:14
**arrow** 177:2
**arson** 228:14,17
233:22
**articulate**
152:19
**aside** 192:23
**asked** 31:9 32:5
32:9 42:23
51:7,10 92:20
93:15 99:5
103:12 104:9
104:13 105:1
116:9 121:6
122:23 123:2,4
123:5,6,14,15
123:17 124:1
124:12,13,15
148:6 150:11
156:21 165:13
172:24 186:2
187:19 188:14
188:23 200:15

202:14 218:19
219:15 225:3
254:8 257:20
258:9 267:10
267:21 268:4,6
291:9 292:9
**asking** 23:18
41:22 53:6
59:1,3 64:20
64:23 81:19,20
101:21,23
103:6,8 135:5
147:17 148:21
183:11 184:11
221:20 237:11
237:17,18,19
256:21 264:24
267:12,22
290:23
**asks** 7:21 23:7
54:9 76:23
99:23 100:16
101:2 104:2
**aspects** 48:21
**ass** 232:15
**assault** 227:24
228:7
**assaulted** 228:10
**assess** 19:2
192:1
**assessment** 22:4
**assigned** 10:21
11:1 21:13
50:23 55:4
63:17 77:16
95:5,6 119:2
182:12,17
183:5,12
284:14
**assisted** 85:10
89:16
**assisting** 73:18
**ASSOCIATES**
1:24
**assume** 110:21

267:14
**assuming** 30:7
130:11 148:24
190:14
**assure** 200:13
**Attachment**
86:19
**attack** 242:16
**attacked** 222:10
241:18,21
242:9 243:3
**attacking** 222:17
**attempt** 152:23
288:13
**attempted**
136:23 152:18
**attempting**
187:17
**attempts** 186:3
**attended** 144:22
199:17
**attending**
239:21
**attention** 14:23
54:8 105:10
114:12 139:19
**attitude** 202:8
**attorney** 2:14
3:3 296:12,13
**attorneys** 6:3
7:20 65:17,23
76:8 81:21
**attractive** 120:8
**audio** 74:9 76:4
76:6,8,11
79:17 84:9
254:13,14
261:16 276:22
**August** 57:16
59:10 60:22
70:3,5,6,7
86:13,21
195:17 223:16
224:5,14
296:16

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.          July 25, 2022

Page 3

**authority** 25:7
54:21
**available** 20:13
21:15,22 22:15
**Avenue** 2:10
**average** 250:5
**avoid** 106:11
**awake** 164:12
**aware** 9:14
60:23 71:6
76:24 80:6,14
80:19 81:2,5,8
82:7,11 85:6
85:10 93:12
94:10,18
110:16 113:14
115:19 140:20
169:4 184:9
231:11 235:21
236:6,9,11,13
236:18 238:4,7
238:11,17,21
257:2 261:9
263:2 265:20
279:14 281:3
285:23 286:3,5
286:7,12,13,19
286:20,24
287:2,10
**awareness** 94:8
288:19 289:6

___

**B**

**B** 5:1 133:24
**back** 12:13,14
22:1 39:13,16
48:19 62:1
69:11,22 74:4
79:5 85:17
90:3,4,5,11
91:13 92:19
97:10 98:18
106:6 117:2
127:17,18,20
128:3 138:14

160:22 169:4
171:17 177:5
180:14 184:4
186:4 203:10
203:12 210:21
217:1,10
218:14 223:3
249:7,11
252:14 254:7
256:9,16,19
258:23 261:3
264:21 276:19
284:14 285:11
**background**
137:20
**backwards**
271:5
**bad** 191:1
221:15
**badger** 82:18
**balance** 192:21
**ball** 117:8
**banging** 212:3
**bar** 126:2
**Barber** 108:20
**based** 19:3,5
105:16 116:11
145:24
**basic** 8:18
**basically** 42:6
141:17 149:15
153:6,24 245:9
267:17
**basis** 12:17
203:15
**basketball**
160:23 182:24
186:12 198:3
199:3 230:17
**Bates** 25:14,22
25:24 66:20
71:18 85:19
95:20 163:14
195:21 211:3
225:16 241:2

251:23 270:19
**bathroom**
127:16
**beam** 192:21
**beat** 217:13
**beating** 151:4
**Beck** 1:7 3:7
6:19 144:20
267:19 282:3
**Becky** 251:18
**becoming** 85:10
166:15 286:3,5
286:12,19,24
**befriend** 221:22
**began** 73:6
133:3
**beginning** 98:22
99:3 129:10
134:22 178:7
241:7
**begins** 85:20
128:17 163:14
177:24 198:4
198:11,17
200:2 201:20
211:2 223:9
229:4
**BEH-OBS** 131:2
**behalf** 2:7,12,18
3:7 6:15,18
**behave** 137:12
**behaving** 210:5
**behavior** 159:7
159:8 174:20
176:24 177:16
182:13,13,24
189:15 191:24
192:19 193:2
194:14 199:24
213:23 214:7
223:20 224:9
230:23 231:4,7
269:4
**behavioral**
159:2 287:16

**behaviors**
159:12
**believe** 12:20
17:6 32:14
41:5 44:24
45:7 51:11
60:3 70:10
71:7 102:3
108:2,11
113:20 115:22
117:10 149:4
168:17 185:5
188:4 202:17
210:13 214:24
240:18 253:1
255:2 258:21
259:2 276:5
289:4 293:12
**believed** 101:16
111:18,24
217:20 291:1
**believes** 156:17
222:10
**belonging**
261:15
**belongings**
244:8
**Ben** 6:9 9:22
68:9 75:8,16
91:6,14 102:9
102:21 103:5
103:13 114:6
115:19 116:12
116:22 202:17
202:20,21,23
203:2,6,8,10
211:10 212:3,7
212:12,21
214:9 216:23
217:6,12 219:5
219:8,17 220:1
220:5,11,12,14
220:19 222:21
223:7,13
224:20 226:7

229:14 231:13
231:16 233:17
235:22 236:7
236:14 238:5
238:12,21
241:7,20,20
242:16,21
243:2,4,10
244:15 246:11
247:16,22
248:6,10,13,17
248:21 249:2,6
249:11 250:22
251:9,14 252:6
253:7 254:10
254:14 261:10
261:12,15
265:17 266:6
268:12 270:9
270:11 273:16
273:19,23
274:14 276:8
276:13,15,22
277:1,8 278:18
283:7 285:16
286:1
**Ben's** 84:10
215:22 244:19
270:8 277:24
**Benahdam** 1:3
211:6 221:10
234:10 272:16
**beneficial**
210:12
**benefit** 41:5
**Benzo** 230:4
**Benzos** 230:3
**Benztropine**
230:5,7
**best** 55:2 60:17
**better** 156:20
250:12
**beverage** 99:12
**BH** 202:16
242:16

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 4

**big** 82:2,4 83:22
  92:10
**bit** 15:6 51:6
  52:10 57:9
  96:8 127:14
  155:17 212:18
  220:18
**bizarre** 176:15
  186:9 194:6
**blacked** 90:8
**blame** 162:23
**blamed** 137:1
**blaming** 148:9
**Blank** 272:16
**blanked** 79:22
**block** 87:23
**blocked** 276:12
**blood** 15:2 16:4
  16:19 162:8
  172:20,21
**board** 51:23
**Bob** 68:24
  105:22 108:10
  108:12 109:13
  109:16,17
  110:9,11,15
  117:8,17 127:3
  127:7 206:23
  215:17,22
  252:5 267:19
  274:5
**bodily** 146:24
**body** 191:2
**boss** 108:22
**bottom** 27:17,20
  28:1 31:4 33:8
  51:20 87:14
  98:24 117:21
  119:20 129:4
  130:13,16,17
  143:1 147:8
  149:8 155:5
  196:11 200:9
  206:23 211:20
  215:20 216:12

**boundary** 126:1
**brain** 18:20,21
**brand** 44:23
**break** 8:11,13,15
  20:3 39:10
  127:11,13,15
  128:3 243:5
**breakfast**
  193:24
**breaks** 8:12
**breath** 217:23
**brief** 27:12 42:3
**briefly** 162:18
  178:22 179:11
**bring** 14:23
  15:16 25:10
  48:19 103:16
  120:15
**bringing** 126:2
**broad** 152:22
**broadly** 279:23
**brother** 282:23
**brought** 47:20
  104:16 105:9
  106:9 114:11
  121:13 122:7
  162:15 274:18
  278:13
**bruise** 24:8
**brushes** 218:9
**building** 235:5
  256:7 258:20
  259:8,14,17,21
  260:11,24
  263:10
**bulk** 176:2
**bullet** 54:24 57:9
**business** 155:8
  161:9 163:5,8

**— C —**

**caffeinated**
  99:12
**call** 23:15 24:13

229:17 245:2

117:8 136:10
  141:12 158:12
  162:7 164:24
  171:7,10,24
  179:2,3 184:21
  185:15 186:2,4
  189:10 253:8
  257:1,4,6
  258:22 263:12
  263:17 264:2,8
  264:20
**called** 9:2
  133:23 163:10
  166:3 171:13
  174:1 179:13
  183:23 184:10
  185:15 201:7
  232:16 242:4
  243:6 263:11
  264:4,12,15,19
  270:19
**calling** 30:16
  139:19 140:9
  141:5 166:7
  235:14
**calls** 185:3
  208:11
**calm** 223:22
**canceled** 282:22
**cancer** 16:8
**candy** 126:2
**Cannon** 3:12
  6:21
**capable** 20:15
**capacity** 80:20
**Cara** 69:19
  142:8,13
  267:23 268:4,5
  268:7,11
**Carbonate**
  192:5
**cards** 164:3,6,8
  164:12 172:6
  174:4 241:15
  242:1,18

243:12
**care** 14:19 50:22
  50:24 54:17,22
  59:5 64:12
  101:16 114:13
  114:14 131:22
  146:17,20,21
  146:23 151:11
  151:13 191:5
  283:8,9,13
  285:10
**careful** 7:20 8:3
**carried** 286:17
**carries** 11:13
  200:2,19
**carry** 70:24
  286:22 288:12
**carrying** 11:2
  95:4 286:8,14
**cars** 164:2
**case** 2:19,20 3:8
  6:15,17,19
  8:15 12:4 13:6
  15:7 19:12
  24:19 42:9
  43:23 47:16
  52:18 54:14
  57:24 58:12
  72:3 86:4 96:1
  96:12 105:7
  111:12 114:17
  120:14 154:17
  196:8 278:18
  279:15,19,20
  279:22 280:7
  280:23 281:11
  281:14,23
  282:4,9,14,17
  283:4
**caseload** 78:9
  95:4 248:18,22
**cases** 10:2 48:9
  102:12,23
  103:6 283:16
**caseworker** 12:1

89:15
**casual** 126:1
**catch** 16:17
**cause** 15:19
  17:20 18:6,22
  292:15
**caused** 161:4
**causes** 67:5
  173:19
**causing** 146:6
**cautious** 218:24
  220:7
**Cecala** 2:3,3,9
  3:14,15 4:5,7
  6:12,12 27:8
  27:10,24 28:4
  30:23 39:8,12
  52:4,9 57:11
  57:13 66:12,20
  67:1,9,18,24
  68:4 71:11,14
  74:3,8 85:15
  85:23 88:10,16
  88:20,23 92:23
  93:2 95:16,19
  106:16,19
  112:9,12,13,19
  112:24 113:1
  127:8 128:2,4
  128:14,19,23
  163:13,17
  189:2,6 197:8
  203:20,23
  210:19,21
  211:5 220:24
  221:1 223:5,11
  225:12,14
  241:1,5 264:7
  270:14,17
  271:1,8 287:5
  287:8 289:3
  290:3,7 293:10
  293:18
**celebrate** 284:22
**cells** 162:8

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.                        July 25, 2022

Page 5

**Center** 10:10,18
18:24 63:6
87:9 262:6,16
284:2
**Central** 10:14
**certain** 14:7
15:3 17:12,16
18:3 48:20
282:24
**certificate** 53:16
**Certified** 1:18
296:1,20
**certify** 295:1
296:2
**chain** 61:2
271:11
**chair** 187:3,3
**chairs** 186:10
**challenge** 20:24
**chance** 19:20
21:17 52:23
150:7
**chances** 36:16
**change** 154:18
166:14 168:16
175:19 224:10
**changed** 233:13
**changes** 145:23
283:11 295:7
**changing** 161:22
**characterizati...**
150:16 172:15
**characterize**
99:17 232:22
**charge** 13:7,21
13:24 14:9,12
87:15 142:15
281:15
**chart** 26:11 29:4
129:1,10 135:1
135:7,23 136:3
139:24 141:23
142:1 159:16
159:23 160:8
173:13 176:2

183:10 184:15
190:13 196:24
197:6 207:20
209:24 211:6
211:10,12
216:1 217:2
241:6,7 251:8
**chatter** 218:1
**check** 177:6
290:7 292:24
**checked** 292:22
**checking** 292:10
**checks** 288:16
**Chester** 56:22
70:18,23
**Chicago** 2:16
3:5 296:15
**Chicago-Read**
70:11,14,18,23
**Chicago-Read's**
71:4
**Chief** 87:13 89:1
261:8
**childhood** 196:6
**Christy** 27:16
28:10 29:8
30:14 32:16
33:5 34:6 36:7
38:22 68:18
69:18 73:15,20
75:7,15 77:3
77:15,15,16
78:19 79:2
85:10 91:14,21
93:4,24 94:11
94:21 97:5
99:19 100:12
101:11 103:3
103:13 106:21
106:23 107:15
109:11 110:12
110:16 112:16
113:6,15,21
114:6 115:3
116:7,10,14,21

117:7 118:15
120:6,21
122:18,21
123:3,12,24
125:15,21
126:9,15,24
127:2 140:2,13
141:4 143:22
144:6,15
145:17 147:11
147:22,23
148:1,23 149:3
149:4 155:17
160:11 161:7
164:19,21
166:11,11,21
167:15 178:15
179:3 183:3
184:15,18
187:2,2 188:6
192:17 197:13
197:24 198:21
200:4,9 201:6
201:22 203:3,8
203:14,19
207:5 208:12
208:16,20,20
208:24 209:20
210:4 216:4
231:11,19
235:23 236:7
236:14 238:5
238:13,21
245:1,9 246:16
248:13,16
249:1 251:15
251:18 252:6
253:5,8 254:13
254:15 256:6
256:22 257:9
257:12 258:10
258:13 259:8
259:16 261:15
261:23 262:2
262:16,19

264:9 267:10
267:23 268:8
268:12 270:11
276:22 280:15
285:23 286:7
286:13 287:12
288:11 289:6
291:1,4,20
292:1,11,19
293:3
**Christy's** 27:20
93:16,21 94:4
102:21 104:21
108:20,21
114:7 117:4
194:16 197:15
255:16 256:1
257:8,11
264:12,15,19
264:23 269:4
269:16
**chronic** 35:12
**circled** 142:24
**circulating** 92:9
**civil** 1:15 45:20
**CL** 153:12
**claimed** 242:8
**claims** 279:10
**clarification** 8:9
**clarified** 156:14
**clarify** 7:21 8:10
58:5 119:8
**classes** 17:16
**clean** 191:4
**clear** 20:20
91:19 115:12
129:16 172:8
220:18 258:2
259:23 277:7
283:17
**cliche** 99:11
**client** 122:2
**clinic** 21:24 22:2
**clinical** 10:12
11:18,23 12:3

12:9,20 19:7
22:4 35:13
36:1,17 41:2
41:11 50:3
52:1 55:16,18
56:21 285:12
**close** 98:3
284:18,19,24
287:22
**closed** 169:3,9
187:23,24
284:13
**closely** 37:22
40:9,20
**CMMS** 45:3,11
**Cochran** 281:10
**code** 63:11 242:4
243:6
**collaborate**
285:8
**colleagues**
268:20
**Colleen** 1:6 2:19
68:19 69:1
107:14 253:16
254:3 267:4,7
282:8
**College** 10:7
**column** 204:4
**come** 11:16
13:22 14:6
16:7 21:7,18
22:4 39:13
45:2 55:12
74:4 80:17
85:17 127:16
127:17,20
135:3 148:4,6
151:15 158:20
253:5,23 263:1
263:4 284:7
**comes** 21:4
22:16 67:4
114:12 263:4
271:2

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.                          July 25, 2022

Page 6

**Comfort** 61:20
**comfortable**
  166:4,9,24
  167:3 171:13
**coming** 82:14
  88:18 121:21
  162:20 172:13
  203:10,12
**commencement**
  296:3
**comment** 157:22
  168:5 170:12
  232:11,17,24
  248:24
**comments** 168:4
  233:4,6 235:8
  235:12,14,19
**committed**
  42:14
**common** 17:6
  135:22 165:6
  192:19
**communicate**
  187:17 256:23
**communicating**
  121:19 192:2
  196:5
**communication**
  23:19 121:24
**community**
  10:18 71:8
  194:5 284:9
**compared**
  159:11
**complain** 140:9
  141:6,8,13
  163:10 180:9
**complained**
  180:12 235:7
**complaining**
  141:11 174:1
**complaint** 279:6
  280:12
**complaints**
  141:16

**complete** 47:7
  152:12 246:4,5
  249:16,19,21
  250:2,4,24
  295:6
**completed** 48:20
  69:8
**completely**
  41:21 42:23
  95:8 265:19
**completing**
  249:15
**complexity** 24:6
**complicated** 8:3
  24:10 42:5
**complications**
  106:12
**complied** 225:2
**compound** 13:16
**comprehensive**
  65:14 225:18
**computer** 62:9
  62:10,17,18
  63:16,20
  128:12 186:16
**concern** 115:7
  120:13 136:11
  187:17,18
**concerned** 70:2
  98:12 106:3,4
  106:7 113:9
  114:10 283:16
**concerning**
  99:19 116:10
  285:12 296:4
**concerns** 50:13
  115:4 136:22
  152:19
**concerted** 117:3
**concise** 237:15
  237:15
**concurs** 46:18
**conditional**
  40:16 46:5
  239:10

**conduct** 269:18
**conference**
  168:21 188:4
  191:7 200:11
**confidential**
  88:11
**confirm** 67:22
  140:6
**confiscated**
  84:10
**confronting**
  221:16
**confused** 9:9
  15:15 263:5
**confusion**
  262:21,24
**consensual**
  107:10
**consensus** 246:3
  246:11,14
  247:1,6,12,16
**consequence**
  119:9,12
**consequences**
  118:23
**consideration**
  121:10 247:5
**considered**
  111:14 249:11
**considering**
  114:7 119:10
  119:13 249:6
  270:12
**consistently**
  10:22 191:8
**consisting** 86:21
  295:3
**conspiracy**
  185:6
**constitutes**
  296:7
**constitutional**
  42:2
**consult** 14:3,5
  55:9 285:13

**consulting** 22:5
  55:15
**consults** 283:12
**contact** 73:20
  116:6 198:16
  257:18 258:10
  273:24 274:15
  276:3 281:2
**contained** 41:14
**context** 35:5
  121:14 124:13
  157:23 167:22
  188:19
**continuation**
  86:17 144:2
  153:17 197:5
**continue** 35:22
  107:4 135:9,12
  157:1 161:8
  165:24 186:19
  191:23 192:5
  208:13 215:2
  244:11
**continued** 3:1
  135:10 143:1,7
  151:23 152:1
  153:11 156:12
  178:3 185:19
  190:4 192:11
  216:3 242:18
**continues**
  143:10 145:21
  145:23 163:15
  192:24 198:18
  215:8 243:23
**continuing**
  131:22 134:9
**continuously**
  242:23
**contraband** 89:8
**contraindicati...**
  228:1
**contributing**
  13:4 50:10
**control** 35:20

  49:10,17
**conversation**
  8:14 27:4,12
  29:7 32:16,19
  33:6 36:6
  38:21 78:17
  89:14 107:13
  122:15 126:12
  126:15,17
  136:12 166:12
  167:7,23 184:5
  186:18 188:1
  188:12 208:21
  251:14,17
**convey** 24:11
  37:8
**convinced** 284:7
**cooperate**
  185:24
**cooperative**
  242:6 244:9
**copied** 66:13
**copies** 56:24
  60:4,12 68:6
**copy** 56:19 60:1
  64:1 68:2
  86:19 293:19
**corner** 28:1 29:1
  134:5
**correct** 12:23
  17:7 24:21,24
  25:7 26:8 27:5
  28:19,22 29:1
  29:4,15 31:4
  32:9 33:16
  34:12 37:15
  40:7,10,20
  43:21 46:11
  51:13,24 57:22
  59:10 68:19
  69:2,20 70:4,6
  70:13 73:8
  75:4,8,16
  77:17 79:13
  91:10 93:18

HURT and OWENS v. JAVED, et al.                No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                          July 25, 2022

Page 7

| | | | | |
|---|---|---|---|---|
| 96:5,14 97:20 | **correctly** 121:2 | **crossed** 129:21 | 274:8 278:1 | 215:15 216:23 |
| 99:6,21 100:13 | 149:11 157:4,5 | 132:15 133:10 | 282:24 | 224:22 231:9 |
| 101:7 115:14 | 195:7 243:8 | 149:22 193:18 | **dated** 53:23 | 234:16 241:7 |
| 115:17 116:7 | 244:12 246:8 | **crossing** 126:1 | 89:13 96:10 | 241:12 242:12 |
| 116:14 117:4 | **corroborated** | **crucial** 21:20 | 149:21 164:16 | 244:14 249:8 |
| 118:10,13,17 | 84:18 | **crying** 163:2 | **dates** 55:12 | 250:22 272:2 |
| 121:4 122:12 | **counsel** 6:21 | 248:17 249:1 | 60:15 69:5 | 273:1 |
| 124:21 126:10 | 92:2 296:12,13 | **CSR** 3:18 | 149:11 258:16 | **decide** 19:3,15 |
| 128:21 130:3 | **country** 264:11 | 296:22 | 258:24 260:1 | **decided** 114:4 |
| 134:22 136:5 | 264:13 | **cultural** 121:10 | 263:13 275:23 | 117:19 257:23 |
| 140:3 142:4 | **county** 10:15 | **curious** 135:6 | **day** 12:17 82:9 | 267:16,18 |
| 144:7,17,23 | 12:15 | 285:21 | 92:10 117:10 | **deciding** 119:10 |
| 145:2,9,17 | **couple** 7:11,16 | **current** 41:6 | 117:11 133:3 | **Dee** 108:20 |
| 146:8,14 | 39:18 84:15 | **currently** 11:1 | 145:6 154:21 | **deemed** 42:10 |
| 148:13 149:15 | 164:13 | **cursing** 223:20 | 157:12,24 | **deeper** 122:16 |
| 150:4,5,8 | **course** 18:10 | **cursor** 27:22 | 174:11 188:2,5 | **defend** 219:2 |
| 152:1,8 154:16 | 229:18 234:5 | **custody** 61:2 | 188:10,23 | 220:9 |
| 155:7,18 | 277:13 | **cut** 20:20 57:10 | 193:6,14 | **defendant** 1:11 |
| 159:13 163:5 | **court** 1:1 6:3 | 119:6 | 211:15 215:23 | 2:20 3:7 6:15 |
| 170:24 173:10 | 7:18,21 12:13 | | 241:15 244:18 | 6:19 9:16 |
| 173:15 174:8 | 12:17,21 24:21 | ――――――――― | 252:18,19,21 | 52:16 |
| 175:2,12,20 | 25:2,4 39:21 | **D** | 255:1 256:3,4 | **defendants** 1:7 |
| 176:2 177:2,10 | 40:1 42:12 | **D** 4:1 97:19,20 | 256:11 257:4,4 | 2:18 6:16 9:20 |
| 184:1,7 185:22 | 46:4,16 47:15 | **dad** 184:22 | 259:1,7 260:7 | **definitely** 46:23 |
| 197:16 198:22 | 47:20 49:12,13 | 186:4,15 | 260:10,11,12 | 51:17 178:15 |
| 202:24 203:3 | 137:14 199:3 | **daily** 41:16 43:8 | 260:20 262:1,2 | **Delaney** 1:6 2:19 |
| 206:20 209:4,6 | **courts** 1:16 25:5 | 44:10,12 | 262:13,14,16 | 6:16 68:19 |
| 209:9,12,16 | 42:10 | **Dan** 108:23 | 262:18 263:1,9 | 69:1 107:14 |
| 214:21 223:16 | **cover** 31:24 87:1 | **danger** 41:16 | 263:11,12,16 | 253:17 254:4 |
| 224:1,11 226:5 | **covering** 186:11 | **dangerous** 42:3 | 264:1,2,4,18 | 267:4,7 282:8 |
| 226:9 227:11 | 246:20 | 42:7 119:9,12 | 265:21 266:2,6 | **deliberately** |
| 228:10,19,22 | **covers** 240:8 | **Daniel** 106:1 | 272:5,9,22 | 188:11 193:17 |
| 231:4 233:14 | **COVID** 283:1 | 281:20 | 273:9,11 | **delivered** 49:14 |
| 233:24 234:12 | 284:12 | **Daquan** 242:20 | 275:11 286:11 | 61:12 |
| 239:12 240:1,4 | **coworkers** 289:7 | 242:23 243:2,3 | 295:15 296:16 | **delivery** 61:12 |
| 241:8 244:5 | **crazy** 151:3 | **date** 26:7 28:24 | **days** 83:11 | **delusional** |
| 250:7 251:6,10 | **create** 118:20 | 66:10 67:11 | 164:13 184:10 | 112:15,20 |
| 260:14 265:1,6 | **created** 226:1 | 72:3 75:2 | 184:21 195:5 | 113:5,8,10,21 |
| 269:5,8,11 | **creating** 222:8 | 76:18 87:16,18 | 244:23 | **delusions** 111:18 |
| 272:2 276:10 | **crime** 103:15 | 92:6,7 129:12 | **deal** 82:2,5 | 291:15 293:1 |
| 278:6 285:5 | 105:9 111:17 | 129:19 202:23 | **dealing** 199:23 | **demanded** 137:2 |
| 287:18,23 | 111:23 112:3,3 | 226:2 229:11 | **December** 10:19 | **denied** 162:16 |
| 288:5 291:2 | **criminal** 75:21 | 239:7,15 | 199:14,15 | 230:20 235:12 |
| 295:5 | 79:15 | 240:10 249:14 | 211:13,18,21 | **denies** 213:3 |
| **correction** 259:9 | **criteria** 137:14 | 250:22 256:10 | 213:8,10,11 | **department** 3:12 |
| | | 260:15 262:22 | | |

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.        July 25, 2022

Page 8

6:22 10:16
12:23 59:21
86:20 90:14
**depending** 19:10
24:6 78:5
158:4 250:17
**depends** 20:19
20:21 22:21
23:17 25:1
44:4,17 50:5
158:3 249:23
**DEPONENT**
294:3
**deposition** 1:14
5:3 6:6,10 7:12
8:15 10:1 73:6
88:7 127:24
271:5 295:2,6
296:5,8,10
**depositions** 1:17
282:18,20
**describe** 143:12
153:5 283:23
**described** 45:8
46:5 184:22
**describing** 46:13
122:15 229:20
284:17
**description**
245:7
**designation**
70:17,24 71:5
**desire** 195:19
196:2
**despite** 17:23
37:18
**detail** 163:4
184:17
**detailed** 36:5
58:16 233:17
**details** 77:13
78:11 217:8
**deterioration**
190:2,22
**determination**

41:18
**determining**
228:9
**develop** 11:18
16:4,5 18:1
182:24
**developed**
161:23 162:7
**DH** 242:19
**diabetes** 16:5,16
17:5,22,23
18:1
**diagnosed** 16:8
47:2
**diagnosing** 13:3
**diagnosis** 11:17
43:19 47:3,4
291:10,14
292:12,15,18
292:23 293:7
**Diana** 1:6 2:19
282:13
**dictation** 67:13
**difference** 43:10
260:3
**different** 8:10
19:4,9 20:1
31:6 40:23
46:3,14,15
48:15 50:1,2
61:21 62:17,24
102:23 119:2
135:3 151:17
162:10 167:11
173:7 184:22
191:9 196:20
242:8 253:23
254:2 268:9
284:4,5 292:16
**differentiation**
155:17
**differently** 48:7
48:11 62:9
**difficult** 9:10
152:20

**difficulty** 230:21
**diffused** 243:7
**digital** 296:15
**dining** 218:10,18
219:14
**dinner** 283:22
284:22
**diplomatic**
152:23
**direct** 38:13
281:22
**directed** 242:7
**direction** 242:8
**directive** 277:12
278:5
**directly** 36:9
279:19 290:15
290:16 296:13
**director** 105:23
109:4 280:13
281:12,18
**disagreed** 48:2
**discharge** 62:12
64:12 239:10
239:14 272:13
**discharged**
56:18 57:1,3
57:21 59:5,8,9
59:22 60:21
70:3 115:21,22
115:24 249:16
**discipline** 22:9
**disciplines** 40:23
**disclosed** 122:4
**discontinued**
231:8
**discovered** 89:6
89:13 91:13
254:10 259:16
262:1 276:23
288:14
**discrepancy**
258:15
**discuss** 12:4
14:8 15:2

132:13 148:16
148:17 160:24
191:8 208:10
283:13,14
**discussed** 88:6
88:13 101:18
105:15 126:14
153:10 154:17
156:1 158:5
165:11 198:16
266:11,15
274:23 275:3
283:15
**discusses** 97:23
**discussing**
101:10 196:10
268:11
**discussion** 79:18
79:20 165:19
277:1,3
**discussions**
285:19
**disorganized**
191:22
**display** 222:7
**dispose** 56:4
57:1
**disrespect**
191:14
**distance** 118:20
153:23 212:12
**distinct** 13:2
**distinguishable**
262:5
**distracted**
160:17 162:16
162:17
**District** 1:1,1,16
**disturbing**
208:17
**diverging** 51:6
**Division** 1:2
86:5
**Doc** 191:14
**doctor** 10:5

13:21 15:17
21:17,21 22:1
22:3,5,14 23:8
23:15 26:6
27:8,16 28:9
31:1 32:13
52:10,20 63:24
68:5 70:13,17
71:21 85:24
88:24 92:18
95:24 108:1,3
112:14 113:2
119:19 121:2
122:3 127:12
127:22 128:5,7
128:24 138:6
139:19 162:5
169:12 172:24
173:9 175:8
179:21 183:2
190:10 193:2
195:7 196:15
200:5 203:16
204:2 210:22
225:20 226:13
237:13 238:10
240:12 241:1
248:3 251:21
252:1 257:11
259:3 270:17
271:9 278:19
282:1 284:15
289:12
**doctor's** 195:9
**doctors** 21:13
22:12,13
**document** 31:3
31:13,21 32:3
52:16,19 53:7
57:14 67:3
85:16,21 86:1
86:8,15 87:1,3
87:5 95:14
129:22 171:18
278:21

HURT and OWENS v. JAVED, et al.    No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.    July 25, 2022

Page 9

**documentation**
36:5 131:23
144:13 209:18
**drafted** 147:11
**Drew** 1:7 3:7
267:19 282:3
**drinking** 201:21
**drive** 56:6 62:11
62:15,16,18,22
63:2,4,11,15
64:3,14
**drives** 62:17
89:7
**drooling** 230:2
**drove** 84:20
286:21
**drugs** 9:9 17:16
**due** 152:21
177:1,16
191:24 213:19
221:23 239:7
245:20
**duly** 6:2 9:2 47:2
296:3
**DuPage** 10:14
10:15
**duration** 285:1
**duties** 13:2
**duty** 253:19,21
**dying** 185:8

**documented**
46:10 132:13
274:24
**documenting**
162:6 177:18
**documents** 31:1
54:20 279:7
**DOERING** 1:18
3:18 296:1
**doing** 38:15
75:21 103:19
113:21 120:18
124:23 126:10
150:3 172:19
177:19 210:8
251:5 289:6
**door** 169:2,9,21
170:4 176:14
212:10
**doors** 212:4
**dose** 175:11,15
177:8 230:7
**double-check**
66:24
**doubt** 76:17
**Dr** 2:20 7:8
22:24 38:5
39:18 58:14
67:10 68:23
88:4 98:12
106:1 108:23
109:13 110:2
182:21 183:1
201:12 208:6,7
210:14,16
240:20 243:17
243:18 244:18
246:20 249:6
249:10 250:9
263:20 275:17
282:16 283:18
284:16 290:9

**290:14** 292:9
293:20,24

    **E**

**E** 4:1 5:1 97:24
**Earl's** 151:2
**earlier** 80:15
84:11 89:22
90:19 92:19
106:2 119:3,4
157:12 161:21
182:1 199:12
220:18 225:16
236:19 254:9
275:5 290:22
**earliest** 83:19
**early** 21:1 73:5
83:13 92:13

**easier** 52:13
128:11
**easily** 34:8
220:22
**EASTERN** 1:2
**eating** 201:17
**edge** 222:1
**educate** 38:13
38:16
**educated** 38:1
42:11
**education** 10:4
21:6 201:12
**effect** 187:7
**effects** 14:17
18:8 34:11
37:11,13,14
161:23 186:17
**effort** 117:3
**eight** 45:6,6 69:6
250:3,6
**either** 22:18
134:19 146:13
168:19 170:14
253:20
**elaborate** 17:3
46:8 291:16
**elaborated**
126:20
**Elgin** 10:17 11:5
11:10 12:22
18:24 54:15
58:17 59:10
60:9 61:24
62:1 63:6 70:3
70:17,23 74:10
80:4 81:2 87:6
87:9 92:9
96:12 147:18
156:9 183:13
202:21 223:14
229:14 233:18
262:5,16 281:3
284:6,7,8
285:2 286:16

**287:13** 290:15
290:17 291:21
**eloped** 72:23
**elopement**
228:14
**EM** 153:22
217:21 218:7
220:16
**email** 252:3,14
271:11,16,18
273:3
**EMHC** 79:17,24
80:14 85:3,12
86:19 261:12
**emotional** 249:2
**emotions** 222:8
**employed** 10:11
10:17
**employee** 290:17
296:12,12
**employees**
144:10
**encountered**
134:3
**encounters**
261:17
**ended** 134:14
**ends** 85:21
128:17 153:12
200:3
**enforced** 192:3
**engaged** 238:22
242:1
**engaging** 193:8
285:24
**enjoyed** 160:21
**enjoys** 156:1
**enrolled** 239:20
**enter** 63:10,15
**entered** 29:3
218:3
**entire** 13:9
40:11 53:7
80:17 194:24
240:6 291:20

**entity** 12:19
**entries** 142:3
171:19
**entry** 89:12
149:7 171:21
207:7,20
209:24 213:13
216:19 217:16
217:18
**environment**
222:9 230:15
288:3
**episodes** 155:8
**Epperson** 87:13
89:1 261:8
**ER** 165:18
**erotomania**
111:18 291:15
293:1
**escape** 73:18
79:24 81:14
82:4 83:12,15
83:22,23 84:14
89:16 92:8
93:5 94:10
254:17 286:15
**escaped** 80:4,6,9
80:20,21 81:2
81:8,9,18 82:9
82:22 83:12,20
85:13 91:1
92:4 93:12
**escaping** 80:14
85:11
**escorted** 265:12
**especially** 56:23
**essentially** 11:4
**established**
291:22
**establishing**
173:20
**eval** 159:18
**evaluate** 15:19
19:5 44:11
**evaluated** 46:10

HURT and OWENS v. JAVED, et al.　　　No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.　　　July 25, 2022

Page 10

evaluates 160:1 169:5
evaluates 70:18
evaluating 13:2
evaluation 11:15
19:6,15 56:1
56:21 65:7,13
65:14 66:2,8
159:20,23
160:5 226:1,4
226:9,11,22
227:2 228:20
234:22 251:4
evaluations
56:20 64:4
225:18
evening 132:2
136:15 178:5
eventually 61:12
70:1,2 81:7
93:8 218:8
everybody 9:7
48:17 50:19,21
51:6 62:19,24
81:14 117:18
221:24
everybody's
7:23
everyday 271:23
evidence 79:14
84:23 90:13
exacerbating
126:4
exact 7:23 45:14
121:5 123:19
166:23 222:13
222:14 256:10
exactly 41:23
46:1 58:13
61:18 77:8
88:19 92:15
105:21 107:7
121:16 123:5,5
124:4,14 125:5
127:5 141:10
153:3,4 157:23

167:6,21
180:15 182:19
185:21 188:19
237:2 247:19
253:12 263:13
263:22 268:5,7
268:23 269:12
269:21 270:3
277:5
examination 4:4
4:5,6,7,8,9,10
9:4 30:22
32:11 52:8
289:13 290:12
292:7 296:3
examined 9:3
example 14:16
17:5,13 47:1
55:2
examples 70:23
exception 163:9
excessive 230:1
exercise 160:22
exhibit 5:3 25:10
25:11,12,16
52:6,7,15
67:19,22 70:16
71:12,13,16
74:6,7,9 79:5
85:19,22 90:5
92:18,20,22
95:17,17,18
98:19 128:16
128:22,24
138:22 139:1
139:18 163:14
163:16 180:15
197:4,7 203:21
203:21,22
211:1,2,4
223:6,8,9,10
225:12,13,18
241:2,4 251:22
254:8 256:19
264:22 270:18

271:7 276:19
278:15
exhibiting 19:4
19:11 193:1
223:19
exhibits 92:2,23
278:16 281:1
expected 39:3
experience
18:23 36:2
46:17 47:20
49:21 158:2
269:16
experiencing
14:11
expert 67:4
250:11
expertise 25:6
experts 67:2,6
287:17
explain 19:19
20:9,16 21:2
21:18,22 23:8
23:10,16 26:15
62:14 134:24
136:23 207:4
207:18 291:12
explained 23:18
84:8,13 137:6
137:10 185:16
explaining 20:2
22:16 23:23
24:19 293:5
explains 19:17
21:21
explanation
20:13 21:6
25:3 173:4,10
190:18 207:23
210:3
explanations
173:11
explore 124:15
124:20
exposed 230:18

exposing 233:7
express 170:6
expression 262:3
extended 41:3
268:23
extent 85:4
268:23
extrapolate
173:19
extreme 120:7
extremely 120:7
eye 198:2,15
eyes 186:11

### F

F 151:12 226:12
227:9 233:12
233:13
face 134:7
167:24 186:10
288:16
faces 168:3
facilities 70:20
71:2
facility 40:4
45:21 54:14,17
59:23 71:8
72:4 79:19
80:17 81:13
92:5 115:20
141:5,13,13
258:13,22
260:4 261:24
262:4,20
281:16 287:18
facing 165:7,10
fact 17:24 36:7
37:18,24 99:21
102:1 112:16
113:6,21 184:6
189:21 215:15
256:5 287:1
factor 156:16
factors 227:10
228:13
facts 116:2

279:5 283:4
fair 15:5 52:3
84:3 125:16
172:15 186:22
274:10
fairly 36:5 37:22
145:11 150:17
203:14 288:8
Faiza 1:6 2:19
fall 66:15 74:11
familiar 9:15
16:6 47:17
72:17 129:2
225:22 251:22
familiarity 73:1
familiarize 27:1
families 284:22
family 17:23
18:2,3 22:19
23:7,10,11,17
23:19,24 24:13
24:17 161:1
163:1,10
186:20 283:22
far 12:9,15
17:19,22 25:6
113:8 155:6
283:15
farting 221:13
fast 173:21
faster 128:12
197:2
father 164:23
166:7 171:10
171:13 172:1
174:1 178:21
178:22 179:2
179:13 183:23
184:9,19,20
185:7 189:10
fault 49:19
162:21
February 10:21
65:15 66:11
68:14 80:7

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.                      July 25, 2022

Page 11

| | | | | |
|---|---|---|---|---|
| 92:5 139:4 | 218:20 219:16 | 254:21 | **floating** 67:3 | **four** 7:5 85:20 |
| 142:2,2 | 219:21 220:3 | **finishes** 198:5 | **Floor** 2:16 3:5 | 89:6 130:21 |
| **Federal** 1:15 | 220:12 242:2 | **firm** 6:24 | **Florence** 69:19 | 133:16 |
| **feedback** 202:2 | 242:10 243:6 | **first** 9:2 12:18 | 206:19,21 | **four-page** |
| 202:7 | 244:15 245:7 | 16:17 18:11,14 | 209:23 | 198:21 |
| **feel** 48:20 | **fighting** 146:5 | 25:17 26:20 | **FO** 176:19 | **free** 293:21 |
| 117:14 124:2 | **fights** 159:11 | 29:20 44:5,13 | 213:20 | **French** 232:19 |
| 124:18 | **figure** 201:11 | 45:6,9 52:17 | **focus** 118:21 | **frequency** 199:9 |
| **feeling** 123:18 | 280:14 | 68:11 71:17,20 | **focused** 152:24 | **frequent** 174:24 |
| 124:21 210:7 | **file** 56:16 57:21 | 72:5,7,10,13 | 229:21 250:18 | 176:20 177:17 |
| **feelings** 105:3 | 58:7 65:12 | 73:20 80:2,13 | **folder** 226:19,21 | 182:7 191:23 |
| 107:3,10,10,16 | 66:1 67:20 | 81:1,4 82:21 | **follow** 186:19 | 207:5 224:7 |
| 111:12,24 | 68:1 192:3 | 85:9 86:7,8,18 | 215:2 | 231:3,8 272:20 |
| 115:7 116:14 | **filed** 88:8 94:12 | 94:17 95:21 | **followed** 225:2 | **frequently** 31:1 |
| 117:7 122:22 | 112:7 236:20 | 96:4 97:21 | **following** 279:9 | 116:13 285:8 |
| 123:1,3,9,11 | 236:22 | 104:19 113:17 | **follows** 9:3 | **Friday** 254:24 |
| 123:13,24 | **files** 64:6 | 127:4,6 129:5 | **followup** 292:6 | 255:9 274:3,11 |
| 124:10,17 | **fill** 82:18 | 129:18 131:14 | **food** 127:16 | 275:6 277:16 |
| 125:6,8,14,21 | **final** 66:24 | 131:15 136:1 | **foot** 192:22 | **Fridays** 255:6 |
| 126:18 222:8 | 195:22 240:17 | 163:23 175:11 | **force** 288:1 | **friend** 219:1 |
| 291:2,5 292:11 | **finalized** 40:12 | 175:15 177:7 | **fore-signed** | 220:8 |
| 292:17 293:4 | **find** 34:21 51:21 | 189:22 194:7 | 29:20 | **friends** 283:23 |
| **feels** 156:9 | 58:15 67:23 | 194:16 201:9 | **foregoing** 295:2 | 284:18,19,20 |
| 160:18,19 | 99:20 100:11 | 203:7 209:23 | 296:5 | 284:24 |
| 165:16 196:7 | 120:7 123:7,23 | 219:2 220:8 | **forensic** 10:5,20 | **front** 86:14 |
| 222:4 | 124:15,24 | 223:15 226:2,8 | 45:21 54:11,18 | 229:4 258:19 |
| **feet** 113:16 | 125:7,13,19 | 229:21 231:13 | 56:21 71:8 | 263:6 |
| 186:17 | 126:9 139:17 | 232:4 236:17 | 109:4 182:9 | **frustrated** |
| **fellow** 126:14 | 161:24 179:17 | 238:17,20 | 260:23 284:8 | 199:19 |
| 167:18 | 190:11 268:3 | 242:9 252:17 | 284:10 | **frustration** |
| **felt** 124:7 148:16 | 271:15 291:16 | 256:5 271:3 | **form** 9:7 12:16 | 152:19 |
| 166:15 218:2 | **finding** 118:14 | 286:4,11 | 25:4 38:4 | **full** 198:6,18 |
| 248:21 | **findings** 159:22 | **fit** 92:7,13 | 80:19 112:18 | 200:19 201:22 |
| **female** 105:11 | 160:4 | **five** 54:24 71:16 | 198:21 263:19 | **fully** 8:8,16 |
| 106:13 113:11 | **fine** 35:3 39:11 | 127:10 293:21 | **formally** 80:10 | **function** 41:14 |
| 119:4 230:19 | 43:9 88:16 | **five-minute** 39:9 | **format** 26:18 | **functioning** 43:8 |
| 232:12 | 138:23 150:3 | **fixated** 106:8 | **former** 279:11 | 190:3,23 |
| **females** 105:8,12 | 227:4 | 111:22 113:11 | **forth** 285:11 | **functions** 147:1 |
| 111:19,22,24 | **fingers** 134:6,7 | 124:9 | **forward** 46:20 | **further** 4:10 |
| 113:11 119:5 | **finish** 78:21 | **fixation** 105:8 | 48:23 51:12 | 84:6,12 109:2 |
| **fertilizer** 218:5 | 111:20 247:4 | 111:17 119:5 | 271:6 | 115:8 137:4 |
| 221:13 | 255:22 | 126:4 | **found** 81:23 | 156:21 165:19 |
| **fight** 16:13 | **finished** 72:9 | **fixations** 105:12 | 83:8,9 93:8 | 218:1 231:6 |
| 203:11 214:10 | 88:2 97:1,16 | **flash** 89:6 | 254:13,14 | 292:4,7 294:3 |
| 217:7 218:13 | 99:2,8 150:14 | **fled** 84:14 | 256:5 269:7 | |

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                         July 25, 2022

Page 12

| **G** |
|---|
| G 56:6 62:11,14 62:18,21 63:2 63:15 64:3,14 226:12 228:12 233:12,21 |
| gain 122:16 |
| gang 151:16,17 |
| gaps 82:19 |
| gauge 100:2 |
| gay 235:14 |
| general 2:14 3:3 63:4 71:18 72:3 75:15 89:21 95:22 |
| generally 57:20 82:16 |
| Genesis 10:12 |
| gerbil 218:4 |
| Germany 84:14 84:16,18,22 85:11 286:17 |
| gestures 176:15 186:9 194:6 |
| getting 78:9 103:21 152:21 154:18 175:18 182:22,23 220:4 222:6 |
| gist 125:12 154:19 |
| give 10:3 15:6 23:15 25:15,22 58:9 65:16,23 67:11 87:23 118:8 119:18 163:22 210:19 253:23 257:22 258:6 268:18 287:5 |
| given 11:13 44:3 67:4 90:20,21 141:23 175:11 182:9 267:1 295:2,6 296:7 |

gives 253:14
giving 24:17 35:8 54:5 70:22 74:13 116:4 121:6 258:9 267:7 268:16 270:12
glass 176:16
go 7:16 22:24 23:5 25:18 38:5 47:14 49:9 51:12 53:8 59:7 61:9 67:23 70:15 76:7,21 85:16 90:3,3,4,11 92:17 101:22 103:24 105:4,6 107:19 108:6 111:20 112:7 115:8 118:7 119:1 127:3,17 141:22 163:3 163:13 165:18 171:17 173:20 177:5 178:1,13 180:14 183:8 189:7,11,16 192:13 194:2 194:23 195:12 197:18,18 203:12 207:24 210:22 213:7 217:10 220:18 226:3 230:12 233:11 240:19 241:11 261:3 262:3 264:21 267:9 272:23 278:16,22 283:22 284:22 290:6
goal 137:11
goals 40:22 41:1
God 156:21

goes 23:20 46:4 48:15,15,16 69:22 71:19 79:11 97:14 98:24 100:6 128:12 134:18 140:24 143:11 153:5 160:24 184:18 193:10 198:5,18,19 200:18 211:3 220:11 225:17 229:4,8 270:21 276:1
going 19:16 20:8 20:9 25:19,21 27:12 35:18 52:22 55:6 66:12 70:15 71:24 74:3,5 79:5,10 84:6 85:15,18 88:21 88:22 92:17,19 92:24 96:3 97:9 98:8,18 98:20 112:7 114:5 117:1,21 119:19,22,23 128:5 134:15 136:5 139:1 140:21 141:20 141:22 154:1 162:3 163:13 166:14 168:16 171:17 174:24 179:18 184:11 185:11 187:9 189:7 192:13 194:18 195:13 203:12 210:9 210:11,22 213:2,7 216:5 218:23 219:6 221:11 223:5 233:11 234:24

236:6,14
241:11 254:7
256:19 257:7
258:5 261:3
264:21 265:19
265:20 266:13
267:17 268:22
269:3 276:19
277:24
good 7:8,9,15 9:18,24 12:11 26:23 42:21 102:7 108:15 127:12 132:21 220:23 238:16 249:18 258:4 269:17
gotten 56:11 112:11 160:21 197:1
government 45:16
grabbed 187:2
grading 175:1
gradually 166:15 230:3,7
graduated 10:7 284:4
grandma's 162:21
grandmother 161:1 163:2 185:8
grant 46:16
great 70:12 84:5 92:17 128:9 133:7 146:19 150:20 163:4 227:8
grounds 39:22 39:22 261:19
group 142:9 144:21 156:24 257:21 267:10 268:3,6

grouping 270:19
groups 142:15 160:21
guarded 191:6 221:17 222:3
guess 51:3 97:15 99:18 227:7
guilty 42:18
Gunderson 3:14 6:23
guy 219:19,20
gym 212:10

| **H** |
|---|
| H 5:1 243:2 272:16 |
| H-A-S-I-N-A 8:22 |
| half 78:9,9 247:7 |
| hallucinations 146:5 |
| hallway 134:4 146:6 |
| Hamlin 68:24 105:22 108:10 108:12 109:13 109:16,17 110:9,11,15 117:8,17 127:3 127:7 206:23 215:17,22 267:19 271:12 |
| Hamlin's 252:5 274:5 |
| Hamlon 108:11 |
| hand 8:13 134:8 186:11 194:6 |
| handled 202:2 |
| hands 49:8 186:10 192:20 |
| handwriting 140:6 174:17 194:16 197:15 |
| handwritten 28:3 66:5 |

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.          July 25, 2022

Page 13

178:15
**happen** 48:8
  51:4 126:15
**happened** 48:8
  83:23 92:11
  99:20,21 103:2
  104:19,24
  116:21 117:2
  126:17 153:4
  165:22 172:19
  173:4 201:11
  234:3 237:1,9
  245:7 246:18
  247:12 250:21
  252:5,12,20
  253:24 257:13
  261:5 263:1,8
  265:1,15
  268:24 269:12
  269:21 270:2,4
  270:5
**happening**
  32:20 58:23
  92:14 108:14
  111:4,5,6,10
  111:10 116:20
  144:2 157:24
  177:13 189:23
  190:15 193:11
  193:20 195:6
  212:16 236:18
  237:2,3,5,10
  254:23 269:14
  269:24 280:19
**happens** 30:24
  49:15 232:5
**hard** 19:24 64:1
  68:2,5 186:18
  237:24
**harder** 33:24
  34:7 36:12
  37:5
**Hardy** 106:1
  108:23 109:13
  110:2 281:20

**harm's** 194:12
**Harms** 194:11
**Hasina** 1:6,11
  1:14 2:18,20
  4:3 8:21 9:1
  295:11
**head** 8:5,5
  108:19 192:21
**headache** 67:8
**health** 10:16,17
  14:1,2 18:24
  63:6 87:9
  262:6,16
  287:17
**hear** 184:3
  252:22 270:3
**heard** 25:21
  77:10 83:20,23
  100:4,19
  137:20 252:17
  265:23
**hearing** 113:17
**hell** 151:2
**help** 11:17 20:1
  35:13 50:23
  58:3 122:16
  138:16 139:14
  167:18 178:24
  191:2
**helped** 35:16
  79:21,24 84:13
  93:4 286:15
**helping** 121:24
  254:17
**helps** 34:24
  138:23
**hereto** 296:13
**hereunto** 296:15
**Hey** 25:20 37:19
  188:17
**hid** 85:1
**high** 16:4,19
  70:20 71:1
**Highway** 2:4
**history** 17:23

18:2,3 233:17
**hit** 218:23 219:3
  219:9 220:5,10
  242:22 243:1
  243:13
**Hmm** 147:20
**Hogan** 1:6 2:19
  6:16 282:13
**hold** 27:10
  106:16 127:8
  189:2 190:6
  235:6 270:14
**holdout** 48:1
**holidays** 284:22
**home** 63:21
  112:4
**honest** 269:1
**honestly** 73:22
  82:13 275:22
**hopefully** 196:4
**hospital** 10:5,14
  42:14 59:20
  70:22 71:9
  198:16 211:11
  227:14,19,20
  229:14,18
  234:4
**hospitalized**
  42:8
**hospitalizing**
  42:1
**hospitals** 70:19
  70:24
**hour** 1:21 39:9
  157:20 158:11
  232:10 237:14
  248:4
**hours** 87:18,19
  117:12 118:14
  154:12 186:6
  211:22 255:8
  255:15
**housed** 261:12
**huh** 100:10
**Human** 3:13

6:22
**hurt** 1:3 6:9,13
  6:17,19 9:22
  16:12 26:1
  68:9 75:8,16
  89:14 102:9,21
  103:5 115:20
  202:17,20,21
  202:23 203:2
  211:7 217:19
  217:20 218:6
  218:11,16,21
  219:11,22
  221:10 225:19
  234:11 235:4,7
  235:12,23
  238:5,12,21
  242:16 245:16
  245:19 246:4
  251:14 252:6
  261:10,12
  270:19 276:8
  283:7 286:1
**Hurt's** 89:12
  241:7 261:16
  265:17 266:6
  266:12 278:18
**husband** 257:10
  257:11 258:23
  263:11 264:12
  264:15,19,24
**hydrated** 201:18
**hypertension**
  16:18 17:8
**hypothetical**
  51:3

**I**
**ID** 242:2,3
**idea** 58:22
  237:10
**ideally** 249:24
  250:14
**identification**
  54:20

**IDENTIFIED**
  5:3
**identifies** 40:22
**identify** 6:4
  145:7 155:4
  204:4 279:5
**identifying**
  241:24
**identity** 84:2
  92:12
**ignore** 51:20
**ill** 41:9 42:3,7,16
  42:20 43:4,6
  43:11,12,13,16
**Illinois** 1:1,19,20
  2:5,10,14,16
  3:3,5,12 10:12
  74:11 86:9
  90:13 115:14
  296:1,15,20
**illness** 18:4
  35:12 41:10,11
  41:13,21 42:24
  47:3,5,7 114:2
  156:8,13,18
  185:5 291:18
**illnesses** 14:10
**immediately**
  93:7 119:12,15
  127:3 248:6,10
  248:13
**imminent** 41:17
**imply** 49:18
**implying** 122:10
  123:22
**impolite** 64:19
**important** 13:12
  101:12,14,24
  114:5 121:11
  126:8 156:10
  280:1 289:15
  289:17,22
**impression**
  150:5,8
**inappropriate**

Case: 1:17-cv-07909 Document #: 218-7 Filed: 09/15/22 Page 311 of 336 PageID #:3080

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 14

114:8 125:22
231:3,7 232:11
232:23,24
233:4,5,8
235:18
**inappropriate...**
232:17
**incident** 72:5
75:7,10,13
93:4 96:14
117:1,2 132:13
133:1 136:1,13
140:8 152:11
152:18 153:7
153:21,24
177:10 213:5,6
224:22 230:21
231:13 232:1
245:10 252:4,8
252:11,12,16
252:17,22
254:4 264:10
266:10 274:5
**incident/confr...**
153:9
**incidents** 88:1
189:18 199:21
200:16 234:4
287:10
**includes** 11:24
295:7
**including** 37:10
272:13
**inclusive** 295:4
**incomplete** 67:6
134:17
**incorrect** 136:6
148:24
**incorrectly**
79:11
**increase** 121:19
122:1 177:1,16
191:24 195:15
214:6 221:17
**increased**

137:14 175:1
224:8
**independent**
11:14
**independently**
239:23
**indicate** 32:7,8
217:3
**indicates** 131:23
234:13
**indicating** 31:20
**indication** 276:6
**indirectly**
296:13
**individual** 11:19
19:3 24:19
38:17 42:1
43:23 45:4
102:13 104:16
126:19 143:5
157:2,13 161:8
166:1 179:19
179:21 180:1,2
181:3,6,7,12
182:8,16,20
183:17 184:1
184:12 198:14
**individually**
20:19 132:14
182:15
**individuals**
47:13 279:9
**inform** 107:2
**informally** 80:11
**information**
23:13 24:1,14
24:16,17 54:10
60:15 62:19
63:1 67:5 75:6
75:9,11,14,23
79:8 86:9
88:12 89:20
90:17,20,21
92:8 96:11
100:12 101:13

101:24 102:17
114:5 115:1
116:5,17 122:7
137:13 141:20
148:12,15,17
187:12 231:17
264:9 280:5
**informed** 81:14
105:24 108:22
110:20 194:20
**Ingram** 281:20
**Ingram's** 12:23
**initial** 32:1
135:11
**initialed** 30:4
31:10 129:22
**initially** 9:14
45:4 95:4
198:15
**initials** 31:16,20
32:7 129:23
153:12
**injured** 16:13
230:16
**injury** 16:9
200:23 274:1
**inpatient** 42:12
**input** 13:12
247:8
**inputs** 13:13
62:24
**insanity** 42:11
42:19
**inside** 98:15
**insight** 122:16
146:1 222:17
**Inspector** 71:18
72:2 89:21
95:22
**instance** 47:24
**instances** 48:10
**instigating**
221:19
**institutionalized**
17:12

**instructed** 242:7
**instructing**
112:22
**INT** 130:10
**intake** 228:8
**integrity** 166:22
**intention** 242:10
**interact** 47:6
**interaction**
203:7 208:1
235:22 238:12
**interactions**
97:5 114:8
238:4 248:12
**intercourse** 85:3
**interest** 64:17
66:18 107:24
**interested**
211:12 281:4
296:13
**interesting**
155:20
**interfere** 41:15
47:6
**interfering** 43:7
**intern** 28:11,16
28:21 29:10,24
30:16 31:3
32:8,19,23
130:7 142:20
142:22 143:4,8
143:21 144:5
145:16,17
147:5,6,21,22
148:2,3,7,22
149:1,17
155:16,23
160:10 161:3,6
162:15,18
164:18,20
165:8 171:3
179:1 182:5
192:23 195:23
195:24 197:10
197:14

**intern's** 27:19
130:12 144:11
**internal** 86:5
90:14 191:21
**internet** 63:22
254:11 261:9
**interns** 143:13
**interpret** 98:9
**interrelated**
14:6 17:21
**interrogatories**
52:18 54:5
138:15 278:18
**Interrogatory**
54:9
**interrupt** 64:18
**intervals** 287:21
287:22
**intervention**
26:16,21 131:4
131:5,7,10
132:7 142:19
182:13 197:11
**interventions**
20:7 38:15
152:13
**interview** 74:13
97:11,14,18,24
98:4 261:20,23
**interviewed**
74:21,22,24
75:4 97:6 98:3
**interviewing**
165:11
**interviews** 74:10
98:21
**introduction**
96:22
**intrusive** 176:13
**invalidate** 173:8
**invasion** 112:4
**investigated**
94:11
**investigation**
75:21 79:16

HURT and OWENS v. JAVED, et al.    No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.    July 25, 2022

Page 15

258:2 269:3
277:4,11 278:4
**Investigative**
95:22
**investigator**
76:12,18 96:13
**investigator's**
72:4
**invisible** 192:24
**involuntarily**
41:24 42:7,13
**involved** 15:11
22:20 40:7
47:13 49:20
131:24 279:18
279:20
**involves** 201:9
**isolated** 156:3
**ISP** 85:20,21
**ISPDII** 79:15
**issue** 14:4 15:16
18:17 51:21
77:12 78:1,2,8
213:12 225:10
257:16 265:5,9
**issued** 223:13
278:9
**issues** 13:22 14:1
14:2,7 15:11
15:24 16:21
17:21 20:17
21:4 22:17
23:24 34:20
37:22 38:12
46:21 48:18
141:19 182:11
201:8,13
239:23 246:7
285:13
**items** 276:1
**iterations**
242:14

———————
**J**
———————
**J-A-V-E-D** 8:22

**Jackson** 87:16
**James** 281:10
**janitorial** 239:20
**January** 129:11
129:12,14,18
132:1 134:12
136:3,7,13
138:8,11
139:12,20
141:5,7 172:10
200:8,18 201:5
202:23 203:13
203:19,24
204:3,7 207:6
207:17,18
216:20,23,24
223:2 249:8
251:13
**Javed** 1:6,11,14
2:18,20 4:3
6:15,16 7:8
8:21 9:1 22:24
38:5 39:18
67:10 88:4
98:12 201:12
208:7 263:20
290:9,14 292:9
293:20,24
295:11
**Javed's** 52:16
**jaw** 219:4,9
220:10,13
**JD** 176:11,17
**Jeff** 78:18 79:1
92:20 93:16
94:12 109:3,14
109:20,23
244:3 281:20
**jeopardized**
114:13
**Joanne** 280:11
**job** 11:11 41:11
138:1 267:12
268:9 269:11
**Joe** 25:20 30:20

57:8 66:18
92:22 112:8
128:18 290:23
**joe@kretchm...**
2:6
**Joel** 257:11
**JOHN** 2:3
**Johnston** 2:15
4:9 6:14,14
22:22 23:3
25:20 26:2
27:21 28:2,6
38:4 39:6,11
39:14 57:8,12
66:17,22 67:7
67:10,15,21
88:4,11,19
92:22 112:5,10
112:18,22
127:19 128:18
220:23 263:19
270:23 289:1
290:5,9,13
292:4 293:12
293:16,19
**jokes** 151:3
**Joseph** 2:3 6:12
**journal** 89:12
91:6
**journals** 89:6
**Jr** 165:1
**judgment** 88:17
222:18
**July** 1:20 68:23
69:12 115:24
139:6,8 164:12
202:21 206:18
207:1,6,17,19
209:22 211:11
226:5 234:19
235:1,1,4,6,23
235:24 236:7,8
236:8,15,15
238:5,6,13,13
238:23,23

239:15,19
240:16,21
250:23 256:17
275:6,7,7,9,18
276:14,17,21
277:9,21 278:1
278:8,10
**jumbled** 165:15
**Jumped** 186:11
**jumping** 155:6
**June** 86:10
87:17,18 91:13
163:18,19,21
163:24 164:16
166:2 171:20
171:20,22
172:4,11
173:22,24
174:4,11 175:5
175:6,9,10,16
176:1,4,5
177:7,9,13
178:4,16
179:14 183:2
183:12,12
184:10 189:9
189:14,19
192:17 193:17
193:24 194:21
195:4,5,16
224:18 239:19
252:19,20
254:23,24
255:5,11
256:13 258:12
259:15,19,20
260:8,12,13
261:1,5 262:10
262:18 274:3,3
274:15 275:5
276:10 277:9
**junior** 284:1,3

———————
**K**
———————
**K** 58:1 69:22

78:9 95:6
105:17 106:14
115:16 139:6
215:3,4,11,14
215:23 216:8
216:24 222:23
234:15 244:4
245:16,19
246:5,11 247:4
247:16,22
249:7 253:3
265:23 266:18
266:22 272:16
273:23 277:13
285:17
**K&L** 74:1 95:5
248:1 275:9
**Kareemi** 1:6
2:19 6:16
58:14 68:23
208:6 240:20
244:18 246:20
249:6,10 250:9
275:17 282:16
283:18 284:16
**Kareemi's**
243:17,18
**keep** 20:5,6
35:18,19 55:24
56:16,19,24
60:5 62:3,8
64:4,7,13
138:10 141:7
153:23 212:12
**keeping** 151:20
**keeps** 23:9 59:21
**Kelly** 280:17
**kept** 57:15 64:24
68:2 91:7
137:18 140:16
218:16 219:11
242:23 268:18
288:5
**Khyber** 10:6
**killed** 151:11

HURT and OWENS v. JAVED, et al.       No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 16

**killing** 151:4
**kind** 48:2 51:3
  58:21 61:4
  140:5 141:18
  150:2 279:23
  283:20 289:15
**kinds** 34:20
**kissed** 231:14
**knees** 187:4
**knew** 72:22
  75:10 77:15
  80:21 81:9
  83:14 84:1
  102:4 218:3
  237:1,4,9,12
  237:19,20
  265:13 269:5
  270:2,6,9
  280:15
**knocking** 176:14
**know** 7:17 14:23
  16:13 18:6
  19:6 20:12,21
  20:22 24:5,6
  28:3 29:17
  35:11 37:17,21
  41:8,20 42:3
  43:3,20 50:9
  50:13,14 52:11
  52:23 53:5
  54:1 58:22
  60:4,20 61:5
  61:11 63:8,11
  64:15,21 68:1
  69:8 70:7
  71:15 72:8,20
  75:11 77:1,8,8
  77:13,13 78:7
  78:11 80:16
  83:16 86:3
  88:2,6 89:1
  92:11 97:1,16
  99:1,8 103:2,3
  108:2,14,15
  109:23 110:1,2

110:5,7,19,22
111:4,16 112:2
117:19,23
118:6,9 119:6
120:1,21 121:1
121:4 122:4,6
123:8 124:2,7
125:13 130:6
133:20 137:3
138:16 141:4
144:1 146:2
147:13 148:17
150:13 157:23
169:6 171:7
172:18 174:23
177:13 185:11
189:12 190:4
190:17 192:17
194:3,13 198:1
207:16 208:8
212:9 216:12
217:23 220:19
229:20 234:3
234:14 236:23
237:6,8,18,18
237:21 248:3
252:3 254:3
257:7,7,12,13
257:15,15,17
257:19 258:3,7
258:12 259:15
259:20 262:9
265:4 266:5
268:14,15,18
268:22,23
269:12,19,20
269:22 270:5
271:15 279:17
279:19,22
280:2,2,6,10
280:20,22,24
281:6,7,16,23
287:13,13
288:15,17,22
289:9,9,16,22

289:24 291:23
293:20
**knowing** 105:7
  281:4
**knowledge** 55:3
  75:19 81:21
  83:12 84:24
  85:4 95:2
  156:10 236:3
  237:2 238:1
  239:1 279:5,10
  279:13,21,22
  280:3,7,10,23
  281:5,8,10,14
  281:16,22
**known** 196:5
**knows** 151:13
  250:12
**KOTRBA** 1:24
**Kozar** 3:4 6:18
  6:18 293:14
**Kretchmar** 2:3,9
  2:9 3:14,15 4:4
  4:6,8,10 6:8,8
  6:20 7:10,15
  9:5 23:1,6,21
  25:9,13,24
  26:3 27:15
  28:8 30:20
  32:12 38:19
  39:16,17 52:3
  289:11,14
  290:1,2 292:6
  292:8 293:9,24
**KWAME** 2:14
  3:3

_____

**L**

**L** 3:4 10:22
  11:12 48:9
  55:2 68:14
  69:12 73:6,8
  73:21 77:16,17
  77:22 78:9
  79:2 91:22

93:17,21 94:1
94:4,21,24
95:6,8,9,11
96:14 105:10
139:4,8 213:14
213:19 214:11
214:18 216:12
216:12,13,21
217:1 222:23
240:4 249:7,12
251:5 253:3,6
255:13 272:16
277:14 279:11
285:16 288:20
289:7 290:16
290:20 291:23
**label** 211:8
  216:14
**labeled** 74:6
**labs** 14:7 15:3
**lack** 24:20
**lady** 120:8
**Langley** 280:11
**language** 152:22
**lapse** 288:19
  289:6
**larger** 128:11
**Larson** 68:18
  69:17 176:7
  182:21 183:1
  210:14,16
  279:11,14,23
  280:2,7
**lastly** 34:4
**late** 80:7 155:22
  157:14,16,17
  158:14 172:13
  174:12 217:16
  217:18 249:7
**lately** 64:13
**LaTonya** 185:10
**laundry** 191:3
**lawsuit** 9:15
  236:2,20,21,22
  238:19

**lawsuits** 9:21
**lawyer** 127:24
**leading** 126:3
**learned** 156:8
**leave** 51:19
  138:3 156:24
  243:2
**leaving** 195:24
**left** 26:6 29:1
  67:2 129:12
  157:11 185:10
  197:3 218:8
  259:16 260:11
  261:23 262:16
**left-hand** 204:3
**legal** 32:3 41:24
  42:2
**legs** 187:3
**length** 16:5
  88:14 199:10
**lengthy** 98:19,23
  144:1 147:5
  177:22 199:7
  200:3 201:2
**Lenhardt** 28:10
  29:8,21 30:14
  32:16,20 33:6
  34:6 38:22
  69:18 73:15,21
  75:8,15 79:16
  79:19,21 84:8
  84:12,16,21
  85:1,10 89:15
  91:14 94:11
  99:20 100:13
  106:21,24
  109:11 113:15
  116:7,10 140:2
  143:22 145:17
  166:21 178:15
  179:3 183:3
  187:2 188:6
  197:13 198:22
  200:4,9 201:6
  201:23 203:3

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 17

203:14 207:6
208:12 209:20
210:4 216:4
231:12 235:23
238:5,13,22
245:9 246:17
248:13,16
251:15,18
252:6 256:22
259:16 261:15
262:2,19 264:9
285:24 286:7
286:13 287:12
288:11 291:5
291:20 292:1
**Lenhardt's**
27:17 98:13,15
144:6 184:15
245:1
**let's** 21:24 44:9
47:1 67:7 90:4
103:24 177:5
220:17 226:3
251:13
**letter** 97:20,24
**letters** 133:17
**letting** 20:21
**level** 14:24 15:2
190:3,23
**levels** 48:15 49:9
**License** 296:22
**lies** 212:9
**life** 144:2 196:3
196:10
**liked** 98:21
120:19,23
**likelihood** 173:2
**likes** 104:17,17
222:4
**limit** 92:1
**limited** 274:14
276:3
**Linden** 10:13
**line** 29:22 76:12
76:23 77:4,5

89:3 97:15
98:10,22 99:2
99:2,10,24,24
100:16,20
104:2 107:20
108:7 117:24
119:20,20
120:2 129:18
129:20,21
192:24 194:7
256:20
**lines** 104:5
107:23 163:23
198:19
**LISA** 1:24
**list** 11:8
**listed** 81:24 93:9
281:21
**listens** 145:23
**literally** 39:7
**Lithium** 192:4
**little** 8:2 15:6,15
51:6 52:10
96:8 127:14,17
161:18 189:13
197:2
**living** 41:16
**load** 11:2,13
**location** 72:5
96:13
**lock** 253:7,9
**locked** 252:7
274:6,17
**log** 61:4
**long** 16:6 41:13
48:24 49:19
77:7,15 82:17
84:1 150:22
157:15,20
158:1,4,7,10
158:10,12
249:19,21
**longer** 34:9
35:20 41:9
43:4,6 49:5

127:15,17
137:18 140:16
165:16 178:23
179:8,11
209:15 210:4
250:2,17,20
260:6 272:24
286:9
**look** 26:24 28:14
30:3 52:24
55:5 65:9
71:20 76:2
90:4 119:19
134:13 135:14
135:19 138:14
138:22 178:7
194:15 204:2
216:11 217:11
227:9 235:2
252:14
**looked** 56:13
59:15 218:12
273:10
**looking** 26:4
32:13 58:18
69:5 89:22
90:6 151:19
161:22 172:20
176:16 201:3
201:24 211:19
218:16 219:12
268:8 270:8
**looks** 54:24 57:3
96:5 119:11
129:21 134:17
140:5 142:7
144:6 145:4,15
149:10,13,18
152:12 154:6
154:10,15
159:6 160:9
161:13 164:5
164:14 171:24
172:4 175:24
176:5 177:12

178:14 185:17
193:15,16,22
195:16 197:10
197:12,17,24
203:10 206:16
206:19 211:14
212:2 213:8,22
215:7,14,17
217:19 220:11
226:2 229:16
230:2 240:10
241:10 242:11
243:10,20
244:1,15,19
245:1,14 271:9
272:4 273:1
**loose** 135:3
184:23 191:22
**lose** 151:13
**loss** 136:24
232:10
**lot** 17:9 38:8
40:6 78:4
98:14 101:1,17
102:2,15,20,21
104:11 105:8
111:17 173:6,7
173:9 182:21
**loud** 77:5 100:21
107:22 189:23
193:24 221:7
**loudly** 190:24
**low** 162:7
**Loyola** 10:9
284:2
**luck** 220:23
**lunch** 259:17
**Lyn** 1:18 3:18
128:15 293:17
293:18 296:1

---
**M**

**M** 73:11
**M-E-T** 132:11
**M&N** 77:22

79:2 83:15,20
91:21 93:17,21
94:1,4
**M.D** 1:14 4:3 9:1
295:11
**maintain** 35:16
36:17 41:2,11
**maintained**
35:13 198:15
**making** 14:13
64:17 146:4
168:4 176:15
186:9 187:20
194:6 221:14
221:24 222:3
232:11 233:3
235:7,12,13,18
259:22 291:7
293:2
**male** 105:14
106:15 137:21
141:1
**man** 218:15
**management**
14:13 168:14
**manager** 7:3
61:5,16,19
68:19 69:1
253:13,18
267:5 280:18
281:9
**managers** 61:21
280:21
**manner** 21:3
137:12
**manning** 287:18
█████ 96:17
97:4 98:13
101:5,9,15
102:2,9,14,20
103:4,10,24
104:3,12,16,20
107:1,11,14
110:13,17
112:15 113:5

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 18

113:20 114:1
114:17,21
115:3,16
116:12 117:2,6
118:15 120:3
120:16,17,20
121:9,18,24
122:11,17
123:2,23
126:10,12
254:15 286:10
290:23,24
291:6
█████████
113:16 116:19
121:11 291:10
291:14 292:11
292:12,18,23
**manuscript**
143:11
**March** 142:8,18
144:19,22
145:4,8 232:7
232:8
**Mark** 1:9 6:9
9:22 26:11
27:4 29:8,11
29:14 32:16,20
33:6 38:22
55:4,18 57:3
59:9 65:6 68:7
68:21 129:1,7
129:11 138:9
138:11,19
139:21 140:21
143:22 144:22
145:21 146:4
150:2,17
164:24 166:3,8
166:19 169:8
169:11,20
170:6,17
171:12 172:1,4
172:12 173:4
181:5 182:17

183:5,11 184:1
184:5 185:2,8
185:10 187:1
187:11,14
188:2,12
189:23 192:18
193:11 197:6
202:23 203:2,8
207:20 208:10
212:20 226:24
227:1 283:6
**Mark's** 57:15
58:11,17 60:21
68:17 140:8,9
141:4 144:2
171:10 184:15
**marked** 25:12
52:5,7 71:12
71:13 74:7
85:19,22 95:18
128:22 163:16
190:2,22 197:7
203:22 211:4
223:10 225:13
241:4 271:7
**Marlin** 212:3,7
**married** 112:1
120:24 124:11
**Martinez** 151:16
**Mary** 2:15 6:14
23:1 66:12
76:7 128:21
292:9
**mary.johnsto...**
2:17
**master** 66:23
**masturbate**
113:16
**masturbating**
112:16 113:6
**masturbation**
113:9
**matter** 196:10
**matters** 296:4
**maximum** 41:5

**MCT** 132:8
**MD** 13:19,23,24
14:20 15:7
21:9 22:19
23:19 24:2
**MD/Psychiatr...**
21:7
**meals** 198:16
201:17
**mean** 13:16 24:8
33:15 36:21
37:2 42:4
44:17 49:18
50:18 64:18
65:19 88:17
103:3,20
106:21 110:24
119:6 147:17
157:17 162:23
163:3 180:14
181:7 183:18
183:20 190:9
193:10 213:4
217:10 219:8
255:14 265:8
275:16 289:21
291:12
**meaning** 83:6
146:24 152:21
**means** 26:15
37:21 42:19
130:6 146:21
183:21 193:18
250:23
**meant** 106:22
**media** 261:11
**medical** 10:6,7
10:10 13:20,21
14:2,4,10
15:17 16:1,22
16:22,24 17:1
17:14 18:11,14
18:17,21 20:16
21:5,10,12,13
21:17,21 22:16

22:18 23:24
24:6 25:6,7
29:4 34:14,16
54:12 59:7,15
59:16,19,20,20
60:8 61:11,24
62:1 63:5
145:6 146:14
146:18 175:8
201:13 281:12
281:17 284:2
**medically** 201:9
**medication**
14:13,17 17:24
18:7,8 22:3
33:20 34:10
35:14 37:4,10
38:2 145:12
154:16,18
161:13,14,22
161:24 162:10
165:14 166:14
168:13,16
175:11,15,19
186:1 191:9,12
191:15 201:12
201:14 223:23
224:9 229:21
**medications** 9:8
17:6,20 35:19
149:15 165:23
177:8
**medicine** 146:24
**medium** 70:19
71:1
**meds** 18:20
165:16 177:4
192:3
**meet** 132:14
143:7,13 158:2
165:5 166:17
166:20 167:10
168:9,18
170:10,13,18
170:21,23

181:20 182:15
184:6 187:23
187:24 191:7
210:8 285:8
**meeting** 143:16
143:17 144:22
161:6 167:1,3
168:17 169:20
179:22,23
180:1,10,13
194:5 199:18
202:15 203:6
210:15,16
246:14 247:11
247:15 249:5
252:24 253:2
253:10 254:5
265:24 266:12
266:16 269:8
270:20 271:10
271:21 272:2,8
272:18,23
273:11,16
274:13,18,24
275:8,14,24
276:24 278:10
278:13
**meetings** 179:19
180:2,4 181:4
181:7,7 182:8
184:1 247:22
247:24 248:5,9
248:17 249:1,2
**member** 15:16
19:22,24 24:13
50:16 51:2,5
151:18 182:2
266:18,22
269:2,19
**members** 11:24
12:5 13:14
15:13 46:7,14
47:9 48:6,10
50:1,17 148:12
256:24

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 19

| | | | | |
|---|---|---|---|---|
| **memory** 87:24 | 71:1,7 | **moment** 68:10 | 266:16 269:7 | **multiple** 209:8 |
| 92:14 139:21 | **minute** 87:23 | 266:8 | 270:20 271:10 | 218:2 286:2 |
| 260:17 | 188:18 210:19 | **Monday** 1:20 | 271:21 272:2,7 | **Muslim** 120:16 |
| **mental** 10:17 | 287:21,22 | 178:22 179:11 | 272:10,18,23 | 120:16 121:11 |
| 14:1 18:24 | **minutes** 127:10 | 180:10 255:9 | 273:11 274:12 | 166:22 167:4 |
| 35:12 41:10 | 127:15,15,20 | 275:7 276:21 | 274:13,18,21 | **Muslims** 126:14 |
| 42:24 47:3,6 | 155:22 157:13 | 277:18 | 274:24 275:8 | 167:18 |
| 63:6 87:9 | 157:16,17,21 | **monitor** 176:1 | 275:14,24 | **mute** 191:17 |
| 114:2 156:8,13 | 158:8,9,11,13 | 186:20 244:11 | 276:24 278:10 | 193:8 |
| 156:17 262:5 | 237:14 270:20 | 287:21 | 278:12 | **mutual** 107:10 |
| 262:16 | 271:22 272:8 | **monitored** | **mother** 136:11 | 107:15 123:3 |
| **mentally** 20:13 | 272:10,18,23 | 189:15 | 140:8,22 185:7 | 123:18,24 |
| 41:9 42:3,6,15 | 273:11,16 | **monitoring** | 185:10 | 124:16,21 |
| 42:20 43:4,6 | 274:14,22 | 155:5 175:19 | **mouth** 223:23 | |
| 43:11,12,13,16 | 275:8 278:11 | 175:21,23 | **move** 46:19 | N |
| **mention** 166:24 | 290:10 293:21 | **month** 44:3,16 | 47:10 50:23 | **N** 4:1 57:5 73:11 |
| 273:15 274:16 | **MISA** 68:22,22 | 74:23 82:21 | 70:16 77:21 | **name** 8:20 45:23 |
| 276:14,17 | 69:4,9 139:6 | 143:9 202:22 | 78:12,15 | 72:4,21,24 |
| 278:11 | 144:21 246:4,6 | 208:6 | 106:14 108:16 | 80:17,22 82:14 |
| **mentioned** 16:15 | 247:4 249:15 | **monthly** 56:1 | 118:5,17 | 89:23 101:5 |
| 17:19 102:5 | 249:16,19,22 | 58:19,20 59:2 | 202:11 215:1 | 122:5 129:6,6 |
| 208:19 234:3 | 250:11,24 | 159:6 161:13 | 242:7 247:3,5 | 147:15 229:3 |
| 273:19 275:5 | **miscellaneous** | 161:14 | 247:16 | 266:17 281:8 |
| **mentioning** | 89:7 | **months** 44:18 | **moved** 57:23,24 | **named** 72:16 |
| 203:8 | **misplaced** 135:7 | 49:2,3,4,5 69:6 | 58:23 77:9,19 | 91:1,2 96:16 |
| **message** 185:11 | **missed** 21:11 | 84:1 93:11 | 78:4,8,19 79:2 | 208:19 279:11 |
| **messing** 221:11 | 45:9 157:21 | 172:9 183:4,10 | 105:13,17 | **names** 90:8 |
| **met** 118:2 | **missing** 135:1,20 | 207:24 209:3 | 114:21 115:16 | 272:13 276:12 |
| 132:10,11,12 | 135:22 136:2 | 209:16 210:6 | 118:9 186:7 | 279:23 |
| 153:20 168:10 | 148:5 152:7 | 250:1,3,3,6,10 | 208:3 213:14 | **narrative** 86:18 |
| 168:22 198:13 | 163:7 165:14 | 250:12,13,16 | 213:19 214:10 | 87:23 90:24 |
| **Michigan** 2:10 | 178:10 190:7 | 251:2 286:9 | 214:18 215:23 | 98:23 |
| **middle** 31:12 | 190:12,19 | **morning** 7:8,9 | 222:23 223:2 | **narrow** 75:13 |
| 76:22 191:1 | 192:12 195:3 | 72:20 80:16 | 244:3,15 | **nearly** 207:24 |
| 201:24 214:15 | **misspelling** | 81:15,23 82:9 | 245:23 246:21 | 209:3 231:21 |
| 216:19 242:16 | 108:12 | 82:14 83:7 | 251:10 285:16 | **necessarily** |
| **military** 26:10 | **misstated** | 164:6,11 172:5 | **movements** | 235:17 |
| **milligrams** | 117:23 119:24 | 176:12 247:22 | 193:9 | **necessary** 35:19 |
| 230:9 | **mistake** 129:23 | 247:24 248:17 | **moves** 48:23 | 148:22 186:21 |
| **mind** 72:8 96:21 | **mix** 18:9,10 | 249:1,2 252:24 | 68:21 | 228:3 247:8 |
| 97:13 100:15 | **MOD** 213:9 | 253:2,10,15,22 | **movie** 156:5 | **need** 16:14 20:5 |
| 189:24 | 244:7 | 254:1,4,23 | **MSW** 144:5 | 24:14 35:16 |
| **mine** 57:9 221:4 | **module** 216:21 | 255:14,20,24 | **Muhammad** | 44:20 47:4 |
| 282:24 | 216:24 217:1 | 261:13,14 | 120:19,23 | 51:20 59:23 |
| **minimum** 70:19 | **mom** 185:3,3 | 265:24 266:11 | 124:11 | 72:10 78:6 |

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 20

88:20,22
148:16 182:14
194:23 202:10
225:5 227:17
227:18,21
**needed** 75:11
103:12 156:23
191:2 283:11
293:3
**needs** 45:5 46:23
50:5 51:18
127:16 165:16
196:12 246:4
**negative** 135:16
137:21 141:1
**neglect** 270:11
288:3
**neglected** 73:17
**neighborhood**
151:15
**neither** 116:6
**never** 51:3 73:7
79:1 87:8,10
120:10 122:4
122:23,24
123:2,14,15,17
187:8 249:10
259:17 261:22
262:16 282:11
282:12,15
283:3,6 287:2
**new** 7:13 44:23
175:15 177:4,8
196:3 230:15
234:7,8
**news** 83:22
267:7
**NGRI** 11:12
16:6 105:9
111:24 112:3
**nice** 120:6 138:1
232:15,15
**Nikolov** 84:19
251:14,18
286:21

**nine** 250:10,12
250:13
**nod** 8:4
**nomenclature**
72:1
**nomenclatures**
129:17
**noncompliance**
35:21 225:10
**noncompliant**
35:22
**nonmental** 14:2
**nonpsychiatric**
22:17
**nonsensical**
185:1 186:19
**nonverbal**
191:17
**nonworking**
253:7
**norm** 191:3
**normal** 167:12
**normally** 17:10
255:6
**NORTHERN**
1:1
**Northwest** 2:4
**notable** 159:10
**Notary** 295:19
**note** 25:22 26:14
26:17,24 27:17
27:19 28:10,18
33:9 36:4
129:15 130:10
130:10,12
131:5,7,14,15
131:16 134:10
134:11,13,18
136:9 138:4,5
139:24 142:7,9
142:14,18,20
142:21 143:15
143:19,20
144:1,3,3,10
144:11,16

145:5,11,16,19
146:3,7,21
147:5,7,10,19
147:21 148:2,4
148:6,18 149:9
149:14,15,17
149:21 150:1,2
150:3,4,6,9,12
150:18,19,21
150:23 152:1
152:17 153:17
153:20 154:5,7
154:9,11,11,15
154:16,19,22
155:12,16,18
155:20 157:3,5
157:7 158:24
159:1,1,5,16
160:10 161:11
161:12 163:20
163:20,24
164:14,18,21
171:3 173:24
174:12 175:7,8
175:10 176:6
177:14,23,23
178:1,3,4,8,14
179:1 180:1
183:3,9,19
189:19,20,22
192:16 193:5
193:15,16
194:7,22,23
195:6,6,9,10
195:18 196:9,9
196:15 197:12
197:19,19,21
197:24 198:4,9
198:9,11,17,21
198:24 199:5
199:16 200:1,4
200:7,8,15,18
200:24 201:2,4
201:6,20 203:9
203:18 204:1,4

204:5,20,23
206:16,19
207:7,15,16,20
211:15,18
212:14,23
213:9,9,10,11
214:3,15,16,22
215:7,10,13,16
220:21,22
221:2,3,5
241:13,23
242:11,15
243:15,17,19
243:22 244:19
244:24 245:10
245:15 276:1
**noted** 160:17
218:1 231:7
272:14,18
**notes** 28:3 56:1
56:15,16 58:19
58:20 59:2
66:6,6 129:1,2
129:10 135:1,7
141:23 142:1
145:1 146:11
146:11,13,17
149:6 152:8
155:2,4,10,13
155:14 158:24
159:3 160:13
161:21 172:16
173:13 174:9
175:24 176:2
178:6 183:8
184:15 186:23
189:17 190:13
192:11 194:15
195:5 197:4,6
199:7,10
203:15 204:8
207:5 208:6,9
210:14 211:6
211:10,12
216:8,10 217:2

235:5 241:6
251:9
**notice** 15:1,13
15:14
**noticed** 14:24
104:11 148:5
172:20 191:20
210:13
**notified** 81:17
81:20 105:22
105:23 109:3
117:16,18
119:4 244:2,7
**notify** 49:12
117:3,17 118:7
**notifying** 118:16
121:14
**noting** 158:13
**November** 199:4
199:6 231:12
231:24 232:4
236:22 238:20
**number** 5:2
25:15 72:3
92:2 96:1,13
241:17 245:17
257:6,8,19
263:17
**Numeral** 96:22
**nurse** 23:15
24:12 61:5,15
61:19,21 68:19
69:1 194:19
230:19 232:2
233:8 253:13
253:18,19,21
266:24 267:1,2
267:5,6,8
280:18,20
281:9
**nurse's** 241:13
**nurses** 253:22
**nurses'** 168:20
169:3,12,22
**nursing** 19:23

HURT and OWENS v. JAVED, et al.  No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.  July 25, 2022

Page 21

22:14 24:4
145:6 146:14
154:7,9,11,13
154:14 155:1
155:12 158:24
158:24 159:1,2
159:5,16
163:20 169:1
170:8 174:12
174:21 175:6
175:21,23
176:1 177:14
192:11 193:15
194:17 195:10
198:9 204:1
209:8 211:14
212:22 213:9,9
213:11 216:19
220:21 253:13
253:14

**O**

o'clock 1:21
164:6,11
261:14 289:2
O'Neal 136:18
136:20 137:1,6
137:16 140:14
185:10,15
Oaks 10:13
oath 54:4 295:5
object 23:2
81:21
objection 6:13
6:17,19 22:22
38:4 112:18
263:19
obs 176:20
177:17 231:3,8
observation 44:9
174:15,19,22
175:1 191:23
224:7 225:4
observations
175:4

observed 102:6
102:10 186:5
193:6 194:4,6
observing 6:21
6:23 175:2
obtained 74:9
79:15 86:9
obvious 124:8
obviously 82:2
92:10 193:11
268:23 278:8
occasion 133:2
184:14
occurred 48:5
103:23 118:16
154:1 172:2
200:14 201:9
289:5
occurrence
87:17 272:20
occurring
106:24 277:4
October 53:23
57:17 68:15,21
68:22 69:12,22
74:17 76:13
97:11 115:14
115:20 116:5
116:23 139:4,6
139:8
odd 186:9
192:19 193:1
odor 191:2
off-the-record
27:13 106:17
189:4 270:15
287:6
offer 173:9
offered 191:11
office 7:3 62:10
64:7,24 65:5
68:2 71:18
72:2 84:10
89:21 95:22
98:15 101:17

102:15,21,22
104:12,18,22
112:17 113:7
113:16 116:13
119:2 165:2
166:4,10,21
167:3,4,10
168:7 169:8,11
169:24 170:8
170:19 171:4
171:14 174:2
181:15,19
188:22 226:21
227:2 231:14
252:5,7 255:17
256:1,6 260:18
261:14 262:3
274:5,6,17
286:1 288:7
officer 75:2
76:23 87:15
98:20,23 102:1
107:20 108:24
145:6
officer's 119:22
officers 89:6
146:14
offices 166:17
167:1,11,16
168:9 187:20
208:22 209:3
official 29:4
81:16
Oh 59:16 120:3
123:15 128:19
138:21 150:10
220:2 227:1
270:21
OIG 72:15 79:7
89:23 90:4,16
90:20 91:1
okay 7:15 12:22
13:24 14:20
16:15,19 18:9
18:15 19:14

23:6 24:18
25:9 26:23
27:2,3 28:2,17
29:12 31:12
32:13,22 33:2
33:8,20 36:14
37:4 39:5,14
42:15,21 43:9
45:8,18,22
46:3 47:17
48:5 49:24
51:1,15 52:13
57:2 58:11
59:9,16 60:20
64:16 65:16
68:9 70:9,12
71:10 72:12
74:3 75:1,18
76:2,21 77:6
78:24 79:5,12
83:24 86:24
87:12,22 90:19
92:1,17 93:20
94:20 95:13
97:3 98:2,5,18
99:9 100:3
102:7,19
104:19 107:8
107:21 108:2,5
108:7 109:1
115:11 119:18
120:3 127:8,18
127:22,24
128:2,9 130:13
131:14 137:9
138:21 139:17
141:12,22
144:15 146:19
146:23 147:4
150:10,20
151:10 158:13
158:19 159:8
160:8 162:2
170:22 173:1,5
173:18,20

174:22 189:2,7
190:1,6 196:24
204:5,6 207:14
212:13 215:4
216:15,18
222:19 227:4,7
228:3 232:7
233:5 234:7
236:17 237:4
239:4 241:1
247:21 254:7
254:20,22
255:4,10 259:4
259:11 262:14
264:8 266:15
274:10,20
275:1 280:1
281:19 290:11
290:22 291:19
293:6,9
Olanzapine
162:8
older 120:20,21
120:24 124:12
once 41:1 44:15
45:5 56:24
59:7,22 88:15
165:7 168:14
236:19 239:10
269:12
one-on-one
181:18
one-to-one
182:14
ongoing 56:23
open 165:5
166:18 168:9
169:9,23 170:4
170:10 184:6
187:16 253:8
opinion 13:11
opinions 13:13
46:15 50:2
opportunity
76:7

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 22

opposed 8:16
  16:22
opposite 222:13
  222:14
options 191:9
oral 254:13
  285:24
order 20:6 43:18
  47:10,14
  104:14 244:7
  271:2
ordered 64:2
ordering 293:18
orders 22:2,10
ordinary 161:5
  162:24
original 60:11
  64:1 66:15
originally 42:22
originals 60:2,3
  60:5
other's 212:3
outcome 296:14
outlier 48:2
outline 54:24
outlined 138:23
outlines 252:11
outlining 254:10
overlap 212:18
overlooks 45:19
overly 106:8
oversight 54:16
  234:2,6
Owens 1:9 6:9
  6:13,15 9:22
  27:4 29:9,11
  29:14 32:17,21
  33:10 38:22
  52:18 54:13
  55:4 56:14
  65:6 68:7
  129:7,11
  132:10,12,22
  133:2,8,23,24
  136:17 137:7,8

137:10 138:9
138:11 143:7
152:18 153:2
155:22 156:7
156:12,23
157:1 160:20
162:14,16
164:23,24
165:1,9,19,24
166:3 175:14
176:13,13,19
179:17 185:2
186:5,7 187:1
187:2 194:4,9
194:17 195:19
196:2,18 197:6
197:21 198:13
199:17 200:11
201:7,15 202:2
202:10,14,23
203:2 207:6
208:11 226:24
270:20 283:7
Owens' 26:11
  29:4 33:6
  55:18 129:1
  134:7 136:11
  174:1 185:10
  207:20 227:1
owes 196:7

─────── P ───────
P 26:20,20,21
  29:22 131:18
  132:18,19
  163:24 244:3
p.m 26:11 74:17
  76:14 86:10,13
  136:8 142:18
  156:23 157:8
  157:10 177:14
  178:16 242:12
  244:15 261:19
  261:21 262:6
packing 244:8

page 4:2 5:2
  25:14,16,19,21
  26:5 29:22
  36:22 37:19
  52:15,15 53:1
  53:2,3,8,10,12
  53:15,18 71:16
  71:17,19,20,24
  74:16 76:3,22
  76:22 85:21
  86:8,14,17,18
  87:2 90:6
  95:17,21 96:4
  97:9,21,22
  98:22,24 99:2
  99:3 100:15
  117:21,22,24
  119:20 128:17
  129:5 130:16
  134:9,21 135:1
  135:11,14,20
  135:20 136:2,4
  137:22 142:6
  143:24 145:2
  149:7 153:16
  155:5 158:23
  178:2,10,14
  190:7,20 192:8
  192:13 194:13
  194:24 197:4
  197:13,21
  198:4,12,17,18
  198:20 200:2
  200:19,20
  201:1,19,22,23
  201:24 204:8
  204:10 205:1
  211:17 212:17
  213:7,16
  214:15 215:20
  216:11,16,17
  216:18,19
  217:17 223:8
  224:3,16
  225:17 226:2,3

226:11,12
228:23 229:4
229:17 239:5
240:14,20
241:11,13
243:22 245:2
245:17 251:21
252:10 256:20
264:22 267:9
270:21,21
271:1,2,9,16
277:7,20
278:21,22
pages 25:17
  52:23 62:3
  65:8 66:8
  67:16 68:1
  86:7,21 95:20
  128:16,20
  135:2,6,23
  141:23 152:2,7
  163:7,15
  171:20 186:23
  190:16,19
  195:3 198:6,19
  211:2 252:1
  270:22 295:3
Pakistan 10:7
  284:12
pancytopenia
  162:7
pandemic 10:24
pants 232:15
paper 64:13,24
papers 199:19
paragraph 72:6
  72:7,11,13
  227:9 228:12
  230:13 233:13
  233:21
paragraphs
  96:23 226:12
  226:13 233:12
paralegal 6:24
  7:2

paranoia 221:18
paranoid 191:6
  212:24 222:3
Pardon 232:19
parents 141:5
  208:11
Park 2:5
part 12:2 14:10
  24:18 34:17,19
  35:6 39:19
  45:9 50:8,15
  50:16,21 62:13
  65:19 66:14
  68:11 90:21
  97:23 105:9
  121:23 140:11
  144:21 156:10
  165:4 234:6
  246:10,24
  247:11 260:23
  275:3 284:5
  291:8
part-time 11:2
partially 17:17
participant 36:6
participate
  202:14 247:15
participated
  203:6
participating
  7:6 250:16
particular 13:6
  13:7 19:12,13
  40:24 58:24
  59:24 63:18
  154:1 190:12
particularly
  166:6 169:24
parties 296:13
parts 62:24
  218:5
pass 63:10
passed 282:23
passes 39:23
  46:4 165:12

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 23

| | | | | |
|---|---|---|---|---|
| **passively** 217:12 | 111:16 114:13 | 288:13,16 | 218:21 219:9 | **person's** 156:14 |
| **password** 63:14 | 114:13 115:4 | 292:2 293:3 | 219:11,22 | 292:15 |
| **Pat** 68:17 69:17 | 115:20 118:5,9 | **patient's** 12:4 | 221:10,16 | **personal** 81:21 |
| 176:6 279:11 | 118:17 119:10 | 19:2 22:19 | 222:10,14 | 160:4 176:17 |
| 279:14 280:2,7 | 119:15 122:2,2 | 24:20 50:1,2,3 | 223:20 235:6 | 196:10 283:18 |
| **patient** 11:2,13 | 131:11,23 | 50:15 52:1 | 235:13 241:16 | 283:20 284:16 |
| 11:15,19 12:4 | 134:1 138:9,12 | 55:16 56:7 | 243:2,24 | **personally** 61:9 |
| 12:14,15,16 | 139:12,22 | 62:13 114:10 | 245:21 | **persons** 54:11 |
| 13:7,22 14:7 | 143:10 148:11 | 114:16 115:9 | **peer's** 134:8 | 279:5 |
| 14:11,14 15:13 | 150:24 153:9 | 126:4 141:17 | **peers** 141:19 | **persuasion** |
| 15:24 16:3,3,4 | 153:21,23 | 164:1 185:3 | 153:22 176:11 | 121:11 |
| 17:11 18:16,24 | 154:18 159:18 | 241:17 | 182:22 200:17 | **pertaining** 1:17 |
| 19:8,8,16,18 | 159:19 160:1,5 | **patients** 12:10 | 202:15 218:2 | 68:6 72:15 |
| 19:19,20,21 | 164:7 174:14 | 13:3 16:7 | 221:18,19,19 | 97:4 |
| 20:2 21:7,16 | 174:19 175:2 | 17:24 18:23 | 221:20,22 | **Peshawarin** 10:7 |
| 21:18,19,21,23 | 181:18,20 | 20:4 34:18 | 243:5 | **petition** 192:3 |
| 22:6,10,11 | 182:8 184:22 | 36:23 38:10,16 | **penis** 113:16 | **Pharis** 78:18 |
| 24:19 34:23 | 186:2,3,13 | 42:9 59:22 | 185:9 233:8 | 79:1 92:21 |
| 35:11 38:13,17 | 190:24 191:13 | 62:12 63:18 | **people** 7:5 8:14 | 93:16 94:12 |
| 39:22 40:21,24 | 191:16,20 | 64:11 77:1 | 33:19 37:3 | 109:3,5,14,20 |
| 41:5,9,20 43:4 | 192:2,4 207:23 | 87:9 95:5,6,8 | 40:6 90:16 | 109:23 281:20 |
| 43:24 44:3,4 | 212:20,24 | 95:11 114:8 | 98:3 109:14 | **phase** 210:10 |
| 44:14,18,23 | 213:2,14,19 | 116:6 118:6 | 111:3,19 151:4 | **philosophy** 36:1 |
| 45:4 46:4,18 | 216:21 217:22 | 122:6 143:14 | 151:4,11 | **phone** 171:9,24 |
| 46:22 47:2,22 | 218:14 219:6 | 143:18 158:2 | 158:16 279:18 | 179:1 184:20 |
| 48:14 50:5,12 | 220:16 221:22 | 159:12 168:19 | 280:4 | 185:3,15 |
| 50:22,23,24 | 222:10,16 | 181:12 188:9 | **performing** | 208:11 237:8 |
| 51:15,17 56:17 | 223:19,23 | 199:24 202:24 | 131:11 254:13 | **physical** 14:10 |
| 57:20 58:6,8 | 224:7 227:19 | 217:8 221:20 | **period** 41:3 70:2 | 131:24 222:16 |
| 58:10,22 59:4 | 227:20,23 | 242:5 249:24 | 93:11 139:20 | 227:17,18,23 |
| 59:7,24 62:20 | 228:17 232:16 | 250:2,17,19 | 178:23 179:8 | 227:24 228:7 |
| 72:16,17,22 | 233:22 234:19 | 283:6 285:4,8 | 179:12 190:12 | 233:18 241:19 |
| 73:16 78:6 | 239:9 241:15 | 287:21 288:4 | 199:1 202:19 | 245:20 |
| 79:9,17 80:3 | 241:18 242:1,2 | **pause** 7:24 39:6 | 202:22 209:19 | **physically** 228:9 |
| 80:14,18,21 | 242:3,6,8,16 | **PC** 2:3,9 | 216:22 256:11 | **physician** |
| 81:9,16,17 | 242:18 243:23 | **PCP** 146:16,21 | 259:5 286:1,9 | 146:16,17,22 |
| 82:4,15 83:14 | 244:3,8,8 | **peer** 132:1,24 | 287:12 288:14 | 146:24 149:6 |
| 83:20 84:2 | 246:4,21 | 133:8,9,13,15 | **periods** 60:16 | 168:20,22 |
| 89:16 91:1 | 249:23 250:15 | 133:22,23,24 | **permanently** | 169:3,13,22,24 |
| 93:10 96:16,19 | 253:6 257:16 | 134:3,4,6 | 247:16 | **physician's** |
| 98:13 100:24 | 264:10 265:5,8 | 137:1,3 152:18 | **permit** 235:5 | 150:21 163:19 |
| 101:6,15,18 | 265:11 266:10 | 177:10 202:16 | **person** 61:12 | 170:8,19 |
| 103:18 104:9 | 269:4 272:17 | 213:12,20 | 196:20 209:14 | **physicians** |
| 104:13 106:7 | 277:11 278:4 | 217:21 218:6 | 245:23 266:17 | 146:20 |
| 108:16 111:11 | 283:13 285:18 | 218:12,14,16 | 292:16 | **physiologic** |

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 24

173:3
**pick** 178:19
 195:13
**picks** 220:12
**picture** 19:7
**Pinel** 11:1 62:21
 62:22 284:14
**pinpoint** 82:6
**PIP** 26:19
**place** 32:22
 135:4 217:6
 244:11 247:17
 288:21 289:19
 295:3 296:9
**placed** 161:21
 176:19 177:17
 225:3 231:2
 235:4,6
**placement**
 239:11
**places** 193:7
**placing** 194:9
**Plaintiff** 1:4,9
 27:5 54:13
**Plaintiff's** 52:17
 54:17,22
**Plaintiffs** 2:7,12
 6:9,13
**plan** 11:18 13:4
 13:8,12 40:21
 40:22 50:11
 51:12 62:23,23
 63:1 145:22,24
 157:1 161:8
 165:24 168:15
 182:13,24
 191:23 199:17
 283:12
**planning-chart**
 131:22
**plans** 38:9 63:18
 283:10
**play** 50:21
 242:18
**playing** 164:2,6

164:8,12 172:5
174:4 182:23
186:12 198:2
230:16 241:15
242:1 243:12
**please** 6:4 8:9,19
 10:3 11:7 17:3
 24:13 26:24
 70:21 117:23
 119:24 161:18
 288:24
**point** 18:18
 20:12 27:23
 43:17 57:10
 66:13 82:14
 95:7 117:16
 122:11,14
 126:13 137:16
 167:18 170:9
 173:22,23
 192:14,22
 199:9 202:19
 220:15 247:4
 258:7 264:23
 268:1 280:19
 288:18 291:24
**pointer** 89:2
**pointing** 86:15
 130:19
**points** 55:1
**police** 74:11,14
 74:21 75:7,21
 77:14 79:7
 86:10,12,24
 90:14,20 94:12
 97:10 98:10,10
 103:10 114:7
 114:21 115:14
 116:5,9,17
 121:7 256:20
 258:8 261:18
 261:21,22
 263:15
**poor** 222:17
**portion** 47:5

**portions** 88:7
**position** 11:22
**positions** 281:21
**possibility**
 113:24 114:3
 247:13 291:17
**possible** 32:18
 116:24 147:10
 147:12 181:16
 181:22 264:3,4
 270:11 275:20
 288:11,15
**possibly** 24:23
 119:1
**posting** 261:12
**postings** 254:11
**posturing**
 218:22 219:23
 219:24
**potential** 173:19
 261:9
**potentially**
 126:3
**practically**
 249:17
**practice** 284:5
**practicing**
 167:22
**precaution**
 177:15 194:14
**precautions**
 44:11,19
**precisely** 103:7
 103:21
**predisposed**
 18:2
**premises** 260:8
 260:21 264:3,6
 265:12 268:22
**preparation**
 56:23
**prepare** 60:7
 64:9 65:1
 202:15 240:18
**prepared** 55:10

55:18 87:13
94:14 142:22
143:20 147:7
148:18
**preparing**
 148:12 226:15
**preprinted**
 216:14
**presence** 261:10
**present** 3:11
 19:8 168:23
 188:6,8 223:24
 275:13,14
**presented**
 137:13 199:18
**pressure** 16:4,19
**presumably**
 140:13
**pretty** 40:17
 220:18 241:23
**prevent** 34:24
 35:8 36:8
**prevention**
 34:17,19,20
 35:6 145:22
**prevents** 38:2
**previous** 133:1
 171:17 296:3
**previously** 85:19
 290:24
**primarily** 11:12
 14:9,12,18
 16:22,24 18:5
 18:17 21:5,7
 22:18
**primary** 146:17
 146:20,21,23
**print** 152:4
**printed** 65:20
 296:6
**prior** 11:16
 24:17 64:12
 92:23 129:22
 144:3 172:9
 183:4 190:5

233:7 283:8
**privilege** 136:24
 232:11
**privileges** 10:13
 41:7 137:15
 239:8
**PRN** 223:23
**probably** 7:16
 66:20 92:16
 178:10 204:21
 237:7 266:4
**problem** 18:12
 18:21 21:10,13
 24:7 26:20
 49:24 50:4,7,9
 50:11 51:8,9
 51:10 57:12
 131:20 143:5
 151:2 164:20
**problems** 17:13
 17:20 182:22
**Procedure** 1:16
**procedures**
 147:18
**proceeded** 47:21
**proceedings**
 27:14 106:18
 189:5 270:16
 287:7 296:7
**process** 39:24
 46:6 49:20
**processed** 49:14
**produce** 66:14
 66:16
**productive**
 156:4
**professional**
 10:4 269:18
**professionally**
 285:9
**Profit** 120:19,23
 124:11
**program** 10:21
 69:9 239:20,24
 240:4 246:6

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.        July 25, 2022

Page 25

250:15
**progress** 12:9,16
  24:20,20 26:22
  28:18 29:23
  50:3 51:16,18
  56:14 129:1,2
  132:20,21
  141:18 143:7
  145:19 146:4
  146:13 155:22
  164:23 174:9
  202:9 217:20
**progressing**
  14:14
**prompt** 223:22
**prompting**
  165:9
**proper** 191:4
**properly** 201:18
**prosecutor**
  24:23
**protect** 103:17
  288:2
**protective**
  156:15
**provide** 54:10
  54:23 60:2
  76:5 79:7
  144:16 173:3
  192:5 269:10
**provided** 19:12
  45:20 60:11
  74:11 89:21
  137:11 201:12
**provider** 143:21
**provides** 79:7
**providing** 50:22
  75:6,9,14,24
  173:11 230:19
**provoking**
  221:19
**psych** 225:18
  226:4 284:9
**psychiatric** 9:9
  10:5,18 11:15

17:11,17 18:7
18:8,12 22:17
54:12 55:24
56:20 64:4
65:7,14 66:2
71:9 173:3
193:16 216:10
**psychiatrist**
10:13 11:3,9
11:11 41:8
43:3 58:10
68:16,17,24
69:17 73:6,11
95:1 138:18
145:9,12
148:11 153:20
154:22 161:12
180:11,18
189:19 198:8
199:5 207:22
209:4 214:15
214:20 215:13
216:4 224:13
234:12 244:21
247:7 275:12
275:15
**psychiatrist's**
198:24
**psychiatrists**
105:12 287:17
**psychiatry** 147:2
**psychological**
226:22 227:1
**psychologist**
12:1 13:14
15:10 68:17
69:17,18
180:23 182:4
182:12,15,17
183:10,13,18
209:6 210:17
279:12,24
**psychologists**
287:17
**psychology**

176:6 183:5
280:14
**psychosis** 19:11
177:2,16 192:1
195:15 196:9
214:6 224:8
**psychotic** 18:17
18:22 19:1,4,8
19:17 20:3
155:8 166:15
210:10
**psychotropic**
14:17
**Public** 295:19
**pulled** 187:3
**punch** 151:12
**punched** 220:12
**punishment**
156:15,18
**purpose** 78:12
**pursuant** 1:15
**pursuing** 239:8
**pushed** 134:7
199:19
**put** 27:11 30:17
31:24 88:5
128:15 129:23
174:19 177:4
196:12 254:10
281:8
**putting** 88:14
131:9 221:13
234:4

------

**Q**

**qualifications**
10:4
**qualifying**
181:23
**query** 122:21
**question** 7:21,24
8:1,7,16,17 9:7
12:8 13:16
17:4 24:4
27:11 30:20

34:14 36:2
41:19 42:22
43:1,2 46:3,11
46:13 49:20
56:12 59:13
64:20 65:2,21
65:22 68:3
75:12 78:22
80:2,24,24
81:22 93:1
98:19 99:5
100:5 102:3
104:1,10
112:14,21
113:3,19
115:11 119:7,8
119:23 121:6
123:22 125:10
125:18 135:6
139:2 143:13
147:20 172:24
181:6 200:14
200:15 207:17
225:6 236:4,5
237:15,24
238:1,3,9,10
247:14 248:4
252:13 259:3,6
259:18 262:8
266:9 269:22
269:23 279:3
279:16 281:5
284:15 288:24
289:4,11
292:20
**questioned**
102:16 165:17
201:15
**questions** 23:12
39:19 54:9
55:6 107:19
115:2 173:7
282:2 290:6,10
292:5 293:15
**quick** 252:15

290:8 292:6
**quickly** 79:11
90:4 141:23
189:11 192:14
210:23 250:18
278:22 290:6
**quite** 8:1 16:24
30:24 49:1
103:6
**quotations**
32:15
**quote** 34:4,5
140:12 232:14
**quotes** 29:13
36:6

------

**R**

**Rachel** 28:15
29:14,20 30:5
32:24
**raised** 151:14
**Randolph** 2:9,15
3:4 6:8
**Randy** 25:20
27:21 39:6
290:23
**range** 14:24
25:22 26:1
**RAOUL** 2:14
3:3
**ratio** 78:6
**Reach** 178:20
**reached** 41:5
**reacted** 222:11
**read** 22:4 27:2
35:10 53:7
72:7,10,12,13
77:4 79:10
84:6 85:7
87:23 90:6
96:22,22,24
97:2,13 98:6
99:1,5,7,9
100:21 104:5,7
107:22,23

HURT and OWENS v. JAVED, et al.    No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.    July 25, 2022

Page 26

117:22 119:22
119:23 121:2
131:15 133:12
136:5,6 143:6
146:3 150:4,11
150:15 151:6
157:4,5 163:23
174:16 189:21
189:23 190:21
220:17 221:5,7
236:1 238:8,18
243:8 244:12
246:8 254:8,20
280:24 295:1
**readable** 220:22
**readily** 21:15
**reading** 28:3
79:13 88:1,3
91:17 97:17
101:20 118:10
131:4,17
147:19 149:10
150:9,19
185:21 186:22
190:24 207:13
219:10 221:6
254:18,19,21
296:10
**ready** 41:6 46:18
47:22 220:4,4
**real** 290:8
**really** 7:5 8:4
46:12 50:19
138:2 151:6,18
157:22 159:2
172:11 174:16
187:21 193:1
252:14 278:22
279:17
**reason** 37:17
42:11,18 57:15
76:17 78:7
103:14,18
105:2 118:8
128:12 144:9

156:22 161:20
166:20 167:19
176:15 182:18
224:20 241:19
269:20 274:20
291:8 292:10
292:21
**reasoned** 20:4
**reasoning** 33:11
123:7
**reasons** 136:23
**Rebecca** 84:19
251:14 286:21
**recall** 45:7,22
46:1 47:24
48:4 52:19
53:12,18 55:14
58:13 61:18,21
70:10 73:22
74:1,13,24
77:21 80:3
81:1,3,4 82:16
91:23 92:6
95:10 96:16
97:6 105:21
107:7,13
109:19 120:4
121:5 123:4,21
124:4 127:5
138:8 140:23
141:3,10,15
161:20 166:2,8
166:19,23
167:17 168:5
169:17,18
171:9 182:19
184:13 188:19
188:22 208:15
208:21 215:5
217:6,12,14,15
246:15,16
247:18,19,21
248:5,9,11,12
248:16 249:5
251:12,17

252:8,16
253:12,19
254:18 255:1
255:18 256:14
258:8 263:6
267:7 268:5
273:10 274:7,9
275:10 276:20
276:24 277:2,5
278:14,19
**recalling** 124:11
**receipt** 179:1
**received** 42:18
86:20 134:22
136:10 171:7
179:3 185:2
232:10 263:12
**receiver** 220:14
**receiving** 136:24
**recess** 39:15
128:1 210:20
**rechallenge**
162:9
**Recipient** 129:6
**reciprocate**
292:19 293:7
**reciprocated**
122:22 291:1
292:11
**reciprocating**
123:9,13 293:4
**reciprocation**
125:14
**recollection**
60:18 74:20
139:15 260:17
262:11 263:23
274:19 275:2
**recommendati...**
35:15 36:1
40:1,7 41:3
47:8,11,15
48:14 49:7,11
49:13 106:14
257:22 258:6

267:11,13,24
268:17,19
269:1,2,11,15
270:12
**recommendati...**
23:11 35:23
47:19 146:1
**recommending**
22:9
**record** 6:4,20
7:6 8:20 39:16
59:21 62:13
65:19 66:24
67:6 88:5,15
92:16 116:2
128:3 173:13
210:21 221:8
229:13,16
234:13 296:7
**recorded** 171:3
**recording** 76:4,6
76:8,12 84:9
**recordings**
74:10 254:13
254:14 261:16
276:22
**records** 11:16
13:3 43:21
55:9,14,16,18
55:21,22 56:7
56:9,14 57:1
57:16 58:2,16
59:3,6,7,13,14
59:15,17,19,20
59:21,24 60:2
60:8,9,19,21
60:24 61:1,3,4
61:6,11,23,24
62:1,1,7,8 63:5
63:13 64:1,3,8
64:13 65:1,4
65:19 68:6
94:23 179:5
**recovered**
261:17

**recovery** 156:11
196:13
**recreational**
156:24
**redacted** 89:23
89:24
**redactions** 88:9
**redirected**
242:23
**reduced** 36:17
296:6
**refer** 24:4 92:24
**referred** 137:16
140:14
**referring** 66:3
81:12 114:17
140:22 171:2
179:24 194:19
**refiled** 135:3
**reflects** 76:9
**refresh** 74:19
87:24 139:14
**refreshed**
139:21
**refused** 186:3
191:16
**refusing** 191:8
**regain** 35:21
**regarding** 79:9
146:18 201:8
201:23 223:7
**regular** 121:23
160:22 203:15
**regularly** 168:10
239:21 248:1
**reiterate** 173:23
**reiterated**
196:12
**relapse** 34:17,19
34:19,24 35:2
35:6,9 36:8,10
36:17 38:2
145:22 165:21
**relate** 54:21
187:1,6,11

HURT and OWENS v. JAVED, et al.　　　　No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.　　　　July 25, 2022

Page 27

231:16,19
264:9
related 18:7
  101:10 111:17
  115:3 116:11
  116:12 136:11
  136:22 137:13
  171:10 179:19
  180:1 182:1
  184:1 202:7
  270:9 283:9
  291:18
relating 91:13
  97:10 124:10
  140:8 187:14
  257:16 265:4
relation 79:23
  168:6
relations 238:22
relationship
  84:17 254:16
  283:18,21
  284:16,17
  286:8,14,18,23
  292:2
relationships
  111:19 196:14
  288:12
relative 296:12
  296:12
relatively 155:8
relaxes 160:19
relayed 188:24
release 24:16
  40:16 46:5
released 195:20
  196:3
relevance 22:23
  23:4
relevant 10:1
  120:14 279:10
  279:21
religions 122:12
religious 121:11
  122:5

reluctant 158:14
remain 246:5
remaining 39:19
remains 245:21
remark 133:15
  133:16
remember 9:10
  45:13 74:18,22
  74:23 75:4
  82:13 120:4
  123:6 124:14
  166:6,12 167:6
  167:8,9,14,15
  167:21,23
  208:14 217:8
  226:15 229:10
  247:18 254:6
  256:10 267:3
  275:22,23
remind 155:24
  158:20
reminded
  132:24 161:3
reminder 127:22
remotely 1:19
repeat 41:19
  113:3 288:24
repeatedly 137:1
rephrase 75:12
  237:23
report 12:6,12
  12:13,17,19
  21:15 25:2,4
  29:7 32:14
  40:12 49:13
  67:11 72:3,15
  72:20 80:15,16
  81:15,24 82:9
  82:15 83:7
  86:4,11,20
  87:6,12,16,18
  87:19,24 88:24
  89:22 90:4
  91:9 95:23
  96:1 97:3

111:1,7 114:6
  117:15 182:1
  184:18 189:9
  200:23 226:16
  228:24 229:2
  234:9 235:2
  239:4 240:8,17
  240:18,23
  252:4,11
  253:15,23
  254:1,9,22
  255:15 261:4,4
  261:11 262:7
  267:1 271:10
  272:1 274:2,24
  275:4
reported 3:18
  133:2,8 134:5
  166:3 177:10
  179:17 199:22
  217:19,20
  218:6,11
  253:14 254:4
  289:19 293:3
  296:6
reportedly 134:4
reporter 1:18
  6:3 7:18,21
  296:1,20
reporting 27:3
  32:19 111:11
  114:1 141:4
  222:15 230:1
  259:24 293:5
reports 11:22
  87:8,17 225:23
request 46:16
  59:18,23 61:1
  66:14,15 67:20
requested 59:14
  60:8 61:10,15
  165:5 186:1
  191:10
requesting 61:6
  185:11

required 25:3
  44:22
requirement
  44:13 45:1,2,3
  45:9
rescheduled
  283:1
reservations
  268:16
reserve 293:16
reserved 160:18
  160:19
residency 10:9
  10:11
respect 54:10
  75:17
respective
  218:11
responded 125:3
  202:3 264:20
responding
  20:23 191:18
  191:20 192:4
responds 33:14
response 60:8
  68:11,12 115:1
  139:2 179:20
  181:4 183:24
Responses 52:17
responsibilities
  11:8,9
responsibility
  11:14
responsible 14:1
  54:11,16
rest 11:17
  186:18 188:9
restraint 227:10
  228:2
restraints
  227:13,16,17
  227:18 228:3
  228:15
restricted
  265:18 266:13

restriction 223:6
  223:12,15
  224:21 225:5,9
  276:20 277:1,8
  277:22
result 17:6
  156:13 231:2
  265:11
resulted 137:17
  140:15
retain 59:4,4,6
retained 68:6
return 61:24
  185:14 202:16
  262:17
returned 259:17
  262:19
reverse 135:9,12
  143:1 270:24
  271:2
review 11:15
  12:3 55:21
  56:22 59:12
  88:22 89:2,12
  139:11 145:13
  148:13 150:2
  160:20 161:14
  184:15 272:7
  272:10
reviewed 43:21
  64:2 144:12
  159:17 162:18
reviewing 13:3
  58:16 88:5
  144:15
reviews 48:17
rid 41:12,21
  42:24 57:21
  58:7
Ridge 2:5
right 9:21 13:19
  17:18 18:9
  21:23 22:3
  30:12,15 31:6
  31:19 32:2,4

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                     July 25, 2022

Page 28

| | | | | |
|---|---|---|---|---|
| 33:2,6,21 34:2 | 164:16 168:11 | 276:6,15 | 270:8 | **safe** 20:5,6 288:5 |
| 36:21,22 37:22 | 169:14,16 | 277:14,18 | **ROR** 224:4,6 | **safety** 114:11,16 |
| 38:3 42:16 | 170:2,4 171:5 | 278:1 285:15 | 276:9,9,15,18 | 115:5,9,10 |
| 43:24 46:1 | 171:22 172:6 | 287:14 288:8 | 278:11 | 119:15,16 |
| 51:16 54:6 | 175:16,23 | 292:12,23 | **RORs** 276:6 | 244:4,16 |
| 58:3 62:21 | 176:4,9,20 | **right-hand** 28:1 | **Rory** 3:12 6:21 | 245:20 288:2 |
| 65:11 69:23 | 177:19,20,24 | **rights** 223:7,13 | ▅▅▅▅▅ 72:16 | **SAITH** 294:3 |
| 73:11 82:3,12 | 178:11 179:14 | 224:21 225:5,9 | 72:18 73:2 | **Sandoval** 98:21 |
| 83:21,23 86:6 | 180:7,13,18 | 276:20 277:1,8 | 79:9,23,24 | 98:23 |
| 89:5 90:9 91:7 | 181:1 183:23 | 277:22 | 80:3,14 81:2 | **sanity** 33:11 |
| 93:13 97:19 | 192:8 193:2,12 | **risk** 41:17 | 84:13,17,22 | **Sat** 186:8,10 |
| 100:9 101:19 | 193:19 194:18 | 227:10 228:12 | 89:17,23 91:3 | **Saturday** 275:6 |
| 103:16,20 | 196:22 197:14 | **RK** 132:24 | 92:4 93:9 94:6 | **save** 64:18 98:20 |
| 110:9,23 111:1 | 197:21 198:6 | 133:22 | 94:13 251:19 | 169:7 |
| 111:7 112:24 | 203:19 204:8 | **RN** 154:4 161:11 | 254:16 286:15 | **saving** 107:24 |
| 113:12 114:15 | 206:16,24 | 175:20 195:6,6 | 286:22 | **savvy** 62:17 |
| 114:22 117:18 | 207:2 209:1,20 | 201:2 243:22 | ▅▅▅▅▅ 85:2 | **saw** 83:7 147:24 |
| 117:20 119:16 | 210:1 212:18 | **Robert** 271:11 | **routine** 146:4,7 | 159:24 161:21 |
| 121:16,21 | 212:21,21 | **rolling** 117:8 | 155:4 159:6 | 209:3,6,8,11 |
| 124:19 125:9 | 214:1,11,23 | 198:2 | 161:9,16 162:5 | 251:4 |
| 126:5,22 | 215:5,11,18,23 | **Roman** 96:22 | 162:11 163:4 | **saying** 28:9 34:6 |
| 129:15,24 | 216:6 217:6 | **romantic** 126:3 | 174:14,19,22 | 46:12 58:4 |
| 130:18 131:6,7 | 219:7 222:20 | 196:13 291:5 | 175:4,18 | 60:18 76:9 |
| 131:12 132:3 | 222:21,24 | 292:16 | **routinely** 176:1 | 82:10 97:18 |
| 134:10,12,15 | 223:3 224:14 | **room** 7:1 91:7 | **rude** 64:19 | 113:12 121:17 |
| 134:18 135:13 | 224:18 225:7 | 133:3 158:15 | 237:13 | 138:10 141:7 |
| 135:17 138:6 | 225:10 227:19 | 164:2,7,12 | **rule** 18:11,13 | 143:16 159:10 |
| 138:10,12 | 228:4,24 | 165:5 168:20 | 44:21 | 160:2 167:9,14 |
| 139:22 140:9 | 229:14,18,23 | 168:21,23,23 | **rules** 1:15 7:16 | 167:15 170:9 |
| 141:21 142:9 | 230:10 231:9 | 169:3,13,15,19 | 8:18 | 174:6 178:18 |
| 142:15 143:2 | 231:12,24 | 169:22 170:3 | **ruling** 118:6 | 181:3 236:23 |
| 145:12 146:6 | 232:3,5 234:18 | 172:5 174:5 | **rumor** 100:3 | 242:24 247:10 |
| 147:2,16 | 235:2,15,19 | 188:3,5,5,10 | 103:13 | 261:11 263:14 |
| 148:18 149:23 | 237:20 239:16 | 188:23 190:24 | **rumored** 99:19 | **says** 28:15 29:22 |
| 150:17 151:21 | 239:18 240:18 | 191:1,7 200:11 | 100:12 | 30:11,18 31:9 |
| 152:11,15 | 240:21 241:21 | 213:2 217:21 | **rumors** 101:10 | 31:14 32:5,23 |
| 153:14 154:2 | 242:11,12 | 218:2,3,4,10 | 114:5 115:2 | 33:9 35:11 |
| 154:12,23 | 243:13,21 | 218:18 219:14 | 116:10,11 | 36:11,19 37:1 |
| 157:8 158:17 | 244:16,21 | 219:17 221:11 | **running** 146:6 | 57:2 68:1,11 |
| 158:20 159:3,3 | 245:4,10,24 | 221:13,14,21 | 210:23 | 68:13 71:17 |
| 159:20 160:11 | 246:23 247:14 | 241:16 253:8 | **rushed** 219:3 | 72:2,6 73:13 |
| 160:14 161:9 | 249:18 250:5 | 254:12 261:16 | 220:10 | 73:14 74:17 |
| 161:14 162:5 | 251:2 271:23 | 262:12,15 | | 76:11,12 79:13 |
| 162:11 163:11 | 272:18 273:6 | 265:17,22,24 | **S** | 84:7,11 86:4 |
| 164:4,6,9,15 | 274:18 275:18 | 266:2,6,12,14 | **S** 2:9 5:1 30:4 | 86:18 87:14 |

LISA A. KOTRBA & ASSOCIATES, LTD.
312-855-1834

Case: 1:17-cv-07909 Document #: 218-7 Filed: 09/15/22 Page 326 of 336 PageID #:3095

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 29

89:2,5,11
90:12,12 91:10
95:21 97:14
98:11 99:10,24
100:1,7 105:18
107:20 108:7
108:11,24
118:1 120:2
129:5,6 130:2
130:14,19
131:1,3,21
132:5 134:11
135:9,10,15
136:9 137:5,8
139:3 145:8,20
147:6 148:2
150:23 151:23
152:17 153:11
155:4,21
157:10,13
160:16 161:2
162:21 164:22
173:14 174:13
174:14,18
176:4,10
177:14 178:19
179:7,16
180:15 183:24
184:19 185:17
192:10,18
194:16 196:11
200:10 202:1
203:5 212:1,6
212:22 213:13
213:18 216:12
219:20 220:6
223:18 227:9
227:22 228:6
228:16 230:12
233:21 234:10
235:3,11 239:6
239:18 241:14
242:17 245:15
257:1 261:18
262:7 267:15

272:15 275:12
276:3,5 277:10
278:3
**scale** 18:16
**Schaefer** 3:15
7:2
**scheduled** 272:4
282:21,22,24
**school** 10:6
**scratch** 31:13,23
31:24 36:14
**scratched** 30:4
30:10 31:9,10
31:21 32:6,9
**screen** 52:5
128:6,7
**script** 156:6
**scroll** 25:19
27:22 52:14
57:8 161:18
172:18
**seal** 88:21 112:8
**Sean** 3:14 6:23
**search** 266:14
**searched** 254:12
255:16 256:1,7
260:19 261:15
261:16 262:13
262:15 265:18
265:22 266:1,2
266:6
**secluded** 167:12
**second** 16:16
25:16,18,21
26:4,21 27:11
74:4 106:16
119:18 127:9
129:20 133:9
136:4 178:14
189:3,10 224:3
224:16 231:12
256:17 270:14
277:20 287:5
290:4
**seconds** 39:7

**section** 272:13
**secured** 239:11
**security** 19:23
70:20 71:1,7
86:19 87:6,8
87:12,15 88:24
204:21 223:24
243:7 252:10
253:8 254:9
256:8 261:4
278:4 287:20
288:1
**sedated** 15:14
**sedation** 34:11
37:15
**seduce** 288:13
**see** 14:4,22 15:3
21:13,15,18
26:6 27:6,16
28:5,6 29:12
31:16 32:22
33:12 35:7
36:4,7,19
44:10,11,14,15
52:4,11 55:7
67:21 69:14
71:16 76:15
83:18 86:7,14
86:22 87:8,20
89:1,3,9,18
90:1,5 91:4
96:7 98:16
99:15 107:4
109:6 116:18
116:23 128:7
129:8 130:9,15
130:17,18
131:3 135:10
137:23 138:15
140:18 142:3
146:11,21
147:7 150:7
153:12 168:13
168:14,19,21
185:21 188:12

189:17,22
195:11 196:15
200:5,15,21
201:7 204:3,18
211:8,23
212:14 213:15
225:20 226:13
230:24 232:8
232:20 235:9
252:1 261:6
271:13,18
273:3
**seeing** 52:19
53:13,19 95:8
128:10 199:8
209:15 246:21
278:19
**seen** 7:10 44:20
45:5 51:4 53:6
53:9,10 71:22
71:23 85:24
87:3,5,10
95:13,24
166:18 167:16
169:5 183:4
196:19 208:5
208:22 209:2
**selectively**
191:17
**self** 41:16 167:12
**self-defense**
222:11
**send** 25:1 80:16
**sense** 8:8 12:6
185:20 222:2
**senses** 165:15
**sensibilities**
208:16
**sent** 25:4 42:10
42:12 61:7
**sentence** 35:10
37:14 45:10
89:9 185:20
189:22 239:5
**sentiments** 77:2

**separate** 201:8
270:19
**separated**
118:24 217:9
242:4
**September**
57:16 197:1,3
197:20,23
198:9,10 199:6
278:23
**sequence** 25:18
55:3,7 104:10
127:6 141:24
164:15 171:21
174:8 197:4
**series** 146:10
**serious** 151:10
**service** 53:16
131:11 143:21
144:17
**services** 3:13
6:22 10:12,18
12:14,20,21
56:21
**session** 102:13
126:18,21
145:21 155:23
157:13,14,15
157:21 158:6
158:10,11
160:14 162:14
162:19,22
165:11 195:22
198:14
**sessions** 38:14
38:17 104:16
126:19 143:6,9
157:2 158:4,4
161:8 166:1
172:14 181:12
181:18 182:20
208:1
**set** 46:8 52:17
107:10 241:6
278:17 296:15

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 30

settle 230:14
seven 52:15,22
  66:9 67:16
  68:1 95:17,20
  207:24 208:6
  209:3,15 210:6
  278:21
sex 85:12 103:4
  103:5 254:14
  254:15 276:22
  285:24
sexual 84:17
  85:3 227:24
  228:7,14,17
  231:6,22
  232:23 233:4,5
  233:9,18,22
  235:8,12,13,22
  238:4,12,22
  261:17 286:8
  286:14,17
  288:12 292:1
  292:16
sexually 73:15
  228:10 231:3
sexy 120:8
shake 8:5
shaking 207:11
share 101:13
  128:5 285:4
shared 102:17
  107:2 121:14
  122:7,12
sharing 52:5
  153:2
Sheryl 28:15
  29:14,20 30:5
  32:24
shift 87:15
  155:10,12,14
  158:24 159:6,7
  161:21 174:20
  235:5 253:24
shifts 253:24
  254:2 289:18

shirt 167:24
  168:2
short 98:7 119:7
  128:2 158:3,6
  239:7,15 259:5
shortest 250:3
Shorthand 1:18
  296:1,20
shout 79:12
shouting 245:8
shoved 134:2,6,6
show 25:17
  52:22 71:24
  94:23 96:3
  97:9 203:20
  223:5 251:9
showcase 250:15
showed 90:19
  281:1
showing 71:11
  128:14 157:3
  211:1 241:2
  270:18
shown 150:18
Shows 146:1
shrink 52:10
  189:12
shrinking 71:15
shrunk 96:7
sick 33:24 34:7,8
  36:12 37:5,6
sicker 34:9
side 7:4 14:16
  18:7 37:11,13
  129:17 135:11
  152:3 161:23
  190:16
sides 152:3
  190:15
sign 61:9,9
  63:16 135:11
  293:21
sign-in/sign-out
  61:2
signature 27:6

27:17,20,24
  28:14 53:21
  144:5,6 147:7
  148:1,3,5
  149:5,9 154:23
  192:7 211:20
  228:24 229:6,9
  240:12 245:2
  279:1 296:15
signatures
  147:14 148:20
  149:18
signed 29:19
  31:3 57:14
  134:19,20
  140:3,7 144:10
  145:16 147:15
  147:21 148:6
  148:18,23
  149:2 155:18
  160:11 161:7
  164:18,21
  197:13 199:20
  200:9 240:20
significant
  131:16 193:20
  211:16 276:1
signing 144:20
  229:10 296:10
signs 61:8
similar 102:8,11
  103:6,7 122:12
  136:7 153:6
  224:6
similarities
  102:24
similarity
  102:20 116:19
  116:23
similarly 145:16
simpler 24:9
single 207:7,19
singled 98:4
sister 284:11
sit 113:14

235:21 236:7,9
  236:13 238:3
  238:11 280:6
sitting 7:4
  217:13 218:10
  241:21
situation 20:20
  97:7 99:19
  102:9 103:11
  106:24 110:13
  110:17,22
  111:1 118:15
  137:17 140:15
  140:20 141:8
  194:20 243:7
six 44:13 45:6
  49:2,5 172:9
  183:3,10
  202:22 208:6
  250:1,3,6,16
  251:1 286:9
sizable 288:8
skills 222:7
sleeping 186:15
slightly 15:14
  46:3 192:20
smack 133:19,20
smaller 128:13
smell 217:23,24
  221:14
smelled 218:4
snacks 253:6
social 13:14 15:9
  15:18 23:9,20
  23:23 24:3,10
  26:16 27:19
  28:15,15,18
  29:10,23,24
  30:11,17,18,19
  31:9 32:5,7,18
  32:23 33:5,14
  34:18,22 35:3
  37:2 40:9,13
  40:14,19 68:18
  68:24 69:19

73:15,21 78:3
  79:16,18,20
  84:8,12,15,20
  85:1 98:12,15
  105:11,22,23
  108:9,13,18,19
  108:20 129:15
  130:9,10,11
  131:5,7,10
  136:9 140:1,12
  142:3,12,13,22
  143:8,17,20
  144:11,12,21
  145:2,24 146:7
  146:11 147:5
  148:2 152:16
  155:16 158:2
  160:10 161:3,6
  162:20,24
  165:2,3,8
  166:4,10 171:5
  171:14 172:2
  172:13 174:2
  177:22 178:2,6
  178:24 179:23
  180:13,16,17
  181:1,8,24
  182:1,5,10
  183:21 184:11
  185:15 192:16
  192:22 193:5
  194:21,23
  195:17,22,24
  196:8 197:11
  197:20 198:11
  199:9,15 200:1
  200:3,7,8,24
  201:3,5,20
  203:3,9,14,18
  204:4,5,7,20
  204:23 206:16
  206:19 207:1,7
  207:19,24
  208:1,13,18
  209:15,20,24

HURT and OWENS v. JAVED, et al.    No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.    July 25, 2022

Page 31

| | | | | |
|---|---|---|---|---|
| 210:5 215:16 | **SP-PREC** | 274:15 276:4 | 188:9 191:7,19 | 230:2,3 284:6 |
| 215:22 216:5,5 | 130:24 | **Springfield** | 191:20 209:8 | 284:8,9 |
| 244:24 245:13 | space 176:18 | 48:16 | 211:21 223:21 | **starting** 74:12 |
| 245:15 261:11 | spaces 166:18 | **squatting** | 223:21 232:12 | 76:22 143:6 |
| 280:14 287:18 | 168:9 187:23 | 218:22 219:23 | 242:4,6,22 | 277:16 |
| 288:7 290:19 | 187:24 | 219:24 | 243:5 248:1 | **starts** 225:16 |
| socially 137:12 | span 25:18 | Sr 30:5 31:18 | 253:3,13,14 | 229:17 270:20 |
| somebody 17:10 | speak 127:2 | 164:24 166:3 | 256:23 269:2 | state 1:19 2:14 |
| 17:11,22 42:6 | 188:23 | 179:17 185:2 | 269:18 288:20 | 3:3 6:5 8:19 |
| 48:1 190:16 | speaking 44:22 | srandolphk@... | 289:7 | 10:5 74:11,14 |
| 243:12 257:21 | 137:21 141:1 | 2:11 | staffing 38:16 | 74:21 86:10,12 |
| 268:21 269:19 | 279:13 | **STA** 178:4 | 168:15 | 86:24 90:14,20 |
| somewhat 9:15 | special 177:15 | 194:15 204:22 | staffings 38:18 | 94:11 97:10 |
| 167:11 172:12 | 194:13 | 213:1 241:23 | stage 20:22 | 114:6,20 |
| 199:18 | specific 35:7 | 242:11,15 | stamp 163:14 | 115:14 116:5 |
| son 136:12,24 | 42:12 46:23 | stability 35:13 | 195:21 225:16 | 116:17 121:7 |
| 137:2,4,11,18 | 63:14 92:7 | 35:17,21 36:18 | stamped 25:14 | 261:18,21,22 |
| 140:15 179:18 | 105:2 182:11 | 41:2,12 52:1 | 66:21 71:18 | 263:15 296:1 |
| 185:12,23 | 273:15 287:10 | stabilize 35:16 | 85:20 95:21 | 296:20 |
| son's 185:5 | specifically | stabilized 21:1 | 211:3 241:2 | stated 33:10 |
| soon 117:6 | 36:11 91:1 | stabilizing 44:15 | 251:23 270:19 | 89:14 156:4,23 |
| sorry 12:18 | 167:15 170:20 | stable 20:7 | stand 26:19 | 160:21 162:19 |
| 21:11 23:1 | 187:19 208:23 | 33:19 36:23 | 45:12 130:5 | 165:4,13,20,20 |
| 27:9 28:2 | 272:14 | 37:3 43:6 | 131:18 132:6 | 176:12 191:13 |
| 36:24 38:5 | specifics 217:8 | 44:18 150:3,17 | 132:19 176:23 | 194:18 200:12 |
| 57:11 66:18 | specified 296:9 | staff 15:16 19:22 | 243:1 | 218:3,21 |
| 78:23 83:2 | speculate 170:16 | 19:23,24 22:14 | standard 41:24 | 232:18 290:22 |
| 90:2 110:14 | speculating | 24:4,16 38:9 | 42:2 45:15 | 290:24 296:11 |
| 111:21 129:13 | 270:3 | 54:15,18,19,19 | 145:11 | statement 37:9 |
| 136:19 138:10 | spell 8:19 101:7 | 74:10 98:1 | standing 169:19 | 54:1 98:16 |
| 141:6 150:10 | spelled 109:5 | 103:15,17 | 169:24 191:1 | states 1:1,16 |
| 150:13 157:4 | spend 44:2,6 | 105:11,16 | 242:21 | 92:16 156:21 |
| 161:19 199:11 | 98:14 104:17 | 106:8,13 115:9 | stands 26:20 | 160:18 |
| 202:12 207:11 | spending 101:1 | 118:21,22 | 45:14 46:2 | stating 164:24 |
| 208:7 214:14 | 101:17 102:1 | 119:4,15 133:1 | 63:3 146:16 | 194:17 196:18 |
| 230:6 243:18 | 102:20,21 | 150:24 154:17 | 176:21 | station 168:21 |
| 243:21 245:17 | 104:11,21 | 155:4 165:2 | **Star** 87:13 | 169:4,12,22 |
| 249:20 255:23 | spends 102:15 | 166:5 167:1 | start 7:8 8:1 | 170:8 194:17 |
| 266:21 274:3 | spoke 79:1 | 169:1,4,23 | 22:3 194:3 | status 50:3 |
| sort 44:19 146:3 | 126:15,24 | 170:23 171:5 | 196:3 212:10 | stay 16:5,9,10 |
| 158:14 163:4 | 178:20 179:10 | 171:14 172:2 | 213:4 256:12 | 36:16,20 37:9 |
| 210:8 267:24 | 186:13 264:23 | 173:14 174:3 | started 73:23 | 246:11 |
| **Sounds** 241:20 | spoken 282:3,8 | 175:22 180:16 | 74:1 82:14 | staying 174:12 |
| source 60:14 | 282:13,16 | 180:17 181:24 | 172:12 213:20 | 201:18 |
| **South** 2:4 | sports 273:24 | 182:3 187:15 | 219:23 221:16 | stenographica... |

LISA A. KOTRBA & ASSOCIATES, LTD.
312-855-1834

Case: 1:17-cv-07909 Document #: 218-7 Filed: 09/15/22 Page 329 of 336 PageID #:3098

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:   HASINA JAVED, M.D.                      July 25, 2022

Page 32

296:6
**step** 47:23
    250:19
**Stephanie** 3:15
    7:1 290:8
**stepping** 192:23
**stimuli** 191:21
**stipulate** 92:3
**stitches** 16:14
**stood** 218:19
    219:15
**stop** 173:10
**stopping** 192:23
**stores** 62:19
**storing** 63:5
**story** 91:13
    92:10 115:3
    116:12
**stranded** 284:12
**strange** 185:13
    193:8
**street** 2:15 3:4
    100:8
**strict** 118:6
**strictly** 16:1,22
    16:24 17:14
    21:5 22:18
**strike** 107:18
    219:2 220:8
    285:22
**stroke** 16:3
    18:19
**struggled** 230:14
**stuff** 122:6
    126:20 146:18
    221:12,21
**stumbling** 138:2
**subject** 39:20
**submit** 49:15
**Subpoena** 26:1
**subscribe** 295:4
**SUBSCRIBED**
    295:15
**substance** 47:2,5
    127:23 239:22

240:3 246:6
    251:5
**substantially**
    29:7 138:3
**suffice** 51:22
    94:20 272:12
**suggested** 22:5
    284:21
**suggesting** 22:2
    37:12 63:3
    122:8 148:8
    181:24 183:4
**Suite** 2:4
**summarized**
    172:16
**summarizing**
    195:7
**summary** 10:3
    86:9 88:17
**summer** 94:22
    291:23
**Sunday** 275:7
**supervise** 290:14
    290:16,19
**supervising**
    149:1
**supervisor** 38:7
    38:13 105:24
    108:21,23
    110:20,21
    117:4,9 118:2
**supervisors**
    117:19
**supervisory**
    54:18,21
**Supplementary**
    86:4
**support** 192:6
**supposed** 31:23
    51:24
**sure** 14:13 15:23
    18:13 20:5
    24:15 27:24
    31:2 48:13
    49:12 55:7,11

55:13,20 56:13
    57:19 60:5
    61:22 64:17,20
    67:20 76:8
    79:10,12 83:21
    83:22 91:19,24
    92:2,15 102:5
    103:17 106:22
    112:9 113:4
    125:10,20
    131:17 133:4
    138:16 144:13
    145:5 148:10
    149:10 163:21
    171:17 185:20
    193:17,18
    197:10 210:23
    211:15,19,20
    220:20 221:2
    237:15 240:11
    251:8 259:24
    260:15 263:13
    263:21,22,23
    266:7,24 288:4
    291:7,16
    292:10,22
    293:2
**surprised** 280:4
**suspect** 269:14
    269:24 291:24
**suspecting** 270:1
**suspicion** 103:15
    126:9 270:10
**suspicions** 115:2
**suspicious**
    221:17
**SW** 26:14 31:3,6
    142:20
**sway** 194:11
**swearing** 6:6,10
**SWI** 33:2
**switch** 74:5
    139:1
**sworn** 6:2 9:3
    295:15 296:4

**symptom** 165:14
**symptomatic**
    43:11,13,14,16
    44:6,9,23
**symptoms** 17:9
    17:12,17 19:2
    19:5,22 35:20
    41:13,15 43:7
    43:18 159:10
    159:11 165:13
    221:23
**synopsis** 79:8,14
    90:7,12
**system** 289:18
    289:23

—————
**T**

**T** 5:1
**table** 128:20
    165:6,7,10
    186:8 218:9,11
**take** 7:18 8:4,12
    8:15 15:6
    34:10 39:9
    48:24 49:2,4
    49:21 55:5
    71:20 98:8,18
    103:16 106:6
    114:14 127:12
    138:14 173:6
    185:24 191:11
    218:8 244:11
    249:19,21
    250:19 288:21
    290:10 293:19
**taken** 1:15,17,19
    49:22 244:20
    296:8
**takes** 35:20 49:9
    191:4 250:1,16
    250:17
**talk** 7:20 19:20
    21:16 22:5,11
    23:14 24:16
    35:4,5 38:11

58:21 78:14,22
    98:21 106:23
    107:18 110:21
    112:2 127:23
    147:22,24
    148:22 165:20
    165:22 188:14
    188:17,21
    191:10 248:20
    282:19
**talked** 80:10
    92:20 93:16,20
    104:8,12
    105:19 106:20
    108:8,18
    109:10,18,21
    109:23 110:2,5
    110:8,9,12,16
    126:18 127:6,7
    133:8 152:14
    156:7 165:3
    195:19 196:2,6
    199:21 225:15
    283:3,6
**talking** 8:2
    29:18 34:22
    40:2 51:1
    76:19 91:2
    93:3 94:19
    99:18 100:6
    121:9 124:9
    153:6 163:1
    226:20,24
    258:8 264:17
    268:10
**talks** 201:20
    222:5
**tangential**
    184:24 185:1
**tangentious**
    184:23
**taped** 79:17
**targets** 46:9
**taught** 37:24
**teach** 38:7

HURT and OWENS v. JAVED, et al.                    No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                  July 25, 2022

Page 33

teaching 38:8
team 11:18,23
  11:23,24 12:2
  12:6 13:9,10
  13:13 15:12
  20:18 36:2
  40:3,5,11 41:4
  46:6,15,17,19
  47:9,12,18,21
  48:1,6 50:1,9
  50:13,14,16,17
  51:2,6,7 68:12
  132:9,12
  148:12 165:21
  201:8 202:7
  239:7 246:3,10
  266:19,22
team's 47:17
  49:10,16,19
teams 55:4 63:9
Ted 279:23
tell 11:7 28:13
  37:18 39:3,21
  43:15 72:19
  94:3 100:23
  103:12 123:8
  171:12 186:15
  263:22
telling 39:2
  114:20 166:9
  166:19 208:15
  212:9
tells 36:10
  262:11 263:23
temporary
  215:1
ten 256:11
  269:16 287:11
  288:13
tend 217:2
tension 132:23
  222:2
term 16:6
terms 88:17
  135:16 137:21

141:2
testified 9:3
  48:11 112:19
  116:20 119:3
testify 48:6
  296:4
testimony 25:2
  75:23 101:22
  115:13 264:22
  296:7
text 257:21
  267:11 268:4,6
thank 9:6,13
  11:21 26:2
  71:10 80:23
  103:20 128:21
  133:7 136:16
  136:21 207:14
  293:20,23,24
  294:2
thanks 28:7
  39:14 57:10
  293:15
therapeutic 21:2
therapies 184:12
therapist 12:2
  13:15 15:10
  84:24 105:14
  106:15 119:3
  150:23 180:21
  182:3 286:21
therapist's
  181:15,19
Therapist/AT
  84:19
therapists
  181:11,17
  209:11
therapy 19:23
  182:16 183:6
  183:13,17
  204:21 210:9
  210:11,17
  287:20
Thiem 239:7,15

249:14 250:22
  278:1
Thieming
  249:17
thing 72:19
  81:16 98:7
  111:13 126:8
  131:17 220:17
  241:24 258:5
  263:24
things 14:6 16:7
  16:16 23:8
  34:23 46:24
  51:23 100:6
  144:1 156:18
  160:24 177:13
  196:20 288:10
  289:19
think 8:18 17:7
  33:19 37:3
  38:23 41:12,20
  43:5 45:1,8
  46:22 57:4
  60:4,5 66:15
  66:23 67:18
  70:11 73:5
  75:1 82:12
  83:3 84:10
  86:11 88:13
  93:18 94:22
  95:17 99:23
  100:5 101:9
  102:11,24
  108:14 109:16
  111:5 112:5,6
  112:10,15
  113:5 117:17
  118:19 119:14
  119:24 124:1
  124:12 128:15
  129:11 130:6
  136:6 138:1,13
  138:17 170:15
  174:14 180:15
  183:7,9 187:18

193:19 194:22
  197:11 203:11
  208:19 233:16
  234:15,16
  240:17 242:20
  250:9 255:10
  258:17 259:22
  270:22,23
  271:4,10 274:1
  274:2,12
  279:16 288:18
  289:15,22
  290:3,9 291:4
  291:21
thinking 103:9
  118:17 122:17
  151:20 207:10
  208:2 220:1
thinks 156:12
third 25:17
  29:22 87:1
  129:21 197:13
thought 101:12
  101:23 124:17
  147:20 218:23
  220:4
Thoughts
  191:21
threatened
  243:23
threatening
  221:18 242:22
three 44:18 49:2
  49:4 127:20
  195:5 196:21
  197:21 198:19
  250:1,16
  251:21 252:1
  289:18
Thursday 274:4
thyroid 17:13,20
  17:21
time 7:22 8:11
  11:4,13 19:6
  19:13,21 20:1

20:9 25:17
  26:7,10 33:24
  34:7,9 36:11
  37:4 41:3
  43:13 44:2,6
  45:13 48:4
  49:1,8 53:4
  56:3,5 58:17
  58:24 60:16
  61:19 64:12,18
  66:19 67:12
  70:2 71:6
  73:11 74:14,19
  75:16,20 76:13
  76:18 77:8,15
  78:10,18 80:9
  80:13 81:1,5
  82:17 83:19
  85:9 87:17,19
  91:24 92:12
  93:6,11 94:17
  98:14,20
  100:23 101:1
  101:17 102:2
  102:15,20,22
  103:23 104:11
  104:17,21
  105:23 107:24
  108:19 109:4
  113:17 114:1
  115:6 116:9,16
  116:18 127:12
  129:20 138:9
  138:12,18
  139:20,22
  140:2,21
  141:10 142:14
  142:20 146:20
  147:6 149:19
  152:20 154:2
  156:9 157:18
  160:14,14
  162:14 166:8
  166:10,13
  167:22 168:15

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 34

169:7 173:6
182:9,18
190:12 191:18
199:1 202:20
208:2 209:19
209:23 210:9
210:13,24
215:11 216:6
216:22 223:14
228:20 232:5
233:19 234:12
234:17 237:24
238:7,21
245:24 251:12
252:17 255:3,7
256:5 259:6,13
279:19 280:14
282:6 286:4
291:19,20,24
293:2 295:3
296:9
**timeframe** 58:5
82:7,19 92:8
92:13
**timeline** 173:20
**times** 25:2 56:18
155:24 158:20
181:16 257:20
267:10 286:2
**tiny** 57:9
**tired** 199:23
**title** 52:16
163:22
**titrated** 230:8,9
**today** 67:22
76:13 85:7
113:14 132:17
178:23 179:8
179:12 225:16
235:22 236:8
236:10,13
238:4,11 254:9
285:23 286:3
286:11,19,24
287:3,10

**told** 38:22 77:14
94:11 102:14
108:9 118:3
120:17 133:24
172:1 185:8
187:7 212:12
218:7 243:2
250:9 265:14
265:16 266:10
267:23
**Tom** 61:20
**toothbrush**
217:22,24
221:12
**toothbrushes**
218:7
**top** 26:6 28:14
29:1 71:17
72:2 97:15
131:18 149:6
154:22 163:20
200:20 206:21
211:16 212:22
213:15 220:21
241:13 271:11
272:24
**totally** 260:24
**touch** 23:10
**touched** 221:21
**touching** 187:4
**TR-INT** 130:3
**TR-INTER**
26:14
**TR-INTR**
130:14
**trails** 153:14
**trained** 24:1
38:1
**training** 10:9
251:5 284:2
**transcribed** 76:4
76:10,11
**transcript** 7:19
74:16 76:6
88:7 98:9

295:2,6 296:6
296:10
**transfer** 93:16
93:21 94:4
217:5 244:10
245:15 249:6
250:21 272:13
283:14
**transferred**
10:20 56:19
58:1,7 62:12
69:11 70:11,13
77:11 78:5
91:21 94:1,21
119:11 216:21
216:24 217:1
234:14,16
245:16,19
247:22 248:6
248:10,14,18
248:21 249:3
249:11 253:6
272:14,17
284:10 285:11
291:23
**transitioning**
285:17
**transitions**
165:4
**transpired**
268:11
**transportation**
227:14,15
**trash** 185:9
**trauma** 227:24
**travel** 84:21
**tray** 218:24
220:5
**treated** 17:15
220:19
**treating** 21:9
42:1 58:9,10
73:10 138:18
214:20
**treatment** 10:20

11:18 12:3,5
13:4,8,12
14:15 15:12
19:11 22:8
24:21 26:16
35:23 36:2,16
36:20 37:10
38:9,15,18
40:3,5,11,21
40:22 41:6
42:13,14 43:17
44:8 45:20
46:14 47:4,7
47:21 48:6
49:10,16,19
50:1,8,11,16
50:18 51:2,5,7
51:12 54:12
55:3,23 56:23
58:17 62:23,23
63:1,9,18
68:12 131:4,5
131:6 132:8,12
137:10 140:9
141:20 148:12
163:10 165:21
168:15 185:24
199:17 201:7
202:7,8,9
225:4 230:20
246:3,10
283:10,11
285:13
**treatments**
35:15
**tried** 92:1 125:7
153:23 179:17
218:17 219:2
219:13 220:9
243:5 256:22
**trip** 84:18
**trouble** 128:10
146:6 153:22
177:20 182:22
182:23 192:17

199:2 212:16
**troubling**
159:13
**true** 17:8 99:4
196:18 263:18
288:10 295:5
296:7
**truth** 296:4
**truthful** 54:5
75:24
**truthfully** 9:11
**try** 98:20 124:15
210:22 273:12
**trying** 13:17
37:8,18 58:15
64:19 82:6,18
82:18 99:20
100:11 110:24
111:3,6 123:23
124:20 125:13
125:19 161:24
169:6 173:8,10
173:12,18
181:9 199:8
201:10 219:1
220:7,22
221:22 237:13
237:14 288:22
**Tuesday** 178:23
179:8,12
**tumor** 18:20
**turn** 54:8 67:1
165:9
**turned** 66:14
86:12
**turning** 212:21
**TV** 133:5,6
**twice** 44:16
184:10
**two** 9:21 10:2,19
16:15 30:21
44:18 48:6,10
85:2 86:7,21
96:23 102:12
102:23 148:20

HURT and OWENS v. JAVED, et al.    No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF: HASINA JAVED, M.D.    July 25, 2022

Page 35

163:23 178:6
184:10 186:5
186:22 198:6
198:19 201:8
207:1 242:5
244:23 247:7
284:9 290:5,10
**type** 63:4 77:2
106:4 130:14
130:20 137:17
140:14 183:5
183:13 199:2
285:18
**types** 130:21
**typewritten**
142:7,17

**U**

**UA** 72:21,23
80:18,22 81:24
82:10,15 89:16
**UBP** 176:23
**Uh** 100:10
**ultimately** 13:7
246:20
**unable** 179:20
181:4 183:24
192:1
**unanimous**
47:14,18
**unauthorized**
93:10 261:10
**unclear** 85:5
**uncomfortable**
165:1 166:16
168:6,8 171:4
172:2 174:2
180:10,12
187:15,21
208:20 222:1,9
**undergoing**
224:9
**underlying**
279:6 291:10
**underneath**

130:2 144:5
145:8
**understand** 8:8
9:19 13:17
15:23 17:2
20:8 23:22
24:11 29:6
31:2 35:24
58:3 82:17
90:22 125:11
138:5 147:18
167:19 173:2
173:16 190:20
262:21 292:20
**understanding**
20:16 37:8
82:19 91:16
121:10,20,20
122:1,17 138:4
172:8 202:6
214:24 244:10
249:15 263:8
**understands**
162:19
**understood**
64:21 75:20
**unexcused** 72:23
**unidentified**
133:22 137:20
**uninterrupted**
95:1
**unit** 10:22 11:1
11:9,12,12,20
11:24 13:2
44:10 48:9
55:2 56:19
57:5,23 58:1,1
63:17,18 68:14
68:22 69:1,12
69:22 73:7,7,8
73:11,21 77:9
77:11,12,16,17
77:20,20,22
78:1,5 79:2,3
83:15,20 91:22

91:22 93:17,17
93:21,22 94:1
94:1,4,4,21,24
95:11 96:14
105:13,17
106:10,12,14
108:17 115:17
139:4,6,8
182:9 186:8
193:7 202:15
203:11 208:5
213:14,19
214:11,23
215:23 216:8
216:12,13
234:16 240:4
244:4,16
245:16,19,22
246:5,11 247:4
247:23 249:7,7
249:12 251:5
251:10 253:3,6
255:13 258:18
259:1,13 260:2
260:4,5,6,10
260:18,22
262:4,12 263:2
263:7,10 264:1
264:5,18
265:13,18,23
266:13 267:6,8
270:7 275:12
275:14 277:13
277:14 279:11
280:19 283:10
284:14 285:18
288:20 289:8
290:16,20
291:23
**United** 1:1,16
**units** 16:6 21:14
284:11 285:12
**University** 10:10
**unnecessary**
225:7

**unpredictable**
174:20 176:24
177:15 189:15
191:24 194:14
213:23 224:8
**unstable** 210:11
**unsteady** 15:15
**unusual** 190:11
**updated** 234:5
**upper** 129:12
**upset** 185:4
222:6 257:12
264:24
**urgency** 117:15
**use** 27:22 63:19
85:16 152:22
227:10 228:2
**usual** 155:9
163:5,9
**usually** 23:9,19
24:3 25:3 38:8
38:14 39:21
46:17 47:16
55:24 58:20
168:19 169:1
191:4 253:14
253:22 254:1
263:4 267:1

**V**

**vacation** 246:19
247:11 255:2
255:11 256:9
256:12 258:14
258:18 259:2,7
259:12 260:1,2
260:7,13,16
262:10 275:21
275:23
**vague** 279:17
**valid** 112:20
**varies** 16:14
**various** 193:7
**vary** 16:11
**verbalize** 187:21

202:4,5
**verbalized** 202:6
244:9
**verbally** 8:6
207:9 223:21
**verdict** 42:19
**verification**
278:24
**verified** 296:15
**Vicky** 12:23
281:20
**victim** 233:17
243:10
**view** 106:9
**viewing** 64:8
**viewpoints**
173:9
**visit** 84:22
286:16,22
**visitation** 224:6
**visited** 84:16
85:11
**voiced** 115:6
125:6
**voluminous**
194:22 203:14
207:5
**volunteered**
103:10
**volunteering**
101:24 114:24
172:23
**vs-** 1:5,10
**vulnerable**
34:10 37:11,13

**W**

**wait** 78:21
255:22
**waiting** 134:5
270:3
**walk** 192:24
271:4,6
**walked** 212:7
218:17 219:13

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.        July 25, 2022

Page 36

256:7 257:5,15
258:13,17,21
259:1,8,13,14
259:20 260:2,3
260:4,5,7,10
260:18,20,21
262:3,4,12,20
263:2,3,6,9,16
264:1,3,5,17
265:4 268:21
269:19 270:6
**walking** 188:15
192:19,21
**walks** 219:17
**wall** 7:4
**want** 8:11 15:2
15:23 20:24
24:15 31:2
39:9 46:22
55:6 64:19
67:2,19 76:5
76:21 87:22
88:5 90:3
99:17 102:4
106:6,10 115:8
118:4,8,21
120:14 127:19
131:16 148:10
150:1 155:21
156:20 166:17
166:17,20
167:4,10,10,16
167:19 170:7
170:13,16,18
170:21,23
187:8,23,24
188:21 189:16
189:17 191:6
197:19 200:13
204:2 208:17
208:22,23
209:2 210:8
216:16 218:20
219:16,21
220:3,20

257:24 259:9
268:23,24
269:1,20 280:3
**wanted** 54:8
100:17 102:5
103:1,1 106:13
108:16 162:9
168:9 172:13
184:6 187:16
208:12 218:12
247:3 271:4
291:15
**wanting** 141:19
158:16
**wants** 158:14
176:17 181:20
181:21 185:23
267:23
**wardrobe** 85:2
**wasn't** 28:17
67:4 75:24
115:11 125:20
142:13 151:17
166:4,9 171:13
183:15 214:23
223:21 231:22
243:11 251:9
262:5 293:6
**watch** 134:1
162:9 288:3
**water** 201:21
**way** 8:10 13:18
15:22 16:12
19:4 20:4,20
36:13 38:20
40:17 42:5
51:23 80:20
84:3 121:18
125:16 147:13
172:10 179:4
194:12 216:1
225:17 262:20
284:11
**ways** 19:9 20:1
**we're** 44:22

158:22 277:7
**we've** 143:5
194:21
**wearing** 167:24
168:2,3
**Wednesday**
274:4
**week** 45:5
160:20 229:22
231:12 256:12
256:13,17
273:14 274:16
286:2
**week's** 162:18
**weekend** 201:10
277:10
**weekly** 44:14
**weeks** 44:13
45:6,6 83:11
**went** 10:6 21:24
22:7 64:3 70:7
108:8 112:4
155:23 156:17
160:20 172:10
217:21 220:2
221:20 238:2
243:13 265:10
275:20 286:16
293:21
**weren't** 73:10
247:11 255:4
255:13 256:3,4
256:16 259:19
267:17
**Wesbrook's**
84:24
**West** 2:15 3:4
**whatsoever**
239:2
**Wheaton** 10:12
**WHEREOF**
296:15
**White** 242:4
243:6
**wife** 120:24

**willing** 268:1,18
**Wilmette** 2:10
**window** 151:19
176:16 288:8
**winter** 74:12
**withdrawn**
167:13 172:12
**witness** 4:2 6:1,6
6:11 7:9,14
8:21 9:2 23:7
27:9 38:6
67:13,17
263:21 290:11
293:23 294:2
296:3,3,10,15
**woman** 120:20
124:12 167:5
196:4,17
**women** 126:4
**wondering** 73:4
73:19 93:6
152:2,5 246:18
278:12
**word** 7:19,19
29:8,8 30:10
31:14 32:9,15
32:15 37:7,7
75:13 100:8
108:1 133:21
133:22,24
134:1
**worded** 42:4
**wording** 124:14
**words** 7:23
12:22 14:21
16:23 32:15
33:5 34:5
36:21 37:19
107:7 120:5
121:5 123:19
138:2 166:23
187:7
**work** 24:18
26:16 27:19
28:15,15 29:10

32:18 34:18
37:2 40:9,17
40:20,23 46:7
46:23 48:21
50:19 51:23
58:21 63:19
105:14,23
106:15 108:19
130:9,10,11
144:11 145:21
148:2 162:1,24
165:2,3 166:5
171:5,14 172:2
172:14,20,21
174:2 179:23
182:10,12,14
184:11 186:17
186:20 195:22
197:11 202:13
206:16,19
208:1,24
215:16 239:8,9
255:1,4,6,18
256:2,3,4,16
258:5 262:13
262:19 263:3,4
263:5 264:2,19
265:21 266:3,5
269:17 272:8
272:11 275:10
280:14 289:23
**worked** 10:15,19
10:22 11:4
37:21 48:9
77:7 183:1
284:10 287:13
291:20
**worker** 13:14
15:9,18 23:9
23:20,23 24:3
24:10 28:18
29:23,24 30:11
30:17,18,19
31:9 32:5,8,23
33:5,14 34:22

HURT and OWENS v. JAVED, et al.    No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.    July 25, 2022

Page 37

40:10,13,14,19
68:18,24 73:15
73:21 79:16,19
79:20 84:8,12
84:15,20 85:1
98:13,15
105:22 108:9
108:13,18,21
111:12 131:5,7
131:10 136:9
140:1,12 142:3
142:12,13,22
143:8,17,21
144:12,21
145:2,24 146:7
146:11 147:5
152:17 155:16
160:10 161:3,6
162:20 165:8
166:10 177:23
178:2,6 179:1
180:13,16,17
181:1,8,24
182:2,5 183:21
185:16 192:16
192:22 193:5
194:22,23
195:17,24
196:8 197:20
198:11 199:9
199:16 200:1,4
200:7,8,24
201:4,6,20
203:3,9,15,18
204:4,5,8,20
204:23 207:8
207:20 208:1
208:13,18
209:15,20,24
210:5 215:23
216:5,6 244:24
245:13,15
**worker's** 129:15
**workers** 34:18
35:4 69:20

78:3 105:11
158:2 207:1
287:18 288:4
290:20
**workers'** 288:7
**working** 11:2
50:12 74:1
95:8,11 239:14
239:22,23
240:3 248:7,8
255:8 258:19
259:13 260:6
260:19,22
261:2 280:16
285:1 290:15
290:20
**works** 38:2 46:6
156:5 268:21
**worries** 28:4
39:12
**worthy** 269:15
**wouldn't** 96:21
97:13 125:23
148:21 197:14
269:10
**write** 22:2,10
145:12 268:24
269:1
**writer** 134:22
136:10,22
176:12 178:20
185:14 186:13
191:10 194:4
198:13 242:22
**writing** 30:18
142:14 143:15
203:14 214:22
216:9 245:10
**written** 28:10,18
28:21,24 30:7
30:9 36:13
80:22 91:7
140:1,12 157:7
160:7 173:14
197:20 200:8

215:17 244:7
244:19 255:15
274:21
**wrong** 17:7
38:23 75:2
108:2 118:14
121:1 122:9
141:7 150:5
155:7 185:22
219:10 258:24
270:7
**wrongfulness**
230:22
**wrote** 160:10
164:20 176:6
183:3
**Wueste** 69:19
142:8

     **X**
**X** 4:1 5:1

     **Y**
**yeah** 20:11 23:3
25:24 28:6
30:9 39:11
49:18 53:7
55:20 59:1
60:17 66:22,24
67:1,9 70:12
81:19 97:23
98:7 99:6
112:9,12 122:8
131:3 133:14
135:8 148:8
150:13 152:5
160:2 178:9
190:8 199:11
215:19 220:24
234:18 236:4
277:15,19
280:1
**year** 49:6,22
58:21 73:17,22
74:2,23 141:7

229:23 231:21
233:14 236:15
240:6 250:19
269:16 284:1,3
287:11 288:14
**years** 7:11 10:19
72:20 73:24
84:15 196:21
247:7 284:9
286:1 287:14
**yelled** 218:14
**yelling** 223:20
**Young** 69:19
206:19,22
209:23

     **Z**
**Zoom** 1:19 6:7
6:11

     **0**
**008665** 26:1
**0200** 163:24
**04** 149:22
**05-3-14** 149:22
**0600** 278:1
**0737** 87:18
**084-003037**
296:22

     **1**
**1** 5:4 52:15 53:1
74:6,7,9 76:12
98:10,19
107:20 250:19
252:19,20
256:19 264:22
271:1,16 275:6
279:3 295:3
**1:00** 86:10
127:10,20
136:8 156:23
157:10
**1:15** 127:19,21
**1:40** 74:17 76:14

**10** 59:10 70:6,7
99:24 127:15
154:8,10 176:4
176:5 177:9,13
178:4,16
179:14 183:2
183:12 189:9
189:14 211:13
229:18
**10-28** 199:11
**10:00** 136:3
176:5 177:9
**10:05** 1:21
129:14
**10:20** 234:10
**10:50** 244:15
**10:55** 39:13
**100** 2:15 3:4
**10th** 296:16
**11** 5:12 52:6,7
68:14 139:2,4
189:19 192:17
211:18,21
**11-15** 199:13
**11-29-14** 230:18
**11-3** 199:13
**11-30-16** 89:13
**11-5** 199:13
**11-6** 199:13
**11:00** 255:17,20
255:24 261:14
**11:15** 240:21
**11:45** 177:7
**1100** 87:19
255:15
**111** 85:20,20
**114** 85:21
**1170** 2:10
**12** 5:13 95:17,18
107:23 154:13
193:24 194:21
198:10 223:8
**12-11-14** 212:18
**12-14** 214:19
**12-15** 214:19

HURT and OWENS v. JAVED, et al.          No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                    July 25, 2022

Page 38

**12-15-14** 214:14
   215:8,14
**12-17** 216:9
**12-20** 246:21
**12-26** 240:10
**12-8-16** 57:5
**12-step** 239:24
**12:51** 86:13
**128** 5:14
**13** 5:14 98:22
   99:2 128:16,22
   195:4,5 241:7
**1300** 134:12
   136:8
**13th** 2:16 3:5
   195:10
**14** 5:15 76:23
   142:2 145:4
   163:14,16
   183:12 213:8
   213:10,11
   216:23
**1400** 155:14
   157:7
**14018** 211:3
**14022** 213:16
**140289** 217:17
**14061** 216:17,18
**14065** 211:3
**1446** 206:18
**14471** 241:3
**14472** 241:13
**14474** 241:3
   243:22
**14476** 245:4
**14477** 245:18
**14th** 154:5
**15** 5:16 127:15
   132:1 136:13
   155:10,11
   158:8,8 197:5
   197:7 215:15
   232:8 237:14
   287:22
**1504** 229:17

**151408** 229:5
**1515** 261:19
**15394** 225:16
**15399** 226:12
**15401** 228:23
   229:4
**15408** 229:8
**15413** 239:5
**15416** 240:14
**15423** 225:17
**1545** 26:8,10,13
   29:1
**15th** 154:5
**16** 5:17 96:10
   129:12,14
   134:12 136:3,7
   155:12,14,15
   203:21,22
   226:5
**1600** 277:17,21
**16246** 223:9
**16250** 277:8
**16257** 223:9
**163** 5:15
**16th** 213:10
**17** 65:15 66:11
   74:17 76:13
   77:4 97:11
   104:2 206:18
   207:6,17,19
   209:22
**17-cv-7909** 1:5
   2:19 3:8
**1710040R3**
   86:20
**18** 2:4 5:18 11:2
   25:11,12 104:5
   147:4 158:22
   193:17 241:12
   242:12 244:14
   250:22
**18-cv-0334** 1:10
   2:20
**18th** 243:21
**19** 99:9 199:15

   272:2
**197** 5:16
**1982** 10:8
**1992** 10:10
**1996** 10:10
**1998** 10:19
**19th** 243:16,19
   245:10,12

———————
**2**
**2** 5:5 53:2 71:12
   71:13,24 76:3
   79:6 86:17
   107:23 108:7
   197:1 200:8,18
   274:3,3 275:7
**2-17-16** 67:14
**2:00** 157:8 164:5
   164:11 172:5
   174:5
**2:30** 142:18
   177:14
**20** 69:12 99:10
   117:24 158:8
   235:6 273:1
**200** 2:4
**2000** 211:21
**2001** 10:21,23
   73:7 284:11
**2005** 73:5 78:18
   91:15,22 94:22
   94:22 95:1
   291:22
**2006** 73:5,16
   78:18 80:1,4,7
   80:9 83:13
   91:15 92:5,13
   92:14,16 93:5
   93:7 286:22
**2007** 10:16
**2010** 213:5
**2011** 196:19
   213:5,5
**2012** 26:7 68:14
   68:15,23 95:1

**138:20 139:4,5
   139:6
**2013** 68:23
   69:12 139:7,8
**2014** 129:12,14
   132:1 136:7,13
   138:11,17
   139:13,20
   141:6,7 142:2
   142:2,8,18
   144:23 145:4
   150:18 152:16
   153:19 154:8
   155:15 158:22
   159:19 162:13
   164:16 166:2
   182:18,19
   183:2,12
   184:10 196:21
   199:13,14
   202:21 211:11
   211:13,21
   213:8,10,11,13
   215:15 224:22
   226:5 231:9
   232:4
**2014/early**
   202:20
**2015** 200:8,18
   201:5 202:20
   203:13,19,24
   204:3 206:18
   207:2,18,19
   209:22 214:13
   214:19 216:20
   217:18 223:2
   223:16 224:6
   224:14,18
   232:8 235:1,4
   235:23 236:8
   236:15 238:6
   238:13,23
   240:7
**2016** 58:1 65:15
   66:11 69:13,23

**129:11 138:9
   138:10 139:9
   141:6 235:1,24
   236:8,15 238:6
   238:14,23
   239:19 240:7
   240:16 241:8
   242:12 272:2
**2017** 57:4,16
   59:10 60:22,22
   70:5,6 74:12
   74:17 76:13
   79:17 86:10,13
   87:17,18 91:13
   97:11 115:14
   115:21,24
   116:5 236:23
   238:20 239:16
   240:21 249:8
   250:23 251:13
   254:23 262:10
   276:17 278:1
   291:24
**2018** 74:12
**2019** 53:23
   57:14,17 59:13
   60:7
**2020** 10:23,24
   73:8 96:10
   278:23 284:11
**2022** 1:20
   295:16 296:16
**203** 5:17
**20578** 95:21
**20582** 97:10
**20584** 95:21
**20th** 245:14
   273:13
**21** 99:2 120:20
   278:23
**211** 5:8
**21st** 273:16
**22** 115:24
   159:15,19
   223:16 250:23

LISA A. KOTRBA & ASSOCIATES, LTD.
312-855-1834

HURT and OWENS v. JAVED, et al.        No. 17-cv-7909; No. 18-cv-0334
DEPOSITION OF:  HASINA JAVED, M.D.                     July 25, 2022

Page 39

278:1 287:13
**2200** 154:11
**223** 5:7
**225** 5:9
**22nd** 273:17
**23** 77:5 86:13
119:20 120:2
160:9
**235-6752** 2:5
**23rd** 273:18
**24** 53:23 92:5
104:6 232:10
**241** 5:10
**24th** 273:19
**25** 1:20 5:18
11:13 26:7
155:22 157:13
157:16,17,21
158:13 199:4
**2582** 97:15
**2583** 97:15
**26** 145:8 240:16
**27** 128:16
**271** 5:11
**27617** 251:24
**27981** 251:23
**28** 98:22 99:3
**289** 4:8
**28th** 273:20
**29** 98:24 99:2,24
149:13 224:5
231:24 232:4
**290** 4:9
**292** 4:10
**294** 295:4
**29th** 273:21

### 3

**3** 5:6 53:3 85:19
85:22 86:21
100:16 105:22
108:9,13 142:8
146:10 149:22
150:17 163:19
197:20 240:21

254:8 275:7,9
275:18 276:14
276:17,21
277:9,21 278:8
278:10
**3:00** 255:9
**3:15** 261:19
262:6 277:16
**3:45** 26:11
**30** 4:5 86:10
87:17,18 91:13
100:15 161:11
161:12 162:13
163:8 224:18
225:17 254:23
254:24 255:5
255:11 256:13
258:12 259:15
259:19,20
260:8,12,13
261:1,5 262:10
262:18 275:5
277:9 287:21
**30th** 273:22
**31** 68:15,21
117:21,22,24
251:13 252:5
274:3,4
**312** 1:24 2:5,17
3:6
**31290** 71:19
**31294** 71:19
**32** 4:6
**33** 119:20
**34** 119:21
**35** 76:22
**37** 256:20
264:22
**370-5410** 2:11
**38** 267:9

### 4

**4** 5:7 53:10
119:20 142:18
145:15,20

149:10 164:16
171:22 172:11
173:22,24
223:9,10 230:9
236:22 238:20
276:10,19
**4-29** 149:7
**4-29-14** 149:12
**40** 98:3 197:4
**42** 204:16
**43** 204:18
**45** 158:11
163:15
**48** 211:2
**4th** 172:3

### 5

**5** 53:12 100:20
100:22 197:23
198:9 201:5
202:23 203:13
203:19,24
204:3,7 207:6
207:17,18
216:20,23,24
223:2 274:15
**5-30** 276:9
**5:00** 178:16
289:2
**52** 4:7 5:12
**53** 270:21 271:2
271:2,9
**55** 205:21
**57** 87:13 206:1
**58** 206:3
**59** 206:5

### 6

**6** 5:8 53:15
100:20 171:20
211:2,4
**6-10** 179:12
**6-10-14** 179:9
**6-11** 193:4
**6-12** 194:3,8

**6-9** 178:22
**6:24** 261:21
**6:30** 261:21
**60** 206:7
**60068** 2:5
**60091** 2:10
**60601** 2:16 3:5
**61** 206:9
**62** 206:11
**63** 206:13
**64** 206:15

### 7

**7** 5:9 53:18 54:9
68:23 69:12
100:20 139:2
142:2 163:21
163:24 164:12
171:20 172:4
174:4 225:12
225:13 278:22
**7-26-16** 234:10
**7:00** 255:8 263:4
**7:30** 261:8,13
**71** 5:5
**74** 5:4

### 8

**8** 5:10 70:3
150:22,23
152:16 153:19
174:11 175:5
241:2,4
**8-10-17** 57:6
**8:00** 263:5
**8:15** 194:5
**80** 241:3
**81** 87:16
**814-3739** 2:17
**814-6534** 3:6
**847** 2:11
**85** 5:6
**855-1834** 1:24
**8666** 26:4
**8667** 26:1

**8726** 128:17
**8745** 128:17
**8752** 128:18,20
**8753** 163:15
**8793** 195:21
**8797** 163:15
**8801** 198:4
**8802** 198:5
**8805** 198:12
**8821** 200:2
**8822** 200:2
**8823** 200:3
**8826** 200:20
**8827** 200:20
**8828** 201:1
**8831** 201:2
**8836** 201:19
**8837** 201:24
**8839** 204:10
**8840** 204:12
**8841** 204:14
**8845** 205:1
**8846** 205:3
**8847** 205:5
**8848** 205:7
**8849** 205:9
**8850** 205:11
**8851** 205:13
**8852** 205:15
**8853** 205:17
**8854** 205:19
**8856** 205:23

### 9

**9** 4:4 5:11 175:6
175:9,10,16
176:1 177:7
256:20 270:18
271:7
**9:20** 242:12
**90** 12:17 39:7
**912849** 242:3
**95** 5:13
**982** 251:23
**9th** 177:5,5